AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America v. PATRICK MONTGOMERY DOB: ▮▮▮▮ | ) ) ) ) ) ) ) | Case: 1:21-mj-00044 Assigned to: Judge Robin M. Meriweather Assign Date: 1/13/2021 Description: COMPLAINT W/ARREST WARRANT |
|---|---|---|

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jeffrey Weeks, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 1/13/2021

*Judge's signature*

City and state: Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*