# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-CR-46** |
| | **:** | |
| **PATRICK MONTGOMERY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States

Attorney for the District of Columbia and Assistant United States Attorney Elizabeth C. Kelley,

hereby informs the Court that she is entering her appearance in this matter on behalf of the

United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188


_____*/s/ Elizabeth C. Kelley*_____
Elizabeth C. Kelley
Assistant United States Attorney
D.C. Bar No. 1005031
555 4th Street, NW,
Washington, D.C. 20530
Elizabeth.Kelley@usdoj.gov
(202) 252-7238

## **CERTIFICATE OF SERVICE**

On this 4th day of February 2021, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

_____*/s/ Elizabeth C. Kelley*___

Elizabeth C. Kelley
Assistant United States Attorney
