AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:53 am, Jan 19, 2021
JEFFREY P. COLWELL, CLERK

United States of America
v.

PATRICK MONTGOMERY

*Defendant*

Case: 1:21-mj-00044
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT
Colorado Case No. 21-mj-00011-STV

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     PATRICK MONTGOMERY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    01/13/2021

Robin M. Meriweather
2021.01.13 13:10:14
-05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/13/21, and the person was arrested on *(date)* 01/17/21
at *(city and state)* Littleton, Colorado

Date:  01/17/21

*Arresting officer's signature*

TFO Michael Timmerman
*Printed name and title*