**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PATRICK MONTGOMERY, <br><br> *Defendant*. | Criminal No. 21-46 (RDM) |

**ORDER**

Pending before the Court is the government's motion to revoke Defendant's pretrial release. Dkt. 31. Under 18 U.S.C. § 3148(b), the Court is required to "enter an order of revocation and detention if, after a hearing," the Court "finds that there is probable cause to believe that the person has committed a Federal, State, or local crime while on release" and also finds that "the person is unlikely to abide by any condition or combination of conditions of release." Here, the Court concludes that there is probable cause to believe that Defendant committed a crime under federal law by possessing a firearm despite having been previously convicted of a felony, in violation of 18 U.S.C. § 922(g). The Court further concludes that Defendant is unlikely to abide by any condition or combination of conditions of release, given that he violated the conditions of his pretrial release by possessing a firearm. *See* Dkt. 8 at 2 (ordering Defendant "not [to] possess illegal firearms"). The statute thus mandates that the Court revoke Defendant's pretrial release.

For these reasons and the reasons stated on the record, *see* Minute Entry (May 14, 2021), it is hereby **ORDERED** that the government's motion to revoke Defendant's pretrial release, Dkt. 31, is **GRANTED**. It is further **ORDERED** that Defendant's pretrial release is **REVOKED** and that he shall be detained pending trial. Defendant shall surrender by 2 p.m.

eastern time—noon mountain time—on May 17, 2021, to the United States Marshals at the Alfred A. Arraj Courthouse, 901 19th Street, Suite 300, Denver, CO 80294.  The Court grants the motion without prejudice to any alternate conditions for pretrial release upon which Defendant and the government may be able to agree and to propose to the court before 2 p.m. on May 17, 2021.

    **SO ORDERED**.

                                                                              RANDOLPH D. MOSS  
                                                                              United States District Judge

Date:  May 14, 2021