# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICK MONTGOMERY,<br><br>*Defendant*. | Criminal No. 21-46 (RDM) |

## ORDER

In light of the government's unopposed motion to modify conditions of release, Dkt. 33, which the Court **GRANTED** on the record, *see* Minute Entry (May 17, 2021), it is hereby **ORDERED** that the Court's prior order revoking Defendant's pretrial release, Dkt. 32, is **VACATED**. Defendant is no longer required to surrender to the U.S. Marshals. A separate order setting Defendant's modified conditions of pretrial release will issue.

  **SO ORDERED**.

  
  RANDOLPH D. MOSS
  United States District Judge

Date: May 17, 2021