UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Cr. No. 21-046 (RDM) |
| | : | |
| **PATRICK MONTGOMERY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT AND PRESERVE RIGHT TO FILE ADDITIONAL MOTIONS

Mr. Patrick Montgomery, the defendant, through undersigned counsel, respectfully moves this Honorable Court to allow Mr. Montgomery to adopt and join the Motion to Dismiss Count Ten of the Indictment filed by co-defendant, Brady Knowlton, and preserve his right to file additional motions. *See* ECF # 39. In support of this Motion, undersigned counsel respectfully submits the following:

1. Mr. Montgomery, along with his co-defendant, Mr. Knowlton, have been charged in Count Ten of the Indictment with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. § 1512 (c)(2) and 2. *See* Indictment, ECF # 23, pg. 5.

2. On June 18, 2021, co-defendant, Brady Knowlton, filed a Motion to Dismiss Count Ten of the Indictment. *See* ECF # 39.

3. It is in the interest of judicial economy to allow co-defendant, Patrick Montgomery, to join in and adopt the Motion to Dismiss Count Ten of the Indictment filed by his co-defendant. *Id.*

WHEREFORE, for the foregoing reasons, the defense respectfully requests that this Court grant Mr. Montgomery's motion and allow him to adopt the relevant motion of his co-

defendant and preserve the right to file additional motions.

                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    _____/s/_____
                    Dani Jahn
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Ste 550
                    Washington, D.C.  20004
                    (202) 208-7500