UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | Cr. No. 21-046 (RDM) |
| | : | |
| **PATRICK MONTGOMERY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### ORDER

Upon consideration of the Motion to Adopt and Join Motion Filed by Co-Defendant, and finding good cause shown, it is hereby

**ORDERED** that the motion is granted.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE