UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-046 (RDM) |
| v. : | |
| : | |
| PATRICK MONTGOMERY, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated July 6, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: *Elizabeth Kelley*
Elizabeth C. Kelley
Assistant United States Attorney
D.C. Bar No. 105031
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
Elizabeth.Kelley@usdoj.gov