**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 21-CR-00046-RDM** |
| | § | |
| **PATRICK MONTGOMERY and** | § | |
| **BRADY KNOWLTON,** | § | |
| | § | |
| *Defendants* | § | |

**ORDER ON
DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE THEIR
REPLY TO THE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS COUNT TEN OF THE INDICTMENT**

On this day, came to be heard the Defendants' Joint Motion for Leave to File their reply to the Government's Memorandum in Opposition to Defendants' Motion to Dismiss Count Ten of the Indictment. After considering the same, the Court finds that the motion should be

_____        GRANTED.

_____        DENIED.

SIGNED AND ENTERED ON _____.

_____
Judge Randolph D. Moss
United States District Judge