AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-46 (RDM) |
| Patrick Montgomery and Brady Knowlton | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                               .

Date:   07/30/2021                                         /s/ James I. Pearce
                                                                  *Attorney's signature*

                                                                  James I. Pearce / NC Bar 44691
                                                                  *Printed name and bar number*
                                                                  Criminal Division, App. Section
                                                                  950 Pennsylvania Ave NW
                                                                  Washington, DC 20530

                                                                  *Address*

                                                                  james.pearce@usdoj.gov
                                                                  *E-mail address*

                                                                  (202) 532-4491
                                                                  *Telephone number*

                                                                  (202) 514-3000
                                                                  *FAX number*