UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-046 (RDM) |
| v. | : | |
| | : | |
| PATRICK MONTGOMERY and BRADY KNOWLTON, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated August 6, 2021, be made part of the record in this case.

                                                      Respectfully submitted,

                                                      CHANNING D. PHILLIPS
                                                      Acting United States Attorney
                                                      D.C. Bar No. 415793

By:   *Elizabeth Kelley*
        Elizabeth C. Kelley
        Assistant United States Attorney
        D.C. Bar No. 105031
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, DC 20530
        Elizabeth.Kelley@usdoj.gov