

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 6, 2021

Dani Jahn, Esq.
Brent Mayr, Esq.
Ronald Sullivan, Esq.
Camille Wagner, Esq.
**Via Email**

      Re:    *United States v. Patrick Montgomery and Brady Knowlton*
                Case No. 21-cr-46

Dear Counsel:

      On August 6, 2021, we uploaded additional discovery materials to a new case folder in USAFx.  The link to the materials is here:
https://usafx.box.com/s/n60e02woqyf4o8xe9akdutygexn8kljn

      Specifically, we uploaded 26 videos, mostly from U.S. Capitol Police CCTV:

- 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h36min41s000ms
- 7029 USCS 02 Rotunda Door Interior - 2021-01-06_19h35min54s
- 7216 USCH 02 Rotunda Lobby East Stairs - 2021-01-06_19h38min38s
- 7218 USCH 03 Gallery Stairs-2021-01-06_14h39min50s000ms
- 0686 USCH 02 Rotunda Door Interior - 2021-01-06_19h37min05s
- 0204 USCS 02 Room 224 - 2021-01-06_19h40min01s
- 0205 USCS 02 West Stairs near S221 - 2021-01-06_19h40min01s
- GP010391
- CAP04_000016130
- 2021_01_06_ISOCAM5_SENFL_1
- 2021_01_06_ISOCAM6_SENFL_1
- Movies & TV 2021-04-23 10-26-46
- CAP04_000015718
- CAP04_000015713

- CAP04_000015711
- CAP04_000015672
- CAP04_000015712
- -1553269707567464026
- CAP04_000015235
- CAP04_000015230
- CAP04_000015229
- CAP04_000015228
- 0303USCS03SenateGallerySEnearS309_2021-01-06_14h34min02s513ms
- 0304 USCS 03 Senate Gallery SW near S324 - 2021-01-06_19h40min02s
- 0304 USCS 03 Senate Gallery SW near S324 - 2021-01-06_20h00min02s
- 0303 USCS 03 Senate Gallery SE near S309-2021-01-06_14h41min53s000ms

We also uploaded 13 Metropolitan Police Department body-worn camera videos along with a roster of officers who were associated with Officer D.H.'s CDU on January 6, 2021:

- Combined Roster - Hodges - CDU - 42 - Squad 1
- Duckett - 20210106-FELONYRIOT-FIRSTSTSE
- Hodges, Daniel - 20210106_-_Rioting_-_United_States_Capitol_Building
- Hackerman_Clip_2_1__20210106-FELONYRIOT-FIRSTSTSE
- 20210107-FIRST_AMENDMENT-US_CAPTIAL – Whelan
- 20210106_-_FIRST_AMENDMENT_-_US_CAPITOL - Curtice – Chaos
- 20210106-_Felony_Riots-_First_St_SE – Chasten
- 20210106-FELONYRIOT-US_CAPITOL_NW – Ishakwue
- Assault_on_a_Police_Officer – Stokes
- 20210106_-_Rioting_-_United_States_Capitol_Building Hodges
- 20210106_-_FELONY_RIOT_-_US_CAPITOL - Shipmon II
- 20210106_-_FIRST_AMENDMENT_-_FIRST_ST_SE_Boyle
- 20210106_-_FELONY_RIOT_-_US_CAPITOL – Shipmon
- 20210106-FELONYRIOT-FIRSTSTSE - Peake

This material is subject to the terms of the Protective Order issued in this case.

    I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

    Sincerely,

*Elizabeth Kelley*

Elizabeth Kelley
Assistant United States Attorney