# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § | |
| BRADY KNOWLTON, § | |
| *Defendants* § | |

### DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS ON DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY and BRADY KNOWLTON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, respectfully request an extension of time to file supplemental briefs as requested by this Court on Defendants' Motion to Dismiss Count Ten of the Indictment (Doc. 39). In support thereof, Defendants would show the following.

1. Presently pending before this Court is Defendants' Motion to Dismiss Count Ten of the Indictment (Doc. 39; *see* Doc. 40 – Defendant Patrick Montgomery's Motion for Joinder).

2. On August 3, 2021, this Court held a hearing on Defendants' motion and indicated that additional briefing would assist the Court in resolving the issues raised therein. *See* Transcript of Video Motion Hearing (VMH) at 5. The parties so moved and this Court ordered that Defendants file their brief by September 3, 2021 and that the Government respond by September 17, 2021. VMH at 64–65.

1

3. While Defendants' counsel have been working diligently on their brief, additional time is needed to fully address and brief the issues raised in their motion as well as those raised by the Court. Defendants are requesting a two-week extension of the present deadlines.

4. Counsel for Mr. Knowlton has conferred with Counsel for the Government and the Government is not opposed to an extension of the deadlines for both parties.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant them a two-week extension of time to file briefs related to Defendants' motion to dismiss such that Defendants' brief is due on September 17, 2021 and the Government's brief is due October 1, 2021.

Date: <u>September 3, 2021</u>

Respectfully Submitted,

RONALD SULLIVAN LAW, PLLC

by: <u>/s/ Ronald S. Sullivan Jr.</u>
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Telephone: (202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750

Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

by: /s/ Dani Jahn
DANI JAHN
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-750

ATTORNEY FOR THE DEFENDANT,
PATRICK MONTGOMERY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Elizabeth Kelley, James Peterson, and James Pearce, on September 3, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
