IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § BRADY KNOWLTON, § § | |
| *Defendants* § | |

**ORDER ON
DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO
FILE SUPPLEMENTAL BRIEFS ON DEFENDANTS' MOTION TO DISMISS**

On this day, came to be heard the Defendants' Joint Motion for Extension of Time to File Supplemental Briefs related to their Motion to Dismiss Count Ten of the Indictment. After considering the same, the Court finds that the motion should be

_____     GRANTED. The Defendants are to file a brief with the Court by September 17, 2021. The Government is to file their responsive brief with the Court by October 1, 2021.

_____     DENIED.

SIGNED AND ENTERED ON _____.


_____
Judge Randolph D. Moss
United States District Judge

1