# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-046 (RDM) |
| v. | : | |
| | : | |
| PATRICK MONTGOMERY and BRADY KNOWLTON, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated September 13, 2021, be made part of the record in this case.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              Acting United States Attorney
                              D.C. Bar No. 415793

By: *Elizabeth Kelley*
       Elizabeth C. Kelley
       Assistant United States Attorney
       D.C. Bar No. 105031
       United States Attorney's Office
       555 4th Street, N.W.
       Washington, DC 20530
       Elizabeth.Kelley@usdoj.gov