IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY and BRADY KNOWLTON, | § § § § | |
| *Defendants* | § | |

### DEFENDANTS' AMENDMENT TO THEIR MOTION TO DISMISS COUNT TEN OF THE INDICTMENT

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY AND BRADY KNOWLTON, the Defendants in the above styled and numbered cause, by and through undersigned counsel, and, pursuant to Rules 7(c)(1) and 12(b)(3)(B) of the Federal Rules of Criminal Procedure, the Fifth and Sixth Amendments to the United States Constitution, and the authority discussed in their Joint Supplemental Brief on Defendants' Motion to Dismiss moves this Court to enter an order dismissing Count Ten of the indictment in this case.

More specifically, in addition to the grounds originally set out in Defendant Brady Knowlton's Motion to Dismiss Count Ten of the Indictment (Doc. No. 39), joined by Defendant Patrick Montgomery by his Motion for Joinder (Doc. No 40), both Defendants jointly move this Court to dismiss Count Ten of the Indictment against them based on the additional grounds set out in their Joint Supplemental Brief on Defendants' Motion to Dismiss filed with this Court on September 17, 2021.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully requests this Honorable Court dismiss Count Ten of the indictment against them and permit them leave to amend and supplement this motion at a later date, if needed.

Date: <u>September 17, 2021</u>　　　　　Respectfully Submitted,

RONALD SULLIVAN LAW, PLLC

by: <u>/s/ Ronald S. Sullivan Jr.</u>
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Tel.: (202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Tel.: 713-808-9613
Fax: 713-808-9613

WAGNER PLLC

by: <u>/s/ Camille Wagner</u>
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

by: /s/ Dani Jahn
DANI JAHN
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
Tel: (202) 208-7500
Fax: (202) 501-3829

ATTORNEY FOR THE DEFENDANT,
PATRICK MONTGOMERY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this reply was sent to Counsel for the Government, Elizabeth Kelley, James Pearce, and James Peterson on September 17, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR