IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § BRADY KNOWLTON, § § | |
| *Defendants* § | |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANTS' JOINT SUPPLEMENTAL BRIEF AND CONTINUE STATUS CONFERENCE**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY and BRADY KNOWLTON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, respectfully request an extension of time to file their reply to the Government's Response to Defendants' Joint Supplemental Brief filed October 15, 2021 (Doc. 63) and to continue the status conference presently scheduled for October 22, 2021 at 2:30 p.m. (*See* Minute Entry of 7/28/21).

1. Presently pending before this Court is Defendants' Motion to Dismiss Count Ten of the Indictment (Doc. 39; *see* Doc. 40 – Defendant Patrick Montgomery's Motion for Joinder; Doc. 59 – Defendants' Amendment to their Motion to Dismiss Count Ten).

2. On August 3, 2021, this Court held a hearing on Defendants' motion and indicated that additional briefing would assist the Court in resolving the issues raised

1

therein. *See* Transcript of Video Motion Hearing (VMH) at 5. The parties so moved and this Court ordered that Defendants file their brief by September 3, 2021 and that the Government respond by September 17, 2021. VMH at 64–65.

3. On September 3, 2021, Defendants jointly moved to extend the deadline to file their brief to September 17, 2021 which this Court granted. (Doc. 56 and subsequent minute order). Defendants filed their supplemental brief on September 17, 2021. (Doc. 60).

4. On September 29, 2021, the Government moved to extend their deadline to file their brief to October 15, 2021 which this Court also granted. (Doc. 61 and subsequent minute order). The Government filed their supplemental brief on October 15, 2021. (Doc. 63).

5. As discussed at the August 3 hearing, this Court inquired whether Defendant would want to submit a reply to the Government's response; counsel for Mr. Knowlton affirmed and noted that a "[v]ery brief turnaround for a reply" was requested. VMH at 65. This Court, accordingly, set a deadline originally for September 24, 2021, seven days after the Government's original due date. *Id.*

6. Due to the extended deadlines for both Defendants and the Government to file their supplemental briefs, Defendants are requesting an extension of time to file their reply on Friday, October 22, 2021.

7. At a status conference held on July 28, 2021 prior to the hearing on Defendants' Motion to Dismiss, this Court scheduled a status conference in this case for October 22, 2021. Due to the pending, dispositive nature of the Defendants' Motion to

Dismiss, Defendants submit that it would be in the best interest of justice to continue the status conference to a later date.

8. Counsel for Mr. Knowlton has conferred with Counsel for the Government and the Government is not opposed to the extension of the deadline for the reply to their response or a continuance of the status conference.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court extend the deadline for them to file their reply to the Government's Response to their Supplemental Brief in Support of their Motion to Dismiss to October 22, 2021 and continue the status conference scheduled for October 22, 2021 to a later date.

Date: <u>October 15, 2021</u>     Respectfully Submitted,

RONALD <s>S.</s> SULLIVAN <u>LAW, PLLC</u><s>, JR.</s>

by: <u>/s/ Ronald S. Sullivan<s>, Jr.</s></u>
RONALD S. SULLIVAN<s>, JR.</s>
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

<u>1300 I Street NW</u><s>6 Everrett Street</s>

<u>Suite 400 E</u>
<u>Washington, DC 2005</u>
<s>Cambridge, MA 02138</s>
Telephone: (<s>617) 496-4777</s><u>202) 935-4347</u>
Fax: (617) 496-2277

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

3

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

by: /s/ Dani Jahn
DANI JAHN
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-750

ATTORNEY FOR THE DEFENDANT,
PATRICK MONTGOMERY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Elizabeth Kelley, James Peterson, and James Pearce, on October 15, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
