IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § BRADY KNOWLTON, § § | |
| *Defendants* § | |

**ORDER ON
DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO
FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANTS' JOINT
SUPPLEMENTAL BRIEF AND CONTINUE STATUS CONFERENCE**

On this day, came to be heard the Defendants' Joint Motion for Extension of Time to File Reply to the Government's Response to Defendant's Joint Supplemental Brief related to their Motion to Dismiss Count Ten of the Indictment. Defendants further request a continuance of the status conference scheduled for October 22, 2021. After considering the same, the Court finds that the motion should be

_____  GRANTED. The Defendants are to file their reply to the Government's response (Doc. 63) with the Court by October 22, 2021. Further, the status conference presently scheduled for October 22, 2021 is continued to _____.

_____  DENIED.

SIGNED AND ENTERED ON _____.

_____
Judge Randolph D. Moss
United States District Judge

1