UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00046-RDM-2 |
| | : | |
| BRADY KNOWLTON | : | |
| | : | |
| PATRICK MONTGOMERY | : | |
| | : | |
| Defendants | : | |

**UNITED STATES' UNOPPOSED MOTION TO CLARIFY CONTINUANCE TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court for clarification of the Minute Order entered on October 16, 2021 continuing the status conference "previously set for 2:30 p.m. on October 22, 2021, is hereby VACATED and RESCHEDULED for 9:00 a.m. on November 23, 2021" to include tolling under the Speedy Trial Act, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), that the defendants consent to such Speedy Trial waiver/tolling, and that the continuance was at the request of the defendants without objection from the government. Government counsel notified the defense of the clarification and counsel consents to the motion. In support of its motion, the government incorporates by reference the prior pleadings addressing these issues.   *See* ECF Nos. 62, 57, 54, 45, 30, 28.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:     /s/ James D. Peterson
        James D. Peterson
        Special Assistant United States Attorney
        Bar No. VA 35373
        United States Department of Justice
        1331 F Street N.W. 6th Floor
        Washington, D.C. 20530
        Desk: (202) 353-0796
        Mobile: (202) 230-0693
        James.d.peterson@usdoj.gov

        Elizabeth C. Kelley
        Assistant United States Attorney
        United States Attorney's Office
        D.C. Bar No. 1005031
        555 Fourth Street, N.W.
        Washington, DC 20530
        Elizabeth.Kelley@usdoj.gov
        (202) 252-7238

        James I. Pearce
        Capitol Breach Appellate Coordinator
        United States Attorney's Office
        NC Bar No. 44691
        555 Fourth Street, N.W.
        Washington, DC 20530
        James.Pearce@usdoj.gov
        (202) 532-4991