**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-cr-46 (RDM)** |
| **v.** | **:** | |
| | **:** | |
| **PATRICK MONTGOMERY and** | **:** | |
| **BRADY KNOWLTON,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| **:** | | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF FILED IN ANOTHER CAPITOL BREACH CASE

During the status conference hearing today, the Court requested the government to file in this case any supplemental briefs it has filed in other Capitol breach cases. On November 17, 2021, the government filed a supplemental brief in *United States v. Nordean et al*, 21-CR-175 (TJK). The government requests leave to file the *Nordean* supplemental brief on the docket in this case,

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:

      */s/ James I. Pearce*
      James I. Pearce
      Capitol Breach Appellate Coordinator
      United States Attorney's Office
      NC Bar No. 44691
      555 Fourth Street, N.W.
      Washington, DC 20530
      James.Pearce@usdoj.gov
      (202) 532-4991

      Elizabeth C. Kelley
      Assistant United States Attorney
      United States Attorney's Office
      D.C. Bar No. 1005031
      555 Fourth Street, N.W.
      Washington, DC 20530
      Elizabeth.Kelley@usdoj.gov
      (202) 252-7238


      James D. Peterson
      Trial Attorney
      United States Department of Justice
      VA Bar No. 35373
      1331 F Street N.W.
      6th Floor
      Washington, D.C. 20530
      (202) 353-0796
      James.d.peterson@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on November 23, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

*/s/ James I. Pearce*
James I. Pearce