IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Case No. 21-CR-00046-RDM |
| **PATRICK MONTGOMERY and BRADY KNOWLTON,** | § § § § | |
| *Defendants* | § | |

**DEFENDANTS' JOINT RESPONSE TO
GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
FILED IN ANOTHER CAPITOL BREACH CASE**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY and BRADY KNOWLTON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, submit the following response to the Government's Motion for Leave to File Supplemental Brief Filed in Another Capitol Breach Case filed with this Court on November 23, 2021. (Doc. No. 72).

In its Motion for Leave, the Government submitted as an attachment its supplemental brief filed in *United States v. Nordean et al*, 21-CR-175-TJK, discussing similar issues raised by the Defendants here in their Motion to Dismiss Count Ten of the Indictment and sought leave to file that brief "on the docket in this case." *Id.*

In response to that filing, the Defendants seek leave to file the response filed by Defendant Ethan Nordean in response to the Government's filing in that case here

1

and adopt the arguments and authority submitted in Parts I, II, and III of that response to supplement those previously submitted to this Court in support of their Motion to Dismiss Count Ten of the Indictment.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant Defendants leave to submit the attached response filed by Defendant Ethan Nordean in response to the Government's filing in his case here and permit them to adopt the arguments and authority submitted in Parts I, II, and III of that response to supplement those previously submitted to this Court in support of their Motion to Dismiss Count Ten of the Indictment.

Date: <u>November 28, 2021</u>     Respectfully Submitted,

RONALD SULLIVAN LAW, PLLC

by: <u>/s/ Ronald S. Sullivan Jr.</u>
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW
Suite 400 E
Washington, DC 2005
Telephone: (202) 935-4347
Fax: (617) 496-2277

MAYR LAW, P.C.

by: <u>/s/ T. Brent Mayr</u>
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613

Fax: 713-808-9613

WAGNER PLLC

by: /s/ Camille Wagner
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

by: /s/ Dani Jahn
DANI JAHN
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-750

ATTORNEY FOR THE DEFENDANT,
PATRICK MONTGOMERY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Elizabeth Kelley, James Peterson, and James Pearce, on November 28, 2021, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
