**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-46 (RDM)** |
| v. | : | |
| | : | |
| **PATRICK MONTGOMERY and** | : | |
| **BRADY KNOWLTON,** | : | |
| | : | |
| **Defendants.** | : | |
| : | | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF FILED IN ANOTHER CAPITOL BREACH CASE

During the status conference hearing on November 23, 2021, the Court requested the government to file in this case any supplemental briefs it has filed in other Capitol breach cases. On December 3, 2021, the government filed a reply brief in *United States v. Nordean et al*, 21-CR-175 (TJK). The government's opening supplemental brief and the defendants' response brief have previously been filed in this case. The government requests leave to file the *Nordean* reply brief on the docket in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

*/s/ James I. Pearce*
James I. Pearce
Capitol Breach Appellate Coordinator
United States Attorney's Office
NC Bar No. 44691
555 Fourth Street, N.W.
Washington, DC 20530
James.Pearce@usdoj.gov
(202) 532-4991

Elizabeth C. Kelley
Assistant United States Attorney
United States Attorney's Office
D.C. Bar No. 1005031
555 Fourth Street, N.W.
Washington, DC 20530
Elizabeth.Kelley@usdoj.gov
(202) 252-7238

James D. Peterson
Trial Attorney
United States Department of Justice
VA Bar No. 35373
1331 F Street N.W.
6th Floor
Washington, D.C. 20530
(202) 353-0796
James.d.peterson@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on December 5, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

*/s/ James I. Pearce*
James I. Pearce
