IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 21-CR-00046-RDM |
| § | |
| PATRICK MONTGOMERY and § § BRADY KNOWLTON, § § *Defendants* § | |

**ORDER ON
DEFENDANTS' UNOPPOSED, JOINT MOTION
TO CONTINUE STATUS CONFERENCE**

On this day, came to be heard the Defendants' Unopposed, Joint Motion to Continue Status Conference requesting a continuance of the status conference scheduled for February 16, 2022. After considering the same, the Court finds that the motion should be

_____      GRANTED. The status conference presently scheduled for February 16, 2022 is continued to _____. The Court further finds that it is in the best interests of justice to toll the time limits set out in the Speedy Trial Act.

_____      DENIED.

SIGNED AND ENTERED ON _____.

_____
Judge Randolph D. Moss
United States District Judge

1