## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America

        v.

Patrick Montgomery, et al.

       *Defendants*

**Case No. 1:21-cr-00046-RDM**

## <u>MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>

Pursuant to Local Rule 83.2(d), Defendants move for the admission and appearance of attorney Duncan Levin in the above-captioned action. In compliance with the rule, Mr. Levin's declaration as to his bar membership and status is attached. This motion is supported and signed by Ronald S. Sullivan, an active and sponsoring member of the Bar of the District of Columbia.

Dated: March 31, 2022

Respectfully submitted,

RONALD SULLIVAN LAW, PLLC

   /s/ Ronald S. Sullivan
Ronald S. Sullivan, Jr., Esq.
DC Bar # 451518
1300 I Street NW
Suite 400 E
Washington, DC 20005
(202) 935-4347

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America

        v.

Patrick Montgomery, et al.

      *Defendants*

Case No. **1:21-cr-00046-RDM**

## DECLARATION OF DUNCAN LEVIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Duncan Levin, hereby declare:

1. My name, office address, and telephone number are:

   Duncan Levin, Esq.
   Tucker Levin, PLLC
   230 Park Avenue, Suite 440
   New York, New York 10169
   (212) 330-7626

2. I was admitted the Bar of New York in 2003. My bar number is 4136537.
3. I am currently in good standing with all states, courts, and bars to which I am admitted.
4. I certify that I have never been disciplined by any bar.
5. I have been admitted *pro hac vice* to this Court on one other occasion over the last two years.
6. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2022

Respectfully submitted,

Duncan Levin, Esq.
Tucker Levin, PLLC
230 Park Avenue, Suite 440
New York, New York 10169
(212) 330-7626

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America

v.

Patrick Montgomery, et al.

*Defendants*

Case No. **1:21-cr-00046-RDM**

## PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DUNCAN LEVIN *PRO HAC VICE*

The Court grants attorney Duncan Levin *pro hac vice* admission to this Court.

**SO ORDERED.**

Dated: _____, 2022

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, the foregoing was electronically filed with the Clerk of the Court with the ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Ronald S. Sullivan
Counsel for Defendants