**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 21-046 (RDM)** |
| | ) | |
| **PATRICK MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Undersigned counsel, Dani Jahn, Assistant Federal Public Defender, respectfully moves this Honorable Court for an Order granting her request to withdraw as counsel in this case.  On February 10, 2021, undersigned counsel filed a Notice of Appearance after it had previously been determined that Mr. Montgomery qualified for appointed counsel.  *See* ECF #7.  On March 31, 2022, a motion for admission of retained attorney Duncan Levin was filed.  *See* ECF #95.  This Court Mr. Levin's admission on March 31, 2022.  *See* Minute Order, dated 3/31/22.

**WHEREFORE**, it is respectfully requested that Dani Jahn, Assistant Federal Public Defender, be permitted to withdraw as counsel now that Mr. Montgomery has retained counsel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500