# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :<br>:<br>:<br>**v.** :<br>:<br>**PATRICK MONTGOMERY,** :<br>:<br>**Defendant.** :<br>:  | Cr. No. 21-046 (RDM) |

## ORDER

Upon consideration of Defendant's Motion to Withdraw as Counsel, and finding good cause shown, it is this _____ day of April 2022,

**ORDERED** that the motion is granted.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE