UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

UNITED STATES OF AMERICA,

                                                                           No. 21-Crim.-46 (RDM)

      - against -

PATRICK MONTGOMERY,

        *Defendant.*

_____

TO:  The Clerk of the Court and all parties of record:

    I am admitted to practice in this Court pro hac vice for the instant case, and I appear in this case as counsel for Defendant Patrick Montgomery.

Dated: New York, New York
         April 1, 2022

                                                            /s Duncan Levin_____
                                                             Duncan P. Levin, Esq. (DL1577)
                                                             Tucker Levin, PLLC
                                                             230 Park Avenue, Suite 440
                                                             New York, New York 10169
                                                             (212) 330-7626