UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-46-RDM |
| | : | |
| PATRICK MONTGOMERY, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO RESCHEDULE
## STATUS CONFERENCE

The undersigned files this motion in response to the Court's scheduling order dated May 20, 2022, which set a status conference in the case on July 15, 2022 at 1:00 p.m. Due to a scheduling conflict, and having spoken to the parties and the Court's Deputy Clerk for alternative, acceptable dates, the undersigned respectfully requests the Court reschedule the status conference for July 13, 2022 at 1:00 p.m. This date and time is acceptable to the government and counsel for co-defendant Knowlton. The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

Duncan Levin, Esq. (*pro hac vice*)
Levin & Associates, PLLC
44 Court Street, Suite 905
Brooklyn, New York 11215
(212) 330-7626
*Counsel for Patrick Montgomery*