1             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

2

3   UNITED STATES OF AMERICA,

                                   Criminal Action
4          Plaintiff,           No. 1:21-cr-0046

5       vs.                   Washington, DC
                                     July 13, 2022
6   PATRICK MONTGOMERY, et al.,

                                   1:06 p.m.
7          Defendants.
   _____/

8

9

10         TRANSCRIPT OF VIDEO STATUS CONFERENCE
         BEFORE THE HONORABLE RANDOLPH D. MOSS
            UNITED STATES DISTRICT JUDGE

11

12   <u>APPEARANCES:</u>

13   For the Government:   **ELIZABETH KELLEY**
                          U.S. Attorney's Office
14                       555 4th Street
                       Washington, DC 20530
15

16                      **JAMES PETERSON**
                       U.S. Department of Justice
17                       1331 F Street, NW, 6th Floor
                       Washington, DC 20530
18

19   For Defendant
   Montgomery:            **DUNCAN LEVIN**
20                       Tucker Levin, PLLC
                       230 Park Avenue, Suite 440
21                       New York, NY 10169

22

23   For Defendant
   Knowlton:              **RONALD SULLIVAN, JR.**
                       Ronald S. Sullivan, Jr.
24                       6 Everett Street
                       Cambridge, MA 02138
25

1    **APPEARANCES CONTINUED:**

2    **For Defendant**          **THOMAS MAYR**
     **Knowlton:**              Mayr Law, P.C.
3                               5300 Memorial Drive, Suite 750
                                Houston, TX 77007
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:**        **JEFF M. HOOK**
                                Official Court Reporter
24                              U.S. District & Bankruptcy Courts
                                333 Constitution Avenue, NW
25                              Washington, DC 20001

1        **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  This is criminal action 21-46, the

3    United States of America v. Patrick Montgomery and Brady

4    Knowlton.  Both defendants are appearing by video.  Counsel,

5    starting with the Government and then followed by defense

6    counsel, please identify yourselves for the record.

7              **MS. KELLEY:**  Good afternoon, Your Honor.  Beth

8    Kelley for the United States.

9              **THE COURT:**  Good afternoon.

10             **MR. PETERSON:**  Good afternoon, Your Honor.  Jim

11   Peterson for the United States as well.

12             **THE COURT:**  Good afternoon.

13             **MR. LEVIN:**  Good afternoon, Your Honor.  Duncan

14   Levin for Mr. Montgomery.

15             **THE COURT:**  Good afternoon, Mr. Levin.

16             **MR. SULLIVAN:**  And Ronald Sullivan on behalf of

17   Brady Knowlton.  Good afternoon, Your Honor.

18             **THE COURT:**  Good afternoon as well.  So we're here

19   for a status conference, and I'd like to discuss scheduling

20   a trial date today.  I will remind everybody that it's not

21   permissible to record or to rebroadcast these proceedings,

22   and I'll order that nobody do so.

23             Before we get started, I just want to check and

24   make sure the defendants' preference is for us to proceed by

25   videoconference today rather than proceeding in-person.

1          Mr. Sullivan?

2          **MR. SULLIVAN:**  Yes, Your Honor, we consent.

3          **THE COURT:**  And Mr. Levin?

4          **MR. LEVIN:**  Yes, Your Honor, we consent.

5          **THE COURT:**  So I think maybe the first place to

6     start for purposes of scheduling -- or thinking about

7     scheduling a trial date is where the Government is with

8     respect to discovery.  Mr. Montgomery quite reasonably

9     asserts in his papers that he certainly doesn't want to go

10    to trial before he's received the discovery in the case.  So

11    I think we need to figure out where we stand with discovery.

12    I know this has been a massive ongoing process, but

13    hopefully we're nearing the final stages of that.

14          Ms. Kelley.

15          **MS. KELLEY:**  Yes, Your Honor.  So at this time,

16    the Government has provided extensive discovery in this

17    case.  Just to highlight some of what was produced already

18    is in total, as of July 11th, earlier this week, we've

19    produced 1,880,698 files to the defense Relativity database.

20    Among many other things included in that database are 208

21    digitally recorded interviews; about a thousand FBI 302s;

22    61,000 or so tips; and the results of searches of 490

23    digital devices and 98 Stored Communications Act accounts.

24    That's just some of what is in that Relativity database that

25    the defendants have had access to for many months now.

1    We've also produced over 24,000 files to the defense

2    evidence.com video repositories.  So we have produced quite

3    a bit of material.

4        We've also produced case-specific materials to

5    both defendants.  We initially produced the vast majority of

6    their FBI files to them.  And then recently, Mr. Peterson

7    and I have located additional files that were mostly open

8    source materials that we identified for them so that the

9    defense was aware that their clients were seen in many of

10   these videos.  At one point a few months ago, counsel also

11   requested additional specific information related to their

12   clients' entry into the Capitol building through the upper

13   west terrace door.  Mr. Peterson and I responded to that

14   specific request by attempting to locate specific videos and

15   other materials that addressed what had occurred at that

16   particular location at the Capitol that day.

17       At this point, counsel for Mr. Montgomery has not

18   identified any specific discovery that he does not have that

19   he believes would be necessary for his client to proceed to

20   trial.  And I would note, Your Honor, the Government is

21   asking to proceed to trial at the end of February, which is

22   about six months from now.  And so in the meantime, we're

23   going to be producing even more discovery to defense

24   counsel.  So by February, we believe that counsel will be in

25   a position to go to trial.  And we have had now multiple

1    trials related to the Capitol riots.

2         THE COURT:  What about before February, will you

3    be in a position -- putting aside the difficult schedules of

4    all counsel here.  But if we put that aside for a moment,

5    just from a discovery perspective, when do you think we'll

6    be ready to go to trial?

7         MS. KELLEY:  At this point, we believe that we can

8    go to trial -- I mean, putting aside -- let me say, putting

9    aside the scheduling issues -- because I do think that's a

10   very relevant issue for the Government.  But putting that

11   aside, we believe that we could go ahead and set a trial in

12   the next few months.  There have been multiple trials

13   already related to the Capitol riots.  Defense counsel has

14   not identified anything specific that they believe they

15   would need in order to go to trial.  If there is something,

16   Mr. Peterson and I are happy to try and track that down for

17   them.  They have what we have, and that's close to 2,000,000

18   files at this point.  So we think that we are in a position

19   to move forward to trial, you know, when we can find a time

20   that works for the parties.

21        THE COURT:  All right, thank you.  So let me start

22   with Mr. Levin who may have the most work to do since he's

23   the newest to the case in getting ready.

24        When do you think you could be ready, putting

25   aside all the difficult scheduling issues we have, but just

1     to do your work and reviewing the massive amounts of

2     discovery that have been provided, and ensuring that you're

3     providing Mr. Montgomery with as complete a defense as you

4     can?  When do you think you could actually physically be

5     ready to go?

6              **MR. LEVIN:**  Well, thank you, Judge.  I think the

7     Government is sort of flipping the burden on its head in a

8     way.  I mean, we just got -- I recognize that the Government

9     has given us voluminous dumps of materials, largely not

10    specifically related to my client or the co-defendant.  But

11    in this case, the point is that we just got another dump of

12    case-specific discovery.  And I'm making this distinction

13    that the Government makes between case-specific discovery

14    and discovery that is just generally related to January 6th.

15    But in case-specific discovery, we just got another dump of

16    it on Monday, two days ago.

17             We had -- in preparation for this status

18    conference, we had a conversation with the Government

19    where -- I think Mr. Montgomery's position is pretty

20    reasonable, which is we can go through all of this and get

21    ready for trial, but are you done giving us discovery that

22    relates specifically to Mr. Montgomery.  And they said no,

23    not necessarily, that there might be more case-specific

24    discovery coming.  So I think he has a right to see what the

25    discovery is that the Government seeks to use against him

1    before we set a trial date.

2          Now, if the Government's prepared today to say

3    that's it, that's all we're going to use at trial; whatever

4    we've given you today, that's what we're using at trial,

5    that's a whole different matter.  But as long as they

6    continue to trickle discovery to us, I don't see how

7    Mr. Montgomery can say that he's ready to go to trial when

8    there's still more coming.

9          **THE COURT:**  Ms. Kelley.

10         **MS. KELLEY:**  Your Honor, if I could respond just

11   to a couple of points made.  The first is we did provide

12   additional discovery this week that we felt was specifically

13   case related.  It was about 54 files, which is not going to

14   take defense counsel a long time to get through.  And we're

15   trying to do that to make it easier for them.  When we find

16   things that we think are relevant to this particular case,

17   we're trying to share those with defense counsel along the

18   way.

19         This is not a civil case.  In criminal cases, the

20   record never closes.  There's not a criminal case I've ever

21   worked on where if we get relevant information, whether

22   inculpatory or exculpatory in the lead up to trial, that we

23   don't disclose that to defense counsel.  And we have every

24   intention of doing that in this case.  We're continually

25   getting new information in.  I think we've made maybe 850

1    arrests.  We continue to charge additional defendants.  We

2    continue to get devices from those defendants that may

3    contain information related to the Capitol riots.  We're

4    uploading that information.  But I can't say sitting here

5    today that that's -- that there's going to be an end date on

6    that.  But as we do get new information, we're going to

7    provide that to defense counsel, and the record isn't going

8    to close here.

9         **THE COURT:**  Fair enough, Ms. Kelley.  But I think

10    that you and Mr. Levin may be talking past each other a

11    little bit on this.  I think he understands that that's

12    always the case, and that if somebody calls you up on the

13    eve of trial and says:  I was there and I saw something,

14    that you would have an obligation to disclose that, and you

15    might be entitled to use that.

16         But I think what Mr. Levin is getting at is there

17    is just a mountain of information here.  The question is

18    have you applied due diligence to what is there now to

19    locate everything that you believe relates to Mr. Montgomery

20    and Mr. Knowlton and have you provided that, or is there

21    still some work you have to do before you're comfortable

22    saying to the Court:  We have done our best to look through

23    what is there, and we have turned over what we've been able

24    to find?

25         I understand that it's always the case that it may

1    be out of a mountain of information this large that you go

2    back a month from now and you see a shirt sleeve, and you

3    look at that shirt sleeve and you compare it to another

4    shirt sleeve and you say:  Oh my goodness, I think this

5    actually is Mr. Knowlton or Mr. Montgomery and I didn't

6    realize it.

7            Putting that aside, but in terms of just doing

8    your very best with what you have now, are you done with

9    that or is there still more work you need to do?

10           **MS. KELLEY:**  We believe we've taken many, many

11   efforts to identify all of the evidence that would be

12   relevant in this case.  For instance, we provided defense

13   counsel with what I would normally consider to be attorney

14   work product, which is a timeline that Mr. Peterson and I

15   put together that shows pretty much every minute that we

16   could find of the defendants outside and inside the Capitol.

17   We have them moving from outside to inside the Capitol with

18   no breaks in time.  And we've identified all of the

19   different cameras and videos where they can be seen that

20   we've been able to identify, and put that into a timeline

21   for counsel so that they're able to easily track where the

22   defendants are throughout their time at the Capitol.

23           Now, could there be a GoPro video from another

24   defendant that shows up that we're not aware of?  There

25   could be.  As I mentioned, there's 2,000,000 files here to

1      work through.  But we do think that we've taken many steps

2      to identify the defendants at every point of that day.

