UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-46-RDM |
| | : | |
| PATRICK MONTGOMERY, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO ADJOURN STATUS CONFERENCE

This Firm is counsel to defendant Patrick Montgomery and hereby submits this motion respectfully asking the Court to adjourn the status conference that was set last night. Yesterday, the Court scheduled a status conference for next week on August 9, 2022. On our last conference date, July 13, 2022, the undersigned informed the Court that I am going to be out of the country from August 4-20, traveling without much if any access to the internet. The undersigned would very respectfully ask for the Court to schedule this appearance for the week of August 22, 2022.

The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

/s Duncan Levin
Duncan Levin, Esq. (*pro hac vice*)
Levin & Associates, PLLC
44 Court Street, Suite 905
Brooklyn, New York 11215
(212) 330-7626
*Counsel for Patrick Montgomery*