**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PATRICK MONTGOMERY and**<br>**BRADY KNOWLTON,**<br><br>**Defendants.** | **Case No. 1:21-cr-46-RDM** |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Karen Rochlin, hereby informs the Court and gives notice that Assistant United States Attorney Karen Rochlin is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Elizabeth C. Kelley no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


_/s/ Karen Rochlin_
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov