IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY, § BRADY KNOWLTON, and § GARY WILSON § § | |
| *Defendants* § | |

**ORDER ON DEFENDANTS' JOINT MOTION TO EXTEND
DEADLINE TO FILE MOTIONS & NOTICES**

On this day, came to be heard the Defendants' Joint Motion to Extend the Deadline to File Motions & Notices. After considering the same, the Court finds that the motion should be GRANTED. The following deadlines shall govern pretrial proceedings in this matter:

1. The parties shall file any motions pursuant to Federal Rule of Criminal Procedure 12(b)(3) on or before **January 19, 2023**. Oppositions to any such motions are to be filed on or before **February 2, 2023**. Replies to any such oppositions are to be filed on or before **February 9, 2023**.

2. The United States shall notify Defendants of its intention to introduce any evidence under Rule of Evidence 404(b) not already provided on or before **March 14, 2023**.

3. The United States shall disclose to the Defendants all grand jury and Jencks Acts disclosures as to each witness it expects to call in its case-in-chief on or before **March 30, 2023**.

1

2

The Joint Pretrial Statement containing the items set out in the Proposed Joint Scheduling Order filed under ECF Dkt. 112 at 2 is still due on **February 16, 2023** as previously ordered by this Court.

SIGNED AND ENTERED ON _____ .

_____
Judge Randolph D. Moss
United States District Judge