UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00046-RDM |
| | : | |
| BRADY KNOWLTON, | : | |
| | : | |
| PATRICK MONTGOMERY, and | : | |
| | : | |
| GARY WILSON | : | |
| | : | |
| **Defendants** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendants Brady Knowlton, Patrick Montgomery, and Gary Wilson by and through their attorneys, Ronald S. Sullivan Jr., T. Brent Mayr, Camille Wagner, Duncan P. Levin, and Peter Cooper now submit this joint status report, requested by the Court at the last status hearing on October 12, 2022.

1. At the last hearing, the Court directed the parties to file a joint status report on or before November 14, 2022 regarding the timeline for grand jury and Jencks Act disclosures.

2. The parties whose signatures appear below have met and conferred and agree that the deadline for grand jury and Jencks Act disclosures will be March 30, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ James D. Peterson*
James D. Peterson
Special Assistant United States Attorney

Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

*/s/ Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov
COUNSEL FOR BRADY KNOWLTON

RONALD SULLIVAN LAW, PLLC

*by: /s/ Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com
1300 I Street NW
Suite 400 E
Washington, DC 2005
Tel: (202) 935-4347
Fax: (617) 496-2277
ATTORNEY FOR BRADY KNOWLTON
MAYR LAW, P.C.

*by: /s/ T. Brent Mayr*
T. BRENT MAYR
Texas State Bar Number 24037052
D.C. Bar ID TX0206
bmayr@mayr-law.com
5300 Memorial Dr., Suite 750
Houston, TX 77007
Tel: (713) 808-9613
Fax: (713) 808-9613

ATTORNEY FOR BRADY KNOWLTON

*By: Duncan P. Levin*
TUCKER LEVIN, PLLC
230 Park Avenue
Suite 440
New York, NY 10169
212-330-7626
Email: dlevin@tuckerlevin.com
ATTORNEY FOR PATRICK MONTGOMERY

*By:* _____
PETER A. COOPER
400 5th Street, NW
Suite 350
Washington, DC 20001
(202) 400-1434
Fax: (202) 600-2822
Email:pcooper@petercooperlaw.com
ATTORNEY FOR GARY WILSON