# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-00046-RDM |
| | : | |
| **PATRICK MONTGOMERY,** | : | |
| **BRADY KNOWLTON, and** | : | |
| **GARY WILSON** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Kelly E. Moran is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

*/s/ Kelly E. Moran*
KELLY E. MORAN
NY Bar No. 57764171
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-2407
Kelly.Moran@usdoj.gov