**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:21-cr-00046-RDM** |
| | : | |
| **BRADY KNOWLTON,** | : | |
| | : | |
| **PATRICK MONTGOMERY, and** | : | |
| | : | |
| **GARY WILSON** | : | |
| | : | |
| **Defendants** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendants Brady Knowlton, Patrick Montgomery, and Gary Wilson by and through their attorneys, Ronald S. Sullivan Jr., T. Brent Mayr, Camille Wagner, Duncan P. Levin, and Peter Cooper now submit this joint status report, requested by the Court at the last status hearing on January 26, 2023. The parties have met and conferred (via e-mail) and outline the deadlines they request as follows:

1. Motions (pursuant to FRCP 12(b)(3)), suppression motions, and other dispositive motions: June 19, 2023, oppositions on or before July 5, 2023, replies on or before July 12, 2023.

2. 404(b) Disclosures: September 15, 2023.

3. Grand jury and Jencks material: October 6, 2023.

4. Joint Pretrial Statement: September 21, 2022.

5. Joint exchange of Exhibit lists – September 18, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      */s/ James D. Peterson*
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

/s/ Karen Rochlin
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

*/s/ Kelly Elizabeth Moran*
Kelly Elizabeth Moran
USAO
601 D Street NW
Washington, DC 20503
202-740-4690
Email: kelly.moran@usdoj.gov
Designation: Assistant U.S. Attorney

COUNSEL FOR BRADY KNOWLTON

RONALD SULLIVAN LAW, PLLC

*by: /s/ Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

2

1300 I Street NW
Suite 400 E
Washington, DC 2005
Tel: (202) 935-4347
Fax: (617) 496-2277
ATTORNEY FOR BRADY KNOWLTON
MAYR LAW, P.C.

by: /s/ T. Brent Mayr
T. BRENT MAYR
Texas State Bar Number 24037052
D.C. Bar ID TX0206
bmayr@mayr-law.com
5300 Memorial Dr., Suite 750
Houston, TX 77007
Tel: (713) 808-9613
Fax: (713) 808-9613
ATTORNEY FOR BRADY KNOWLTON


by: /s/ Camille Wagner
WAGNER PLLC
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812
ATTORNEY FOR BRADY KNOWLTON

By: Duncan P. Levin
TUCKER LEVIN, PLLC
230 Park Avenue
Suite 440
New York, NY 10169
212-330-7626
Email: dlevin@tuckerlevin.com
ATTORNEY FOR PATRICK MONTGOMERY

By: Peter Cooper
PETER A. COOPER
400 5th Street, NW
Suite 350

3

Washington, DC 20001
(202) 400-1434
Fax: (202) 600-2822
Email:pcooper@petercooperlaw.com
ATTORNEY FOR GARY WILSON