UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICK MONTGOMERY,<br><br>                    Defendant. | Case No. 21-CR-46 (RDM) |

## ORDER

Upon the Motion of Duncan Levin to Withdraw as Counsel for Defendant Patrick Montgomery, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED and Duncan Levin is granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court.

Dated: Brooklyn, New York
       June 19, 2023

                                                          Respectfully submitted,

                                                              /s Duncan Levin
                                                      Duncan Levin, Esq. (pro hac vice)
                                                      Levin & Associates, PLLC
                                                      44 Court Street, Suite 905
                                                      Brooklyn, New York 11215
                                                      (212) 330-7626
                                                      Counsel for Patrick Montgomery