✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____

_____

                Plaintiff (s),

V.

_____

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _____

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _____

    Address: _____

    Telephone: _____ Facsimile _____

    E-Mail (Optional): _____

I consent to the above substitution.

Date: _____   _____
                                             (Signature of Party (s))

I consent to being substituted.

Date: _____   _/s/ signature_
                                             (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____   _____
                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                             Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**