**UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:21-cr-00046-RDM-1 |
| | ) | |
| **PATRICK MONTGOMERY,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE CONFIRMING REVIEW OF SCHEDULING ORDER

I have reviewed the existing schedule and I have availability to handle this matter

notwithstanding my other commitments. While I do have multiple other trials

scheduled for October, those are single-defendant trials for which either (i) I will

obtain a continuance since they present less of a scheduling conflict due to the

multiple parties and counsel involved in this case or, alternatively (ii) I have

recently associated with counsel admitted in this Court who will be able to

substitute in to handle those matters if necessary. In addition, my law firm partner

Roger Root's admission to this Court is pending, and assuming he is admitted he

will also be able to assist in handling those matters if necessary.

Date: June 28, 2023                    Respectfully Submitted,


John M. Pierce
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

**<u>CERTIFICATE OF SERVICE</u>**

I, John M. Pierce, hereby certify that on this day, June 28, 2023, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


                                                  /s/ John M. Pierce
                                                  John M. Pierce