# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )  **Criminal No. 1:21-cr-00046-RDM** |
| **GARY WILSON,** | ) |
| **BRADY KNOWLTON, and** | |
| **PATRICK MONTGOMERY,** | ) |
| | ) |
| *Defendants.* | ) |

## ORDER

Upon consideration of the Defendants' Motion for Leave to Late File a Response to the Government's Motion in Limine to Preclude First Amendment Defense, Evidence, or Argument, it is hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the defendants' motion shall be filed on or before _____.

_____  
**DATE**

_____  
**RANDOLPH D. MOSS**  
**UNITED STATES DISTRICT JUDGE**