# UNITED STATES DISTRICT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:21-cr-00046-RDM-1 |
| | ) | |
| **PATRICK MONTGOMERY,** | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE REGARDING COUNSEL'S AVAILABILITY FOR TRIAL

Below-signed counsel has conferred with other defendants with trials set for mid-October. He will be available for trial in this matter on October 16, 2023.

Date: July 10, 2023                               Respectfully Submitted,

                                                                */s/ John M. Pierce*
                                                                John M. Pierce
                                                                21550 Oxnard Street
                                                                3rd Floor, PMB #172
                                                                Woodland Hills, CA 91367
                                                                Tel: (213) 400-0725
                                                                Email:jpierce@johnpiercelaw.com
                                                                Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ *John M. Pierce*
John M. Pierce