IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY, § BRADY KNOWLTON, and § GARY WILSON § § | |
| *Defendants* § | |

### JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY, BRADY KNOWLTON, and GARY WILSON, the Defendants in the above styled and numbered cause, by and through their undersigned counsel, along with the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submit this joint status report as requested by the Court setting out proposed dates for motions and other deadlines. The parties have conferred and propose the following requested deadlines.

1. Motions (pursuant to FRCP 12(b)(3)), suppression motions, and other dispositive motions on or before: **July 17, 2023**.

2. Oppositions to motions (pursuant to FRCP 12(b)(3)), suppression motions, and other dispositive motions on or before: **July 31, 2023**.

3. Replies to oppositions to motions (pursuant to FRCP 12(b)(3)), suppression motions, and other dispositive motions on or before: **August 14, 2023**.

4. Motions in Limine on or before: **August 18, 2023**.

5. Oppositions to Motions in Limine on or before: **September 2, 2023**.

6. Replies to oppositions to Motions in Limine on or before: **September 15, 2023**.

7. 404(b) Disclosures on or before: **September 15, 2023**.

8. Motions Hearing. The Government's preference would be to set no dates for oral argument on any motions filed by the Defendants and to be available for dates if the Court indicates that it wants to hear oral argument on said motion. As for the Defendants, they are requesting that a hearing be tentatively set for **the week of either September 18, 2023 or October 2, 2023** via Zoom. Defendants will confirm their intent to request a hearing on any motion with the Court and confer with the deputy clerk of the Court regarding a specific date and time after motions, oppositions, and replies (if any) are filed.

9. Joint exchange of Exhibit lists on or before: **September 18, 2023**.

10. Joint Pretrial Statement on or before: **September 21, 2023**.

11. Pretrial Conference: **October 6, 2023 at 2:00 p.m.** (in person).

12. Grand Jury & Jencks Act Material provided on or before: **October 6, 2023**.

13. Trial: **October 16, 2023**.

(Dates underlined above are unchanged from the previous scheduling orders. *See* Minute Orders of 2/9/2023 & 2/27/2023.)

Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
jpierce@johnpiercelaw.com

*Attorney for Patrick Montgomery*

RONALD SULLIVAN LAW, PLLC        MAYR LAW, P.C.

by: /s/ *Ronald S. Sullivan Jr.*     by: /s/ *T. Brent Mayr*
RONALD S. SULLIVAN JR.           T. BRENT MAYR
D.C.D.C. Bar ID 451518           D.C.D.C. Bar ID TX0206
rsullivan@ronaldsullivanlaw.com  bmayr@mayr-law.com

1300 I Street NW, Suite 400 E    5300 Memorial Dr., Suite 750
Washington, DC 20005             Houston, TX 77007

Telephone: (202) 935-4347          Telephone:  713-808-9613
Fax: (617) 496-2277                Fax:  713-808-9613

WAGNER PLLC

by: /s/ *Camille Wagner*
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
202-630-8812

*Attorneys for Brady Knowlton*

PRICE BENOWITZ, LLP

by: /s/ *David B. Benowitz*            by: /s/ *Amy Collins*
DAVID B. BENOWITZ                      AMY COLLINS
D.C.D.C. Bar ID 451557                 D.C.D.C. Bar ID 1708316
david@pricebenowitz.com                amyc@pricebenowitz.com

409 Seventh Street, NW, Suite 200
Washington, DC 20004
Telephone: (202) 417-6000
Fax: (202) 664-1331

*Attorneys for Gary Wilson*

MATTHEW M. GRAVES
UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA

by: /s/ *Kelly Moran*                     by: /s/ *Carolina Nevin*
KELLY MORAN                               CAROLINA NEVIN
Assistant United States Attorney          Assistant United States Attorney
New York Bar No. 5776471                  New York Bar No. 5226121
601 D Street NW                           601 D Street, NW
Washington, D.C. 20530                    Washington, DC 20001
(202) 252-2407                            (202) 803-1612
kelly.moran@usdoj.gov                     carolina.nevin@usdoj.gov