IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY, § BRADY KNOWLTON, and § GARY WILSON § § | |
| *Defendants* § | |

### DEFENDANTS' UNOPPOSED, JOINT MOTION FOR PROPOSED SENTENCING GUIDELINES APPLICATION

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY, BRADY KNOWLTON, and GARY WILSON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel have initiated conversations with the Government to possibly resolve their cases by proceeding with a stipulated bench trial instead of a contested trial before a jury. Before any of the Defendants commit to waiving their rights to a trial by jury, however, they are requesting that this Court direct the United States Probation Department to prepare a preliminary, proposed application of the Sentencing Guidelines to the charges alleged in the Third Superseding Indictment as to each of the Defendants and to provide that proposed application of the Sentencing Guidelines to counsel for the Defendants and the Government. Providing such a proposed application will assist the Defendants and ensure that any decision to waive their

1

valuable constitutional rights is done so knowingly and voluntarily. *See Parke v. Raley*, 506 U.S. 20, 28–29, 113 S. Ct. 517, 523, 121 L. Ed. 2d 391 (1992); *North Carolina v. Alford*, 400 U.S. 25, 31, 91 S. Ct. 160, 164, 27 L. Ed. 2d 162 (1970) ("The standard was and remains whether the plea represents a voluntary and intelligent choice among the alternative courses of action open to the defendant.").

The Government is not opposed to this request.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Court order the United States Probation Office to prepare the offense level calculation and criminal history calculation under the Sentencing Guidelines for inclusion in a presentence report for each of the Defendants to be provided at the earliest possible date and further order that said calculation be provided to counsel for the Government and the Defendants.

Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
jpierce@johnpiercelaw.com

*Attorney for Patrick Montgomery*

2

<div style="display: flex;">

**RONALD SULLIVAN LAW, PLLC**

by: /s/ *Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400 E
Washington, DC 20005
Telephone: (202) 935-4347
Fax: (617) 496-2277

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

</div>

**WAGNER PLLC**

by: /s/ *Camille Wagner*
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
202-630-8812

*Attorneys for Brady Knowlton*

**PRICE BENOWITZ, LLP**

by: /s/ *David B. Benowitz*                     by: /s/ *Amy Collins*
DAVID B. BENOWITZ                                AMY COLLINS
D.C.D.C. Bar ID 451557                           D.C.D.C. Bar ID 1708316
david@pricebenowitz.com                          amyc@pricebenowitz.com

409 Seventh Street, NW, Suite 200
Washington, DC 20004
Telephone: (202) 417-6000
Fax: (202) 664-1331

*Attorneys for Gary Wilson*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Government, Kelly Moran and Carolina Nevin, on September 12, 2023, and they are not opposed to this motion.

/s/ T. Brent Mayr
T. BRENT MAYR
Attorney for Brady Knowlton

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Kelly Moran and Carolina Nevin on September 14, 2023, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
Attorney for Brady Knowlton