IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY, § BRADY KNOWLTON, and § GARY WILSON § § | |
| *Defendants* § | |

### ORDER

Pending before this Court is the Defendant's Unopposed, Joint Motion for Proposed Sentencing Guidelines Application. After considering the same, it is ORDERED that the Defendants' motion be GRANTED. The Court hereby directs the Probation Office to prepare offense level calculations and criminal history category calculations under the United States Sentencing Guidelines for inclusion in a presentence report to be provided to the Court by _____.

Once the criminal history and offense level calculations for each of the Defendant in this case is completed, it is to be shared with counsel for the Defendants and the Government, as well as this Court.

SIGNED AND ENTERED _____

                                                    RANDALL D. MOSS
                                                    United States District Judge