IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY, § BRADY KNOWLTON, and § GARY WILSON § § | |
| *Defendants* § | |

**JOINT MOTION TO CONTINUE TRIAL AND
SUSPEND RELATED DEADLINES**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY, BRADY KNOWLTON, and GARY WILSON, the Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, joined by counsel for the United States, respectfully move this Court to continue the trial presently scheduled for October 16, 2023, suspend all presently scheduled deadlines and hearings, and set this matter for a status hearing as soon as possible to discuss future settings related to the case. In support thereof, the parties would show the following.

In the process of preparing for the upcoming trial, the Defendants initiated communication with the Government to discuss the possibility of the Defendants waiving their rights to a jury trial and proceeding with a stipulated trial before the Court where the Defendants would not contest the evidence used by the Government to establish their guilt as to certain offenses. The Government responded favorably

1

and all parties agreed that it would be in the best interests of all parties, as well as the best interests of justice, to request this Court continue the presently scheduled trial date and suspend all presently scheduled deadlines and hearings in order to eliminate the need to spend further time and resources preparing for a jury trial in light of the Defendants' position. In accordance with this request, the Defendants agree to continue waiving their rights to a speedy trial.

In the event that this Court grants this motion, the parties would respectfully request that this Court schedule a status hearing as soon as possible to discuss certain factors that are impacting the Defendants' ultimate decision and to discuss future settings related to the case.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Court grant their requested relief.

Respectfully Submitted,

| /s/ Carolina Nevin | /s/ Kelly Elizabeth Moran |
|---|---|
| CAROLINA NEVIN | KELLY ELIZABETH MORAN |
| Assistant United States Attorney | Assistant United States Attorney |
| NY Bar No. 5226121 | NY Bar No. 5776471 |
| U.S. Attorney's Office for the District of Columbia | U.S. Attorney's Office for the District of Columbia |
| 601 D Street, N.W. | 601 D Street, N.W. |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| 202-803-1612 | 202-740-4690 |
| carolina.nevin@usdoj.gov | kelly.moran@usdoj.gov |

*Attorneys for the United States*

/s/ *John M. Pierce*
John M. Pierce
D.C.D.C. Bar ID CA00096
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
jpierce@johnpiercelaw.com

*Attorney for Patrick Montgomery*

**RONALD SULLIVAN LAW, PLLC**

by: /s/ *Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400 E
Washington, DC 20005
Telephone: (202) 935-4347
Fax: (617) 496-2277

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

**WAGNER PLLC**

by: /s/ *Camille Wagner*
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
202-630-8812

*Attorneys for Brady Knowlton*

**PRICE BENOWITZ, LLP**

by: /s/ *David B. Benowitz*  
DAVID B. BENOWITZ  
D.C.D.C. Bar ID 451557  
david@pricebenowitz.com

by: /s/ *Amy Collins*  
AMY COLLINS  
D.C.D.C. Bar ID 1708316  
amyc@pricebenowitz.com

409 Seventh Street, NW, Suite 200  
Washington, DC 20004  
Telephone: (202) 417-6000  
Fax: (202) 664-1331

*Attorneys for Gary Wilson*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Government, Kelly Moran and Carolina Nevin, on September 14, 2023, and they confirmed that they wished to join in this motion.

/s/ T. Brent Mayr  
T. BRENT MAYR  
Attorney for Brady Knowlton

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Kelly Moran and Carolina Nevin on September 14, 2023, via CM/ECF and email.

/s/ T. Brent Mayr  
T. BRENT MAYR  
Attorney for Brady Knowlton