UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-46-RDM |
| v. : | |
| : | |
| PATRICK MONTGOMERY, : | |
| BRADY KNOWLTON, and : | |
| GARY WILSON, : | |
| : | |
| Defendants. : | |

## JOINT STATUS REPORT

The United States of America, with counsel for the defendants, Patrick Montgomery, Brady Knowlton, and Gary Wilson, hereby provide the Court with this joint status report to update the Court on developments in the case.

In support of this joint status report, the undersigned state as follows:

The parties last convened for a virtual initial appearance and status hearing on October 6, 2023. Since that date, the government has provided, and the defense have begun to review, a proposed Statement of Facts for Stipulated Trial. In the event that a proposed stipulation is reached, or it becomes clear that the parties cannot reach an agreement, the government and the defense will file a notice to inform the Court.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052


By:    */s/ Kelly E. Moran*
        KELLY E. MORAN
        Assistant United States Attorney
        NY Bar No. 5776471
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        202-740-4690
        kelly.moran@usdoj.gov

        */s/ Carolina Nevin*
        CAROLINA NEVIN
        Assistant United States Attorney
        NY Bar No. 5226121
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        202-803-1612
        carolina.nevin@usdoj.gov