## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-46-RDM** |
| **v.** | : | |
| | : | |
| **PATRICK MONTGOMERY,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### Defendant Montgomery's Motion for Modification of Pretrial Release

Defendant Montgomery moves for a modification of his pre trial release conditions. Montgomery would like to have his curfew extended to 10 pm each evening instead of the current curfew of 8 pm.  Mr. Montgomery has become more involved with his church in the preceding months, becoming a youth group leader and would like to participate and become more active in the various meetings and activities held in the evenings.

Dated: November 10, 2023

Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

### CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 10, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce

1

John M. Pierce