IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-cr-46-RDM |
| | : |
| PATRICK MONTGOMERY, | : |
| | : |
| | : |
| Defendant. | : |

**UNITED STATES' RESPONSE TO MONTGOMERY'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS**

Defendant Patrick Montgomery moves to modify his release conditions to have his curfew extended from 8 p.m. to 10 p.m., on the basis that Montgomery would like to be more involved in church activities, specifically as a youth group leader. ECF 205.

A representative of the church informed the Government that Montgomery's involvement with the youth group has been paused.

As a result, the Government opposes the motion, and requests that the Court deny the motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

/s/ *Kelly Elizabeth Moran*
KELLY ELIZABETH MORAN
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov

2