UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.                                               CASE NO. 21-cr-46-RDM

PATRICK MONTGOMERY,
BRADY KNOWLTON, and
GARY WILSON,

     Defendants.

### Defendant Patrick Montgomery's Motion to Travel

COMES NOW Defendant Patrick Montgomery ("Montgomery"), by and through the undersigned counsel, requests permission to travel to Albuquerque, New Mexico on January 25, 2024, to attend his father's funeral and accompanied services. During this time, he will reside with his younger brother, David Montgomery, until January 28, 2024. Montgomery has informed his supervising officer of his travel arrangements, who had no issues allowing him to do that. Upon the court's request, Montgomery is willing to provide his brother's home address.

Date: January 17, 2024                                  Respectfully Submitted,

                                                                    */s/ John M. Pierce*
                                                                      John M. Pierce
                                                                      21550 Oxnard Street
                                                                      3rd Floor, PMB #172
                                                                      Woodland Hills, CA 91367
                                                                      Tel: (213) 400-0725
                                                                      Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, January 17, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce