**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-46-RDM** |
| | : | |
| **PATRICK MONTGOMERY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' RESPONSE TO MONTGOMERY'S MOTION TO TRAVEL**

Defendant Patrick Montgomery requests to travel to Albuquerque, New Mexico, to attend his father's funeral and services from January 25-28, 2024. ECF 211.

The Government has reviewed the obituary provided by the defense and does not oppose the motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov