UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  CASE NO. 21-cr-46-RDM

PATRICK MONTGOMERY,
BRADY KNOWLTON, and
GARY WILSON,

    Defendants.

### Defendant Patrick Montgomery's Motion to Modify Curfew and Travel

COMES NOW Defendant Patrick Montgomery ("Montgomery"), by and through the undersigned counsel, requests permission to travel to Albuquerque, New Mexico on January 26, 2024, to attend his father's funeral reception. The reception will be held at his Aunt's home, from 6:30 to 9:00 pm. Mr. Montgomery requests his curfew be extended until 10 pm. Montgomery has informed his supervising officer of his travel arrangements, who had no issues allowing him to do that. Upon the court's request, Montgomery is willing to provide his aunt's home address.

Date: January 26, 2024      Respectfully Submitted,

    /s/ John M. Pierce
    John M. Pierce
    21550 Oxnard Street
    3rd Floor, PMB #172
    Woodland Hills, CA 91367
    Tel: (213) 400-0725
    Email: jpierce@johnpiercelaw.com

### CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, January 26, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

    /s/ John M. Pierce
    John M. Pierce