IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-cr-46-RDM |
| | : |
| PATRICK MONTGOMERY, | : |
| | : |
| | : |
| Defendant. | : |

## UNITED STATES' RESPONSE TO MONTGOMERY'S MOTION TO EXTEND CURFEW

Defendant Patrick Montgomery requests to travel to extend his curfew until 10:00 p.m. on January 26, 2024, to allow him to attend a reception at his aunt's home following his father's funeral. ECF 213.

The Government does not oppose the motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov