## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-46-RDM |
| v. | : | |
| | : | |
| PATRICK MONTGOMERY, | : | |
| BRADY KNOWLTON, and | : | |
| GARY WILSON, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO CONVERT JURY TRIAL DATE TO STIPULATED BENCH TRIAL DATE

PATRICK MONTGOMERY, BRADY KNOWLTON, and GARY WILSON, the defendants in the above-captioned case, by and through their respective, undersigned counsel, joined by counsel for the United States, respectfully move this Court to convert the jury trial set for March 18, 2024, (*See* Minute Order 9/20/23) to a stipulated bench trial on the same date. The Government and the defendants have reached an agreement on a statement of stipulated facts.

The Courtroom Deputy inquired whether the parties are available to conduct the stipulated bench trial the week of March 25, 2024, or April 1-4, 2024. Counsel for Montgomery, John Pierce, is scheduled to begin trial before Judge Contreras on *United States v. Lavrenz*, 23-cr-66, on March 25, 2024. Government counsel Carolina Nevin is scheduled to begin trial before Judge Mehta on *United States v. Walden*, 22-cr-14, on April 2, 2024, and the pretrial conference is scheduled for April 1, 2024. As a result, the parties request that the Court conduct the stipulated bench trial the week of March 18, 2024.

Respectfully submitted,

| FOR THE DEFENDANTS | FOR THE UNITED STATES |
| --- | --- |
| | MATTHEW M. GRAVES |
| | United States Attorney |
| | D.C. Bar No. 481052 |

JOHN PIERCE LAW P.C.

By: */s/ John M. Pierce*
    John M. Pierce
    21550 Oxnard Street
    3rd Floor, PMB #172
    Woodland Hills, CA 91367
    Tel: (213) 400-0725
    jpierce@johnpiercelaw.com
    Attorney for Defendant,
    Patrick Montgomery

By: */s/ Kelly Elizabeth Moran*
    KELLY ELIZABETH MORAN
    Assistant United States Attorney
    NY Bar No. 5776471
    U.S. Attorney's Office for the District
    of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    202-740-4690
    kelly.moran@usdoj.gov

RONALD SULLIVAN LAW, PLLC

By: */s/ Ronald S. Sullivan Jr.*
    RONALD S. SULLIVAN JR.
    D.C.D.C. Bar ID 451518
    rsullivan@ronaldsullivanlaw.com
    1300 I Street NW
    Suite 400 E
    Washington, DC 2005
    Telephone: (202) 935-4347
    Attorney for Defendant,
    Brady Knowlton

*/s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
U.S. Attorney's Office for the District
of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

MAYR LAW, P.C.

By: */s/ T. Brent Mayr*
    T. BRENT MAYR
    D.C.D.C. Bar ID TX0206
    bmayr@mayr-law.com
    5300 Memorial Dr., Suite 750
    Houston, TX 77007
    Telephone: 713-808-9613
    Attorney for Defendant,
    Brady Knowlton

PRICE BENOWITZ, LLP
By: /*s/ David B. Benowitz*
 DAVID B. BENOWITZ
 D.C.D.C. Bar ID 451557
 david@pricebenowitz.com
 409 Seventh Street, NW, Suite 200
 Washington, DC 20004
 Telephone: (202) 417-6000
 Fax: (202) 664-1331
 Attorney for Defendant,
 Gary Wilson