IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | |
| § | Case No. 21-CR-00046-RDM |
| PATRICK MONTGOMERY and § | |
| BRADY KNOWLTON § | |
| § | |
| *Defendants* § | |

**JOINT MOTION TO CONTINUE SENTENCING AND
RELATED DEADLINES**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

PATRICK MONTGOMERY and BRADY KNOWLTON, Defendants in the above styled and numbered cause, by and through their respective, undersigned counsel, joined by counsel for the United States, respectfully move this Court to continue the sentencing hearings in their cases presently scheduled for August 30, 2024 and set new deadlines for the filing of objections to the presentence report and sentencing memorandum. In support thereof, the parties would show the following.

The Defendants, joined by the Government, previously moved for a continuance of their sentencing hearing and related deadlines on June 17, 2024 based on a desire by both parties to await a ruling from the United States Supreme Court in the matter, *United States v. Fischer*, No. 23-5572. (ECF Doc. 245). This Court granted that motion on June 26, 2024, resetting sentencing for August 30, 2024, at 10:00 a.m.; ordering Defendants Montgomery and Knowlton to file their respective objections to the presentence investigation report on or before July 19, 2024; the Government to

1

file its sentencing memorandum on or before August 2, 2024; and, Defendants Montgomery and Knowlton to file their respective sentencing memorandum on or before August 9, 2024. *See* Minute Order of 6/26/24.

As this Court is surely aware, on June 28, 2024, the Supreme Court issued its decision in *Fischer*. *See Fischer v. United States*, -- U.S. --, 144 S. Ct. 2176, 2190 (2024). There, the Court held that, "To prove a violation of Section 1512(c)(2), the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or as we earlier explained, other things used in the proceeding, or attempted to do so." *Id.* Because the D.C. Circuit rejected that interpretation, the Court vacated their judgment and remanded the case for further proceedings consistent with its opinion. *Id.* On remand, the Court stated "the D. C. Circuit may assess the sufficiency of Count Three of Fischer's indictment in light of our interpretation of Section 1512(c)(2)." *Id.*

As this Court is further aware, Defendants Montgomery and Knowlton have, like the defendant, Joseph Fischer, challenged the sufficiency of the indictment in their case on the basis that the indictment did not allege that they impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding. *See*, e.g. ECF Dkt. 59, 60. The language used in the indictment in the *Fischer* case alleging a violation of Section 1512 is identical to the language used to allege the same violation in this case. *Cf.* ECF Dkt. 115 (Third Superseding Indictment) and *United States v. Fischer*, 64 F.4th 329, 333 (D.C. Cir.

2

2023), *cert. granted*, 144 S. Ct. 537, 217 L. Ed. 2d 285 (2023) (the Defendants "attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.").

All parties agree that it is in the best interest of justice to continue this matter for the Government to assess its position on the 1512 charge in this case and to allow all parties sufficient time to raise any new applicable objections (if any) to the presentence investigation and arguments related to sentencing in their respective memoranda and other filings.

WHEREFORE, PREMISES CONSIDERED, Defendants Montgomery and Knowlton, joined by the Government, respectfully move this Court to continue the sentencing hearings in their cases presently scheduled for August 30, 2024 and set new deadlines for the filing of objections to the presentence report and sentencing memorandum.

Respectfully Submitted,

| | |
|---|---|
| */s/ Carolina Nevin* | */s/ Kelly Elizabeth Moran* |
| CAROLINA NEVIN | KELLY ELIZABETH MORAN |
| Assistant United States Attorney | Assistant United States Attorney |
| NY Bar No. 5226121 | NY Bar No. 5776471 |
| U.S. Attorney's Office for the District of Columbia | U.S. Attorney's Office for the District of Columbia |
| 601 D Street, N.W. | 601 D Street, N.W. |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| 202-803-1612 | 202-740-4690 |
| carolina.nevin@usdoj.gov | kelly.moran@usdoj.gov |

*Attorneys for the United States*

/s/ *John M. Pierce*
John M. Pierce
D.C.D.C. Bar ID CA00096
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
jpierce@johnpiercelaw.com

*Attorney for Patrick Montgomery*

**RONALD SULLIVAN LAW, PLLC**

by: /s/ *Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400 E
Washington, DC 20005
Telephone: (202) 935-4347
Fax: (617) 496-2277

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613

**WAGNER PLLC**

by: /s/ *Camille Wagner*
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
202-630-8812

*Attorneys for Brady Knowlton*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Government, Kelly Moran, on July 19, 2024, and counsel for Mr. Montgomery and they confirmed that they wished to join in this motion.

/s/ T. Brent Mayr
T. BRENT MAYR
Attorney for Brady Knowlton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Kelly Moran and Carolina Nevin, as well as counsel for all defendants on July 19, 2024, via CM/ECF and email.

/s/ T. Brent Mayr
T. BRENT MAYR
Attorney for Brady Knowlton