# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    *Plaintiff*,

v.                                                          1:21-cr-00046-RDM

PATRICK MONTGOMERY
    *Defendant*.

## PATRICK MONTGOMERY'S MOTION
## TO MODIFY CURFEW

COMES NOW Defendant Patrick Montgomery ("Montgomery"), by undersigned counsel, with the following motion to modify his curfew. Montogomery recently received a job offer at a local restaurant where he will be working evening shifts starting on Monday.  We contacted the US Attorney in charge of this case, Ms. Carolina Nevin, and she did not object to an extension of curfew for training on Monday.  Ms. Nevin is not opposed to Montgomery working evening shifts, and thus an extension of his curfew on those days, as soon as she gets proof of his job offer in writing.

Additionally, due to his good behavior over the last three years, Montgomery's supervision officer, Seth Junker, is also requesting that the Court consider removing his ankle bracelet.  Mr. Junker will send an email tomorrow providing his reasoning for the adjustment.

Date: July 28, 2024                                     Respectfully Submitted,


                                                        */s/ John M. Pierce*
                                                        John M. Pierce
                                                        21550 Oxnard Street
                                                        3rd Floor, PMB #172
                                                        Woodland Hills, CA 91367
                                                        Tel: (213) 400-0725
                                                        Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, July 28, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


                                                        */s/ John M. Pierce*
                                                        John M. Pierce