**<u>Letter to the Judge</u>**

Honorable Judge Moss,

   I wanted to take the opportunity ahead of my sentencing to make a statement and give my personal testimony as to the events and facts regarding my involvement in the events of January 6th, 2021, at and inside of the Capitol building.

   My trial has come and gone, and a finding of guilt has been handed down on what I would consider to be very serious charges.  Based on the evidence that was agreed upon by all parties and was allowed to be shown in your court, I would have to agree as to the finding of guilt as to my charges and I accept the judge's decision in the matter.  Although, I do believe that there is some misunderstanding and misappropriation of implied knowledge and intent on my behalf by the court, based on the representation of the events as seen by the prosecution of this case, as it pertains to myself as an individual.  Up until this point, nobody has allowed me to give my testimony as to the events of that horrific and tragic day at our nation's capital.  Nobody has talked to me directly to inquire as to what I was thinking and to my state of mind in the real time events and chaos at that time. I can accept responsibility for my actions without having to buy into this manufactured false intent that the prosecution has made up to try and convince you that what happened that day was my intent or plan.  I hope you will be gracious and patient with me now as I attempt to add some context into what ultimately led to my violations of the law, without it appearing as not fully accepting responsibility for my own actions and decisions made on that day, because I do.  There is no doubt that I made some terrible decisions that day and that I hold myself fully accountable for them.  I understand that there are consequences that must be paid to seek forgiveness and redemption in the eyes of society, but more importantly in the eyes of God.  I will attempt to go through them in order now, to leave no stone unturned.

   The decision I made that I regret the most was to accept an invitation from my friend and co-defendant, Brady Knowlton, for a free all expenses paid trip to attend the rally being held in Washington DC in support of Donald Trump.  At the time, I did not know enough, or care enough about the events that would be going on there that day to justify spending my family's money to attend.  Donald Trump is not my favorite person in the world.  To be honest, I did not vote for him in 2016, instead choosing to support and campaign for the ex-governor of my state of New Mexico, Libertarian candidate Gary Johnson. In 2020 I chose to support Trump because I believed he had done a good job of repairing our economy, up until when Covid hit.  I felt he was doing an excellent job of keeping this country and its young soldiers out of any new wars, was taking appropriate measures to secure our borders against illegal entry by some people who could possibly want to cause great harm to the citizens of this country.  I originally had talked it over with my wife and prayed about

going to DC, making the decision that it was not something that I needed to do at that time. My original decision was not to come to Washington DC with Brady. I was not full of rage and anger about the results of the election. I understood how the numbers had changed overnight because the mail in votes had yet to be tallied for Joe Biden. I was not surprised when we woke up the next day and Joe Biden had appeared to gain enough votes to become the new President of the United States. For me, there wasn't any specific purpose or intent for me to travel to DC and spend money that I didn't have and couldn't afford. When Brady countered my refusal of the invitation with offering to pay my way with all expenses, I took that as a sign from God that for whatever reason, he felt like I needed to be there according to his will for my life. I thought it would be inspiring to be with other Americans who still deeply loved this country, and to possibly make some connections as to how to become more active politically in legally shaping the future of our country, for the coming generations of young people, to protect freedom and liberty for my daughter. I no longer wanted to sit on the sidelines with the Silent Majority, just hoping that some stability and morality would be restored to our government and its politicians by magic. I had always wanted to go to DC and visit the center of our federal government and see for myself the historical places and monuments to the foundation of this great nation. I wasn't going to pass up a free trip to visit Washington D.C. for the first time in my life and to get out of the house after all of 2020.

It wasn't until the night before J6th, when discussing plans for the following day with other people at the hotel where we were staying, that I became aware of any plans to go to the Capitol to protest the violations of our Constitution that occurred in all of 2020 and in the elections of several states... after attending the rally for President Donald Trump near the Elipse. When it came to results of the election of 2020, I'm not what you might call an election denier. I believe without a doubt that Joe Biden received enough votes to be declared the next president of the United States. I did have an issue, at the time, as to how he had received those votes. I didn't place much stock into the claims of fraud by way of manipulated ballots or rigged machines. I believed that those would be too easy to either prove, or disprove, should there be allowed transparent investigations into those claims. What I did know for a fact to be true, was that in several of the key states, election protocols had been altered in an unconstitutional manner by certain Secretaries of States, to allow for last minute changes to their election procedures, that did not pass through the proper legislative process for those states. I had never paid much attention to the process for certifying a presidential election, but it was my understanding that there was a constitutional process in which Congress could vote not to certify those results, to send those electors back to their respective states for further review, to see if they had come to those results in a legal fashion according to their own rules. Just put a pause on the

certification for a little bit to allow more time for transparent investigations into how those results had been achieved. To be honest I didn't even know if I was correct in my understanding, but that is what I believed to be true at the time.

While I agreed to going to the Capitol with my friends to see how that certification process was going to play out, I agreed to do so to cheer on our Congressmen, as President Trump had suggested, into using the provisions in the Constitution that would allow them to not certify the election for the time being. I felt that it was in the best interest of preserving our democratic process and insuring the continued faith of the American people in our election system. I had no plans of marching into battle against our federal government and police officers who I fully respect and have supported all my life, much less in 2020 with all the calls to Defund the Police. While I do believe that there needs to be some changes in the way our policing is done and supported BLM advocates right to protest, I did not agree with the defunding narrative as the best course of action. I believe that if was Antifa who specifically targeted the BLM protests and hijacked them to turn them into violent riots. Yet our government did nothing to stop them. Many political leaders even encouraged them to continue. I have many very good and close friends and family that have either worked in law enforcement in their past or are still currently active members of police forces throughout the country. I really had no intentions of anything, in agreeing to go to the Capitol building, other than being present and witnessing what would undoubtedly go down as a historical moment in our US history, regardless of the decision that our congressmen and women made. I had no idea how it was all about to unfold. Had I known what was going to unfold, I would not have agreed to go and believe I would have done everything in my power to prevent my friends from going as well. I showed up at the Capitol building simply to ask Congress to finally do their job to uphold the United States Constitution as I believed they had failed to do their jobs in all of 2020. I was hoping they would then use it then to delay the certification of votes from several states, which seemed to be in violation of their own constitutions and election procedures, for the sake of the confidence of the American people in future elections.

