Patrick Montgomery was one of the innumerable mob that descended on the Capitol on January 6th, 2021, violently attempting to stop the peaceful transfer of power.  He was also one of the slightly more numerable members of said mob that assaulted me in my defense of the United States on that day.  While I was trying to interrupt members of the mob from assaulting my colleagues, he grabbed on to my riot baton and attempted to strip it away from me.  We wrestled for control over my equipment until we went to the ground. Upon finding himself unable to rob me, Mr. Montgomery kicked me in the chest hard enough to knock me over, whereupon he melded back into the safety of crowd.

After his blow to the chest I was on the ground with the medical mask I was wearing pulled up over my eyes.  I was functionally blind, on all fours and surrounded by a mob that made it clear they thought I was the enemy.  That was one of the most vulnerable moments of not only that day, but my life. I was afraid I was about to be torn apart by our assailants, but the rest of my colleagues were able to repel their attackers and had my back as I regained my footing.  And all that was before we even made it to the police line itself on the west terrace of the Capitol.

Mr. Montgomery has made it clear via his public Instagram account that he accepts no responsibility and demonstrates no understanding of the truth of the 2020 Presidential election or his actions on January 6th.  As of this morning, the following post was visible on his account, alongside a picture of him posing for the camera in the midst of the Insurrection:

"I was convicted on the 1512 charge of Interfering with an Official Proceeding and the 111 charge of Interfering with, Impeding, Intimidating, or Assaulting a police officer for grabbing onto a officers baton to protect myself and others, who was using it recklessly and unlawfully in my opinion , outside on the Capitol lawn in an area originally permitted for a First Amendment protected protest against the violation of our Civil rights all 2020 long that led to an Unconstitutionally held election…

In court the judge ordered that I was not allowed to make any defensive arguments or add context arguments as to the baton grab. It was a reactionary movement to immediate danger. " - March 23 2024

He made these comments years after the fact, in an election year where we are already seeing the same insane conspiracies play out amongst the same crowd, endangering the same people and the same country.

The entire day I did not even swing my baton at a single person. In a day rife with moments where I could have legally and ethically utilized lethal force in the protection of myself and others, I never even swung my baton.  I only used it as a defensive barrier.  At the moment of his assault, I had it in only of my hands but wasn't even using it.

On multiple occasions I have advocated for reconciliation with those who attempted to stop the transfer of power on that day.  It is possible for people to grow, change, and learn from their mistakes.  Patrick Montgomery has provided no evidence that he is one of these people, and to treat him as such is to court disaster with regards to our democratic way of life.  Instead he continues to perpetuate lies about the 2020 election and libel me.  He also attempted to make money from his assault by advertising a crowdfunding campaign he made for himself.

I ask the court that Patrick Montgomery be given the maximum sentence permissible by law.  It is imperative we must, whether they are useful idiots or malicious actors.  I don't know if Mr. Montgomery is simply a useful idiot in service to the enemies of the United States or a malicious actor himself, but it is imperative that we protect ourselves from those who would see our Democracy fall.

Thank you.

https://www.instagram.com/p/C42--DBuDm5/?hl=en&img_index=1