3              **THE COURT:**  So turning for a moment to the omnibus

4      discovery.  I understand that also is something that is

5      continually being updated, and so every time the Government

6      seizes a new telephone and does a search and finds video on

7      that cell phone, that that might then get loaded and become

8      part of the omnibus discovery of the case.

9              But with respect to what the Government has -- and

10     understanding there's a reasonable time lag in that it may

11     be that law enforcement put their hands on a telephone a

12     week ago and they just haven't had a chance to upload it

13     yet.  But putting that aside, has the Government at this

14     point in time uploaded to these various discovery platforms

15     what it has?  Understanding that there is some reasonable

16     lag as new information comes in and it appearing on the

17     platforms.

18             **MS. KELLEY:**  Your Honor, I am not sure of the

19     answer to that question.  We have a discovery coordinator

20     who is working on those issues.  I am not sure what is in

21     the backlog or if there is even a backlog that needs to be

22     uploaded.  That's something that I can check with her on and

23     see if we could get you an answer to that question.

24             **THE COURT:**  So Mr. Levin, I think this is my take

25     on where we are from a discovery perspective at this point.

1    I would like to set a trial date today.  It may be that as

2    we approach that trial date, you or someone else has to come

3    to me and say:  Judge, there were a million files that were

4    just uploaded two weeks ago, and we can't possibly get

5    through that, and we're going to have to put the trial date

6    off.  I would understand such a request.  But I fear that if

7    the approach here is let's wait until we have every last

8    piece of discovery and then set a trial date, that there may

9    never be a trial date set in this case.  Because the

10   Government for the next 10 years might be continuing to

11   obtain cellphones or open source material, and it's a never

12   ending process.

13          So let's go ahead and try and set a trial date

14   today.  And understand that if you're not able to get

15   through what is important or even marginally significant

16   discovery in this case, we'll have to reevaluate where we

17   are, okay?

18          **MR. LEVIN:**  Fair, Your Honor.  But may I just be

19   heard briefly on it?  Obviously it's the Court's decision.

20          **THE COURT:**  Please.

21          **MR. LEVIN:**  But if I could just say one thing,

22   which is that the Government, since I've got on this case --

23   which was fairly recently, the Government has had a number

24   of conversations with me pushing me to try and set a trial

25   date, even though that's not what the Court had ordered.

1    We've been having conversations leading up to our phone

2    conversation -- I believe it was Monday in preparation for

3    this status conference before Your Honor, and then we've had

4    conversations where they've been trying to have us set a

5    trial date.  And then they give us a dump of case-specific

6    discovery on Monday.  And I believe the Government just

7    represented to Your Honor that they're not sure what's in

8    the backlog or what needs to be uploaded.

9            So I'm not suggesting infinite -- look, no one's

10   trying to stall.  There are also other ancillary issues such

11   as this 1512 litigation going on.  There's just a lot going

12   on.  My only point -- obviously it's the Court's decision

13   about setting a trial date.  I just mean to say that they've

14   been -- as recently as this particular status conference,

15   they're representing that they don't even know what's in the

16   backlog.  They told me on Monday on the phone that there

17   very well may be more specific discovery in the case, which

18   seems a little bit different than what's being said today.

19           As I sit here today, I have an obligation to my

20   client to get what the Government intends to use as evidence

21   against him.

22           **THE COURT:**  Yeah, of course.  And I would be more

23   concerned if we were talking about setting a trial date in

24   August or September, but I don't think anyone on this call

25   is talking about that.  The other thing is I suspect that

1    the reason that you're getting pressure from the Government

2    to set -- to pick a trial date is that Mr. Knowlton's

3    counsel is putting pressure on the Government to set a trial

4    date, and so the Government would like to try the case as a

5    whole and not sever the case.  So I think the Government is

6    just looking for a date in which everyone can do it, at

7    least that's my perception.

8              **MR. LEVIN:**  I agree.

9              **THE COURT:**  So why don't I ask -- I'm going to

10   start with you, then, and ask you sort of based on what you

11   know today -- and understanding that you may have to come

12   back to me and say:  Judge, this no longer works, what

13   timeframe are you thinking about as a reasonable timeframe

14   for a trial?

15             **MR. LEVIN:**  Well, the --

16             **THE COURT:**  The Government is proposing February,

17   although Mr. Knowlton is proposing December.

18             **MR. LEVIN:**  I just have a few conflicts in

19   December and in March.  I have a conflict from March 15th

20   through the end of that month.  I don't know if the proposed

21   February date would run into that or not.  I'm not free

22   starting the week of the 13th of March.  So February I don't

23   have a conflict for.

24             **THE COURT:**  And what about December, what are your

25   conflicts?

1     **MR. LEVIN:**  I believe I'm free -- but I'm not free

2   the week of the 19th for the rest of the month.  So I think

3   the first two weeks of December would be fine just

4   scheduling wise.  I mean, I still -- we're not waiving our

5   prior objection about the discovery issue, just in terms of

6   scheduling it, let me --

7     **THE COURT:**  From the discovery perspective, is

8   your preference for February?

9     **MR. LEVIN:**  My client's preference is not to set a

10   trial date until we get all the discovery.

11     **THE COURT:**  I mean, as I said before, I'm afraid

12   that if that's the case, we're never going to set a trial

13   date.

14     **MR. LEVIN:**  I understand.  I think there's just a

15   conflict between what Mr. Knowlton is asking for and my

16   position here.  So I'd defer to all of the different

17   parties, but February would work for us for a trial just in

18   terms of scheduling.

19     **THE COURT:**  Let me ask you, you also mentioned the

20   1512 issue.  Do you know or does anyone else on the call

21   know -- I suspect that Mr. Peterson may know the answer to

22   this, but has there been an appeal to the D.C. Circuit by

23   anybody, either in the case that is in front of Judge

24   Nichols or has there been an appeal -- and I think there was

25   a verdict in the case in front of Judge Friedrich.  So is

1   the issue in front of the Court of Appeals at this point or

2   on its way?

3            **MS. KELLEY:**  Your Honor, I need to check with our

4   appellate team on that.

5            **MR. MAYR:**  Judge, this is Brent Mayr.  I apologize

6   about the background noise.  The Government has filed an

7   appeal in the Miller case.  I don't believe a briefing

8   schedule has been set, but one is expected very soon.  But

9   the Government has filed an appeal in the Miller case and in

10  one other case that I don't have the name in front of me

11  right now.  But the Government definitely has filed their

12  notice of appeal in those cases.

13           **THE COURT:**  Okay, that's helpful to know.  So let

14  me go ahead and hear from Mr. Knowlton's counsel,

15  Mr. Sullivan.

16           So what are your thoughts on scheduling?  I've

17  read the report.  I don't know if you have more to add.

18           **MR. SULLIVAN:**  Yeah, thank you, Your Honor.  The

19  report doesn't reflect the totality of discussions that

20  we've had.  We are asserting our Sixth Amendment right to a

21  speedy trial and decline to waive it any further.  We are

22  ready to go as soon as October.  In our conversations with

23  the Government, it represented that it had trials in July,

24  August, September and November of this year.  We can go in

25  October and are ready to go.  Our position -- our strong

1    position is anything much beyond October violates

2    Mr. Knowlton's speedy trial rights.

3              **MR. LEVIN:**  Judge, I'm sorry, I feel like I've

4    lost my client.  He looks like he dropped off.  I just don't

5    want him to miss the proceedings.

6              **THE COURT:**  You know what, you're absolutely

7    right, I'm glad you're watching that.  Why don't we pause

8    here while you call him and see if we can get him back on.

9    We won't do anything until he returns.

10             **MR. LEVIN:**  I'm sorry, thank you.

11             **THE COURT:**  No, I'm glad you flagged that.

12        (Brief interruption)

13             **MR. LEVIN:**  It looks like he lost his internet,

14   but he's dialing back in on his phone.

15             **THE COURT:**  Okay, thank you.

16        (Brief interruption)

17             **MR. LEVIN:**  Your Honor, I do have Mr. Montgomery

18   on my phone.  He's having some issues getting into the Zoom.

19   I'm wondering if it would be acceptable to the Court -- and

20   he would waive any video -- any rights to be on video, but

21   if I could just put my phone on conference and put it right

22   next to my computer, and that way he can listen to the

23   proceedings?

24             **THE COURT:**  That's fine with me if it's okay with

25   Mr. Montgomery.

1              Mr. Montgomery, can you hear me?

2              **DEFENDANT MONTGOMERY:**  Yes, Your Honor, I can hear

3    you fine.

4              **THE COURT:**  Mr. Montgomery, is it all right to

5    proceed with you on the phone in Mr. Levin's office without

6    being on the video?

7              **DEFENDANT MONTGOMERY:**  Yes, Your Honor, that will

8    be fine.

9              **THE COURT:**  Okay.  So let's go back, then, to

10   Mr. Sullivan.

11             **MR. SULLIVAN:**  Thank you, Your Honor.  I'm not

12   sure exactly where we left off.  I just had two very brief

13   points.  The first is our exercise of speedy trial rights.

14   We are ready in the month of October.  The Government in May

15   told us in writing they had trial conflicts July, August,

16   September and November.  Later, in summary fashion, they

17   said:  Oh, we're not available in October, but did not cite

18   any trial obligations at that time.  We are ready in

19   October.  We think that is consistent with Mr. Montgomery's

20   Sixth Amendment right to a speedy trial, so we would ask for

21   a date in October.

22             **THE COURT:**  Let me just ask you to pause there for

23   a second.  Ms. Kelley, is the Government available in

24   October?

25             **MS. KELLEY:**  Your Honor, I have a very serious sex

1    offense trial that is going to be for about three weeks in

2    September, and then we'll be starting another serious

3    Capitol riot trial involving four co-defendants on

4    November 1st.  So in the interest of preparation for these

5    trials, we are not available in October, because those two

6    trials for me will be extensive and are going to require

7    extensive preparation, which is why we're asking for the

8    February trial date.

9           THE COURT:  Let me ask you, what dates in

10   September are you in trial?

11          MS. KELLEY:  It starts on September 6th, which I

12   believe is the day after Labor Day, and it should run for

13   about we think three weeks.  So I think that we'll be

14   finished probably about September 22nd, 23rd.

15          MR. PETERSON:  I apologize for interrupting, Your

16   Honor.  I have a trial starting on September 28th.

17          THE COURT:  Starting on September 28th and running

18   until?

19          MR. PETERSON:  I think early October, let me see.

20          MS. KELLEY:  And then my next trial starts on

21   November 1st.  That's the four co-defendant case.

22          MR. LEVIN:  Judge, I'm just going to note for the

23   record that Mr. Montgomery's back up on the Zoom now.

24          THE COURT:  Oh, thank you.  Mr. Levin, what is

25   your availability in October?

1        MR. LEVIN:  I'm available.

2        THE COURT:  But Mr. Peterson, you said you start a

3   trial on the 28th of September?

4        MR. PETERSON:  Yes, sir.

5        THE COURT:  What sort of trial is that?

6        MR. PETERSON:  It's one of the Capitol riots

7   trials.  It's in front of Judge Chutkan.

8        THE COURT:  I see, okay.  One thing that I can do

9   is I can pencil in a trial for -- starting on October 3rd.

10  And if it turns out that Mr. Peterson and Ms. Kelley's other

11  two trials don't go, we can try this case starting on

12  October 3rd.  But I do have to, I think, take into

13  consideration the availability of government counsel.  If

14  Mr. Peterson is starting a trial on September 28th, I don't

15  see how he could be available on the 3rd of October for a

16  trial in front of me.  But I'm happy to pencil that in if

17  folks want to do that and reserve that.