There is this issue that has been raised as to why certain people were dressed the way that they were, wearing personal protection equipment (PPE) such as bullet proof vests, helmets, protective gloves, and other clothing. I cannot speak on everyone's behalf, but I knew that in my group there was a very high level of concern that it was possible to come under attack from other groups of counter protesters and individuals belonging to ANTIFA. Just a couple weeks earlier some people had been stabbed at a similar type of event in DC. While not one to be controlled by fear, it was still better to be aware and somewhat prepared to survive whatever could potentially come. With that many people coming together at one spot in a politically charged powder keg, who knows how the day was going

to unfold.  I felt people were smart to come prepared with some personal protection gear. People in America seem to be killed way to often for simply being at a large gathering that makes them vulnerable to attacks from mentally deranged lunatics.  Had a bomb gone off, which could have happened that day because of multiple pipe bombs being found stashed around the area, the people that would have survived would be the ones with personal protection equipment.  There seems to be this belief that people who were dressed in any type of personal protection gear were dressed that way to attack our government and law enforcement officers.  Nothing could be further from the truth in regard to my friends. People were dressed that way to protect their life should they fall under attack from a mass shooter, a bomb being detonated, or simply by violent thugs' intent on attacking MAGA supporters.  There is nothing illegal or incriminating about that, but I personally did not bring any of that type of gear.

While President Trump was finishing up his speech, our group decided to start making its way down one of the streets towards the Capitol Complex somewhere around 1:15 pm I believe, along with a substantial number of the crowd gathered there, which seemed to number in the hundreds of thousands of people by then.  Along the way we seemed to pass some sort of Department of Justice (DOJ) building where a lot of people had gathered in front of to protest.  I stopped for a while to observe and try to hear what was being said by protesters, not realizing the other guys had continued down the street.  They had noticed I was missing from the group and came back to get me.  We had all made an agreement that we needed to really pay attention and stay together to avoid getting separated in all the chaos, so I was glad they came back.

Reunited with the group, we kept walking towards the Capitol that was now coming into view.  As we approached, before hitting what I can only describe as the Capitol lawn or park maybe.  We crossed a street and continued walking down a concrete walkway towards the Capitol building that was already surrounded by thousands of other individuals pushing up to and around the steps of the building.  I didn't realize it at the time, but looking back in hindsight and the evidence presented, it was at this time that we apparently became in violation of the law for trespassing on Capitol grounds.  The evidence clearly shows that this area had been previously cordoned off and closed to the public.  I deeply regret not paying better attention and recognizing this as a closed area.  This would have been the first opportunity to pump the brakes and make an argument to the rest of my group that we did not need to proceed any further that day.  But I didn't, because I didn't recognize the area had been closed.

As we started getting closer to what I believe to be the west side of the building, I stopped to observe people that were sitting atop a large statue, very much supporting America and being very proud to be American Citizens.  I almost lost my group again as they had

continued to move towards the base of the Capitol building and I hurried to catch up.  Soon it became clear that something was going on or beginning to happen towards the front of the crowd.  I could see a large tower and stage that seemed to have been set up for the purpose of the protest.  I had heard there were going to be a lot of speakers and even President Trump would be making an appearance again.  It made sense to me that there would be a professionally set up stage like what you would see at a concert.  I agree this was a wrong assumption and was a naïve one to come to.  I had never been to a protest before in my life and based what I believed to be happening on the protests that I had seen on TV.  We were within the area where protests were historically held at the steps of the Capitol.  Trump had told us at the rally that he would join us at the steps of the Capitol.  All I can say is that it was very difficult in the moment to understand what was really going on without the benefit of watching it unfold on TV... with commentators, multiple camera angles, and live reporting from various points around the complex.  It's easy to armchair quarterback after the fact and with the benefit of multiple camera angles and commentary telling you what was going on.

I and one of the other guys stopped once again to find a place to stand and observe, not really wanting or needing to get any closer to the action.  The rest of the group turned and motioned to us that we needed to keep moving our way to the front of the crowd, which we did, ending up at the base of some scaffolding that had been set up on the northwest side of the west side of the Capitol building.  I didn't understand it at the time, and it was not part of my plan, nor did I feel the need to be there, but I just realized that it was where other members of the group thought we should go.  It reminded me of how some people like to be in the very front at concerts or music festivals, some like to just chill in the back.  My group apparently was the former and wanted to be front and center to whatever was happening that day.  I was not in charge or calling the shots, this was not my event, not my rodeo, not my circus.  Looking back, I deeply regret not listening to my instincts and stepping in sooner and more forcefully to remove my group from that scene.  While I might not have been able to control their actions, at the very least I could have made the decision to leave and go back to the hotel, but I didn't out of a sense of loyalty to my friends and not wanting to abandon the group.

Suddenly, loud explosions filled the air from the right and tear gas filled the air.  I looked over to see officers at the front of the stage a couple hundred feet away just blasting the crowd with streams of pepper spray right in their faces.  In the officer's defense, the crowd of people gathered there were also attacking them with pepper spray of their own and hurling nasty and violent insults at the officers.   I did not understand or support this behavior and don't know who the initial aggressors were.   I saw one officer toss a grenade looking thing to someone like he wanted them to catch it, luckily, they let it fall to their feet

where it blew up with a loud concussion explosion. I saw other grenades being launched into the middle of the crowd of people that were far from the front line and not even trying to move forward to breach the barriers. Still, I can't believe that they were not injured by it, maybe they were because soon a lifeless man was carried out of the crowd by others. I didn't understand at all what was happening and why the violent behavior was coming from both sides, police and protesters both were out of line. I felt it was completely unnecessary for both groups to be engaging in. But it was far enough away from me and my group that we remained observing in disbelief and shock as to what in the world was going on. I wish we hadn't.