18       MR. PETERSON:  And I will apologize, Your Honor,

19  that case had been previously continued from an April date.

20  The case that's set for September was a case previously set

21  for trial that was continued, so I think it's unlikely that

22  that would get bumped or whatever.  But obviously I'm no tea

23  leaf reader.

24       THE COURT:  You say you think it's unlikely that

25  that's going to not go, you think it's likely to go?

1          **MR. PETERSON:**  Yes, if for no other reason than it

2     was previously scheduled for trial and got bumped for the

3     September date.

4          **THE COURT:**  Right.  Well, I think we all know that

5     until the trial goes, you don't really know.

6          **MR. SULLIVAN:**  Your Honor, if I may?

7          **THE COURT:**  Yes.

8          **MR. SULLIVAN:**  I would like to say that we are

9     amenable to setting the October 3rd date.  I'd just like to

10     make a record on the following:  That I am unaware of a

11     Sixth Amendment carve out for a particular AUSA's

12     preparation schedule, point one.  Point two, I think that

13     the most recent term of the United States Supreme Court --

14          **THE COURT:**  I'm sorry, just before you get to

15     point two, let me ask you a question on point one.  Are you

16     aware of any authority that rejects that proposition and

17     says that the availability of the government counsel that's

18     been working on the case is not a sufficient grounds for

19     continuing -- or scheduling a trial around that attorney's

20     schedule?

21          **MR. SULLIVAN:**  No, but I can find something.

22          **MS. KELLEY:**  Your Honor, we are aware --

23          **THE COURT:**  That would be helpful if you do have

24     authority for that proposition --

25          **MS. KELLEY:**  Your Honor, we're aware of authority.

1    The Speedy Trial Act specifically says that the Court can

2    continue a case and toll time due to continuity of

3    government counsel.  That's in section (h)(7)(B)(iv).  So

4    that's what we're relying on here.

5            And I would note that Mr. Peterson and I are the

6    only two AUSAs who have been on this case.  I've been on it

7    since the beginning, and he joined shortly thereafter.  So

8    it would make sense for us to be the ones to try this

9    particular case.

10           **THE COURT:**  That was the reason I asked the

11   question.

12           **MR. SULLIVAN:**  Well, with respect, Your Honor,

13   mine is a constitutional argument, not a statutory argument.

14   I am happy to brief the issue.  And the second point I want

15   to say is that given the most recent term of the United

16   States Supreme Court, I think it's fair to say that the

17   district courts are being instructed to take a far more

18   robust textualist approach when dealing with the

19   Constitution and constitutional rights that we refuse to

20   waive.  But I'm happy to brief the issue to save time here,

21   I just wanted to make a brief record on the point.

22           **THE COURT:**  That's fine.  When would you like to

23   submit your brief?

24           **MR. SULLIVAN:**  I can submit it within a couple

25   weeks, it will be a short one.

1      **THE COURT:** Okay. It would be helpful if there's

2   something I'm not aware of, to bring my attention to that,

3   so let me just pick a date here. Today is the 13th. Could

4   you file something by the 22nd of July, does that work for

5   you, Mr. Sullivan?

6      **MR. SULLIVAN:** Yes, Your Honor.

7      **THE COURT:** And then the Government can respond by

8   the 29th of July.

9      **MR. SULLIVAN:** So meanwhile, we definitely accept

10  the Court's invitation to pencil in 10/3 as a date to start

11  the trial.

12     **THE COURT:** I'm happy to do that. I guess I'll

13  direct everyone to hold the time at this point and not take

14  on any new obligations. But it may be, given what

15  Mr. Peterson said, that that is not likely to play out. But

16  I'm happy to hold the time just in case.

17       And the other thing I can say is that although

18  I'll have to move a civil trial to do that -- which I'm

19  happy to do, I have criminal trials and other obligations

20  later in the month of October. But if it turns out that

21  trying the case later in the month of October is something

22  the parties want to do, I can just find another judge who

23  can try the case and transfer the case to one of my

24  colleagues to try. Some of the senior judges may have a

25  little bit more time on their calendar to take on an

1    additional criminal trial.  So it may be that I could ask

2    one of them to take the case if you'd like me to do that.

3    So if you'd like me to do that, let me know.

4         **MR. SULLIVAN:**  Thank you, Your Honor.

5         **THE COURT:**  You can just indicate that in your

6    brief if that's something you'd like me to consider.

7         **MR. SULLIVAN:**  Very well.

8         **THE COURT:**  If it's later in October, we're going

9    to start running into Ms. Kelley's trial in November with

10   that as well.  So I'm not sure how much that's going to do

11   to help, but I'm happy to consider all options.

12        **MR. SULLIVAN:**  Very well, we appreciate that, Your

13   Honor.  Your Honor, if I may --

14        **THE COURT:**  It may be something you want to talk

15   to your client about, whether your client would want to

16   transfer the case to another judge.  I would not be insulted

17   if that was the way the scheduling worked out, so that's

18   fine with me.

19        **MR. SULLIVAN:**  Exactly, Your Honor, we didn't

20   think you'd be insulted.  The reason I didn't give an

21   affirmative response immediately is I do think I need to

22   discuss it with my client.  I have one additional point,

23   Your Honor, if I may.  It had to do with the Government's

24   initial presentation that it provided information -- video

25   information of Mr. Knowlton on the outside, the time on the

1   outside through the time on the inside.  We dispute that

2   representation.  There are periods where there are

3   photographs which appear to have been taken from video, but

4   the video has yet to be produced.  So we don't think that

5   they've produced everything tracking him from the outside

6   all the way through the inside.  There still are gaps.

7           We can certainly deal with that through informal

8   discovery, and I can bring a motion when and if necessary,

9   but I wanted to put our position on the record as well.

10          **THE COURT:**  You're welcome to file a motion if you

11  think it's appropriate with respect to anything of that

12  nature.  I also think that probably what we ought to do is

13  hold the date in February as well just so that we have a

14  fallback and we're guaranteed to be able to proceed to trial

15  in February.  My recollection is that government counsel is

16  just not available at any of the dates in December where

17  Mr. Levin is available.

18          Is that correct, Ms. Kelley?

19          **MS. KELLEY:**  So I believe that Mr. Levin said that

20  he's available until the 19th of December, is that correct?

21          **THE COURT:**  That's correct.

22          **MS. KELLEY:**  I think Mr. Peterson may need to

23  correct me, I'm just checking his schedule.  So it's our

24  understanding the Court is available on December 13th?

25          **THE COURT:**  Yes, I am available on the 13th.  I'm

1   available on the 12th, I think.  I could do that week, the

2   week of the 12th of December.

3          **MS. KELLEY:**  I think -- arguably, I think the

4   Government can do that.  Mr. Peterson can correct me if I'm

5   wrong.  The problem is I don't know if we would be finished

6   with the case by the 19th.

7          **THE COURT:**  Well, I think I -- well, I can

8   continue after that.  But Mr. Levin, when is your conflict?

9          **MR. LEVIN:**  No, I just clarified, I can do a few

10  days into the following week.  I have a previously scheduled

11  vacation where I'm leaving at the end of that week, so I

12  think I'm good actually at least the 19th, 20th and 21st.  I

13  don't know if that will be enough time, it probably would.

14         **THE COURT:**  I think it would be, and we'll just

15  have to make sure we move things along at a reasonable pace.

16         Kristin, are we available to start on the 12th?

17         **DEPUTY CLERK:**  I guess we could be, Your Honor.  I

18  can't remember why I gave the parties the 13th.  It could be

19  because the master trial calendar had a lot of dates that

20  were taking up the ceremonial courtroom, but I can confirm

21  that for you.

22         **THE COURT:**  Well, why don't we go ahead and put it

23  down for December 12th, assuming the October dates don't

24  work.

25         **MS. KELLEY:**  Your Honor, we would ask to just set

1   the December 12th.  I think given that Mr. Peterson and I

2   are juggling three different trials around that October

3   date, and as far as we're aware, we believe that both --

4   that our trials are moving forward, at least that's where

5   our understanding is at this point.  I know Your Honor knows

6   what we know, which is that you don't know until the day

7   before.

8          **THE COURT:**  Right.

9          **MS. KELLEY:**  I think that December 12th date would

10  satisfy -- putting aside Mr. Levin's issues about discovery,

11  probably all of the parties' concerns in this case.

12         **THE COURT:**  Why don't I do this:  I will set the

13  December 12th date, but I will also consider Mr. Sullivan's

14  motion to move that date up for Sixth Amendment grounds.  I

15  would ask everyone not to schedule anything new during the

16  period we were talking about in October in case Mr. Sullivan

17  convinces me that his client has a constitutional right to

18  proceed in October, in which case we'll have to move the

19  trial up to that date or sometime in October, if he

20  convinces me on that.  And it may be that it's at that time

21  in October, and it may be later in October and I just ask

22  one of my colleagues if they could try the case when I have

23  another criminal trial scheduled.

24         **MR. SULLIVAN:**  Our position is that October is

25  sufficient.  We object to the December date as a violation

1    of Mr. Knowlton's Sixth Amendment right to a speedy trial.

2    That said, if the Court orders me to be somewhere in

3    December, I will be there.

4        **THE COURT:**  Well, I am going to order everyone be

5    ready for trial on December 12th.  Mr. Sullivan, I will

6    consider your motion.  If you convince me to move the date

7    up and that for constitutional reasons we have to do it

8    earlier, I'll do that.  For present purposes, let's count on

9    the 12th of December, starting jury selection that day.  If

10   it turns out that we need to adjust for legal reasons, we'll

11   do so.

12       **MR. SULLIVAN:**  Very well, Your Honor.

13       **THE COURT:**  So let me ask the parties, assuming

14   that we start trial on the 12th, I know there's been some

15   motions practice, but do we need to schedule a motions -- do

16   we need to set a motions schedule?  Do the parties

17   anticipate motions in limine and other motions that I still

18   need to resolve?  And if so, do you want to set those today

19   or do you want to confer amongst yourselves and submit to

20   the Court a proposal for both a motions schedule as well as

21   a schedule for submitting proposed voir dire, proposed

22   preliminary jury instructions, final jury instructions, a

23   neutral statement of the case and so forth?

24       **MR. SULLIVAN:**  I mean, perhaps it's a better use

25   of the Court's time if the parties first take a shot at

1   conferring and present a joint proposal.

2         **THE COURT:**  I think that's always my preference,

3   so why don't we do that.  You don't need to give me every

4   element of the preliminary jury instructions and the final

5   jury instructions, you can go online and find any of my

6   criminal cases and look up what I use as the standard

7   models.  But if there's anything particular to this case --

8   obviously the elements of the particular charges here, or if

9   there's something unique about this case where you think

10  that there should be particular or unusual jury instructions

11  or jury instructions should be modified in light of this

12  case, let me know that.  The same thing with voir dire, you

13  don't need to give me every voir dire question I normally

14  ask.  But if there's something particular to this case --

15  and I imagine there will be, you can submit to me proposed

16  voir dire questions.

17        In addition, I think the schedule should address

18  when the Government will disclose its witness lists -- or

19  witness list to the defense and exhibit lists.  And it would

20  be helpful to do -- certainly the -- well, I think probably

21  both to the extent they can be done before the final

22  pretrial conference would be helpful.  Because if there's an

23  issue that I need to resolve with respect to a proposed

24  exhibit or a witness before trial, that's always best.