At this point I must beg forgiveness in my ignorance and lack of enough information at the time. Again, I was not watching the events unfold from the comfort and security of my armchair back at home. At that point in time, my state of mind was that the crowd had gathered there as instructed to do so by the President of the United States, in order to make their voices heard by Congress, in cheering them on to make the decision to delay the certification process, to allow for more time to conduct transparent investigations into the allegations of unconstitutionally held elections in several of the states. I believed we were protected and even instructed to do so under the First Amendment to our US Constitution. I did not know that they, we, had already violated the law and were trespassing on Capitol grounds the moment we left the street and set foot on Capitol grounds that are normally open to the public. We were not present, nor did we take part in pushing past the barriers that had been erected to close off the grounds to the public. So, my belief in that state of mind, although clearly wrong according to the agreed to evidence, was that the people gathered there were partaking in a First Amendment protected activity to assemble and address the government for a redress of grievances. For me particularly, it had to do more with Congress not doing their job and keeping their oath all of 2020 long to uphold and protect the Constitution. In that moment and my state of mind, I believed that the police were not acting in the legal performance of their duties in trying to interfere with the people's right to protest, especially in introducing chemical munitions into the scenario. That had been the ruling in my hometown of Denver, Colorado after the riots that took place at the end of May in 2020 which led to injured protesters being paid millions of dollars by the city. It had been determined that the police had violated the People's right to protest. The Denver police were then guilty of assaulting the crowd when they introduced chemical munitions and non-lethal rounds into the scenario. To me, this appeared to be the exact same scenario in which the officers were not acting in a legal manner of performing their duties. I misread the situation completely at the time based on a lack of information.

Suddenly, right in front of us some men and women began yelling at the crowd and telling people to follow them up the steps and into the Capitol. I saw people begin to rip the

plastic covering off scaffolding that had been erected all along the walls on that side of the building.  People started climbing the scaffolding with other men directing them to do so.  I thought I saw some officers taking up positions on the scaffolding behind the plastic and I was half expecting someone to get shot, to be honest.  There were a few officers trying to block a narrow set of stairs leading up underneath the scaffolding towards the next terrace of the Capitol grounds.  Some bicycle rack looking thing seemed to be being passed over from the side somewhere to the men up front, who then in turn started putting them up against a low wall to use as a ladder to gain access to the stairs.  Only a small few were involved in this activity, most of the people in the vicinity were like me and just trying to figure out what was happening.  I was in complete shock and stunned.  I asked my friend Brady what the hell was going on, what were they doing?  He said it looked like they were going to try and make their way to the doors of the Capitol building to protest.  I exclaimed that "They were a bunch of idiots who were about to get shot!"  His response was, "By who?", and he was right, by then there wasn't a single cop to be seen anywhere, and it dawned on me that there weren't enough police there to stop that crowd from doing whatever it was they wanted.  In fact, I had only seen a very few the whole time after arriving at Capitol grounds.  I looked at all the scaffolding set up allowing people easy access over the walls and into the Capitol grounds.  Under the scaffolding there were piles of wood 2x4's, ropes, ladders and other supplies.  I couldn't figure out why all this stuff was there, why had the scaffolding been set up when hundreds of thousands of people were going to be there?  How could anyone in their right mind think that it was a good idea?  It never dawned on me until afterwards that this had all been set up for the upcoming inauguration day celebrations.  I thought it had been set up as part of the protest that President Trump had been talking about attending earlier in the day.

Most of the people in the crowd did not seem to be in any hurry to follow the leaders up the stairs or onto the scaffolding, yet there were some that did heed the call, very few.  Then there was an announcement that seemed to come down the pipeline by men and women with megaphones, repeated loudly by a woman standing next to me, that **VP Mike Pence had made the decision not to send it back to the States, and that he had certified the election results.  It was over.**  The people, including myself at the time unfortunately, believed that misinformation.  We believed that the certification process was over.  This was a pivotal moment moving forward in the events of that day.  I was ignorant of the facts and lengthy process that had to play out and had no idea even of what time that process had started.  According to the information we were being told, there would be no more opportunity for all sides to have their day in court, either to prove or disprove the claims of an unconstitutionally held election.  There would be no transparent investigation of an election that happened very much not in accordance with state laws, or the Constitution in my opinion.  The Secretaries of States completely bypassed the legislation required by

states to change laws and simply approved new measures on their own because of Covid. Sadness filled my heart.

When the first people began to attempt to climb the scaffolding and climb the wall to the stairs, they were met by the crowd yelling at them not to do it, including myself. I thought they were nuts and couldn't understand the necessity of it at all. People screamed at them that it wasn't worth it, that they were going to be shot. I was yelling at them to stop, that this wasn't what we were about, that this wasn't the way. I couldn't see why it was necessary or what would be accomplished by storming the Capitol. The amount of people already gathered there in the protest areas would be impressive enough to capture the world's attention. I kept waiting and hoping for a force of police officers to come down the steps from the Capitol and keep these people at bay. I did not want to see our Capitol breached, vandalized, destroyed. It was something I had zero intentions of partaking in.

Then came the cheers from the crowd off to the left, or maybe they were jeers, but more likely a little bit of both as the police finally started to show up from the North it seemed. It appeared to be two rows of officers from the MPD Civil Disturbance Unit Platoon 42 making their way through the crowd instead of providing support from the rear, a terrible strategic move in my mind as it put them right in the middle of the crowd and in direct contact with civilians. If you truly believed these people to be a dangerous threat to yourself and other officers, why would you choose to try and push your way through the middle of them with guns on your hip for the easy grabbing? Eventually the crowd became so dense that the officers were reduced to a single file line trying to force their way through. There was just not enough space and room for them to be safe without a lot of pushing and shoving to clear people out of the way, to which people took offense, even felt like they were being attacked. I will add a note here that I understand that we all were in violation of the law for being here to begin with, I just didn't know it at the time, hindsight 20/20.