25  Particularly, I think we're going to be on a pretty tight

1    schedule here, and I don't want to be having the jury sit

2    for half a day while we're hearing argument and I'm deciding

3    any disputes that we could have resolved before trial.  So

4    let's build that into the schedule as well so we can resolve

5    all those in advance.

6              And I will need from the defense, at least before

7    we start trial, a list of names that the defense says could

8    come up in the course of the trial.  I know the defense is

9    always reluctant to say who their witnesses are going to be,

10   and I'm not asking you to do that.  But I am asking you to

11   tell us enough so that we can engage in meaningful voir

12   dire.  I won't attribute any name or witness to a particular

13   party so the jury won't be disappointed and think you

14   promised some witness who didn't appear.  I just need a long

15   list of everyone's witnesses and other names that may come

16   up to make sure that we don't have a juror who knows

17   somebody.

18            **MR. SULLIVAN:**  Very well, Your Honor.

19            **MR. LEVIN:**  Yes, Your Honor.

20            **THE COURT:**  And then maybe we should go ahead and

21   just pick, while we're all together at least, a date for a

22   final pretrial conference.  I think I probably could do,

23   Kristin, the 2nd.  Well, you know what, I better not do the

24   2nd of December.

25            **DEPUTY CLERK:**  You could do the afternoon of the

1    30th, Your Honor, in November.

2            **THE COURT:**  Yeah, let's do November 30th at 2:00

3    o'clock.

4            **DEPUTY CLERK:**  And what was the date for the

5    parties to submit their joint proposed schedule?

6            **THE COURT:**  Yes, let me ask Mr. Sullivan, what

7    would you propose?

8            **MR. SULLIVAN:**  So the -- first, the date of

9    December 5th for the final pretrial conference, over the

10   same objection that I'm available.

11           **THE COURT:**  No, no, but I'm actually now proposing

12   that we do it on November 30th.

13           **MR. SULLIVAN:**  With apologies.  Same, Your Honor,

14   I am available, but over objection.

15           **THE COURT:**  Okay, that's fine.  My question was

16   what date then for the parties joint status report setting

17   forth a proposed schedule leading up to trial?

18           **MR. SULLIVAN:**  Let's see, we are in July.  Does

19   early August work for the Government and Mr. Levin, give us

20   a few weeks to go back and forth?

21           **THE COURT:**  Ms. Kelley?

22           **MS. KELLEY:**  Early August would be good for the

23   Government.  And Your Honor, just to step back one minute.

24   On the pretrial conference, I assume that would be

25   in-person?

1          **THE COURT:**  Yes.

2          **MS. KELLEY:**  Okay, just wanted to clarify that.

3          **THE COURT:**  No, I'm glad you clarified that, but

4    yes.  So Mr. Levin, is the first week of August okay with

5    you as well for the status report?

6          **MR. LEVIN:**  Yes.  I'm going to be out of the

7    country on Thursday and Friday that week, so if we could do

8    it by either the 1st, 2nd or 3rd, that would be ideal.

9          **THE COURT:**  Why don't I give you and everyone

10   until the 2nd of August to submit the joint status report

11   setting forth a proposed schedule for further proceedings.

12         **MR. LEVIN:**  And then did Your Honor say

13   November 30th for the pretrial?

14         **THE COURT:**  For the pretrial, yes, at 2:00

15   o'clock.

16         **MR. LEVIN:**  Okay, yes.

17         **DEPUTY CLERK:**  Your Honor, this is Kristin again,

18   sorry to interrupt.  Did you still want to hold, for

19   purposes of your calendar, October and February as backups?

20         **THE COURT:**  Not February, but October.

21         **DEPUTY CLERK:**  Thank you.

22         **THE COURT:**  I know I've got a civil trial there

23   already, so it's sort of being held at this point.  And then

24   I think what I will do is why don't I go ahead and toll time

25   between now and the August 2nd status report on the theory

1    that by then, I will have received Mr. Sullivan's motion and

2    the Government's response to the motion on the speedy trial.

3    And I take it that there's not an objection between now and

4    August 2nd.  And then when I receive your status report on

5    the 2nd, I can address whether it's appropriate for the

6    Court to toll additional time and for how long.

7         Does that make sense to everyone?  Any objection

8    to my doing that, Mr. Sullivan?

9         MR. SULLIVAN:  We object to the tolling, but we do

10   not object to the August 2nd.

11        THE COURT:  You object to me tolling time until

12   August 2nd?

13        MR. SULLIVAN:  Correct, Your Honor.

14        THE COURT:  Okay.  Well, in that case, trial's

15   starting August 2nd.  I'm serious.

16        MR. LEVIN:  Judge, I'm unavailable from the 4th

17   for two weeks.

18        THE COURT:  The 4th of August?

19        MR. LEVIN:  Yes, Your Honor.  I'm sorry, I'm

20   unavailable from the 4th of August through the 23rd of

21   August.

22        THE COURT:  Well, I'm just going to toll time

23   until the 2nd.  I mean, it's clear to me that counsel is not

24   actually -- at least certainly counsel for Mr. Montgomery is

25   not prepared, he's new to the case, and counsel is

1  unavailable.  So I'm going to toll time between now and

2  August 2nd under the ends of justice exception to the Speedy

3  Trial Act.  The Court concludes that the continuance would

4  serve the interests of justice, and those interests outweigh

5  the best interests of the public and the defendant in a

6  speedy trial.

7        If Mr. Montgomery truly is not just posturing here

8  and really -- excuse me, Mr. Knowlton really wants to try

9  his case in July, I will consider a severance and I will try

10  his case in July.

11        **MR. SULLIVAN:**  Very well, Your Honor.

12        **THE COURT:**  You've got to propose that to me.

13  Give me dates when you're available, and I will move things

14  on my schedule and try the case in July if that's what you

15  really are asking for here.

16        **MR. SULLIVAN:**  Very well.  Thank you, Your Honor.

17  We'll respond in writing.

18        **THE COURT:**  Okay.  You've got two weeks left in

19  July to try the case, and to have any motions you want to

20  file and to do any file prep you want to do in July, if

21  you're really truly objecting to tolling time between now

22  and August 2nd.

23        **MR. SULLIVAN:**  Understood.

24        **THE COURT:**  If I don't hear from you, I'm going to

25  assume that you're not prepared to try your case before

1    August 2nd.

2           **MR. SULLIVAN:**  You'll definitely hear from us,

3    Your Honor.  And there's no posturing, we don't consider a

4    constitutional right as posturing.  We want to --

5           **THE COURT:**  But Mr. Sullivan, it is posturing if

6    you're not really ready to go to trial.  It is posturing if

7    you're not --

8           **MR. SULLIVAN:**  I respectfully disagree, Your

9    Honor.  I'll respond in writing to the July dates.  I don't

10   think we have to be forced to waive a constitutional right

11   because of AUSAs availability for trial dates.  As I said --

12          **THE COURT:**  I'm sorry to interrupt, Mr. Sullivan.

13   That's not my question.  My question is between the next two

14   weeks, whether you're really truly ready to go to trial in

15   the next two weeks.  It seems shocking to me that consistent

16   with your constitutional obligation to provide a proper

17   representation to your client, that you in the next two

18   weeks could try this case.  But if you really mean you can,

19   fine, tell me that you can do it, and I will find a

20   colleague and we will -- you'll get your trial.

21          **MR. SULLIVAN:**  Understood.

22          **THE COURT:**  But I find it hard to believe that you

23   actually, consistent with your obligation to your client,

24   are in a position in which you can provide him with the

25   defense to which he's entitled over the next two weeks.  I

1    don't know how you would file the motions you need to file

2    in advance of trial between now and then.  But if you can,

3    let me know.  Let me know soon if you actually really want

4    to go to trial in the next two weeks.

5            **MR. SULLIVAN:**  Very well.  I appreciate the

6    opportunity, Your Honor.

7            **THE COURT:**  Anything further today, Mr. Levin?

8            **MR. LEVIN:**  Yes, I just had one brief

9    clarification.  Your Honor granted my application to have

10   Mr. Montgomery's condition of release modified so that he

11   could get work.  There seems to be a little bit of --

12   something I just want to clarify on the record.  Because

13   there's another condition of his release that states that he

14   is not allowed to engage in any hunting activity.

15            Mr. Montgomery is very clear that he cannot have a

16   weapon and cannot be hunting with a weapon.  But the term

17   hunting -- he owns his own hunting consulting business, it's

18   called Pmonte Outdoors.  There are certain things that bear

19   on hunting like managing private ranches and guiding --

20   being paid by outfitters to scout their areas for ranches

21   and study the movement of animals.  I just wanted to clarify

22   with the Court, just so that there's not an issue with

23   pretrial services, that his work could include things

24   dealing with animals and wildlife conservation, but

25   obviously he knows that he is -- one of the conditions of

1    his release is not to have a weapon in any way.  So just to

2    sort of clarify the word hunting with respect to that.

3            So I don't know the best way to go about doing

4    that, but I just wanted to make sure that there wasn't an

5    issue with pretrial.

6            **THE COURT:**  We don't have anyone from pretrial on

7    the line I don't think.

8            **MS. KELLEY:**  Your Honor, the Government would ask

9    for defense counsel to file something that the Government

10   could respond to.  I need -- from the Government's

11   perspective, we need more clarification about what

12   specifically Mr. Montgomery is asking to do related to his

13   business.  And then I think we could respond at least with

14   what the Government's position is, and then get -- and try

15   to figure out what pretrial's position is.  It's just a

16   little bit murky for me.

17           And as Your Honor may recall, Mr. Montgomery ended

18   up in home confinement because he hunted a large animal, was

19   in possession of a firearm.  I have some constructive

20   possession of a firearm thoughts in my head as well, so I

21   just want to be very concrete.  I also don't want to

22   knee-jerk say no altogether, but I want to be concrete about

23   what we're talking about.

24           **THE COURT:**  I was actually, Mr. Levin, going to

25   suggest that you talk to pretrial services first since

1     they're not on the line, and if you can then just submit a

2     proposal to the Court.  And after you talk to pretrial

3     services, why don't you talk to Ms. Kelley and see if it's

4     objected to.  Maybe you can all come up with language which

5     satisfies everybody.  And if it doesn't, then file something

6     with the -- either way, file something with the Court.

7         **MR. LEVIN:**  That's fine.  The Government heard our

8     preliminary application and did not oppose it, so I'll take

9     it under advisement.  I'll speak with Ms. Kelley and

10    pretrial, and just see if we can work something out in terms

11    of wording of whatever it is, that's fine.

12         **THE COURT:**  Okay.  And Ms. Kelley, anything

13    further today?

14         **MS. KELLEY:**  Nothing else from the Government.

15    Thank you, Your Honor.

16         **THE COURT:**  Mr. Sullivan, anything further?

17         **MR. SULLIVAN:**  No, that's all on behalf of

18    Mr. Knowlton.

19         **THE COURT:**  Well, thank you all.  Have a good day.

20      (Proceedings adjourned at 2:02 p.m.)

21

22

23

24

25

1                       **C E R T I F I C A T E**

2


3               I, **Jeff Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript

5    of the remotely reported proceedings in the above-entitled

6    matter.

7                    **PLEASE NOTE:**  This hearing occurred during

8    the COVID-19 pandemic and is therefore subject to the

9    technological limitations of court reporting remotely.