A short scuffle and pushing match ensued between the protesters and police that me and our group were not involved in. The group of officers looked to only number 15-20 or so at that point and I began to fear that the crowd was going to turn on them and it would be bad for everyone involved. I didn't understand what these officers were doing there, in that particular spot. They needed to be between the Capitol and the crowd. It did not appear that they had been called to this particular area and were not attempting to make any arrests or even telling the crowd that they were not allowed to be there. Nobody was told that we were trespassing on Capitol grounds. It appeared they were simply pushing through the crowd to get to that West Plaza stage area a couple of hundred feet away. They easily could have gone around the crowd to support the officers on the stage without having to interact with the crowd at all. Several of these officers' latter made statements that would be verified on their body cam footage that this was a huge mistake on their part.

That they should not have tried to force their way through the crowd.  That it was the wrong way to come up. These officers were entering into other people's personal space aggressively and with violence, without really having a reason to be there.  They were simply passing through.

   A small group of people stood in front of the marching officers, to which they stopped forward progress.  We were not part of that group.  The officers said nothing as different people yelled at them begging and pleading with them to stop, that nobody had a problem with the LEO's doing their job, but that we were on their side.  People had to yell, it was loud, they wanted the officers to be able to hear them.  Their approach was not the correct one and it was putting people in danger.  People were scared, afraid for their safety and the majority were afraid for the officers as well.  People said to them that they were sticking up for them, tired of them being villainized as the bad guys.  We were on the same team!  Brady then approached the officer's and was telling them that we were their brothers as American Citizens, "Are you not our brothers?" he screamed.  I supported him and yelled at them that they that they were making a mistake in coming in this way, we were on their side.  But there were also some nasty elements of society, whom I personally believed were Antifa members dressed up like Trump supporters, trying to aggravate the situation.  I now acknowledge that some of them may simply have been Trump supporters who had become angry with the police.  Many other people were trying to control the situation to keep any violence from breaking out.  I was fearful for the safety of the officers, myself, and that of others around me.  They put themselves in a situation where it was not necessary to approach from that direction through the crowd.  Some of the officers began to call out to each other that they needed to fall back and go around another way.

   The next couple seconds happened so quickly that I didn't have time to think, still seems surreal, like a bad dream.  One of the officers (Daniel Hodges) said "Move, make way!", which I obeyed, clearing him a path to move forward as I did so as can clearly be seen in the video evidence when its slowed down and advanced frame by frame.  Then he took off for the plaza stage area, shoving his way through the crowd, leaving the rest of his group behind.  Immediately he slammed his baton into a couple of other protesters who couldn't get out of the way fast enough, causing another baton grab, the second for Hodges in just a couple minutes.  Hodges also had isolated himself from the rest of his group at that moment as the other officers had chosen to hold their positions until they could decide whether to go back and around the crowd as many were suggesting, or to continue to push through.  I think this caused Officer Hodges to freak out a little out of fear, being by himself.

   Suddenly, a bunch of pushing and shoving occurred, and the crowd made a huge surge in my direction.  I turned my back to try and brace myself, I felt like I was getting pushed or thrown to the ground from behind.  As I was trying to keep my balance and remain on my

feet, I glanced to my right out of the corner of my eye and saw an officer rushing in (Daniel Hodges), striking people with his baton as he did so and throwing them to the ground from behind. I understand how you could say he was justified in doing so, now looking back on the evidence, but at the time I felt like he was out of control and was potentially about to kill someone, maybe me. I tried my best to back up and out of his way but could not because of the people and a wall that was behind me.  Without even thinking, I reacted instinctually to the chaotic mess, unfortunately grabbing onto the officer's baton.  Once I realized I was holding onto it, I was scared to let go, I didn't know what to do.  I quite literally had the tiger by the tail so to speak.  I instantly regretted my reactionary decision to grab onto the baton. Had I had the chance to think about it beforehand, I wouldn't have.  I wanted nothing to do with fighting with police.  At no point had I decided to try and remove that baton from his possession.  The crowd surged once more knocking me off my feet, sending me crashing to the ground with Officer Hodges straddled on top of me.  I assumed that if I let go while laying on my side or stomach without anything between myself and the officer, that I would immediately be pummeled with said baton.

   I never tried to yank it out of his two-handed grip, I didn't want his baton, but I did try to control it.  I held on with one hand so it couldn't be used to strike anyone, most importantly me!  I just remember wanting to get positioned on my back where I could bring my feet and legs up between me and the officer to protect myself before letting go of the baton.  While I was on the ground trying to control the baton, I was struck by a couple baton blows from other officers before I could get rolled over.  I just cringed in anticipation, waiting for a blow to my head that might end my life.  I was able to get a foot and leg between myself and the officer pushing him off as I let go of the baton.  The force of him pulling as I let go was enough to set him back, the same as one team in a tug-of-war match all letting go of the rope at the same time.  After letting go of the baton and still laying defenseless on my back, I continued to be struck by baton blows as I flailed my feet and legs trying to create distance between myself and the officers still hitting me with their batons.  Last I saw Officer Hodges, there were protesters that were helping him get to his feet and making sure that he was okay.  I don't remember seeing him after that, as someone helped me get to my feet so I wouldn't be trampled.  Upon regaining my feet, I regretfully flipped the remaining officers off with my two middle fingers.  I had felt like we had tried to intercede on their behalf and had implored them to take another route to where they were going that wouldn't have put themselves or anyone else in danger.  I was mad, hurt, and upset.  I was totally wrong in this situation but had foolishly believed in my own mind that we had been permitted to be there in protest of our government no longer following the Constitution, and to ask Congress not to certify the election results without some further transparent investigations into the constitutionality of it.