10

11

12

13      __July 26, 2022__                 _____

14           **DATE**                          **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**0**

0046 [1]   1/4
02138 [1]   1/24

**1**

1,880,698 [1]   4/19
10 [1]   12/10
10/3 [1]   23/10
10169 [1]   1/21
11th [1]   4/18
12th [10]   26/1 26/2
26/16 26/23 27/1
27/9 27/13 28/5
28/9 28/14
13 [1]   1/5
1331 [1]   1/17
13th [5]   14/22 23/3
25/24 25/25 26/18
1512 [2]   13/11
15/20
15th [1]   14/19
19 [1]   39/8
19th [4]   15/2 25/20
26/6 26/12
1:06 [1]   1/6
1:21-cr-0046 [1]
1/4
1st [3]   19/4 19/21
32/8

**2**

2,000,000 [2]   6/17
10/25
20001 [1]   2/25
2022 [1]   1/5
20530 [2]   1/14 1/17
208 [1]   4/20
20th [1]   26/12
21-46 [1]   3/2
21st [1]   26/12
22nd [2]   19/14 23/4
230 [1]   1/20
23rd [2]   19/14
33/20
24,000 [1]   5/1
28th [4]   19/16
19/17 20/3 20/14
29th [1]   23/8
2:00 [2]   31/2 32/14
2:02 p.m [1]   38/20
2nd [11]   30/23
32/25 33/4 33/5
33/10 33/12 33/15
33/23 34/2 34/22
35/1
2nd of [2]   30/24
32/10
2nd or [1]   32/8

**3**

302s [1]   4/21
30th [4]   31/1 31/2
31/12 32/13
333 [1]   2/24
3rd [4]   20/9 20/12
21/9 32/8
3rd of [1]   20/15

**4**

440 [1]   1/20
46 [1]   3/2
490 [1]   4/22
4th [4]   1/14 33/16
33/18 33/20

**5**

5300 [1]   2/3
54 [1]   8/13
555 [1]   1/14
5th [1]   31/9

**6**

61,000 [1]   4/22
6th [3]   1/17 7/14
19/11

**7**

750 [1]   2/3
77007 [1]   2/3

**8**

850 [1]   8/25

**9**

98 [1]   4/23

**A**

able [5]   9/23 10/20
10/21 12/14 25/14
above [1]   39/5
above-entitled [1]
39/5
absolutely [1]   17/6
accept [1]   23/9
acceptable [1]
17/19
access [1]   4/25
accounts [1]   4/23
Act [3]   4/23 22/1
34/3
action [2]   1/3 3/2
activity [1]   36/14
actually [8]   7/4
10/5 26/12 31/11
33/24 35/23 36/3
37/24
add [1]   16/17
addition [1]   29/17
additional [5]   5/7
5/11 8/12 9/1 24/1
24/22 33/6
address [2]   29/17
33/5
addressed [1]   5/15
adjourned [1]   38/20
adjust [1]   28/10
advance [2]   30/5
36/2
advisement [1]   38/9
affirmative [1]
24/21
afraid [1]   15/11
afternoon [9]   3/7
3/9 3/10 3/12 3/13
3/15 3/17 3/18
30/25
again [1]   32/17

**against [2]**   7/25
13/21
ago [4]   5/10 7/16
11/12 12/4
agree [1]   14/8
ahead [6]   6/11
12/13 16/14 26/22
30/20 32/24
al [1]   1/6
allowed [1]   36/14
along [2]   8/17
26/15
although [2]   14/17
23/17
altogether [1]
37/22
always [5]   9/12
9/25 29/2 29/24
30/9
amenable [1]   21/9
Amendment [5]   16/20
18/20 21/11 27/14
28/1
AMERICA [2]   1/3 3/3
Among [1]   4/20
amongst [1]   28/19
amounts [1]   7/1
ancillary [1]   13/10
animal [1]   37/18
animals [2]   36/21
36/24
anticipate [1]
28/17
apologies [1]   31/13
apologize [3]   16/5
19/15 20/18
appeal [5]   15/22
15/24 16/7 16/9
16/12
Appeals [1]   16/1
appear [2]   25/3
30/14
APPEARANCES [2]
1/12 2/1
appearing [2]   3/4
11/16
appellate [1]   16/4
application [2]
36/9 38/8
applied [1]   9/18
appreciate [2]
24/12 36/5
approach [3]   12/2
12/7 22/18
appropriate [2]
25/11 33/5
April [1]   20/19
are aware [1]   21/22
areas [1]   36/20
arguably [1]   26/3
argument [3]   22/13
22/13 30/2
around [2]   21/19
27/2
arrests [1]   9/1
aside [9]   6/3 6/4
6/8 6/9 6/11 6/25
10/7 11/13 27/10
asserting [1]   16/20
asserts [1]   4/9

assume [2]   31/24
34/25
assuming [2]   26/23
28/13
attempting [1]   5/14
attention [1]   23/2
attorney [1]   10/13
attorney's [2]   1/13
21/19
attribute [1]   30/12
August [18]   13/24
16/24 18/15 31/19
31/22 32/4 32/10
32/25 33/4 33/10
33/12 33/15 33/18
33/20 33/21 34/2
34/22 35/1
August 2nd [8]
32/25 33/4 33/10
33/12 33/15 34/2
34/22 35/1
AUSA's [1]   21/11
AUSAs [2]   22/6
35/11
authority [3]   21/16
21/24 21/25
availability [4]
19/25 20/13 21/17
35/11
available [15]
18/17 18/23 19/5
20/1 20/15 25/16
25/17 25/20 25/24
25/25 26/1 26/16
31/10 31/14 34/13
Avenue [2]   1/20
2/24
aware [7]   5/9 10/24
21/16 21/22 21/25
23/2 27/3

**B**

back [8]   10/2 14/12
17/8 17/14 18/9
19/23 31/20 31/23
background [1]   16/6
backlog [4]   11/21
11/21 13/8 13/16
backups [1]   32/19
Bankruptcy [1]   2/24
based [1]   14/10
bear [1]   36/18
become [1]   11/7
beginning [1]   22/7
behalf [2]   3/16
38/17
believes [1]   5/19
best [5]   9/22 10/8
29/24 34/5 37/3
Beth [1]   3/7
better [2]   28/24
30/23
beyond [1]   17/1
bit [6]   5/3 9/11
13/18 23/25 36/11
37/16
both [5]   3/4 5/5
27/3 28/20 29/21
Brady [2]   3/3 3/17
breaks [1]   10/18

**B**

Brent [1]   16/5
brief [9]   17/12
 17/16 18/12 22/14
 22/20 22/21 22/23
 24/6 36/8
briefing [1]   16/7
briefly [1]   12/19
bring [2]   23/2 25/8
build [1]   30/4
building [1]   5/12
bumped [2]   20/22
 21/2
burden [1]   7/7
business [2]   36/17
 37/13

**C**

calendar [3]   23/25
 26/19 32/19
call [3]   13/24
 15/20 17/8
called [1]   36/18
calls [1]   9/12
Cambridge [1]   1/24
cameras [1]   10/19
can [44]
Capitol [10]   5/12
 5/16 6/1 6/13 9/3
 10/16 10/17 10/22
 19/3 20/6
carve [1]   21/11
case [64]
case-specific [6]
 5/4 7/12 7/13 7/15
 7/23 13/5
cases [3]   8/19
 16/12 29/6
cell [1]   11/7
cellphones [1]
 12/11
ceremonial [1]
 26/20
certain [1]   36/18
certainly [4]   4/9
 25/7 29/20 33/24
certify [1]   39/4
chance [1]   11/12
charge [1]   9/1
charges [1]   29/8
check [3]   3/23
 11/22 16/3
checking [1]   25/23
Chutkan [1]   20/7
Circuit [1]   15/22
cite [1]   18/17
civil [3]   8/19
 23/18 32/22
clarification [2]
 36/9 37/11
clarified [2]   26/9
 32/3
clarify [4]   32/2
 36/12 36/21 37/2
clear [2]   33/23
 36/15
client [10]   5/19
 7/10 13/20 17/4
 24/15 24/15 24/22

27/17 35/17 35/23
client's [1]   15/9
clients [1]   5/9
clients' [1]   5/12
close [2]   6/17 9/8
closes [1]   8/20
co [3]   7/10 19/3
 19/21
co-defendant [2]
 7/10 19/21
co-defendants [1]
 19/3
colleague [1]   35/20
colleagues [2]
 23/24 27/22
COLUMBIA [1]   1/1
comfortable [1]
 9/21
coming [2]   7/24 8/8
Communications [1]
 4/23
compare [1]   10/3
complete [1]   7/3
computer [1]   17/22
concerned [1]   13/23
concerns [1]   27/11
concludes [1]   34/3
concrete [2]   37/21
 37/22
condition [2]   36/10
 36/13
conditions [1]
 36/25
confer [1]   28/19
conference [10]   1/9
 3/19 7/18 13/3
 13/14 17/21 29/22
 30/22 31/9 31/24
conferring [1]   29/1
confinement [1]
 37/18
confirm [1]   26/20
conflict [4]   14/19
 14/23 15/15 26/8
conflicts [3]   14/18
 14/25 18/15
consent [2]   4/2 4/4
conservation [1]
 36/24
consider [7]   10/13
 24/6 24/11 27/13
 28/6 34/9 35/3
consideration [1]
 20/13
consistent [3]
 18/19 35/15 35/23
Constitution [2]
 2/24 22/19
constitutional [7]
 22/13 22/19 27/17
 28/7 35/4 35/10
 35/16
constructive [1]
 37/19
consulting [1]
 36/17
contain [1]   9/3
continually [2]
 8/24 11/5
continuance [1]

34/3
continue [5]   8/6
 9/1 9/2 22/2 26/8
continued [3]   2/1
 20/19 20/21
continuing [2]
 12/10 21/19
continuity [1]   22/2
conversation [2]
 7/18 13/2
conversations [4]
 12/24 13/1 13/4
 16/22
convince [1]   28/6
convinces [2]   27/17
 27/20
coordinator [1]
 11/19
counsel [24]   3/4
 3/6 5/10 5/17 5/24
 5/24 6/4 6/13 8/14
 8/17 8/23 9/7 10/13
 10/21 14/3 16/14
 20/13 21/17 22/3
 25/15 33/23 33/24
 33/25 37/9
count [1]   28/8
country [1]   32/7
couple [2]   8/11
 22/24
course [2]   13/22
 30/8
court [20]   1/1 2/23
 2/23 9/22 12/25
 16/1 17/19 21/13
 22/1 22/16 25/24
 28/2 28/20 33/6
 34/3 36/22 38/2
 38/6 39/3 39/9
Court's [4]   12/19
 13/12 23/10 28/25
courtroom [1]   26/20
courts [2]   2/24
 22/17
COVID [1]   39/8
COVID-19 [1]   39/8
cr [1]   1/4
criminal [8]   1/3
 3/2 8/19 8/20 23/19
 24/1 27/23 29/6

**D**

D.C [1]   15/22
database [3]   4/19
 4/20 4/24
date [40]
dates [7]   19/9
 25/16 26/19 26/23
 34/13 35/9 35/11
day [8]   5/16 11/2
 19/12 19/12 27/6
 28/9 30/2 38/19
days [2]   7/16 26/10
DC [4]   1/5 1/14
 1/17 2/25
deal [1]   25/7
dealing [2]   22/18
 36/24
December [18]   14/17
 14/19 14/24 15/3