I stood there for a little while, just completely sick and not sure at all what was going on. My leg, knee, and forearm were screaming in pain from being struck by batons, enough that I thought I was going to vomit! Gary was there checking on me to make sure I wasn't hurt seriously. It was a surreal moment. More calls to action came from the men in front. "Into the Capitol we must go, to have our voices heard! We have to protest Congress! If they won't follow the Constitution, how will we ever have fair elections again! Everyone must go up the steps and into the building!"

It was at this point that more people decided to press forward and up the stairs towards the next terrace level on the West side of the Capitol building. One of my friends said we should go and head up that way, to be honest I don't remember if it was Gary or Brady. I didn't want to go up the stairs as that was where I believed the barriers had been set originally, drawing the boundary of where we were allowed to be having our legally permitted protest. Although looking back now and the revelation of the evidence provided, we had already been in violation of the law for trespassing on Capitol grounds. Even though I had no real desire to do that, I figured I would follow them up the stairs just so that we wouldn't become separated. I don't remember seeing any other members of our group at this point other than Brady and Gary, I assumed the others had been lost in the crowd. As we started up the stairs, I could tell my knee was really hurt and not functioning properly, and to be honest it gave me an opportunity to duck out of going up the stairs any closer to the building. Going up the stairs there was an opportunity to veer off to the right towards a little hallway that led towards a stage and out onto the scaffolding that now appeared to be extra seating, like the bleachers it looked like. Seeing how I really didn't want to get any closer to the Capitol, I turned into the hallway to the right. My friends Brady and Gary kept going up the stairs and we became separated. There were a couple police officers in the hallway to keep the crowd from going through there at first. There was nothing violent going on there, they were not being attacked or assaulted. People stood their distance begging for them to just let them through. Several people, including myself, reminded the people not to touch any of the officers as they were only doing their jobs.

It seemed to be a standoff that wasn't going to change much, so I turned back into the mob of people that were now all heading up the stairs towards the Capitol building. I seemed to get in line right behind a very elderly black woman who seemed to be by herself climbing up the stairs towards the terrace, I tried my best to shield her and protect her from all the pushing and shoving from behind and yelled for people to quit pushing as it was going to cause people to get trampled. I was overcome with emotions that were flooding into my head at the time. We made our way to the top where it finally opened into a big courtyard with most of the people veering off to the left, maybe toward an entrance to the Capitol. There seemed to be a lot of people rallied together there. I made my way off to the

right and out of everyone's way. I started scanning the crowd looking for other members of my group, to which I don't recall seeing anyone. I believe I then sat down on a bench or on top of a wall or something. So much was going on that I believe I was in a semi state of shock and bewilderment.

   I don't recall being there too long before deciding to look for the other members of my party, by heading back down the stairs to the bottom of the scaffolding to wait for them. When I reached the level with the hallway that had been originally blocked, I could see that it was now open, and the police had fallen back to where they could block a stairwell leading out onto the stage. I think it was there, or maybe at the bottom of the stairs in the previous protest area that I bumped back into and found Gary and Brady. We decided to head back up the stairs to look for other members of our group, but then we ducked back in there through the hallway then turned right out onto the scaffolding bleachers where we could take up a position and just observe all that was going on. It was all incredibly unreal, and I was just in shock. We didn't do anything but observe and take pictures. The police officers were holding the line around the stage below us.

   After standing on the scaffolding observing the complex chaos all around, we decided once more to return to the stairs leading up to the Upper West Terrace (UWT) level of the Capitol. Upon reaching the UWT, we decided to head up into some bleachers that had been set up for the inauguration that was still two weeks away. We didn't want to go near any of the entrances that looked to be crowded with people. The prosecution wants you to believe that we were part of an angry mob with pitch forks and tar trying to break into the building, but we weren't. We did what we could to stay out of that fray and remove ourselves from the situation. There seemed no way of moving against the stream of traffic now pushing up the stairs towards the Capitol. From the top of the bleachers, we could sit down and look out over the crowd and check back towards the building and crowded entrances. I just wanted to chill there for a minute, it was too overwhelming to take in and process, I needed to take a deep breath and didn't want to go near any of the crowded areas.

   During that time another group of police officers in riot gear began advancing toward the crowds on the UWT, from the south behind the stand of bleachers. Again, some Antifa looking individuals began trying to antagonize the police officers by hurling insults. We all got up out of our seats so that we could go back down the bleachers to try to keep the peace and keep protesters from engaging with police. Before we could really say or do anything, it looked like another man had put himself between the police and the protesters, yelling at the protesters to back up and away from the police, while negotiating with the police to back up and not advance on the protesters. We gave him our support and separation occurred between the two groups. The police fell back to a point 30 to 40 feet

away.  For some reason I remember there being a rolled-up carpet or something atop of a cart just hanging out there in the middle of nowhere for some reason.  I didn't want it to be used as some type of battering ram against the police line, so we went to roll it out of the way.  Suddenly, a small single side door into the Capitol building popped open with some protesters spilling out.

   "You guys want to come inside?" someone yelled while propping open the door.  "Hell no!" I think was my exact response, before then turning back to getting the carpet out of the way. "No, it's okay, the cops are letting us in.  They say it's okay if we come in as long as we behave and don't destroy the place," was the reply.   My friends turned to me and asked if we should go in.  I didn't think it was necessary or a good idea and said I didn't want to go in.