34/3
25/16 25/20 25/24
 26/2 26/23 27/1
 27/9 27/13 27/25
 28/3 28/5 28/9
 30/24 31/9
December 12th [5]
 26/23 27/1 27/9
 27/13 28/5
December 13th [1]
 25/24
December 5th [1]
 31/9
deciding [1]   30/2
decision [2]   12/19
 13/12
decline [1]   16/21
defendant [7]   1/19
 1/22 2/2 7/10 10/24
 19/21 34/5
defendants [10]   1/7
 3/4 4/25 5/5 9/1
 9/2 10/16 10/22
 11/2 19/3
defendants' [1]
 3/24
defense [18]   3/5
 4/19 5/1 5/9 5/23
 6/13 7/3 8/14 8/17
 8/23 9/7 10/12
 29/19 30/6 30/7
 30/8 35/25 37/9
defer [1]   15/16
definitely [3]
 16/11 23/9 35/2
Department [1]   1/16
devices [2]   4/23
 9/2
dialing [1]   17/14
different [5]   8/5
 10/19 13/18 15/16
 27/2
difficult [2]   6/3
 6/25
digital [1]   4/23
digitally [1]   4/21
diligence [1]   9/18
dire [5]   28/21
 29/12 29/13 29/16
 30/12
direct [1]   23/13
disagree [1]   35/8
disappointed [1]
 30/13
disclose [3]   8/23
 9/14 29/18
discovery [31]   4/8
 4/10 4/11 4/16 5/18
 5/23 6/5 7/2 7/12
 7/13 7/14 7/15 7/21
 7/24 7/25 8/6 8/12
 11/4 11/8 11/14
 11/19 11/25 12/8
 12/16 13/6 13/17
 15/5 15/7 15/10
 25/8 27/10
discuss [2]   3/19
 24/22
discussions [1]
 16/19
dispute [1]   25/1

**D**

disputes [1]   30/3
distinction [1]
 7/12
district [5]   1/1
 1/1 1/10 2/24 22/17
done [4]   7/21 9/22
 10/8 29/21
door [1]   5/13
down [2]   6/16 26/23
Drive [1]   2/3
dropped [1]   17/4
due [2]   9/18 22/2
dump [3]   7/11 7/15
 13/5
dumps [1]   7/9
DUNCAN [2]   1/19
 3/13
during [2]   27/15
 39/7

**E**

earlier [2]   4/18
 28/8
early [3]   19/19
 31/19 31/22
easier [1]   8/15
easily [1]   10/21
efforts [1]   10/11
either [3]   15/23
 32/8 38/6
element [1]   29/4
elements [1]   29/8
ELIZABETH [1]   1/13
else [3]   12/2 15/20
 38/14
end [4]   5/21 9/5
 14/20 26/11
ended [1]   37/17
ending [1]   12/12
ends [1]   34/2
enforcement [1]
 11/11
engage [2]   30/11
 36/14
enough [3]   9/9
 26/13 30/11
ensuring [1]   7/2
entitled [3]   9/15
 35/25 39/5
entry [1]   5/12
et [1]   1/6
eve [1]   9/13
even [5]   5/23 11/21
 12/15 12/25 13/15
Everett [1]   1/24
everybody [2]   3/20
 38/5
everyone [6]   14/6
 23/13 27/15 28/4
 32/9 33/7
everyone's [1]
 30/15
evidence [2]   10/11
 13/20
evidence.com [1]
 5/2
exactly [2]   18/12
 24/19

exception [1]   34/2
exculpatory [1]
 8/22
excuse [1]   34/8
exercise [1]   18/13
exhibit [2]   29/19
 29/24
expected [1]   16/8
extensive [3]   4/16
 19/6 19/7
extent [1]   29/21

**F**

fair [3]   9/9 12/18
 22/16
fairly [1]   12/23
fallback [1]   25/14
far [2]   22/17 27/3
fashion [1]   18/16
FBI [2]   4/21 5/6
fear [1]   12/6
February [13]   5/21
 5/24 6/2 14/16
 14/21 14/22 15/8
 15/17 19/8 25/13
 25/15 32/19 32/20
feel [1]   17/3
felt [1]   8/12
few [5]   5/10 6/12
 14/18 26/9 31/20
figure [2]   4/11
 37/15
file [9]   23/4 25/10
 34/20 34/20 36/1
 36/1 37/9 38/5 38/6
file something [1]
 38/5
filed [3]   16/6 16/9
 16/11
files [8]   4/19 5/1
 5/6 5/7 6/18 8/13
 10/25 12/3
final [6]   4/13
 28/22 29/4 29/21
 30/22 31/9
find [9]   6/19 8/15
 9/24 10/16 21/21
 23/22 29/5 35/19
 35/22
finds [1]   11/6
fine [10]   15/3
 17/24 18/3 18/8
 22/22 24/18 31/15
 35/19 38/7 38/11
finished [2]   19/14
 26/5
firearm [1]   37/19
 37/20
first [8]   4/5 8/11
 15/3 18/13 28/25
 31/8 32/4 37/25
flagged [1]   17/11
flipping [1]   7/7
Floor [1]   1/17
folks [1]   20/17
followed [1]   3/5
following [2]   21/10
 26/10
For Defendant [1]
 1/19

forced [1]   35/10
foregoing [1]   39/4
forth [4]   28/23
 31/17 31/20 32/11
forward [2]   6/19
 27/4
four [2]   19/3 19/21
free [3]   14/21 15/1
 15/1
Friday [1]   32/7
Friedrich [1]   15/25
front [6]   15/23
 15/25 16/1 16/10
 20/7 20/16
further [5]   16/21
 32/11 36/7 38/13
 38/16

**G**

gaps [1]   25/6
gave [1]   26/18
generally [1]   7/14
given [5]   7/9 8/4
 22/15 23/14 27/1
giving [1]   7/21
glad [3]   17/7 17/11
 32/3
goes [1]   21/5
good [11]   3/7 3/9
 3/10 3/12 3/13 3/15
 3/17 3/18 26/12
 31/22 38/19
goodness [1]   10/4
GoPro [1]   10/23
government [43]
Government's [5]
 8/2 24/23 33/2
 37/10 37/14
granted [1]   36/9
grounds [2]   21/18
 27/14
guaranteed [1]
 25/14
guess [2]   23/12
 26/17
guiding [1]   36/19

**H**

half [1]   30/2
hands [1]   11/11
happy [8]   6/16
 20/16 22/14 22/20
 23/12 23/16 23/19
 24/11
hard [1]   35/22
head [2]   7/7 37/20
hear [5]   16/14 18/1
 18/2 34/24 35/2
heard [2]   12/19
 38/7
hearing [2]   30/2
 39/7
held [1]   32/23
help [1]   24/11
helpful [5]   16/13
 21/23 23/1 29/20
 29/22
highlight [1]   4/17
hold [4]   23/13
 23/16 25/13 32/18

home [1]   37/18
Honor [54]
HONORABLE [1]   1/10
HOOK [3]   2/23 39/3
 39/14
hopefully [1]   4/13
Houston [1]   2/3
hunted [1]   37/18
hunting [6]   36/14
 36/16 36/17 36/17
 36/19 37/2

**I**

ideal [1]   32/8
identified [4]   5/8
 5/18 6/14 10/18
identify [4]   3/6
 10/11 10/20 11/2
imagine [1]   29/15
immediately [1]
 24/21
important [1]   12/15
in-person [2]   3/25
 31/25
include [1]   36/23
included [1]   4/20
inculpatory [1]
 8/22
indicate [1]   24/5
infinite [1]   13/9
informal [1]   25/7
information [11]
 5/11 8/21 8/25 9/3
 9/4 9/6 9/17 10/1
 11/16 24/24 24/25
initial [1]   24/24
initially [1]   5/5
inside [4]   10/16
 10/17 25/1 25/6
instance [1]   10/12
instructed [1]
 22/17
instructions [6]
 28/22 28/22 29/4
 29/5 29/10 29/11
insulted [2]   24/16
 24/20
intends [1]   13/20
intention [1]   8/24
interest [1]   19/4
interests [3]   34/4
 34/4 34/5
internet [1]   17/13
interrupt [2]   32/18
 35/12
interrupting [1]
 19/15
interruption [2]
 17/12 17/16
interviews [1]   4/21
into [8]   5/12 10/20
 14/21 17/18 20/12
 24/9 26/10 30/4
invitation [1]
 23/10
involving [1]   19/3
issue [9]   6/10 15/5
 15/20 16/1 22/14
 22/20 29/23 36/22
 37/5

**I**

issues [6]  6/9 6/25
  11/20 13/10 17/18
  27/10
iv [1]   22/3

**J**

JAMES [1]  1/16
January [1]  7/14
JEFF [3]  2/23 39/3
  39/14
jerk [1]  37/22
Jim [1]  3/10
joined [1]  22/7
joint [4]  29/1 31/5
  31/16 32/10
JR [2]  1/23 1/23
judge [13]  1/10 7/6
  12/3 14/12 15/23
  15/25 16/5 17/3
  19/22 20/7 23/22
  24/16 33/16
judges [1]  23/24
juggling [1]  27/2
July [13]  1/5 4/18
  16/23 18/15 23/4
  23/8 31/18 34/9
  34/10 34/14 34/19
  34/20 35/9
July 11th [1]  4/18
juror [1]  30/16
jury [9]  28/9 28/22
  28/22 29/4 29/5
  29/10 29/11 30/1
  30/13
justice [3]  1/16
  34/2 34/4

**K**

KELLEY [11]  1/13
  3/8 4/14 8/9 9/9
  18/23 25/18 31/21
  38/3 38/9 38/12
Kelley's [2]  20/10
  24/9
knee [1]  37/22
knee-jerk [1]  37/22
Knowlton [11]  1/23
  2/2 3/4 3/17 9/20
  10/5 14/17 15/15
  24/25 34/8 38/18
Knowlton's [4]  14/2
  16/14 17/2 28/1
knows [3]  27/5
  30/16 36/25
Kristin [3]  26/16
  30/23 32/17

**L**

Labor [1]  19/12
lag [2]  11/10 11/16
language [1]  38/4
large [2]  10/1
  37/18
largely [1]  7/9
last [1]  12/7
later [5]  18/16
  23/20 23/21 24/8
  27/21

law [2]  2/2 11/11
lead [1]  8/22
leading [2]  13/1
  31/17
leaf [1]  20/23
least [7]  14/7
  26/12 27/4 30/6
  30/21 33/24 37/13
leaving [1]  26/11
left [2]  18/12
  34/18
legal [1]  28/10
LEVIN [17]  1/19
  1/20 3/14 3/15 4/3
  6/22 9/10 9/16
  11/24 19/24 25/17
  25/19 26/8 31/19
  32/4 36/7 37/24
Levin's [2]  18/5
  27/10
light [1]  29/11
likely [2]  20/25
  23/15
limine [1]  28/17
limitations [1]
  39/9
line [2]  37/7 38/1
list [3]  29/19 30/7
  30/15
listen [1]  17/22
lists [2]  29/18
  29/19
litigation [1]
  13/11
little [5]  9/11
  13/18 23/25 36/11
  37/16
loaded [1]  11/7
locate [2]  5/14
  9/19
located [1]  5/7
location [1]  5/16
long [4]  8/5 8/14
  30/14 33/6
longer [1]  14/12
look [4]  9/22 10/3
  13/9 29/6
looking [1]  14/6
looks [2]  17/4
  17/13
lost [2]  17/4 17/13
lot [2]  13/11 26/19