   We quickly discussed it and decided we would try to check out the situation for ourselves, to verify that police were actually allowing people into the building.  We could see inside the door that there were indeed police officers inside, holding open some interior doors allowing people to pass into the building and directing them up a staircase.  We believed the police were allowing people to enter peacefully, and then followed a lot of other people inside.  I believe we entered the building through an uncontested Upper West Terrace doorway at 2:36 pm, where there were never any signs of violent behavior or breaking in to enter.  There was no forceful entry from that point.  We had absolutely no reason to believe that the building had even been broken into.  We didn't have the benefit of watching everything unfold in real time on TV.   We were just making decisions, arguably mostly bad ones mostly bad ones, based on what we were observing firsthand in our immediate situation.  There was absolutely nothing even to suggest that anything had occurred other than some protesters had already been allowed to enter the building, and now we were allowed to come inside the Capitol building to have a protest.  We could look into the Capitol and see police inside making no effort to stop anyone and even holding doors open and nothing violent or chaotic happening.  This all reinforced the premise that we were indeed allowed to enter peacefully to hold a protest inside of the Capitol building.  Throughout history there have been many protests and demonstrations that have taken place inside government buildings, and it didn't occur to me that this would be any different.

   Now in hindsight it was a terrible decision to go inside the building.  I knew that the officers most likely did not want us inside the building but were allowing it to keep the peace.  I get that they were probably afraid.  But I would never expect officers to allow something to happen just because they were afraid.  So, I absolutely believed that they had

made a decision that would lawfully permit people to enter the building. I justified it in my mind at the time because they were not making any effort to stop anyone and were even holding the inside doors open, speaking calmly to people walking by. In that moment I was thinking that if the officers were permitting it, for whatever reason, I wasn't breaking the law by doing so. That was my state of mind. The Capitol Police are hired, trained, and paid to protect that building at all costs, even with their life. They neglected to do that. Are we really going to say that failure was okay or permitted because they were afraid? Is it okay for a soldier to refuse orders on a battlefield because they become afraid? Is that the precedent we are going to set moving forward? To be fair, I also believe that had the Capitol Police chosen to use deadly force to stop the people at the entrances that were broken into, killed people breaking windows, that it would have been justified. That's what I would have expected. The fact that it didn't happen added validity to my belief that they were indeed allowing people to enter the building. I also felt a sense of duty and responsibility to try to protect the inside of the building itself. I believed Antifa to be present and knew that they would absolutely cause mayhem and destruction inside if there weren't other people there to stop them.

I didn't have any time to sit and ponder the circumstances or the consequences of what was unfolding. I had trusted in God's control and will in making the decision to go to DC in the first place and trusted that he had led me to be where I was at in that specific point in time for his specific purpose. What I realize now is that I was probably supposed to step in and protect myself, my family, my friends, and the officers inside by refusing to enter the building, then removing ourselves all together from the situation. But I blew that opportunity. We walked by numerous officers, none of which told us that it was illegal for us to be in there and that we needed to leave immediately or face criminal charges. Had even one of them told me that we weren't supposed to be in there and that we needed to leave—I absolutely would have turned around and walked back out the door. I didn't have a desire to be in the building other than to stay together with my friends and to try to protect the inside. The purpose of holding a protest was the only legitimate reason for doing so. I believed the certification of the election to have already been completed. I understand now that I was wrong on so many levels. All I am trying to do now is add context to explain, not justify, my decisions and actions.

We were not alone either as many people had decided to trust that the cops were indeed letting them in and wanted to see for themselves how the rest of the events were going to unfold. We proceeded to follow the crowd up the stairs. Next thing I knew I was standing looking up at the ceiling of the Rotunda inside our nation's Capitol building. People were celebrating together, chanting "USA, USA!" There were people smiling and taking pictures with each other, with the statues, with the paintings in the background. Someone yelled

out something about burning it down and I turned to see John Sullivan (Antifa supporter), telling people to burn it down, burn it to the ground.  This sparked several people, including myself, to yell out that was not what we were here to do, and that was not what was going to happen.  I said for people to remember where they were and to treat that place like they would their own house, their moms' house and to respect it as such.  People were treating the place with respect and not damaging anything as far as I could see or witness, milling about without much direction of what else there was to do or what else should be done at that point.

   We gathered and took some pictures of each other.  Then I started just looking around at all the artwork in awe, losing track of Gary and Brady as they left and went into another room.  I was in complete shock now.  At this point I didn't want to go anywhere else, didn't even have a thought about where else there might be to go.  I assumed the Rotunda was as good of place as any for people to peacefully assemble and have a protest.

   Back behind me someone yelled out my name, that we should all go up that way, go up there.  I didn't know what was up there and when I turned around to look, Gary was calling for me to come follow them.  I saw people heading up a set of stairs.  My friends Brady and Gary looked to be following them and so I went with them, trailing behind, trying to ask them where we were going as they headed up some stairs.  At the top of the stairs in another corridor I saw a couple asking a black police officer if they were really allowing people to be in the building.  His response was that they hadn't really allowed people to enter the building but had decided to allow people to remain in the building, as long as they stayed peaceful and nondestructive. But if we heard an order to leave the building that we had to agree that we would.  I fell behind Brady and Gary as everyone turned and went walking down a hallway lined with doors, to offices I assume.  I fell behind by 30-40 feet because of the injuries to my knee, until Brady stopped to wait for me to catch up.  Soon, people spilled out onto the next floor in a big hallway, and we just kept blindly following the crowd in a definite case of where "Curiosity Killed the Cat", so to speak.  I veered down the hall to the right, before being called back to join Gary and Brady moving down the hall in the opposite direction.

   On the right side of that hallway, some of the protesters approached two men who appeared to be locking up some big swinging brown doors, maybe court clerks or possibly other building supervisors.  The two men, dressed in suit and tie, tried to stop the protesters from opening the doors and a brief scuffle ensued, to which the surrounding people, including Gary and Brady, put a stop to immediately.  I had backed up out of the way and removed myself from the situation completely.  I had already walked past the clerks and the doors initially, only turning around when I heard the commotion.  I had nothing to do with any of the scuffle that took place there.  I had no idea that those "clerks",

were actually police officers. Your honor gave credit to Gary in this instance as he recognized that he had tried to intervene in the situation to keep the officers safe. Brady was doing the same thing. We all had been doing the same thing anytime people had been being too aggressive towards police. I wasn't anywhere close enough to do anything about it and for sure wasn't participating in that aggression towards these officers. Once the doors were swung open and people started turning into the room, Gary and Brady went in with the others to see what was inside. I followed to see where they were going but passed through a different set of doors further down the hall. So, I wasn't standing with Gary and Brady when they first entered the room. It looked like a big courtroom to me, in which we were now standing squarely in the gallery of. At first it did not register to me as to where we were. In fact, I asked out loud where we were at, to which I heard back that we were standing in the Gallery of the Senate.