**M**

MA [1]  1/24
majority [1]  5/5
makes [1]  7/13
making [1]  7/12
managing [1]  36/19
many [6]  4/20 4/25
  5/9 10/10 10/10
  11/1
March [3]  14/19
  14/19 14/22
March 15th [1]
  14/19
marginally [1]
  12/15
massive [2]  4/12
  7/1

master [1]  26/19
material [2]  5/3
  12/11
materials [4]  5/4
  5/8 5/15 7/9
matter [2]  8/5 39/6
may [24]  6/22 9/2
  9/10 9/25 11/10
  12/1 12/8 12/18
  13/17 14/11 15/21
  18/14 21/6 23/14
  23/24 24/1 24/13
  24/14 24/23 25/22
  27/20 27/21 30/15
  37/17
maybe [4]  4/5 8/25
  30/20 38/4
MAYR [3]  2/2 2/2
  16/5
mean [8]  6/8 7/8
  13/13 15/4 15/11
  28/24 33/23 35/18
meaningful [1]
  30/11
meantime [1]  5/22
meanwhile [1]  23/9
Memorial [1]  2/3
mentioned [2]  10/25
  15/19
might [4]  7/23 9/15
  11/7 12/10
Miller [2]  16/7
  16/9
million [1]  12/3
mine [1]  22/13
minute [2]  10/15
  31/23
miss [1]  17/5
models [1]  29/7
modified [2]  29/11
  36/10
moment [2]  6/4 11/3
Monday [4]  7/16
  13/2 13/6 13/16
MONTGOMERY [20]  1/6
  1/19 3/3 3/14 4/8
  5/17 7/3 7/22 8/7
  9/19 10/5 17/17
  17/25 18/1 18/4
  33/24 34/7 36/15
  37/12 37/17
Montgomery's [4]
  7/19 18/19 19/23
  36/10
month [6]  10/2
  14/20 15/2 18/14
  23/20 23/21
months [4]  4/25
  5/10 5/22 6/12
more [10]  5/23 7/23
  8/8 10/9 13/17
  13/22 16/17 22/17
  23/25 37/11
MOSS [1]  1/10
most [3]  6/22 21/13
  22/15
mostly [1]  5/7
motion [6]  25/8
  25/10 27/14 28/6
  33/1 33/2

motions [8]  28/15
  28/15 28/16 28/17
  28/17 28/20 34/19
  36/1
mountain [2]  9/17
  10/1
move [7]  6/19 23/18
  26/15 27/14 27/18
  28/6 34/13
movement [1]  36/21
moving [2]  10/17
  27/4
Mr. [74]
Mr. Knowlton [7]
  9/20 10/5 14/17
  15/15 24/25 34/8
  38/18
Mr. Knowlton's [4]
  14/2 16/14 17/2
  28/1
Mr. Levin [14]  3/15
  4/3 6/22 9/10 9/16
  11/24 19/24 25/17
  25/19 26/8 31/19
  32/4 36/7 37/24
Mr. Levin's [2]
  18/5 27/10
Mr. Montgomery [17]
  3/14 4/8 5/17 7/3
  7/22 8/7 9/19 10/5
  17/17 17/25 18/1
  18/4 33/24 34/7
  36/15 37/12 37/17
Mr. Montgomery's [4]
  7/19 18/19 19/23
  36/10
Mr. Peterson [13]
  5/6 5/13 6/16 10/14
  15/21 20/2 20/10
  20/14 22/5 23/15
  25/22 26/4 27/1
Mr. Sullivan [11]
  4/1 16/15 18/10
  23/5 27/16 28/5
  31/6 33/8 35/5
  35/12 38/16
Mr. Sullivan's [2]
  27/13 33/1
Ms. [11]  4/14 8/9
  9/9 18/23 20/10
  24/9 25/18 31/21
  38/3 38/9 38/12
Ms. Kelley [9]  4/14
  8/9 9/9 18/23 25/18
  31/21 38/3 38/9
  38/12
Ms. Kelley's [2]
  20/10 24/9
much [3]  10/15 17/1
  24/10
multiple [2]  5/25
  6/12
murky [1]  37/16

**N**

name [2]  16/10
  30/12
names [2]  30/7
  30/15
nature [1]  25/12

**N**

nearing [1]   4/13
necessarily [1]
7/23
necessary [2]   5/19
25/8
need [18]   4/11 6/15
10/9 16/3 24/21
25/22 28/10 28/15
28/16 28/18 29/3
29/13 29/23 30/6
30/14 36/1 37/10
37/11
needs [2]   11/21
13/8
neutral [1]   28/8
new [8]   1/21 8/25
9/6 11/6 11/16
23/14 27/15 33/25
newest [1]   6/23
next [9]   6/12 12/10
17/22 19/20 35/13
35/15 35/17 35/25
36/4
Nichols [1]   15/24
nobody [1]   3/22
noise [1]   16/6
normally [2]   10/13
29/13
note [4]   5/20 19/22
22/5 39/7
notice [1]   16/12
November [9]   16/24
18/16 19/4 19/21
24/9 31/1 31/2
31/12 32/13
November 1st [2]
19/4 19/21
November 30th [3]
31/2 31/12 32/13
number [1]   12/23
NW [2]   1/17 2/24
NY [1]   1/21

**O**

o'clock [2]   31/3
32/15
object [4]   27/25
33/9 33/10 33/11
objected [1]   38/4
objecting [1]   34/21
objection [5]   15/5
31/10 31/14 33/3
33/7
obligation [4]   9/14
13/19 35/16 35/23
obligations [3]
18/18 23/14 23/19
obtain [1]   12/11
obviously [5]   12/19
13/12 20/22 29/8
36/25
occurred [2]   5/15
39/7
October [28]   16/22
16/25 17/1 18/14
18/17 18/19 18/21
18/24 19/5 19/19
19/25 20/9 20/12

20/15 21/9 23/20
23/21 24/8 26/23
27/2 27/16 27/18
27/19 27/21 27/21
27/24 32/19 32/20
October 3rd [3]
20/9 20/12 21/9
off [3]   12/6 17/4
18/12
offense [1]   19/1
office [2]   1/13
18/5
Official [2]   2/23
39/3
omnibus [2]   11/3
11/8
one [16]   5/10 12/21
16/8 16/10 20/6
20/8 21/12 21/15
22/25 23/23 24/2
24/22 27/22 31/23
36/8 36/25
one's [1]   13/9
ones [1]   22/8
ongoing [1]   4/12
online [1]   29/5
only [2]   13/12 22/6
open [2]   5/7 12/11
opportunity [1]
36/6
oppose [1]   38/8
options [1]   24/11
order [3]   3/22 6/15
28/4
ordered [1]   12/25
orders [1]   28/2
ought [1]   25/12
out [11]   4/11 10/1
20/10 21/11 23/15
23/20 24/17 28/10
32/6 37/15 38/10
Outdoors [1]   36/18
outfitters [1]
36/20
outside [5]   10/16
10/17 24/25 25/1
25/5
outweigh [1]   34/4
over [5]   5/1 9/23
31/9 31/14 35/25
own [1]   36/17
owns [1]   36/17

**P**

P.C [1]   2/2
p.m [2]   1/6 38/20
pace [1]   26/15
paid [1]   36/20
pandemic [1]   39/8
papers [1]   4/9
Park [1]   1/20
part [1]   11/8
particular [10]
5/16 8/16 13/14
21/11 22/9 29/7
29/8 29/10 29/14
30/12
Particularly [1]
29/25
parties [9]   6/20

15/17 23/22 26/18
28/13 28/16 28/25
31/5 31/16
parties' [1]   27/11
party [1]   30/13
past [1]   9/10
PATRICK [2]   1/6 3/3
pause [2]   17/7
18/22
pencil [3]   20/9
20/16 23/10
perception [1]   14/7
perhaps [1]   28/24
period [1]   27/16
periods [1]   25/2
permissible [1]
3/21
person [2]   3/25
31/25
perspective [4]   6/5
11/25 15/7 37/11
PETERSON [15]   1/16
3/11 5/6 5/13 6/16
10/14 15/21 20/2
20/10 20/14 22/5
23/15 25/22 26/4
27/1
phone [7]   11/7 13/1
13/16 17/14 17/18
17/21 18/5
photographs [1]
25/3
physically [1]   7/4
pick [3]   14/2 23/3
30/21
piece [1]   12/8
place [1]   4/5
Plaintiff [1]   1/4
platforms [2]   11/14
11/17
play [1]   23/15
please [3]   3/6
12/20 39/7
PLLC [1]   1/20
Pmonte [1]   36/18
point [20]   5/10
5/17 6/7 6/18 7/11
11/2 11/14 11/25
13/12 16/1 21/12
21/12 21/15 21/15
22/14 22/21 23/13
24/22 27/5 32/23
points [2]   8/11
18/13
position [12]   5/25
6/3 6/18 7/19 15/16
16/25 17/1 25/9
27/24 35/24 37/14
37/15
possession [2]
37/19 37/20
possibly [1]   12/4
posturing [5]   34/7
35/3 35/4 35/5 35/6
practice [1]   28/15
preference [4]   3/24
15/8 15/9 29/2
preliminary [1]
28/22 29/4 38/8
prep [1]   34/20

preparation [5]
7/17 13/2 19/4 19/7
21/12
prepared [3]   8/2
33/25 34/25
present [2]   28/8
29/1
presentation [1]
24/24
pressure [2]   14/1
14/3
pretrial [12]   29/22
30/22 31/9 31/24
32/13 32/14 36/23
37/5 37/6 37/25
38/2 38/10
pretrial's [1]
37/15
pretty [3]   7/19
10/15 29/25
previously [4]
20/19 20/20 21/2
26/10
prior [1]   15/5
private [1]   36/19
probably [6]   19/14
25/12 26/13 27/11
29/20 30/22
problem [1]   26/5
proceed [6]   3/24
5/19 5/21 18/5
25/14 27/18
proceeding [1]   3/25
proceedings [6]
3/21 17/5 17/23
32/11 38/20 39/5
process [2]   4/12
12/12
produced [8]   4/17
4/19 5/1 5/2 5/4
5/5 25/4 25/5
producing [1]   5/23
product [1]   10/14
promised [1]   30/14
proper [1]   35/16
proposal [3]   28/20
29/1 38/2
propose [2]   31/7
34/12
proposed [8]   14/20
28/21 28/21 29/15
29/23 31/5 31/17
32/11
proposing [3]   14/16
14/17 31/11
proposition [2]
21/16 21/24
provide [4]   8/11
9/7 35/16 35/24
provided [5]   4/16
7/2 9/20 10/12
24/24
providing [1]   7/3
public [1]   34/5
purposes [3]   4/6
28/8 32/19
pushing [1]   12/24
put [9]   6/4 10/15
10/20 11/11 12/5
17/21 17/21 25/9