I took another look around and determined that they were right, it didn't immediately raise any alarms in me that there wasn't anyone in there at the time. If the Senators and VP Mike Pence had already certified the election results as people had been lamenting over outside, at the bottom of the stairs outside the building by the scaffolding, then there wouldn't be any reason for them to still be inside of the Senate. Some people made some announcements about causing mischief and taking a dump on the Senators desks or something. I again made a loud announcement about not vandalizing anything and that if they came in there to have a protest that they needed to just sit down in the Gallery seats and have a sit in protest. I then sat down in a gallery seat with the hope that other people would do so also, to have a protest with no violence or vandalism whatsoever. Some people did so as well, but it became evident that a few people did not want to be civil about it at all. One guy came flying by clutching zip ties who ended up jumping over the gallery railing out onto the Senate floor, disappearing forever. Some people started talking about getting down onto the floor and stealing their laptops and papers. It was at that moment that I began to realize something was amiss there, papers and file folders remained everywhere, some laptops were still sitting atop tables. The people who had been in there had seemed to have left more in a hurry than in an orderly fashion. I was super-hot and sweating and getting queasy, so at that point I took the time to take off my jacket. It was at this point that I knew we had misjudged the situation and panic started to creep in.

I decided I had seen enough and wanted to leave the building altogether, as it became obvious that nobody there had any real plans about what to do next, other than maybe cause some vandalism or destruction of property. There seemed to be some Antifa members in the room instigating things and so I took a little more video of the situation and the people who were there, then gathered up my buddies and we left. It was my decision to leave the Senate Gallery and exit the building all together. I was done, over it, wanted out.

We had made a huge mistake in entering the building and following the crowd.  I can't even recall which direction we went as we exited the Senate Gallery to find the nearest exit to get outside of the building.  I was overwhelmed with shock and felt like I was about to pass out.

   Once we left the Gallery and went down some stairs, I was once again behind the other guys.  We could hear someone on a bullhorn telling people to come that way, which is the direction we were heading towards now anyway.  I was looking for a way out but noticed every hallway out of the room was being blocked by police and protesters.  There was no way to turn, nowhere to go.  Briefly we saw some people heading around a corner following some Buffalo Horned dude (Jacob Chansley) on a PA system, and we kept following that way, presumably towards where the protest was being held, or was going to be held.  I certainly did not have any idea of where we were or the layout of the building.  I had never been there before or had I ever looked at any blueprint of the Capitol building.

   Around the corner we bumped into a bunch of officers who had just let Jacob pass by freely, before stopping another individual, then us and the rest of the people following behind.  As far as we knew they had previously let an untold number of protesters pass by, and now we weren't being allowed to pass by.  There was some discussion and loud arguments made around the fact that they weren't going to allow us to keep following the others up the stairs, after they had just let them walk right by.  Once again, their argument was that they understood our frustration and purpose, but they were only doing their job.  For me this really struck a nerve and was very upsetting.  That was exactly the same line that the Gestapo Nazi Police used when tried for murdering thousands of civilians.  Just doing their job is a defense used by many in law enforcement to excuse their own illegal behavior at times.  Most recently it was used by the police officers charged as being responsible for the death of George Floyd that we had all just recently watched all over television and social media.  "All it takes for evil to triumph is for good men to stand by and do nothing", is a quote from Sir Edmond Burke that comes to mind.  In my mind these officers took an Oath to God to uphold and protect the Constitution above and beyond everything, the same Constitution that tells us it is our Duty as American Citizens to hold our government officials accountable when they act illegally according to the Constitution.  We are told the way to do that is to protest and petition our congressmen when they are not following Constitutional Law.  I felt like these officers were now trying to stop us from doing exactly that.  I had no idea where we were or that we were anywhere near any type of Senate Chamber door.  I was literally just trying to just get out of the building before Jacob Chansley told everyone to follow him on his PA system.  I was upset in this situation because I felt like the officers had just recently been allowing others to pass through that hallway.  Now we couldn't do the same.  But never did we threaten any police or make them feel intimidated by any physical violence.  Never were we trying to breach any Senate

chamber to get at any Senators. There was still a level of respect held there for the fact they were officers of the law, and we did indeed obey their direct orders, and left in recognition of that.

Everywhere that we turned and went it seemed that we were now trapped behind police lines. An officer asked where we had just come from and I told him the Senate Gallery, to which he acted shocked and asked if there were more people in there still. I told them there were, to which then he headed off in a different direction. I approached a line of officers asking them how to get out, they said we couldn't because every hallway was blocked. I said we could find our way out if they would just let us through. Another officer stepped in and said that if all we wanted was to get out that we should follow him, and he would show us out. We said that would be great and that we just wanted to leave. He said that he appreciated that and would get us out, which he did. He helped lead us to an exit on the NW side of the building, I believe, and asked the cops to step aside for a minute, then walked us out giving us fist bumps as we left.

At that point I think that we had had enough already and were just ready to go home, well back to the hotel. We began making our way back towards the hotel walking down the street. Not a whole lot of people were heading away from the Capitol, and several individuals were telling us not to go down certain streets because there were some shady characters around trying to intimidate and threaten Trump supporters. We kind of joined up with a few other random people looking to walk back the way we were for added protection. We eventually made it back to the hotel around 4pm I believe, where we stayed the rest of the night. Our group did not feel the need to participate in the events still going on. I don't remember eating, or really hanging out as a group after that. People were in shock, I went to my room and collapsed, both physically and emotionally drained. I could not wrap my head around what had just taken place. Dark days were indeed ahead for our great nation.