**P**

put... [1]   26/22
putting [9]   6/3 6/8
6/8 6/10 6/24 10/7
11/13 14/3 27/10

**Q**

quite [2]   4/8 5/2

**R**

ranches [2]   36/19
36/20
RANDOLPH [1]   1/10
rather [1]   3/25
read [1]   16/17
reader [1]   20/23
ready [13]   6/6 6/23
6/24 7/5 7/21 8/7
16/22 16/25 18/14
18/18 28/5 35/6
35/14
realize [1]   10/6
really [9]   21/5
34/8 34/8 34/15
34/21 35/6 35/14
35/18 36/3
reason [4]   14/1
21/1 22/10 24/20
reasonable [5]   7/20
11/10 11/15 14/13
26/15
reasonably [1]   4/8
reasons [2]   28/7
28/10
rebroadcast [1]
3/21
recall [1]   37/17
receive [1]   33/4
received [2]   4/10
33/1
recent [2]   21/13
22/15
recently [3]   5/6
12/23 13/14
recognize [1]   7/8
recollection [1]
25/15
record [9]   3/6 3/21
8/20 9/7 19/23
21/10 22/21 25/9
36/12
recorded [1]   4/21
reevaluate [1]
12/16
reflect [1]   16/19
refuse [1]   22/19
rejects [1]   21/16
related [8]   5/11
6/1 6/13 7/10 7/14
8/13 9/3 37/12
relates [2]   7/22
9/19
Relativity [2]   4/19
4/24
release [3]   36/10
36/13 37/1
relevant [4]   6/10
8/16 8/21 10/12
reluctant [1]   30/9

relying [1]   22/4
remember [1]   26/18
remind [1]   3/20
remotely [2]   39/5
39/9
report [7]   16/17
16/19 31/16 32/5
32/10 32/25 33/4
reported [1]   39/5
Reporter [3]   2/23
2/23 39/3
reporting [1]   39/9
repositories [1]
5/2
representation [2]
25/2 35/17
represented [2]
13/7 16/23
representing [1]
13/15
request [2]   5/14
12/6
requested [1]   5/11
require [1]   19/6
reserve [1]   20/17
resolve [3]   28/18
29/23 30/4
resolved [1]   30/3
respect [6]   4/8
11/9 22/12 25/11
29/23 37/2
respectfully [1]
35/8
respond [6]   8/10
23/7 34/17 35/9
37/10 37/13
responded [1]   5/13
response [2]   24/21
33/2
rest [1]   15/2
results [1]   4/22
returns [1]   17/9
reviewing [1]   7/1
right [14]   6/21
7/24 16/11 16/20
17/7 17/21 18/4
18/20 21/4 27/8
27/17 28/1 35/4
35/10
rights [4]   17/2
17/20 18/13 22/19
riot [1]   19/3
riots [4]   6/1 6/13
9/3 20/6
robust [1]   22/18
RONALD [3]   1/23
1/23 3/16
run [2]   14/21 19/12
running [2]   19/17
24/9

**S**

same [3]   29/12
31/10 31/13
satisfies [1]   38/5
satisfy [1]   27/10
save [1]   22/20
saw [1]   9/13
saying [1]   9/22
schedule [16]   16/8

21/12 21/20 25/23
27/15 28/15 28/16
28/20 28/21 29/17
30/1 30/4 31/5
31/17 32/11 34/14
scheduled [3]   21/2
26/10 27/23
schedules [1]   6/3
scheduling [11]
3/19 4/6 4/7 6/9
6/25 15/4 15/6
15/18 16/16 21/19
24/17
scout [1]   36/20
search [1]   11/6
searches [1]   4/22
second [2]   18/23
22/14
section [1]   22/3
seeks [1]   7/25
seems [3]   13/18
35/15 36/11
seizes [1]   11/6
selection [1]   28/9
senior [1]   23/24
sense [2]   22/8 33/7
September [13]
13/24 16/24 18/16
19/2 19/10 19/11
19/14 19/16 19/17
20/3 20/14 20/20
21/3
September 22nd [1]
19/14
September 28th [3]
19/16 19/17 20/14
September 6th [1]
19/11
serious [3]   18/25
19/2 33/15
serve [1]   34/4
services [3]   36/23
37/25 38/3
set [19]   6/11 8/1
12/1 12/8 12/9
12/13 12/24 13/4
14/2 14/3 15/9
15/12 16/8 20/20
20/20 26/25 27/12
28/16 28/18
setting [5]   13/13
13/23 21/9 31/16
32/11
sever [1]   14/5
severance [1]   34/9
sex [1]   18/25
share [1]   8/17
shirt [3]   10/2 10/3
10/4
shocking [1]   35/15
short [1]   22/25
shortly [1]   22/7
shot [1]   28/25
shows [2]   10/15
10/24
significant [1]
12/15
sit [2]   13/19 30/1
sitting [1]   9/4
six [1]   5/22

Sixth [5]   16/20
18/20 21/11 27/14
28/1
sleeve [3]   10/2
10/3 10/4
somebody [2]   9/12
30/17
someone [1]   12/2
sometime [1]   27/19
somewhere [1]   28/2
soon [3]   16/8 16/22
36/3
sorry [6]   17/3
17/10 21/14 32/18
33/19 35/12
sort [5]   7/7 14/10
20/5 32/23 37/2
source [2]   5/8
12/11
speak [1]   38/9
specific [12]   5/4
5/11 5/14 5/14 5/18
6/14 7/12 7/13 7/15
7/23 13/5 13/17
specifically [5]
7/10 7/22 8/12 22/1
37/12
speedy [9]   16/21
17/2 18/13 18/20
22/1 28/1 33/2 34/2
34/6
stages [1]   4/13
stall [1]   13/10
stand [1]   4/11
standard [1]   29/6
start [9]   4/6 6/21
14/10 20/2 23/10
24/9 26/16 28/14
30/7
started [1]   3/23
starting [10]   3/5
14/22 19/2 19/16
19/17 20/9 20/11
20/14 28/9 33/15
starts [2]   19/11
19/20
statement [1]   28/23
states [9]   1/1 1/3
1/10 3/3 3/8 3/11
21/13 22/16 36/13
status [10]   1/9
3/19 7/17 13/3
13/14 31/16 32/5
32/10 32/25 33/4
statutory [1]   22/13
step [1]   31/23
steps [1]   11/1
still [7]   8/8 9/21
10/9 15/4 25/6
28/17 32/18
Stored [1]   4/23
Street [3]   1/14
1/17 1/24
strong [1]   16/25
study [1]   36/21
subject [1]   39/8
submit [7]   22/23
22/24 28/19 29/15
31/5 32/10 38/1
submitting [1]

## S

submitting... [1]
28/21
sufficient [2]
21/18 27/25
suggest [1]   37/25
suggesting [1]   13/9
Suite [2]   1/20 2/3
SULLIVAN [14]   1/23
1/23 3/16 4/1 16/15
18/10 23/5 27/16
28/5 31/6 33/8 35/5
35/12 38/16
Sullivan's [2]
27/13 33/1
summary [1]   18/16
Supreme [2]   21/13
22/16
sure [9]   3/24 11/18
11/20 13/7 18/12
24/10 26/15 30/16
37/4
suspect [2]   13/25
15/21

## T

talk [4]   24/14
37/25 38/2 38/3
talking [5]   9/10
13/23 13/25 27/16
37/23
tea [1]   20/22
team [1]   16/4
technological [1]
39/9
telephone [2]   11/6
11/11
term [3]   21/13
22/15 36/16
terms [4]   10/7 15/5
15/18 38/10
terrace [1]   5/13
textualist [1]
22/18
theory [1]   32/25
thereafter [1]   22/7
therefore [1]   39/8
thinking [2]   4/6
14/13
THOMAS [1]   2/2
though [1]   12/25
thoughts [2]   16/16
37/20
thousand [1]   4/21
three [3]   19/1
19/13 27/2
throughout [1]
10/22
Thursday [1]   32/7
tight [1]   29/25
timeframe [2]   14/13
14/13
timeline [2]   10/14
10/20
tips [1]   4/22
today [14]   3/20
3/25 8/2 8/4 9/5
12/1 12/14 13/18
13/19 14/11 23/3

together [2]   10/15
30/21
told [2]   13/16
18/15
toll [5]   22/2 32/24
33/6 33/22 34/1
tolling [3]   33/9
33/11 34/21
total [1]   4/18
totality [1]   16/19
track [2]   6/16
10/21
tracking [1]   25/5
transcript [2]   1/9
39/4
transfer [2]   23/23
24/16
trial [82]
trial's [1]   33/14
trials [10]   6/1
6/12 16/23 19/5
19/6 20/7 20/11
23/19 27/2 27/4
trickle [1]   8/6
true [1]   39/4
truly [3]   34/7
34/21 35/14
try [16]   6/16 12/13
12/24 14/4 20/11
22/8 23/23 23/24
27/22 34/8 34/9
34/14 34/19 34/25
35/18 37/14
trying [5]   8/15
8/17 13/4 13/10
23/21
Tucker [1]   1/20
turned [1]   9/23
turning [1]   11/3
turns [3]   20/10
23/20 28/10
two [16]   7/16 12/4
15/3 18/12 19/5
20/11 21/12 21/15
22/6 33/17 34/18
35/13 35/15 35/17
35/25 36/4
TX [1]   2/3

## U

U.S [3]   1/13 1/16
2/24
unavailable [3]
33/16 33/20 34/1
unaware [1]   21/10
under [2]   34/2 38/9
understands [1]
9/11
Understood [2]
34/23 35/21
unique [1]   29/9
UNITED [8]   1/1 1/3
1/10 3/3 3/8 3/11
21/13 22/15
unlikely [2]   20/21
20/24
unusual [1]   29/10
up [15]   8/22 9/12
10/24 13/1 19/23

26/20 27/14 27/19
28/7 29/6 30/8
30/16 31/17 37/18
38/4
updated [1]   11/5
upload [1]   11/12
uploaded [4]   11/14
11/22 12/4 13/8
uploading [1]   9/4
upper [1]   5/12
use [6]   7/25 8/3
9/15 13/20 28/24
29/6
using [1]   8/4

## V

vacation [1]   26/11
various [1]   11/14
vast [1]   5/5
verdict [1]   15/25
video [11]   1/9 3/4
5/2 10/23 11/6
17/20 17/20 18/6
24/24 25/3 25/4
videoconference [1]
3/25
videos [3]   5/10
5/14 10/19
violates [1]   17/1
violation [1]   27/25
voir [5]   28/21
29/12 29/13 29/16
30/11
voluminous [1]   7/9

## W

wait [1]   12/7
waive [4]   16/21
17/20 22/20 35/10
waiving [1]   15/4
want to [1]   35/4
wants [1]   34/8
Washington [4]   1/5
1/14 1/17 2/25
watching [1]   17/7
way [9]   7/8 8/18
16/2 17/22 24/17
25/6 37/1 37/3 38/6
weapon [3]   36/16
36/16 37/1
week [11]   4/18 8/12
11/12 14/22 15/2
26/1 26/2 26/10
26/11 32/4 32/7
weeks [13]   12/4
15/3 19/1 19/13
22/25 31/20 33/17
34/18 35/14 35/15
35/18 35/25 36/4
welcome [1]   25/10
west [1]   5/13
what's [3]   13/7
13/15 13/18
whole [2]   8/5 14/5
wildlife [1]   36/24
wise [1]   15/4
within [1]   22/24
without [1]   18/5
witness [5]   29/18
29/19 29/24 30/12

30/14
witnesses [2]   30/9
30/15
wondering [1]   17/19
word [1]   37/2
wording [1]   38/11
work [13]   6/22 7/1
9/21 10/9 10/14
11/1 15/17 23/4
26/24 31/19 36/11
36/23 38/10
worked [2]   8/21
24/17
working [2]   11/20
21/18
works [2]   6/20
14/12
writing [3]   18/15
34/17 35/9
wrong [1]   26/5

## Y

year [1]   16/24
years [1]   12/10
York [1]   1/21

## Z

Zoom [2]   17/18
19/23