The next day we began trying to figure out the best way we could handle the situation. We decided to get back home first, and Brady would see about hiring a lawyer to give us some advice. I was leaning towards turning ourselves in and telling our truth as we had experienced it, knowing that we would face consequences for what I believed to be misdemeanor behavior. I didn't understand the severity of the situation very well, I guess. Brady hired some so called hotshot Federal attorney who thought otherwise. He told us absolutely not to turn ourselves in, to just wait and see what happened first. Out of respect for Brady's wishes to follow his lawyer's advice, I agreed. I don't know why I felt like I had to just keep going along with everything that was being decided for me. I am loyal to my friends, even to a fault at times. I also didn't have any money to hire an attorney myself and

felt like if I caused a big fuss that I would be left out in the cold on my own.  That lawyer's advice turned out to be horrible.

  I deeply regret not being a better leader that day and stepping up to take control of the situation to keep myself, my friends, and police officers safe.  I misread the situation and believed misinformation coming out in the moment.  I made one bad decision after another and got caught up in a terrible event for our country.  I accept full responsibility for my actions that did indeed violate the law.  It was never my intent to do so and vehemently disagree with the prosecutions narrative that I went to the Capitol that day with the intent to enter the building and put a stop to the certification process that absolutely had to play out and finish if there was a hope at all that Congress might choose to put a pause on that certification for a couple weeks.  I came to DC with no intent at all other to hang out on a free trip with my friend Brady.

  Now it's true that I don't have the greatest criminal record in the world.  In my younger years I became addicted to alcohol and used other drugs which led to me making some awful life decisions.  I've paid greatly for those crimes and have always been one to plead guilty and accept the consequences of my actions. Do the crime, do the time is a motto that I respect.  Just before meeting my wife Heather almost 15 years ago, I started to turn my life around.  I voluntarily checked myself into a 90 day in house addiction treatment program to begin my journey back to being a productive and contributing member of society.  I completed the program and remained sober for a period of time.  In 2011, by operation of New Mexico law which states that after 10 years from the completion of my sentence for crimes that I had completed there and served a 6-year sentence, I was relived of my felon status.  All my *Maines Rights* had been fully restored to full citizenship not only on the state level, but also federally, regaining full citizenship.  I have worked extremely hard to restore my life, build a business that I owned, be a good husband and dad to my stepdaughter.   I can proudly say that on October 17th I celebrated 7 years since I quit drinking for good.  There is no way in hell that I would jeopardize any of that intentionally to try and overturn some election and definitely not to try to keep Trump in office.  I worship and put my faith in God, not in a man.

  So, when I went hunting with a legal firearm in March of 2021 to provide food for myself and my family as is my legal God given Natural Right, and I was only under bond conditions to not possess ILLEGAL Firearms, I didn't believe that I was violating any laws or conditions of bond.  I didn't violate any game laws as the season was open, I had a license, the mountain lion I killed was harvested legally on public land open to hunting and not in a park as the prosecution falsely claimed.  I wasn't flagrantly disobeying any orders from the court as the prosecution would, and did, lead you to believe.  I was not a felon in possession of a

firearm.  The FBI should have easily known the restoration of rights that occurs automatically in NM.  I ended up pleading guilty to a simple misdemeanor charge of possession of an illegal weapon to avoid a costly trial that I had no way of paying for.  It's easier to ask for an expungement based on the facts rather than pay lawyers for an expensive defense trial.  I served 2 years' probation, paid restitution, performed my community service without delay or incident.  Yet this was the basis for revoking my bond and placing me on Home Incarceration for the last 3 ½ years of my life, preventing me from operating my business as a professional guide in the outdoor industry.  For the first 15 months I was not even allowed to leave my home, this coming out of a year of Covid lockdowns where I also was unable to travel, leave the state, enter other states to operate my business.

   I am all for accepting responsibility for my action and paying the consequences for my actions.  I feel like I have more than done that.  From the very beginning of all this I have been willing to step up and plead guilty to the crimes I believe that I committed after looking at the evidence presented.  I offered many times to the prosecution to plead guilty to the misdemeanor crimes of trespassing on Capitol grounds, entering the Senate Gallery, parading or demonstrating inside the Capitol.  The prosecutors would not let me do so without saying that it was my Intent to interfere with the certification process or that I assaulted officer Hodges. So here we are.  I know for a fact that it was never my intent to do such things, or to even try to do such things.  I concur that based on the evidence that we agreed to be allowed to be presented at trial I see how you reached the decision to find me guilty on the 111(a) charge.  I agree that my actions interfered with Officer Hodges, an MPD officer and not a federal one, in the performance of his duties.  I do no believe that incident adds up to aggravated assault as it was never my intention to be involved in that or cause him any harm and he did not ever report the incident or claim to have been harmed.  I simply reacted involuntarily to a perceived threat to those people around me who I believed to be participating in a legally protected First Amendment event.  I respect your Honors decision on the matter in leu of my legal expertise and agree that conclusion is possible based on the agreed to stipulated facts

   I absolutely believe that I have accepted responsibility for what my actions actually were that broke the law, without have to accept responsibility for made up, manufactured intent, on behalf of the prosecution trying to paint you an inaccurate picture of who I am in this day and age.  I may have broken the law, but never was it my intention to try and enter the Capitol building, stop the certification of the election, or fight with police.  I have been paying the consequences under Home Incarceration for the past 3 ½ years already.  I have undoubtedly proved that I am not a flight risk or a threat to society.  I can't see any reason, or what it would accomplish, to serve out a sentence behind bars in a Federal prison.

 I apologize and ask forgiveness from everyone involved and to those officers that may have felt threatened or harmed.  I still support and have much respect for law enforcement.  I ask for grace and mercy from the court.

Remorsefully,

Patrick Montgomery