```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                        Criminal Action
 4            Plaintiff,                No. 1: 21-46

 5        vs.                           Washington, DC
                                        October 31, 2024
 6   PATRICK MONTGOMERY - 1,
                                        10:05 a.m.
 7            Defendant.
     _____/
 8

 9                TRANSCRIPT OF SENTENCING
          BEFORE THE HONORABLE RANDOLPH D. MOSS
10             UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:      Carolina Nevin
13                           Michael Romano
                             UNITED STATES ATTORNEY'S OFFICE
14                           Criminal Section
                             601 D Street NW
15                           Washington, DC 20001

16
     For the Defendant:      Roger Roots
17                           10 Dorrance Street
                             Suite 700 #649
18                           Providence, RI 02903

19

20

21

22
     Court Reporter:         Sherry Lindsay
23                           Official Court Reporter
                             U.S. District & Bankruptcy Courts
24                           333 Constitution Avenue, NW
                             Room 6710
25                           Washington, DC 20001
```

1        <u>P R O C E E D I N G S</u>

2        THE COURTROOM DEPUTY:  Calling case number 21-46,

3    *United States of America versus Patrick Montgomery.*

4        Would counsel and probation office please approach

5    the podium, state their name for the record starting with

6    Government counsel.

7        MS. NEVIN:  Good morning, Judge.  Carolina Nevin and

8    Michael Romano for the United States.  And seated in the first

9    row of the gallery is Officer Daniel Hodges, the named victim

10    in the indictment.

11        THE COURT:  All right.  Thank you.

12        MR. ROOTS:  Good morning, Your Honor.  Roger Roots on

13    behalf of the defendant, Patrick Montgomery, who is present in

14    the courtroom.  Also we have Emily Lambert at the table, a

15    paralegal.

16        THE COURT:  Okay.  Welcome to all of you.

17        We are here this morning for the sentencing of

18    Patrick Montgomery, who was found guilty at a stipulated bench

19    trial of two counts, although one count was subsequently

20    dismissed and the one remaining count is assaulting, resisting

21    or impeding certain officers in violation of 18 U.S.C. section

22    111(a)(1).

23        I have received and reviewed the presentence report,

24    and the supplemental report from the probation office, as well

25    as the sentencing memoranda from the government, from

1    Mr. Montgomery, the various letters submitted on behalf of

2    Mr. Montgomery and Mr. Montgomery's letter to the Court

3    himself, the victim impact statement.

4           Let me start by asking whether everyone is ready to

5    proceed today.  I have received an email to the courtroom

6    deputy, copying the government, from Mr. Roots who objects to

7    lateness and a lack of authenticity of this Hodges' victim

8    impact statement.  And I know as well that because the 1512(c)

9    count was dropped in the case that resulted in a revision to

10   the calculation of the sentencing guidelines which was

11   submitted just this morning by the probation office.  So I

12   suppose why don't we start with Mr. Roots and whether you are

13   ready to proceed this morning.

14          I'm sorry.  You didn't enter your appearance.

15          MS. BAKER:  That is fine.  That is fine.

16          THE COURT:  You were standing right there and I

17   didn't let you enter your appearance.

18          MS. BAKER:  I figured you would look up at some

19   point, Your Honor.

20          THE COURT:  Yes.

21          MS. BAKER:  Good afternoon, Your Honor.  Sherry Baker

22   on behalf of the probation office.

23          THE COURT:  Thank you.  My apologies.

24          All right.  Back to you, Mr. Roots.

25          MR. ROOTS:  Thank you.  There are some issues.  And,

```
 1    obviously, this has percolated in a way that is a little
 2    strange -- just talked to Mr. Montgomery.  He is wanting to
 3    proceed with sentencing.  We could object probably on several
 4    grounds, but we think there is enough information, Your Honor,
 5    for Your Honor to issue a proper sentence.
 6              THE COURT:  It is your -- it is Mr. Montgomery's
 7    decision.  If he wanted additional time, I would be happy to
 8    give it to him, but if he wants to proceed today, I am happy to
 9    do either, whichever he prefers.
10              MR. ROOTS:  Yeah.  We recognize that codefendant
11    Brady Knowlton is seeking a continuance for sentencing based on
12    the lateness of the -- you know, these developing things and
13    with regard to the PSR and whatnot.  But I believe
14    Mr. Montgomery wants to get sentencing over with.
15              THE COURT:  Mr. Montgomery, if I can ask you to pull
16    the microphone toward yourself there.  And if you can just
17    indicate whether you would like to proceed.
18              THE DEFENDANT:  Yeah.  No, I am in agreement with my
19    attorneys.  And I am ready to proceed and just move forward
20    with what we need to do.
21              THE COURT:  Okay.  All right.  Well, I do think that
22    with respect to the guidelines calculation that is ultimately a
23    question for the Court and not so much for probation.  So I am
24    happy to hear from everyone about that and then I will make my
25    decision on the best way to proceed with the guidelines
```

1    calculation.

2           All right.  So, Mr. Roots, are there any additional

3    materials you are going to request that I consider today?  You

4    can just pull the microphone close to you.

5           MR. ROOTS:  I don't know if it is additional

6    materials.  We do want to submit into the evidence for this,

7    the agreement to the stipulated trial, which plainly states

8    that at that time the parties all agree to the stipulated

9    trial, the 1512 charge, which was then Count 10, which has now

10   been dismissed was the so-called aggregated -- for purposes of

11   Count 1, the -- Mr. Montgomery's 111(a) charge of assaulting,

12   impeding, et cetera, for the purposes of the attempt by the

13   government to call it an aggravated assault for sentencing

14   purposes.  It is stipulated and the parties all agree that the

15   1512 would have been the, quote, other felony.  So we are going

16   to argue today that, obviously, it can't be aggravated 111(a)

17   for the reason that the 1512 charge has been dismissed.

18          THE COURT:  All right.  Well, you are welcome to do

19   that.

20          And, Ms. Nevin, is there anything else that you are

21   going to request the Court consider today?

22          MS. NEVIN:  No, Your Honor.

23          THE COURT:  Okay.  All right.  So, Mr. Montgomery,

24   today's sentencing proceeding is going to go through a number

25   of steps.  I am sure you are anxious just to get to the bottom

1  line, but I need to go through all of the steps because I need

2  to figure out whether there is agreement on the law and facts

3  and if there is disagreement on the law and facts or the

4  guidelines, I then need to resolve those disagreements before

5  we get to the imposition of sentence.  So the first step is for

6  me to determine whether you have reviewed the presentence

7  report.  And I know that there were some objections and I can

8  resolve -- I will need to resolve those objections.

9           The second step is determine the guidelines range

10  that applies in your case.

11           The third step will be for me to hear from government

12  counsel, your counsel, you if would like to address the Court,

13  anyone else you would like me to hear from.  And then as part

14  of the final step, I have to fashion a sentence in light of the

15  factors that Congress has specified in a statute, which is at

16  18 U.S.C. section 3553(a).  And as part of the last step, I

17  will actually impose the sentence.

18           So let's start with the presentence report, which was

19  filed with the Court on June 24th, 2024.  And then as I said,

20  there was the supplement this morning.

21           Does the government have any objections to any of the

22  factual matters set forth in the presentence report?

23           MS. NEVIN:  No, Your Honor.

24           THE COURT:  All right.  And, Mr. Roots, does the

25  defense have any objection to any of the factual materials set

```
 1    forth in the presentence report?
 2             MR. ROOTS:  No, Your Honor, nothing beyond what we
 3    have already filed.
 4             THE COURT:  Do you need -- are there things that I
 5    need to resolve with respect to what you filed?  Or were you
 6    doing that really to complete the record.  Because if there is
 7    anything that I need to resolve, we should walk through them
 8    one by one.
 9             MR. ROOTS:  With regard to factual, obviously, we
10    want to have a legal discussion about the application of that
11    aggravated --
12             THE COURT:  Yes.
13             MR. ROOTS:  -- guideline thing.  But with regard to
14    the factual -- well, this new development of Mr. Hodges making
15    claims that we believe contradict his prior --
16             THE COURT:  I'm sorry.  Just to clarify, I am just
17    asking about the presentence report right now.
18             MR. ROOTS:  I don't think there is anything in the
19    facts that we would object to at this time.
20             THE COURT:  Okay.  Mr. Montgomery, are you fully
21    satisfied with the assistance of your lawyer in this case?
22             THE DEFENDANT:  I am.
23             THE COURT:  Okay.  Make sure -- can you pull the
24    microphone a little closer?  And do you feel as though you have
25    had enough time to review the presentence report?
```

1            THE DEFENDANT:  I have.

2            THE COURT:  And to discuss it with your lawyer?

3            THE DEFENDANT:  I have.

4            THE COURT:  So then I will accept the facts as set

5     forth in the presentence report for my findings of fact for

6     purposes of today's sentencing, which now does bring us to the

7     guidelines calculation.

8            And for Count 1, the base offense level is 10 under

9     section 2A2.4A of the guidelines.  The government contends

10    there should be a 3-level increase, because the offense

11    involved physical contact.  And that is pursuant to section

12    2A2.4B1a of the guidelines.  And then, this is the issue that

13    you were alluding to a moment ago.

14           Mr. Roots, the government further contends that the

15    cross reference at 2A2.4C1 should apply because the assault was

16    committed with the intent to commit another felony.  And,

17    therefore, the base offense level should be 14.  And the

18    government contends that other felony is the civil disorder

19    violation.  The government also asserts -- and probation agrees

20    there should be a 6-level enhancement because the offense

21    involved an official victim.  That would then lead to a total

22    offense level of either 19 without the cross reference or 20

23    with the cross reference.  And then although Mr. Montgomery has

24    several -- I think 11 prior convictions, most of those

25    convictions occurred more than 10 years prior to the offense.

1    And according to the PSR, the only offense for which the

2    criminal history points should be assessed is his 2021

3    conviction for illegal weapon possession, which results in 1

4    point towards his criminal, which would put him in criminal

5    history category 1.  So if we are at offense level 19, criminal

6    history category 1, the guidelines range will be 30 to 37

7    months.  If we are at 20, the guidelines range would be

8    between -- I'm sorry.  Yeah -- between 33 and 41 months.

9           Mr. Roots, would you like to be heard with respect to

10   proper guidelines calculation?

11          MR. ROOTS:  Yeah.  Thank you, Your Honor.  A couple

12   of things, number one, we actually believe that -- that

13   Mr. Montgomery really should be entitled to some credit for

14   acceptance of responsibility.  The stipulated agreement that he

15   signed very clearly accepted responsibility for some things.

16   Of course, he did go to a stipulated trial on two counts.  But,

17   you know, the very first page of that stipulated agreement that

18   all of the parties agreed to where it plainly states,

19   Montgomery agrees to the following, the essential elements.  He

20   gave up -- he -- preparing to go to a jury trial in the

21   beginning, we were prepared to put on various defenses.

22   Mr. Montgomery gave up all -- pretty much all of those

23   defenses.

24          You know, he -- you know, defendant did such acts

25   forcibly, defendant did such acts voluntarily and

1   intentionally, so he did stipulate.  And he really should be

2   given some credit for --

3        THE COURT:  Are you suggesting that he should be

4   actually given a reduction in the offense level under 3E1.1 or

5   just that as a variance or in the process of considering

6   overall sentencing the Court should consider his partial

7   acceptance of responsibility?

8        MR. ROOTS:  Yeah.  I believe he has earned the

9   2-point reduction for acceptance of responsibility.  Again, we

10  could have gone to a full jury trial.  He did have some

11  defenses.  You know, both sides I think sized up the case and

12  realized likelihood of prevailing on claims and defenses and we

13  came to this stipulation.

14       And I should say, it did save the Court substantial

15  resources in terms of time and, you know, delay and those kinds

16  of things.

17       I think we had a two-day stipulated trial; correct?

18       THE DEFENDANT:  The trial lasted one day.

19       MR. ROOTS:  Yeah.  It was about a one-day trial.

20  But, you know, so I -- you know, we, obviously, did save some

21  resources by coming to this agreement and admitting a lot of

22  the facts in the case.

23       THE COURT:  Do you know whether the -- any of my

24  colleagues have given the two-level reduction in any of the

25  stipulated trials in the past?

```
1              MR. ROOTS:  I don't know.

2              THE COURT:  All right.  Anything else with respect to

3     the guidelines calculation?

4              MR. ROOTS:  Now, we do -- Your Honor indicated that

5     we had agreed to the 6-point -- the 6-point victim-related

6     adjustment.  We actually don't -- and we stated that in our

7     sentencing memo that, in fact, we often make this argument and

8     lose this argument in these kinds of cases.  But that guideline

9     6-point adjustment is specifically worded that if a person is

10    motivated by the victim's status to commit the crime, it is

11    worded -- the victims in this case were law enforcement

12    officers and the offense was motivated by such status.  So we

13    do object to that.  I don't think the evidence really shows

14    that here.

15             Obviously, Mr. Montgomery had, you could say -- well,

16    he interfaced with law enforcement in moments of crowd chaos.

17    And clearly he was committing -- he clearly committed the crime

18    that he was, you know, convicted of impeding, resisting,

19    et cetera, at a minimum.  There is no question.  But the

20    question of motivated by the status of officers, we do object

21    to that.  So we do object to the 6 points.  And we often make

22    this objection and lose, because I believe most judges seem to

23    think that, well, he is accused of assaulting an officer,

24    therefore the 6 points automatically applies because it is an

25    officer. -- well, I think the guideline -- the Sentencing
```

1    Commission used those words, "Motivated by such status,"

2    deliberately.  It isn't such that it is an automatic

3    application.

4              THE COURT:  All right.  Anything else?

5              MR. ROOTS:  Well, in the footnote to what the

6    probation office just came down with today, footnote 1 --

7              THE COURT:  Yes.

8              MR. ROOTS:  -- at the very bottom of footnote 1 it

9    says -- and we agree with this:  Should the Court determine

10   that the cross-reference does not apply -- that is the

11   cross-reference to this aggravated concept, the guideline

12   computation would be as follows:  Base level offense 10, U.S.

13   guideline 2A2.4A, 3 level increase for physical contact.  And

14   that is US Sentencing Guideline 2A2.4B1 and a total offense

15   level of 13, resulting in a guideline range of 12 months to 18

16   months, zone C.  So we agree with probation that that really is

17   the applicable guideline range in this case.

18             THE COURT:  So it should be 10 plus 3, in your view?

19             MR. ROOTS:  (Nodding.)

20             THE COURT:  Okay.  Let me take a look at one thing

21   here.

22             MS. BAKER:  Your Honor, may I interject?

23             THE COURT:  Yes.  I was going to ask you to in just a

24   second, but let me --

25             MS. BAKER:  The official victim would not apply if

1    you use 2A2.4.

2              THE COURT:  I'm sorry.  Can you speak into the

3    microphone?

4              MS. BAKER:  So if the Court was to apply 2A2.4 in the

5    application note, which is page 60 of the guideline manual -- I

6    will wait until you get there.

7              THE COURT:  Okay.  Yes.

8              MS. BAKER:  It states, "The base offense level

9    incorporates the fact that the victim was a governmental

10   officer performing official duties, therefore do not apply

11   3A1.2, unofficial victim, unless pursuant to subsection C the

12   offense level is determined under aggravated assault."

13             THE COURT:  Okay.  So you are saying that it would

14   be -- if I conclude that it was not an aggravated assault, then

15   it is just the 10 plus the 3 and not the 6?

16             MS. BAKER:  Correct.  Because the base offense level

17   already bakes in or incorporates the fact it is an officer.

18             THE COURT:  But if it is an aggravated assault --

19             MS. BAKER:  Then you would.

20             THE COURT:  -- apply the --

21             MS. BAKER:  Yes.

22             THE COURT:  -- 6 as well.

23             MS. BAKER:  Yes.

24             THE COURT:  Okay.  That is helpful.  Thank you.

25             MR. ROOTS:  And I think that might be all of our

1    points with regard to the sentencing guideline range.

2            THE COURT:  Mr. Roots, I thought you indicated that

3    you wanted to present to the Court the agreement with the

4    government with respect to --

5            MR. ROOTS:  Oh, yes.  Let's put that in the record.

6    So this is the statement -- I am not sure if it is already in

7    the record, but maybe we'll put it in for sentencing and that

8    is the statement of facts for stipulated trial.

9            And, again, it very clearly states that the, quote,

10   other felony with regard to any potential aggravation for the

11   111(a) conviction, would be the 1512 felony.  And --

12           THE COURT:  So I have this in front of me.  Do you

13   want to point me to the page you are relying on?

14           THE DEFENDANT:  So what we are referring to is the

15   first under elements on the first page, if you go down to

16   number 5, it says the defendant -- the defendant made physical

17   contact with Officer DH or acted with the intent to commit

18   another felony.

19           For the purpose of this element, another felony

20   refers to the offense charged in Count 10, which would be the

21   1512 charge.

22           THE COURT:  Yep.  Okay.  All right.  I see that.

23           THE DEFENDANT:  So that no longer exists.

24           THE COURT:  Okay.  Thank you.

25           MR. ROOTS:  If I could add, the Supreme Court's

1    *Fischer* decision very plainly -- it wasn't anything about the

2    sufficiency of evidence with regard to 1512 charge and these

3    types of offenses, they basically ruled that the crime does not

4    exist, at least as applied in these January 6 cases of, you

5    know, the violent disruption of, you know, the events on

6    January 6.  So the Supreme Court basically ruled, I submit,

7    that there is no such crime as described regarding these kinds

8    of January 6 cases.  So we submit on that basis that it cannot

9    be aggravated 111(a).  It would be a due process violation,

10    because the government has agreed that the 1512 would be the

11    only, quote, other felony.

12            THE COURT:  Okay.  Let me hear then from Ms. Nevin on

13    all of these issues.  Actually, before you do that, let me ask

14    Ms. Baker --

15            Anything else you want to add before I hear from

16    Ms. Nevin?

17            MS. BAKER:  The only thing, Your Honor, just to

18    reiterate what I just stated earlier, if you actually look

19    under 3A1.2 --

20            THE COURT:  Yep.

21            MS. BAKER:  Let me see -- I am trying to get to it

22    right now, which is page 352 in the guideline manual,

23    application note number 2 --

24            THE COURT:  Yep.

25            MS. BAKER:  -- says, "Do not apply this adjustment if

```
1     the offense guideline specifically" --
2              THE COURT:  I'm sorry.  Can you slow down and speak a
3     little louder?  It is hard to hear you.
4              MS. BAKER:  I'm sorry.  So application note number 2
5     under 3A1.2 under page 352 specifically states, "Do not apply
6     this adjustment if the offense guideline specifically
7     incorporates this factor."  The only offense guideline in
8     chapter 2 that specifically incorporates this factor is 2A2.4.
9     So it just basically reiterates what I had stated earlier from
10    2A2.4 in the application notes.
11             THE COURT:  Okay.  The other question I had for you
12    is, with respect to the application of 2A2.2 for the aggravated
13    assault --
14             MS. BAKER:  Uh-huh.
15             THE COURT:  -- is that based on an element of the
16    charge or is that just a separate guidelines determination
17    about whether it is an aggravated assault?
18             MS. BAKER:  Can you repeat that again, Your Honor?
19             THE COURT:  Yes.  The statement of facts for the
20    stipulated trial --
21             MS. BAKER:  Uh-huh.
22             THE COURT:  -- is referring to the elements of the
23    offense.
24             MS. BAKER:  Uh-huh.
25             THE COURT:  And it is treating the aggravated assault
```

1    as a different offense.  And my question for you is, is the

2    guidelines -- are they based on the offense or is it based on

3    guideline characteristics when you decide whether to go to

4    2A2.2 or 2A2.4?

5          MS. BAKER:  Your Honor, I am inclined to say the

6    guideline specifics, the latter of which you just stated.

7          THE COURT:  I'm sorry?

8          MS. BAKER:  I am inclined to say the latter of what

9    you just stated, the guideline specifics.

10         MR. ROMANO:  Your Honor, if I may, I think the

11   distinction between the statutory enhancement to the maximum

12   sentence versus application of the guidelines is something I

13   think we can help clarify.

14         THE COURT:  I was going there, but I figured I would

15   hear from probation first, but I am happy to hear from

16   Ms. Nevin about this.

17         Go ahead, Ms. Nevin.

18         MS. NEVIN:  Your Honor, the elements of the crime are

19   a different inquiry than the guidelines inquiry that we are

20   talking about here.  The reference to another felony in the

21   actual statute is an alternate way of reaching -- is one of the

22   elements of the crime --

23         THE COURT:  Right.

24         MS. NEVIN:  -- either in furtherance of another

25   felony or physical contact.  So Your Honor convicted on both

 1    prongs.  Your Honor found physical contact.  And then found --

 2    I'm sorry.  Let me just get the exact language.

 3              And found the intent to commit another felony.

 4              So Your Honor found both of those in your finding of

 5    fact when you rendered your verdict.  So regardless, the 111(a)

 6    remains a felony.

 7              THE COURT:  Correct.

 8              MS. NEVIN:  And we, meaning the parties, were not

 9    talking about the guideline in paragraph Roman numeral IV in

10    the statement of stipulated facts.  Your Honor, that goes from

11    the bottom on page 1 to the top of page 2.

12              So --

13              THE COURT:  Yes.  No, yeah, I see that.  So then

14    though, under the guidelines, how do I decide whether it is an

15    aggravated felony?

16              MS. NEVIN:  So with respect to the guidelines, the

17    231, the civil disorder, is fully in play here.  And this part

18    of the stipulated trial document does not waive that.  The

19    aggravated assault for purposes of this 2.2A -- I'm sorry --

20    for 2A2.2 can be based on uncharged or dismissed conduct so

21    long as Your Honor finds by a preponderance of the evidence at

22    sentencing that the assault was committed with the intent to

23    commit another felony.

24              And in the record there is certainly a preponderance

25    of the evidence that shows that Mr. Montgomery's conduct was in

1    furtherance of the 231 or obstructing or interfering with law

2    enforcement while law enforcement is in the commission of their

3    official duties during a civil disorder.

4          Your Honor, he assaulted an officer, then occupied

5    sensitive parts of the Capitol knowing the police are trying to

6    expel the rioters.  This assault is, obviously, in furtherance

7    of obstructing the police during a civil disorder.

8          THE COURT:  So this then comes in in the definition

9    of aggravated assault in 2A2.2, which defines aggravated

10   assault as felonious assault that involves a dangerous weapon

11   with intent to cause bodily injury with that weapon, serious

12   bodily injury, strangling, suffocating or attempting to

13   strangle or suffocate or attempt to commit another felony?  And

14   it is just coincidence that the intent to commit another felony

15   for the definition of aggravated assault and the guidelines

16   mirrors the other felony language in 111(a)?

17         MS. NEVIN:  Yes, Your Honor.  Yes.  It is a

18   completely different inquiry and finding for Your Honor.

19         THE COURT:  Okay.  Then what is your view with

20   respect to the other concerns or objections that Mr. Roots

21   raised?  What about acceptance of responsibility?  Does he get

22   something for that?  I mean, he did come halfway.

23         MS. NEVIN:  I would not argue that he came halfway,

24   Judge.

25         THE COURT:  Okay.

1          MS. NEVIN:  I agree that he participated in a

2     stipulated trial, which was significantly shorter than a jury

3     trial would have been.  But during the closing argument in that

4     stipulated trial -- and Mr. Montgomery assisted his attorney in

5     that argument.  You may recall, Your Honor, we had to stop the

6     proceedings for just a moment and Mr. Montgomery came to sit

7     close to the podium.  And we are seeing a little bit of that

8     today, as well.  Mr. Montgomery's attorney blamed Officer

9     Hodges for Mr. Montgomery's assault on the officer arguing that

10     he was behaving differently than the other officers and that

11     the cops entered these -- the individual's space.  And he

12     argued that as a result, he did not have the requisite intent

13     and that his conduct and intent did not meet the elements of

14     the offense.

15          So, Your Honor, it is our position that he should not

16     receive acceptance of responsibility.

17          THE COURT:  Okay.

18          MS. NEVIN:  Your Honor, as to the official victim

19     enhancement, if Your Honor does apply the 2A2.2, which we urge

20     you to do so --

21          THE COURT:  Has that issue come up in any other cases

22     that you are aware of where there was a stipulated trial --

23     well, first of all, do you know, have judges given any credit

24     for acceptance of responsibility for stipulated trials, if you

25     know?

1          MS. NEVIN:  Your Honor --

2          THE COURT:  I know each case may be different, I am

3    just curious more generally.

4          MS. NEVIN:  I want to say you did in *Cua* --

5          THE COURT:  Okay.  It is possible.

6          MS. NEVIN:  -- I think.  That was a different

7    situation.  They did not -- they didn't say that he didn't do

8    it.

9          THE COURT:  Right.

10         MS. NEVIN:  And then I had a -- I had an atypical

11   stipulated trial situation in front of Judge Mehta where Judge

12   Mehta did not grant acceptance of responsibility, but that was

13   because the defendant the day after the stipulated trial told a

14   news outlet, I don't know what the charge is, I would do it

15   again.  So, honestly, I think but for that statement, the

16   government would advocated for acceptance of responsibility in

17   that type of stipulated trial situation.

18         THE COURT:  Do you know if the issue has come up

19   before with the respect to the aggravated assault guideline

20   where there was a stipulated trial and the 1512(c) count was

21   the aggravator or the other felony?

22         MS. NEVIN:  I don't, Judge.

23         THE COURT:  Okay.

24         MS. NEVIN:  I know that there was one case -- and I

25   don't know the name.  But it was a case before Judge Berman

1    Jackson where she applied the 2A2.4, but it was because she had

2    convicted on the 111 on a verb that was not assault.  Like she

3    had convicted on either the interfere -- one of the other ones

4    that was not assault and there was no physical contact.

5                    THE COURT:  Okay.

6                    MS. NEVIN:  So that is also atypical.

7                    THE COURT:  Okay.

8                    MS. NEVIN:  Your Honor, do you want me to address the

9    4C deduction?  I will rest on my filing.

10                   THE COURT:  The 4C, which one is that one?

11                   MS. NEVIN:  That is the one that if you have zero --

12   if you are a zero-point offender.

13                   THE COURT:  Oh, yes.

14                   MS. NEVIN:  You --

15                   THE COURT:  I didn't even hear Mr. Roots arguing for

16   that.

17                   MS. NEVIN:  Okay.  Understood.

18                   THE COURT:  I do think that -- I can't see how it

19   would apply here.

20                   MS. NEVIN:  Thanks.

21                   MR. ROMANO:  Your Honor, might I just briefly speak

22   to your question about --

23                   THE COURT:  Yeah.

24                   MR. ROMANO:  So, Your Honor, you had asked about

25   whether where were other cases in which the -- there was a 1512

1    and a 111(a) following a stipulated trial and how the

2    guidelines played out.

3         I just want to -- I don't know of any, but I want to

4    underscore, it is sort of a unique situation, because we are

5    only four months after the Supreme Court's decision in *Fischer*

6    and there would be a very limited universe of cases like this

7    in the first place.

8         THE COURT:  Right.

9         MR. ROMANO:  I certainly say that in writing the

10   stipulated trial documents, it wouldn't have been the

11   government's intent to -- should the defendant prevail on their

12   *Fischer* argument, which is what happened here that, you know,

13   *Fischer* did, in fact, go the way the defense wanted it to go

14   that the Government was meaning in its stipulated trial

15   documents to give up its sentencing position by anticipatorily

16   recommending that this wasn't an aggravated felony.  I just

17   wanted to underscore that is not the position that, you know,

18   we were intending to take and not how we would read the

19   document.  Certainly understanding that it is a little bit of a

20   unique situation for the Court.

21        THE COURT:  Yeah.

22        And I will note that that paragraph that

23   Mr. Montgomery pointed us to is in a section of the statement

24   of facts which outlines the elements.  And so I do think it is

25   proper to think about the elements of the offense versus the

1    guidelines.  So to the extent the guidelines are independent

2    and are not based on the elements of the offense, I think you

3    are correct.

4              MR. ROMANO:  Right.  Certainly the Court can consider

5    uncharged or dismissed conduct in evaluating the guidelines.

6              THE COURT:  Correct.

7              MR. ROMANO:  So the fact that those charges weren't

8    in play at the stipulated trial doesn't preclude the Court from

9    making that finding today.

10             THE COURT:  All right.  Mr. Roots, anything else on

11   any of this?

12             MR. ROOTS:  I guess I will just rebut a couple of

13   things.

14             (Pause.)

15             THE COURT:  Give me just one second.  My apologies.

16   Go ahead.

17             MR. ROOTS:  I will just try to rebut a couple of

18   things.  Number one, this stipulated agreement came about when

19   the government was very aware of the *Fischer* litigation.  In

20   fact, that litigation was large in the minds of all of us.

21   Anyone -- all of us dealing with this 1512 question for the

22   past year and a half.  So the government was well aware of that

23   litigation.  They were -- they put that in there very

24   deliberately.  And I would say the parties -- it was actually

25   Mr. Knowlton's lawyers mostly that were pressing this.  I could

1    tell you that this actually did factor into especially

2    Knowlton's lawyers into their -- their decision to go with this

3    stipulated agreement.  And, of course, we joined with them on

4    this.  We were openly discussing this, that -- and by the way

5    the government is well aware that they were gambling that --

6    the government was gambling that *Fischer* would not strike down

7    the application of the 1512 to these cases.

8            We were gambling.  There was a serious chance that,

9    you know, Mr. Knowlton's lawyers, especially, and we as well,

10   that we would ultimately possibly benefit from having this

11   language in this stipulated agreement that we all came to.

12           With regard to -- and by the way, so here we are at

13   the date of sentencing for the first time, the government just

14   pops on us, well, it was another felony, we didn't mean what we

15   said.  There was another felony we are going to invent or it

16   was a felony that they have already agreed doesn't apply, they

17   are going to dismiss it, 231.  Could the government come up

18   with yet another felony that they just imagine?  We submit that

19   they are bound by this stipulated agreement that the government

20   agreed to.

21           And, you know, they just -- the prosecutor just

22   indicated there is a small universe, yes.  But this agreement

23   was written with full knowledge that the government was

24   gambling one way, we were gambling the other way, that *Fischer*

25   would turn out a particular way.  The government -- this is all

1    factored into the government's agreement to stipulate.

2          Also, the stipulation -- back to the acceptance of

3    responsibility, was well -- you know, again, we could have

4    demanded a full jury trial.  It would have been a week and a

5    half to two weeks.  We looked at the case, sized it up.  The

6    government gave up some things.  We gave up a lot.  We gave up

7    a lot of defenses.

8          We stipulated to all of these elements.  And the

9    prosecutor was correct that -- during the trial, I stood here

10   at this podium where I was arguing.  And occasionally I would

11   stray into trying to make sort of self-defensish-type or

12   intent-type arguments.  And I was quickly rebuffed.  Your Honor

13   shut me down and we stopped -- and I recognize, you are

14   correct, the stipulated agreement gave away those arguments.

15   We gave away those arguments.  So I was stopped.  It -- there

16   was that exchange, but we were bound by the stipulated

17   agreement just as the government is bound by the stipulated

18   agreement in this case.

19          Thank you.

20          THE COURT:  All right.  So give me one second here.

21          (Pause.)

22          THE COURT:  Let me start with whether the aggravated

23   assault guideline applies here.  And I do -- I am convinced the

24   aggravated assault guideline does apply here.  And I don't

25   think that the parties' statement of facts for stipulated trial

1    is inconsistent with that conclusion.  Mr. Montgomery is right

2    that paragraph Roman IV does refer to the defendant either made

3    physical contact with Officer DH or acted with intent to commit

4    another felony.  And the other felony would be the 1512(c)

5    count.  But that is with respect to the elements of the offense

6    for purposes of section 111(a).  And, notably that language is

7    listed as the elements of the 111(a)(1) violation.  And it

8    tracks the provisions of 111(a), which are physical contact or

9    another felony.

10          And then if you actually look at the definition of

11    aggravated assault in the guidelines, it doesn't track in the

12    same way.  There is no reference there to physical contact.

13    But rather it talks about use of a dangerous weapon with intent

14    to cause bodily injury, that the assault involved serious

15    bodily injury, that it involved strangling, suffocating or

16    attempting to strangle or suffocate or an intent to commit

17    another felony.  So the two do not track each other.  The -- I

18    don't think that you can fairly construe the stipulated

19    statement of facts of the parties where it is simply listing

20    the elements as saying anything one way or the other about the

21    guidelines and how the guidelines would apply in this case.

22          And, for example, I don't think there would be any

23    argument here at all if there was some strangulation or a

24    serious bodily injury had been caused.  And I don't see why

25    that should be any different when we are talking about an

1    intent to commit another felony.  And if I look at the
2    stipulated facts, I think it is pretty clear that the elements
3    of a violation of 231 are satisfied here.  And I simply have to
4    find this by a preponderance of the evidence.  But a 231
5    violation requires that the defendant knowingly committed or
6    attempted to commit an act with an intended purpose of
7    obstructing, impeding or interfering with one or more law
8    enforcement officers.  Grabbing an officer's baton and trying
9    to wrestle it away from him in the midst of a riot certainly
10   qualifies and satisfies that.  Second, at the time of the
11   defendant's act, the law enforcement officer or officers were
12   engaged in the lawful performance of their official duties
13   incident to and during a civil disorder.  And I conclude by a
14   preponderance of the evidence that element is satisfied.  And
15   then, third, the civil disorder in any way or degree
16   obstructed, delayed or adversely affected either commerce or
17   the conduct or performance of any federally protected function.
18   And, quite frankly, I don't remember as I sit here today
19   whether there was any evidence in the case or any evidence has
20   been presented to me with respect to commerce, but I think
21   there is no reasonable doubt here and certainly by a
22   preponderance of the evidence that the civil disorder that was
23   taking place that day delayed or obstructed performance of a
24   federally protected function, not only Congress's certification
25   of the election, but also the obligation of law enforcement to

1    protect the Capitol that day.  So I think the elements of 231

2    are satisfied.  And the government has shown by a preponderance

3    of the evidence that the offense was committed.

4         Let's see, here.  Definitions.  With the attempt to

5    commit another felony.  So I do think that 2A2.2 applies and

6    that we start with 14 as the base offense level.

7         And I further conclude that the 6-level enhancement

8    applies here.  And although Mr. Roots is correct that that

9    enhancement does require that the offense be motivated by the

10   official status, I think that is readily satisfied here.  And I

11   think that by a preponderance of the evidence it is not

12   difficult to conclude that Mr. Montgomery was upset with what

13   law enforcement was doing that day and was upset with Officer

14   Hodges' efforts to deal with the crowd, which was out of

15   control that day.  And I think it was motivated by Officer

16   Hodges's status as a law enforcement officer.  I don't think

17   there was any reason to believe whatsoever that had a member of

18   the crowd had a baton and been coming through the crowd in the

19   same way that Officer Hodges was, I don't think there is any

20   reason whatsoever to believe that Mr. Montgomery would have

21   responded the way he did.  So I think that enhancement applies.

22        And with respect to the acceptance of responsibility,

23   I think that is a closer question.  And I'm sorry --

24        (Pause.)

25        THE COURT:  So give me a second here.  I am looking

1    just at the transcript from the closing argument and so give me

2    just a moment.

3           (Pause.)

4           THE COURT:  Well, I am looking at the closing

5    argument.  And I have to say, it doesn't entirely track the way

6    that Mr. Roots described it where he started to argue the

7    elements of self defense theory and the Court put him straight

8    and he just dropped it at that point.  I do think he continued

9    to press the issue.  But I also think that there is -- that

10   Mr. Montgomery's acceptance of responsibility even beyond that

11   and putting that aside is less than clear.  And apparently he

12   has posted things and continued to even -- I think, frankly, in

13   the email to chambers this morning with respect to Officer

14   Hodges' statement continued to suggest that perhaps Officer

15   Hodges was at fault and that he invited in some way what

16   happened that day.

17          But I think, on the other hand, I do think that there

18   is some benefit to a stipulated trial.  And that Mr. Montgomery

19   has accepted some things.  I think the better course for me to

20   do is not to apply a reduction in the guidelines, but to

21   consider his acceptance of responsibility as part of my overall

22   consideration of the case.  And that in that context, I will,

23   as I think appropriate, give him some credit for his partial

24   acceptance of responsibility.  And given the fact that it is

25   partial acceptance, there is some ambiguity about it, I think

1    that it is better to hear from all of the parties and just

2    consider it as part of applying the 3553(a) factors more

3    generally and also concluding whether a variance would be

4    appropriate in the circumstances.  I also want to say with

5    respect to the question of whether the aggravated assault

6    guideline applies, or the obstructing or impeding officers

7    guideline applies, that even if I was less convinced about the

8    law and how the guidelines apply here, I would actually vary

9    upward because I don't think that the obstructing or impeding

10   guideline starting off with offense level of 10 adequately

11   captures the severity of the crime and particularly if you

12   don't add in the 6-level enhancement for it being a law

13   enforcement officer.  So I would, in any event, vary up to the

14   same degree even if I reached a different legal conclusion and

15   different reading of the record in this case and the

16   guidelines.

17             So I think that all leads me then to a final offense

18   level of 20 and a guidelines range of between 33 and 41 months.

19   Is there anything that I have missed there or anything else

20   that anyone wants to clarify or object to, Ms. Nevin?

21             MS. NEVIN:  No, Your Honor.

22             THE COURT:  All right.  Mr. Roots?

23             MR. ROOTS:  No, Your Honor.

24             THE COURT:  Okay.  All right.  Then the Court also

25   notes that under 18 U.S.C. section 3583(b)(2) for Count 1, the

1    Court may impose a period of supervised released of up to three

2    years.  And under the guidelines, since the offense is a class

3    C felony, the guidelines recommend a term of supervised release

4    of between 1 and 3 years.  Under 18 U.S.C. section 3561(c)(1),

5    Mr. Montgomery is eligible for not less than 1, no more than 5

6    years of probation.  And because he is in zone D under the

7    guidelines, the guidelines do not recommend a term of

8    probation.

9              The maximum fine is $250,000.

10             There is also a mandatory special assessment of $100.

11    The guidelines recommend a fine of between $15,000 and

12    $150,000.  I am required to award restitution under section

13    3663(a).  And the government is requesting $2,000 in

14    restitution.  And I believe the defense is opposing an order of

15    restitution.

16             Is that correct, Mr. Roots?

17             MR. ROOTS:  Yeah, that is correct.  It does not apply

18    where there is no property damage or anything like that.

19             THE COURT:  Okay.  All right.  So anything else,

20    Ms. Nevin, you want to add or clarify?

21             MS. NEVIN:  No, Your Honor.

22             THE COURT:  Mr. Roots?

23             MR. ROOTS:  You know, I would like to clarify that,

24    you know, when I send an email it is me speaking.  It is not

25    Mr. Montgomery speaking.  So Mr. Montgomery shouldn't be

1    punished for arguments that his lawyer makes, so I want to

2    clarify that.

3              THE COURT:  That is fair enough.  I will say though

4    that with respect to the arguments that were made at trial,

5    with Mr. Montgomery present, that he was certainly in a

6    position to have some control over what his lawyer was doing

7    there or not.  And I think my bigger concern with respect to

8    the acceptance of responsibility, as I said, is that I am not

9    sure, even to this day having read Mr. Montgomery's lengthy

10   letter to the Court, that he really at this point has fully

11   accepted responsibility.  I think that there has been a partial

12   acceptance of responsibility, which is the reason I think it

13   better to consider it as a question of the variance.  But I

14   still think that there is some effort to pass the buck or to

15   blame others under the circumstances or to suggest that he was

16   just placed in a situation beyond his control where he reacted

17   just as anyone might react if placed in such a situation.  I

18   think that is not a fair statement.  So I think my views are

19   based on many factors, but I think that is a fair point,

20   Mr. Roots, and I will not burden Mr. Montgomery with emails or

21   other statements from counsel where there is not reason for me

22   to know one way or the other as to whether Mr. Montgomery has

23   joined in that statement.

24             All right.  And I take it that neither party is

25   seeking a departure here; is that correct?

1          MS. NEVIN:  Correct, Your Honor.

2          THE COURT:  Mr. Roots?

3          MR. ROOTS:  Not a departure, but perhaps a variance.

4          THE COURT:  Yes, of course.  And you are welcome to

5    do that.

6          So I now need to consider the factors that Congress

7    has specified in 18 U.S.C. section 3553(a).  And I have to

8    ensure that I impose a sentence that is sufficient but not

9    greater than necessary to comply with the purposes of

10   sentencing.  Those purposes include the need for the sentence

11   imposed to reflect the seriousness of the offense, to promote

12   respect for the law and to provide just punishment for the

13   offense, the sentence should also afford adequate deterrence to

14   criminal conduct, protect the public from future crime of the

15   defendant and promote rehabilitation.  In addition to the

16   guidelines and policy statements, the Court is required to

17   consider the nature and circumstances of the offense, the need

18   for the sentence imposed, the guidelines range, the need to

19   avoid unwarranted sentencing disparities among defendants with

20   similar records who have been found guilty of similar conduct

21   and the types of sentences available.

22         Ms. Nevin, would the government like to be heard?

23         MS. NEVIN:  Yes, Your Honor.  Your Honor, Officer

24   Hodges would like to read his letter to the Court in court.

25   And he is under some time restraints, so could he go first?

1          THE COURT:  Absolutely.

2          MS. NEVIN:  Great.

3          MR. ROOTS:  Your Honor, I would just object on the

4   basis that we haven't had time to review all transcripts and

5   things.

6          THE COURT:  That is why I asked you at the beginning

7   about timing.  And if you want to delay proceedings and if you

8   do -- but what I would do is I am inclined to -- Officer Hodges

9   is here, I am happy to hear from him.  If you think you need an

10  adjournment before I impose sentence in order to explore

11  anything further, you are welcome to that.

12         MR. ROOTS:  No, we don't seek an adjournment.

13         THE COURT:  Okay.  All right.  Officer Hodges.

14         MR. HODGES:  Good morning.

15         THE COURT:  Good morning.

16         MR. HODGES:  Patrick Montgomery was one of the

17  enumerable mob that descended on the Capitol on January 6,

18  2021 violently attempting to stop the peaceful transfer of

19  power.  He was also one of the slightly more enumerable members

20  of said mob that --

21         THE COURT REPORTER:  Sir, you need to slow down.

22         MR. HODGES:  I'm sorry?

23         THE COURT:  She wants you to go slower, because the

24  court reporter -- when people read, they always go faster and

25  it is very hard for the court reporter to follow you that

1    quickly.

2            MR. HODGES:  He was also one of the slightly more

3    enumerable members of said mob that assaulted me in my defense

4    of the United States on that day.  While I was trying to

5    interrupt members of the mob from assaulting my colleagues, he

6    grabbed onto my riot baton and attempted to strip it away from

7    me.  We wrestled for control over my equipment until we went to

8    the ground.  Upon finding himself unable to rob me,

9    Mr. Montgomery kicked me in the chest or as his defense counsel

10   might prefer to say, his foot gently interfaced with my chest

11   hard enough to knock me over, whereupon he melded back into the

12   safety of the crowd.

13           After his blow to the chest, I was on the ground with

14   the medical mask I was wearing pulled up over my eyes.  I was

15   functionally blind, on all fours and surrounded by a mob that

16   made it clear they thought I was the enemy.

17           That was one of the most vulnerable moments of not

18   only that day, but my life.  I was afraid I was about to be

19   torn apart by our assailants, but the rest of my colleagues

20   were able to repel their attackers and had my back as I

21   regained my footing.

22           And all that was before we even made it to the police

23   line on the west terrace at the Capitol.

24           Mr. Montgomery has made it clear via his public

25   Instagram account that he accepts no responsibility and

1  demonstrates no understanding of the truth that the 2020

2  presidential election or his actions on January 6.  As of this

3  morning, the following post was visible on his account

4  alongside a picture of him posing for the camera in the midst

5  of the insurrection.  "I was convicted on the 1512 charge of

6  interfering with an official proceeding and the 111 charge of

7  interfering with, impeding, intimidating or assaulting a police

8  officer for grabbing onto an officer's baton to protect myself

9  and others who was using it recklessly and unlawfully, in my

10 opinion, outside on the Capitol lawn in area originally

11 permitted for a First Amendment protected protest against the

12 violation of our civil rights, all 2020 long, that led to an

13 unconstitutionally held election."

14        He also said, "In court, the judge ordered that I was

15 not allowed to make any defensive argument or add context

16 arguments as to the baton grab.  It was a reactionary movement

17 to immediate danger."  That was posted on March 23rd, 2024.

18        He made these comments years after the fact in an

19 election year where we are already seeing the same insane

20 conspiracies at play, play out amongst the same crowd,

21 endangering the same people and the same country.

22        The entire day, I did not even swing my baton at a

23 single person.  In a day rife with moments where I could have

24 legally and ethically used lethal force in the protection of

25 myself and others, I never even swung my baton.  I only used it

1    as a defensive barrier.  At the moment of his assault, I only

2    had it in my hands.  I wasn't even using it.

3         On multiple occasions, both in court and to the

4    media, I have advocated for reconciliation with those who

5    attempted to stop the transfer of power that day.  It is

6    possible for people to grow, to change and to learn from their

7    mistakes.  Patrick Montgomery has provided no evidence to me

8    that he is one of these people.  And to treat him as such is to

9    court disaster with regards to a democratic way of life.

10   Instead he continues to perpetuate lies about the 2020 election

11   and libel me.  He also attempted to make money from his assault

12   by advertising a crowd funding campaign he made for himself.

13        In December it will have been 10 years since I have

14   been with MPD.  And I have never asked for a maximum

15   sentencing, but today I ask the Court that Patrick Montgomery

16   be given the maximum sentence permissible by law.  It is

17   imperative that we must -- excuse me -- I don't know if

18   Mr. Montgomery is just a useful idiot in service to the enemies

19   of the United States or a malicious actor in himself.  But it

20   is imperative that we protect ourselves from those who would

21   see our democracy fall.

22        Thank you.

23        THE COURT:  All right.  Thank you so much.

24        I appreciate your being here.

25        Ms. Nevin, have you -- did you file that statement on

1    the record?

2              MS. NEVIN:  I didn't, Your Honor.  I forwarded it

3    immediately upon receiving it, but I will do so.

4              THE COURT:  Okay.  I appreciate that.  Thank you.

5              And, Officer Hodges, thank you for being here today.

6              MS. NEVIN:  Your Honor, may I proceed?

7              THE COURT:  One minute.

8              I am not sure that I previously put on the record,

9    but a violation of section 111(a) that as here involved

10   physical contact with the victim is punishable by a term of up

11   to 8 years imprisonment.

12             MS. NEVIN:  I'm sorry, Judge.  I did not hear the

13   very last thing you said.

14             THE COURT:  I said I don't think I previously put on

15   the record, but a violation of 111(a), where the assault

16   involved physical contact with the victim is punishable by up

17   to 8 years in prison.  Okay.

18             MS. NEVIN:  Your Honor, the government recommends

19   that the Court sentence Patrick Montgomery to 41 months of

20   incarceration, which is the top of the guidelines range, 36

21   months of supervised release, $2,000 in restitution, $400 fine

22   and a mandatory assessment of $100.

23             The sentence within the guidelines range of 33 to 41

24   months is a reasonable sentence, given the serious and violent

25   nature of the defendant's conduct on January 6.

1          The high end is reasonable as well.  And it is what

2    we are recommending, because there are factors that separate

3    Mr. Montgomery from other January 6 defendants that are not

4    fully taken into account by the midpoint of the guidelines.

5          Namely, the 111 guideline does not account for his

6    corrupt intent to stop the certification.  His criminal history

7    score is not representative of his multiple criminal

8    convictions.  And he is unapologetic and unremorseful for his

9    actions.

10         Your Honor is intimately familiar with the facts of

11   the case so I am not going to belabor a factual recitation, but

12   Mr. Montgomery is here today to be sentenced for his assault of

13   Officer Hodges on the west front of the Capitol.  The defendant

14   grabbed Officer Hodges' baton, which is a police weapon, and

15   that began a struggle for control of the baton.  They fell to

16   the ground.  And then the defendant kicked Officer Hodges

17   squarely in the chest.  Of course, this was in the context of a

18   riot where Officer Hodges and his platoon were attempting to

19   reach the Capitol building to safeguard the members of Congress

20   inside.

21         That assault was just the beginning of his time at

22   the Capitol.  After that, he entered through the upper west

23   terrace door.  He progressed into the Senate gallery, after

24   other rioters assaulted US Capitol Police officers guarding the

25   doors and ended with yelling at Officer Morgan, "Sometimes you

1   have got to stop doing your job and start being American."  And

2   "All you got to do is get out of the way."  All while they were

3   steps away from the Senate chamber.

4           Judge, this is all to say, this is not like an

5   assault on a street corner.  This is not like an assault at a

6   bar.  This is much more high stakes than that.  Because as Your

7   Honor found beyond a reasonable doubt, the defendant was acting

8   with corrupt intent to obstruct the Electoral College

9   certification.  That finding simply does not disappear now that

10  the Supreme Court has ruled that 1512 should be interpreted in

11  a certain way.

12          The facts of Mr. Montgomery's intent and conduct

13  remain.  And the guidelines for the 111 do not take that into

14  consideration.

15          THE COURT:  Although it would -- my recollection is

16  that it would have been just 1 point -- 1 level higher?

17          MS. NEVIN:  Yes.  Judge, you took the words out of my

18  mouth.

19          THE COURT:  Okay.

20          MS. NEVIN:  If he had been sentenced on both counts

21  of conviction, his guidelines range would have been 37 to 46

22  months.  And our recommendation of 41 months is the midpoint of

23  that original range.

24          Your Honor, this brings me to the comparators.  And

25  this is not my first time before Your Honor so I know that

1   comparators are important to your analysis.  But I am here to

2   advocate that in this case, even though comparators are

3   certainly a factor, they should not be the factor.

4           And, honestly, that is because we are in a shifting

5   legal landscape here.  But I can tell you that we do finally

6   have one sentencing that involved 1512 and 111 convictions

7   where the 1512 was vacated.  And that is in *United States*

8   *versus Oliveras,* O-L-I-V-E-R-A-S.

9           THE COURT:  That was Judge Kelly's case?

10          MS. NEVIN:  That was Judge Howell's case.

11          THE COURT:  I thought Judge Kelly had one as well,

12   but maybe I am wrong.

13          MS. NEVIN:  I'm sorry?

14          THE COURT:  I thought Judge Kelly had one as well.

15          MS. NEVIN:  I think it was a 231.

16          THE COURT:  I see.  Okay.

17          MS. NEVIN:  Yes.

18          So Judge Howell was sentencing *Oliveras* on 231,

19   111(a), and four misdemeanors and the 1512 was dismissed.

20          So she found that an upward departure was warranted

21   under 5k2.7 because after *Fischer,* with the dismissal of the

22   1512, none of the conduct that goes into determining the

23   sentencing guidelines reflect his intent to engage in political

24   violence that poses such a threat to our American democracy.

25   His intent to obstruct congress and the Electoral College

1    certification by violence, if necessary, go above and beyond

2    what any of his current convictions now take into account.

3            *Oliveras* had a guidelines range of 37 to 46 months.

4    And Judge Howell sentenced him to 60 months.  Your Honor, there

5    are differences between Mr. Montgomery and Mr. Oliveras.  That

6    was a jury trial.  There are many more counts of conviction.

7    His conduct was worse than Mr. Montgomery, but the idea that

8    the Court should still account for this obstructive conduct and

9    corrupt intent when the guidelines don't, that is what is

10    relevant here.  And that is why it is reasonable to go to the

11    high end and why you should go to the high end.

12            Accounting for the obstructive conduct is also

13    important for the purposes of general deterrence, especially as

14    we approach January 6, 2025.  There must be a forceful message

15    from the bench that if you assault police in the service of

16    thwarting the peaceful transfer of power, you will be brought

17    to justice.  The high end is also appropriate because of the

18    defendant's extensive criminal history.  But because a lot of

19    it is remote, it results in only one criminal history point.

20    That is not representative of the defendant's decades of

21    breaking the law.

22            He has four prior convictions for driving under the

23    influence or while ability impaired.  That means that he was

24    caught four times for behavior that is inherently risky and

25    dangerous to innocent bystanders.  It demonstrates a complete

1    lack of concern for his community.

2            He was convicted of three counts of robbery in 1995.

3    And even though those convictions are old, Your Honor should

4    still consider them when fashioning a sentence.  The defendant

5    forcibly stole money from three different victims.  This is

6    violent conduct.  And the 6 years prison sentence did not

7    prevent subsequent criminality.  He was convicted in 2021

8    during the pendency of this case for weapons possession in

9    violation of the terms of his release.

10           That was just another example of Mr. Montgomery's

11   complete lack of respect for authority, be that for this Court,

12   the police, and the law generally.  Mr. Montgomery has

13   demonstrated time and time again that we cannot trust him to be

14   safe in society.

15           This is a factor that is also not adequately captured

16   by the guidelines.  It distinguishes him from other January 6

17   defendants who engaged in political violence at the Capitol,

18   but came before the Court with little to no criminal history.

19   In imposing sentence on those we'll call them run-of-the-mill

20   January 6 defendants, the question for the Court to consider

21   is, are they going to engage in political violence recidivism?

22   But here, the question regarding recidivism is augmented.  The

23   question is will Mr. Montgomery do this same thing again and

24   will he harm the community again in the other ways that he has

25   done so before?  So Your Honor should go to the high end to

1    reflect the very real concern for public safety.

2           Finally, I want to address the defendant's utter lack

3    of remorse and lack of accountability for his actions, which

4    show through in his 21-page letter to the Court.  To hear

5    Mr. Montgomery tell it in this letter, he was just going along

6    for a ride that Mr. Knowlton paid for.  He didn't even vote for

7    the guy.  This is consistent with the fact that he has

8    deflected responsibility at every opportunity, including in

9    this Instagram post that, Judge, I did not know about until

10   this victim impact statement, which was from 3 days after Your

11   Honor rendered its verdict.  And he, again, reiterated that he

12   didn't have a chance to make arguments.  He didn't have a

13   chance to tell his side of the story and that his conduct was a

14   reactionary movement to immediate danger.

15          Your Honor, a stipulated trial is a vehicle that very

16   likely would have inured to Mr. Montgomery the benefit of

17   points for an acceptance of responsibility deduction while

18   still going to trial.  However, he disputed that his conduct

19   met the elements of the charge.

20          He sat next to his attorney during the argument

21   pointing out things on the video to argue to the Court.  His

22   attorney argued that Officer Hodges was "behaving differently"

23   than the other officers and that "Cops entered their space."

24          This was just the beginning of the blame that

25   Mr. Montgomery has leveled against every officer that he has

1    encountered at the Capitol, from the United States Capitol

2    Police to MPD in general, to Officer Hodges specifically.  In

3    his letter to the Court he says that Officer Hodges was, "Out

4    of control, and potentially about to kill someone, maybe me."

5            Mr. Montgomery describes his grabbing of Officer

6    Hodges' baton as instinctive and reactionary and that he, "Had

7    the tiger by the tail," describing Officer Hodges as a wild

8    animal that he had to control.  He describes his intentional

9    forceful kicking of Officer Hodges, which is his assault of

10    Officer Hodges that this Court convicted him of as, "I was able

11    to get a foot and a leg between myself and the officer pushing

12    him off as I let go of the baton."

13            Your Honor, you have seen the video a million times.

14    Mr. Montgomery has seen the video a million times.  That is not

15    what the evidence shows.

16            The United States Capitol Police is another victim of

17    Mr. Montgomery's blame game.  He writes to Your Honor, "The

18    Capitol Police are hired, trained and paid to protect that

19    building at all costs, even with their life.  They neglected to

20    do that.  Are we really going to say that failure was okay or

21    permitted because they were afraid?"

22            Mr. Montgomery's overarching message is the police

23    failed on January 6.  The police did not do their job.  The

24    police should have done more to stop me and the thousands of

25    other rioters I was with.  It is the police's fault that we

1    assaulted them.  It is the police's fault that we were inside.

2    And Your Honor should see this for what it is, a proclamation

3    that he did nothing wrong.

4         Most criminal defendants facing sentencing use a

5    letter to the Court to express contrition to contrast their

6    conduct on the day in question with the rest of their life

7    where they are doting family members, good neighbors and

8    productive members of their community.  Not so here.  This

9    letter is a list of grievances against the police where

10   Mr. Montgomery is a victim.

11        The fact that he would choose to do this knowing that

12   he is approaching sentencing and knowing that this is a letter

13   to the entity that will be evaluating his behavior and making a

14   decision about his liberty is astounding.  It reveals his true

15   colors.

16        Mr. Montgomery does not grasp the nature and

17   consequences of his offense.  He has not learned from his past

18   mistakes and he will likely reoffend.  As a result, Your Honor

19   should sentence him to the top of the guidelines range which is

20   41 months.

21        Thank you, Judge.

22        THE COURT:  What about his arguments as to

23   restitution?  Is there any evidence that is in the record

24   that -- where I can make a sensible award of restitution or is

25   it more appropriate to consider a commensurate fine, if I don't

1    have the evidence with respect to restitution?

2              MS. NEVIN:  Your Honor, we are advocating for both.

3    Let me just grab one thing on my desk.

4              THE COURT:  Okay.

5              MS. NEVIN:  Your Honor, we are asking for a fine that

6    is commensurate with what was on his GiveSendGo at the time of

7    our filing, but --

8              THE COURT:  How much was that?

9              MS. NEVIN:  It was $400.

10             THE COURT:  Okay.

11             MS. NEVIN:  As to the argument -- the defense is

12   arguing that because he didn't damage anything, that is why you

13   can't order restitution; is that correct?

14             THE COURT:  I think they are saying that, but also I

15   am just noting as well, that although I am aware of from other

16   cases about the amount of damage that was caused to the Capitol

17   that day, I don't actually have a declaration or anything in

18   front of me quantifying in the record in this case.

19             MS. NEVIN:  Understood.  Okay.  So our last -- our,

20   meaning the US Attorney's, last calculation of the damages was

21   from -- I believe it was from July -- yeah, July of 2023.  So

22   that is footnote 2 in our memo.

23             THE COURT:  Right.

24             MS. NEVIN:  It was -- it is right now calculated at

25   about $2.9 million.  The reason that we are advocating for the

1    $2,000 amount is because when we reach plea agreements with

2    criminal defendants on felonies, $2,000 is the amount that is

3    also agreed upon, so that leads to no disparity in sentencing.

4            THE COURT:  Right.  That is the reason I raised the

5    question, whether it is -- if there is a question about absence

6    of proof in this case I should use that as a fine instead to

7    avoid unwarranted -- to avoid unwarranted disparity.

8            MS. NEVIN:  Oh, I understand.

9            THE COURT:  That addresses the issue.  In the

10   alternative, I suppose -- I don't know whether I am allowed to

11   postpone the award of restitution and then require some further

12   submission to actually tell me what the dollar figure is.  I do

13   think that with respect to the causation that there is a

14   reasonable argument that by distracting the police from being

15   able to protect the building that day that Mr. Montgomery's

16   conduct contributed to the damage to the building that day.

17   But I am more concerned, I think, about the questions of -- it

18   may be a technicality, but I don't think I have anything in the

19   record other than a footnote from the government saying what

20   the dollar figure is.

21           MR. ROMANO:  Your Honor, to speak to the last

22   point -- I don't know the specific statutory provision offhand,

23   but it is my understanding that the Court can postpone a

24   decision on the question of restitution for up to 60 days.  I

25   know that was done in a case before Judge Howell.  I believe

1    the defendant's name was John Todd.  I actually think that

2    Mr. Roots represented Mr. Todd.  I remember him being there

3    that day.  And then I currently have a pleading on restitution

4    due to Judge Cooper in *United States versus Groseclose*.  There

5    he set it out about 60 days from the date of sentencing.

6    Again, because following the trial, it wasn't clear to Judge

7    Cooper whether he had the authority to order restitution

8    specifically, since it was a trial case and not a plea case.

9           THE COURT:  Okay.  Fair enough.  Thank you.  All

10   right.  Anything else?

11          MS. NEVIN:  No, Judge.  Thank you.

12          THE COURT:  All right.  Mr. Roots.

13          MR. ROOTS:  Thank you, Your Honor.  A couple of

14   points I would like to make about Officer Hodges.

15          And by the way, I make -- these are my own legal

16   points.  I do know for a fact Mr. Montgomery is very much

17   apologetic to Mr. Hodges and the other officers that suffered

18   on January 6.

19          So I am making the statements -- I am making these

20   points myself.  Number 1, all officers of Metro PD and Capitol

21   PD are required to report any use of force.  They are required

22   to immediately report any use of force.  And there is -- there

23   are forms that they are required by their departments to fill

24   out.  Officer Hodges did not fill out any use of force.  By the

25   way, they are required to report their own use of force and

1    they are required to report any use of force against them on

2    any detail.  And Mr. Hodges -- I am pointing this out myself,

3    did not file any kind of use of force report relating to

4    January 6.

5             Also I will just state -- by the way, I, myself,

6    apologized to Officer Hodges.  We certainly appreciate his

7    suffering on January 6, all of us do.  But it has to be said

8    and I think Your Honor will recognize that the video evidence

9    in this case contradicts his statements.  We don't even need to

10   go into his testimony -- Hodges' testimony before the January 6

11   committee.  We don't even need to go into his testimony in

12   other places, which were under oath which contradict what he

13   said today.

14            But the video evidence on file in this case plainly

15   contradicts what he said.  For example, he said, the entire day

16   I did not even swing my baton at a single person.  Plainly Your

17   Honor is aware from the video that was shown and we could show

18   it again if need be, Officer Hodges was swinging his baton and

19   making contact with his baton against other demonstrators.  At

20   several -- he had violent contact with others, not

21   Mr. Montgomery -- with that baton against others, so the

22   evidence just contradicts what he says.

23            Astoundingly Officer Hodges said he could have

24   ethically used lethal force against members of the public on

25   January 6.  And I think this is astounding because, obviously,

1    we could go deep into this issue, whether he had legal right to

2    use lethal force on January 6, which Your Honor is well aware

3    there is lots of extensive law on that topic.  An officer can

4    only use lethal force, pulling a gun and shooting people, if

5    there is deadly force being offered against him and others.  I

6    will just say, I don't believe the evidence really supports

7    that -- could be wrong there.  But I just say that it goes to a

8    mindset that I think is very frightening.

9            Anyway, I will just say, I am speaking only from

10   myself.  I do know for a fact that Mr. Montgomery wants to

11   speak.  And he is very apologetic to Mr. Hodges and I will let

12   him speak to that.  I am too by the way, but I want to make

13   those points.

14           A number of remarks that are also made -- let me just

15   say, Mr. Montgomery is not an election denier like so many

16   other January 6ers, he is not.  So on his -- on that Instagram

17   post, Mr. Montgomery makes a statement that the 2020 election

18   was constitutionally -- you know, there is some statement that

19   it was unconstitutional or something.  That is a matter of law.

20   That is a matter of fact.  Of course, I am sure Your Honor is

21   aware that the state of Pennsylvania imposed mail balloting in

22   2020.  That was in violation of its own state constitution.  I

23   come from a state myself, Montana, which had mail -- which had

24   balloting in the 2020 election.  That was unconstitutional,

25   according to the Montana state constitution.  So it is a matter

1    of fact and law.  It is not any kind of outrageous statement.

2    Any person who analyzes the 2020 election recognizes that so

3    many states were having -- an unconstitutional election.  That

4    is just a matter of law and a matter of fact.

5              As far as I understand, Mr. Montgomery does not

6    challenge Biden -- although, I don't know -- I don't believe he

7    is -- he is not an election denier like so many January 6ers

8    are.

9              They mention political violence.  It has to be said

10   with regard to disparities, which is one of the fundamental

11   points of sentencing law is to avoid disparities.  And I make

12   this point a lot.  January 6 sentences are the harshest in

13   American history for political violence.  There has never been

14   political violence in America that was punished so severely as

15   the events of January 6.  There has never been political

16   rioting in all of American history in which the sentences were

17   so harsh as they are regarding January 6.  So we are dealing

18   with the harshest sentences in all of American history.  If you

19   look back to all of the pages of the 240 years of history,

20   including antiwar riots, civil rights era rioting, there have

21   been riots of all kinds in American history.

22             THE COURT:  I think you are actually incorrect as a

23   matter of your US history.  And if you actually look back at

24   the sentences that were imposed in the 1919 and 1920 range on

25   labor protesters -- but that is sort of beside the point.

1          MR. ROOTS:  Well, I would -- let me put it this way,

2   was there 22-year federal prison sentences for labor rioting?

3          THE COURT:  I don't know for sure but they -- they

4   were very long.  But this is a sidetrack.  It is not really

5   relevant to what we are talking about today back in the early

6   '20s.

7          MR. ROOTS:  Certainly the misdemeanors, the

8   misdemeanor cases of January 6 cases are the most -- the

9   highest, harshest sentences for rioting in Washington, DC and

10  committing misdemeanors.  It is -- you know, I see these

11  misdemeanants getting 5 months sentences and 60-day sentences.

12  And it is -- that has never happened before for that degree of

13  crime.

14          Again, that is my own statement.  And I am actively

15  researching this so I would love to hear otherwise if I am

16  wrong.

17          Talked -- the prosecutor talked about

18  Mr. Montgomery's supposedly extensive criminal history.  This

19  is actually something that should be extolled regarding

20  Mr. Montgomery.

21          He did have a -- he did have a criminal record from

22  decades ago as a young man and a teenager.  He had criminal

23  convictions.  And this is what -- I would say that his example

24  really prior up until the moment of January 6, really should be

25  looked on as a stellar example, almost a model citizen, of how

1    someone can recover from a criminal teen period and 20 --

2    period in his twenties where he did have some criminal

3    convictions.

4        I find it remarkable that he was a convicted felon at

5    one time.  And New Mexico state law, as a matter of the

6    operation of law, which I think is great, it should be

7    applicable to all states and the federal system, after seven

8    years, by operation of law, if someone has a clean record, all

9    of his firearm rights were restored.  I think really this

10   should be the federal way.

11       So he became not a convicted felon, by around 2011.

12   All of his disabilities -- his legal, criminal record

13   disabilities were gone by the year 2011.

14       He had this career, Your Honor.  And this is a major

15   point here.  Mr. Montgomery built himself up from really

16   horrible beginnings, built himself up to having a stellar

17   career as a hunting guide, world renowned, traveling the world

18   where he was guiding some of the most high, professional people

19   who are into hunting big game.  And Mr. Montgomery developed a

20   career that really, if he hadn't been convicted in this case,

21   the January 6 case, would be blossoming as you know hunting

22   programming and hunting television is absolutely blossoming

23   right now.  Mr. Montgomery is a videographer.  He would

24   accompany big game hunts in Russia and other countries.  He

25   could probably list them all.  He had an unbelievable career.

1    And it is all gone.  It has been destroyed.  I don't think

2    anyone, anyone has experienced the downfall of that -- of this

3    type amongst the January 6ers where his career is over.  He has

4    been destroyed.  His career is over.  He now works at Olive

5    Garden as a waiter.  This is devastating.  He is a convicted

6    felon again in his life, right now.  And he cannot have

7    possession of firearms right now.  And so -- and by the way,

8    there are many countries that will not even allow him into the

9    country with a felony conviction, New Zealand and some other

10    countries.  So he has suffered so much from this case.  His

11    career is effectively destroyed.  He is an Olive Garden waiter.

12    And it really is a tragedy, because he is an outdoor writer.

13    He is an outdoor guide, an unbelievable specialty that he had

14    been developing and it is all gone.

15            One point I would make, yes, his letter that he has

16    written -- and I think he wants to expound on that -- you know,

17    he talked about how Mr. Hodges from his perception on that day,

18    January 6, Officer Hodges was behaving differently than other

19    officers.  And I pointed out in my arguments at the stipulated

20    trial that there were at least two other January 6ers, at least

21    two other demonstrators, who also grabbed onto Mr. Hodges'

22    baton.  And what does that tell you?  Mr. Hodges was behaving

23    differently with that baton than all other officers there.

24            In that letter Mr. Montgomery says that he thought

25    Mr. Hodges would "Potentially about to kill someone."  The

1    prosecutor mentioned that.  That is very consistent with what

2    Mr. Augers just stepped up and said, that he thought he could

3    open fire and kill someone.

4            THE COURT:  You know, you're barking up the wrong

5    tree on this.  I have seen the video.  There is no reason that

6    a rational person could see anything that he was doing at the

7    time and think he was about to kill somebody at that point.

8    And whatever statement he may have made saying at some point

9    during that day he thinks he might have been able to use lethal

10   force but didn't do so, I don't think is relevant to what we

11   are talking about now.  Because I have seen the video and he

12   was not using lethal force, by any means, or anything close to

13   it.

14           MR. ROOTS:  I didn't say he was using lethal force.

15           THE COURT:  Okay.

16           MR. ROOTS:  By the way, my statements are my own.

17   They aren't the statements of Mr. Montgomery.

18           With regard to restitution, the government is getting

19   paid two or three times for January 6.  So Congress has already

20   awarded millions of dollars and with the explicit understanding

21   that it was to repay, refurbish, recompensate --

22           THE COURT:  But Congress is the United States, there

23   is no distinction between the -- if Congress is paying the

24   money, you want to pay it back to the United States and

25   Congress is the United States.  It is not like they are getting

1    insurance companies paying them the money.

2            MR. ROOTS:  Okay.  There is also civil cases right

3    now.  The City of DC, by the way, is suing all of these January

4    6ers and Trump, suing -- there is a civil case that is pending

5    before Judge Mehta right now where they are claiming the same

6    exact restitution, the same exact compensation.  So there are

7    all of the sources of law coalescing.  And the government is

8    seeking to be paid two or three or 4 times for all damages and

9    all harms, all medical expenses.  They have all been paid.  And

10   the government should not just be able to just dig and get paid

11   several times for an event.

12           This fine of $400.  Mr. Montgomery is flat broke.  He

13   has spent way more than he has made from a GiveSendGo account

14   or a legal donation plea.  $400, that didn't even pay for his

15   travel to this event.  So he is flat broke and cannot pay any

16   fine.

17           I do proudly want to maybe make another additional

18   closing, but I would like his wife to speak.  This is a person

19   who knows him the most in all of the world.  And that is

20   Heather Montgomery.

21           THE COURT:  Okay.  She is very welcome to do so.

22           MR. ROOTS:  I would like her to come up and make a

23   statement and perhaps Mr. Montgomery after that and then I

24   would like to maybe make a closing remark or two.

25           THE COURT:  That is all fine.

```
 1                    MS. MONTGOMERY:  Hi, Your Honor.

 2                    THE COURT:  Hello.

 3                    MS. MONTGOMERY:  There is so many emotions I have as

 4         I prepare to stand in front of you and ask you for your

 5         leniency in the sentencing of my husband, Patrick Montgomery.

 6                    The last four years have been extremely hard on my

 7         family, for many reasons.  The most predominant reason is the

 8         fact that Patrick has been on home incarceration and -- I'm

 9         sorry.  I can't see -- for almost four years.  His business has

10         been destroyed and he can no longer work in the industry that

11         has given him purpose his entire life.

12                    It is one of the reasons I fell in love with Patrick,

13         it is the very core of who he is.  And taking that away from

14         him has dimmed his spirit.  In addition to his flame being

15         diminished it has made it extremely hard for him to find work

16         and help provide for our family.

17                    We have a daughter, who is his stepdaughter, who

18         graduated from high school in 2021.  And is currently in

19         college out of state in Florida.  He wasn't able to see her

20         graduate from high school.  And if he is incarcerated, will not

21         see her graduate from college.  He has never seen where she

22         goes to school or where she lives.  He has missed out on some

23         of the biggest milestones in my daughter's life.  Over the past

24         four years, we have struggled to pay our bills, for our

25         daughter to go to college.  We pay for her living expenses,
```

1    rent, groceries.  We have to had to pay for all of the travel

2    back and forth to Washington, DC and all the extra expenses

3    incurred from what happened in January of 2020.

4         It has been hard keeping our family afloat.  And it

5    keeps me up at night knowing that if I were to lose my job, we

6    would be buried immediately.  To say it has been a stressful

7    burden on me is an understatement.

8         I have also lived in fear over the past four years

9    for our safety and have been thankful that my daughter is going

10   to school out of state.  We -- I have had death threats and

11   threats made against me if Patrick were to be sentenced to any

12   time in prison.  One specific one that I remember that has

13   stood out to me is, "Your wife sure looks good, we'll make sure

14   we take really good care of her while you are in prison."  It

15   is just one of the threats we have received.  We have received

16   threats through Patrick's business email, through text

17   messages, regular emails, social media, and even postcards and

18   letters in the mail.

19        Our house and Patrick's business information has been

20   shown on the news.  And as a result, people know where to find

21   us.  They know where we live.  Because of Patrick's arrest and

22   indictment, I had to give my firearms to a friend and provide

23   the government with the addresses to where they are being

24   stored, left with no protection from anyone who wants to do us

25   harm.  If Patrick faces time in prison, that leaves me by

1    myself unprotected.  And I am terrified of that.

2            If he faces time in prison -- I'm sorry.

3            You don't know what people are capable of.  And what

4    I have seen over the last four years from people who hate us

5    because what occurred in 2020 has convinced me that someone

6    doing me harm when Patrick is away is absolutely possible.  And

7    it is another thing that keeps me up at night.

8            One of my biggest regrets -- and I would be lying if

9    I said I don't feel responsible for what has happened to us

10   over the past four years.  Patrick didn't want to go to

11   Washington, DC in January of 2020.  He was invited by his

12   friend and he was told, I can't go, I can't pay for that, I

13   can't afford it.  And when Brady called back and said he would

14   pay for his trip, Patrick was still on the fence, but I

15   encouraged him to go.

16           I wanted him to be with like-minded people, and I

17   wanted him to be there with other people who supported Donald

18   Trump.  If I wouldn't have encouraged him to go, maybe he

19   wouldn't have accepted the invitation from his friend and we

20   wouldn't be dealing with this nightmare.

21           Patrick is a good man.  He has overcome a lot.  He

22   has been sober for almost 8 years.  He cares about me.  He

23   cares about my family.  He cares about this country.

24   Unfortunately, this man that I love, the man that I know to be

25   one of the best men I have ever met, made several bad decisions

1    that day, which is why we are here today.

2         I ask Your Honor for leniency in his sentencing for

3    all of the reasons I previously listed, but most of all because

4    I feel he has been punished the last four years for the

5    decisions that he made that day.  And I unfortunately, so have

6    I and so has my daughter.

7         I know that Patrick is remorseful, regardless of what

8    anybody says for the part that he played in the chain of events

9    that happened on January 6.  From day one, he has wanted to

10    take responsibility for the things that he did and has

11    expressed to me and anyone who knows him that he wishes he

12    could go back and make different decisions that day.  But we

13    can't and here we are.

14         I love him with all of my heart and hope that we will

15    soon be able to move forward with our lives free of this

16    stress, worry and fear that have been our normal for the past

17    four years.

18         Thank you.

19         THE COURT:  Thank you.  And just before you step

20    away, you know, I know you may have mixed feelings about law

21    enforcement right now, but if you are actually experiencing

22    real threats and your family is experiencing threats, I would

23    encourage you to report that to law enforcement because no one

24    should have to face that.

25         MS. MONTGOMERY:  We did, Your Honor.

```
1              THE COURT:  Okay.

2              MS. MONTGOMERY:  And we were told they weren't really

3      threats, so I don't know how to proceed from here.

4              THE COURT:  All right.  Okay.

5              MS. MONTGOMERY:  I don't know if that was -- I don't

6      know.  Actually, an officer in our county came to our house.

7      We showed him the threats he said they didn't appear like

8      threats to him so --

9              THE COURT:  I'm sorry that you are enduring that.

10             MS. MONTGOMERY:  Thank you.

11             THE COURT:  All right.

12             MR. ROOTS:  Next, I think Mr. Montgomery wants to

13     address the Court himself.

14             THE COURT:  Okay.  Thank you.

15             Mr. Montgomery.

16             THE DEFENDANT:  Can you hear me, Your Honor?

17             THE COURT:  Barely.  I know there is some distance

18     between you and the microphone there.

19             THE DEFENDANT:  I apologize.  I will try to lean.

20             THE COURT:  Apologize for being tall?

21             THE DEFENDANT:  I guess it is what it is.

22             THE COURT:  Yeah.

23             THE DEFENDANT:  First, I would like to start by, you

24     know, just addressing you as an individual and as a man.  You

25     know, this is the first time that we have actually had the
```

1    opportunity to, you know, to talk, you know, about the events

2    of that day, you know, man to man.  I want you to know that I

3    am remorseful.  I am very remorseful for what my actions were

4    that day and the part that I played, you know, in the events

5    that happened that day.  By no means do I try to skirt

6    responsibility.

7        From the very beginning of this, it has been my

8    intentions, you know, to try to come forward, accept

9    responsibility for actions for what I believe I was -- actually

10    did and, you know, deal with those consequences.  I have always

11    been a man to do that.  You know, it is true that I do have

12    a -- you know, a lengthy criminal history.  You know, there was

13    a time in my life when I would have to agree that I was

14    probably not a very good person.  I took advantage of other

15    people.  I did not understand the seriousness of my behavior.

16    And this was at a time when I was under the influence of drugs

17    and alcohol.

18        I have struggled for a long time with my addiction

19    issues with alcohol.  I made arrangements, you know, by myself,

20    under my own power, you know, to where I did check myself in to

21    a -- you know, a 90-day, you know, rehab facility.  You know,

22    and that began my journey, you know, into trying to change and

23    turn my life around.  I was, you know, finally successful.  You

24    know, I have been clean and sober for 7 years now, even in the

25    midst of everything that is going on right now.  I have

1    attended hundreds and hundreds of AA meetings.  You know, I

2    worked with a sponsor.  I have been a sponsor myself.  So, you

3    know, it is hard for me to hear about my past, because it is

4    not something that I am proud of.  But I am proud of the fact

5    of how I have dealt with it and how I have, you know, moved on

6    with my life.

7            I didn't allow that to be a defining feature for me.

8    And just as this event in my life, I don't want the remainder

9    of my life defined by these incidents, you know.  I accept

10   responsibility for my behavior, you know.  And I will say at

11   this point that I have to disagree with the intent and the --

12   you know, what I think is manufactured intent that this is what

13   I meant to do or that I chose to do.  I had no intentions of

14   doing anything that day.  I simply went to Washington, DC to be

15   with my friend.  I thought it would be a fun trip.  I supported

16   my country.  I wanted to be around other Americans at the Trump

17   rally that, you know, believed in the constitution.  I would

18   have to say that I am a constitutionalist.  I studied the

19   readings and the writings and the annals of congress, you know,

20   at the First Continental convention.  I have looked at my

21   forefathers and their diaries, you know, to see the design that

22   they had in mind for this country.  I think even now the way of

23   turning this country back around is by following, you know, the

24   original intent of the constitution, so that is where I stand.

25           In 2020, it became very apparent to me, you know,

1    that based on, you know, what was going on with COVID, that the

2    people's rights were not being upheld.  I believed it was

3    Congress's responsibility to help protect the people and their

4    individual rights.  And, unfortunately, it affected me and it

5    affected my personal business on a very personal manner.  You

6    know, I was -- one, I was not allowed to -- you know, I am a

7    professional hunting guide.  You know, I run hunts in different

8    states, so I was not allowed to travel, you know, to other

9    states in order to conduct my business.  My clients were not

10   allowed to move freely across the country and states.

11          I ended up having to refund thousands and thousands

12   of dollars that I had collected from these clients, you know,

13   money that I had already, you know, basically spent, you know,

14   in my own planning.  And, yeah, it did -- it bankrupt me.  So I

15   was -- I was upset with the handling of COVID.

16          When it comes to the election, I am not an election

17   denier.  And I don't really understand what Mr. Hodges was

18   referring to when he says that I keep, you know, perpetuating

19   this lie or -- I 1,000 percent believe that Joe Biden was

20   elected as the President of the United States.  I do believe

21   that per certain states' constitutions that there was problems

22   there.  That is what I mean when I say I believe it was an

23   unconstitutionally held election.  I don't know the laws good

24   enough to know whether or not that was a valid reason to not

25   certify the election.  I went to Washington, DC with the intent

1     to be with my friends, support Donald Trump on his way out of

2     office.  I said, he is not my favorite person.  I don't

3     necessarily like him as an individual.  I didn't vote for him

4     the first time he was elected, because I thought that his

5     arrogance might be divisive to the unity of this country.  I

6     did vote for him in 2020, because I thought he had done a good

7     job of restoring our economy.  He ran our country like a

8     business.  He is a businessman.  So I did, you know, choose to

9     support him in 2020.

10          So like I said, I had no intentions of anything that

11    day, other than, you know, enjoying the trip with my friend.

12    You know, I was not -- you know, and I am not trying to deny

13    responsibility, but I was not in charge of the planning of that

14    day.

15          I wasn't making the decisions to go to the Capitol.

16    I didn't make the decision to move to the front of the crowd.

17    I would have been perfectly content and I made several attempts

18    to do so that while we got onto the Capitol grounds, you know,

19    just to stand there and observe.

20          It was at the -- you know, the motioning of the other

21    people that were in my group they wanted to go up to the

22    front -- the front part of that crowd.  I don't know why.  I

23    mean, the only way I can compare it to is I have been to

24    concerts and some people like to go to the very front of the

25    crowd and be right there.  That is what I was, you know,

1    comparing it to.  And that is -- you know, I was part of the

2    group.  I felt loyal to stay with my friends.  And, you know,

3    that is probably my downfall.

4          You know, I was given several opportunities in that

5    day to where I could have been more of a leader, you know, that

6    I am and maybe put a stop to some of our forward progress.  The

7    reasons I didn't is I think I conformed a little bit to peer

8    pressure, you know, maybe from the people in my group and also

9    the crowd.  I justified it because everyone else was doing it

10   and that is not a justification.

11         And I don't accept that.  And I accept responsibility

12   for it.

13         You know, I just have a few notes here.  I was

14   originally going to read this whole letter.

15         THE COURT:  I have read it.

16         THE DEFENDANT:  It is obvious that you have read it.

17   It is obvious that everybody has read it.  I don't think that

18   is -- I wrote this letter trying to justify, you know, what I

19   did.  I never had a chance to testify at my own trial.  My

20   story has never been heard.  You know, and particularly, my

21   intent is not -- not been heard by anybody.  And, you know, I

22   have an issue.  And I take issue with this notion that I went

23   there in a fit of rage to try to stop the certification of

24   those votes from happening.  That was not the case.

25         That morning, Your Honor, I was -- it was a good

1    experience for me.  It was exactly what I felt like I had gone

2    to Washington, DC to experience and just be around other people

3    that I believed still loved the country and were interested in

4    doing legal things, participating in politics.  I have never

5    been one to participate in politics up until what I saw

6    happening, you know, around me and particularly to me in 2020.

7            With all of the -- just the lockdowns and not being

8    able to travel, my wife was forced, you know, to be vaccinated

9    in order to keep her job, you know, against our -- we put in a

10   religious exemption for that.  And it was denied.  I know to

11   this day, she still feels very wounded, very hurt by that.  I

12   think she feels like maybe she didn't do enough to stand up for

13   what she believed in at the time.  But she had to do it because

14   she is the -- she is the breadwinner in our family.

15           And now because of this, I have been unable to work.

16   She continues to do that.  And, you know, she is a strong

17   woman, so that is -- my biggest regret is the effect that this

18   has had on my family.  I wasn't able to watch my daughter

19   graduate high school.  I was under home incarceration -- I

20   mean, I am still under home incarceration, but I was under

21   house arrest at that time.  I didn't leave my house for 15

22   months.

23           I disagree a little bit with -- you know, I was

24   placed on home incarceration after an incident involving, you

25   know, hunting in my home state.  At the time I was not under

1    restrictions from the Court not to possess a firearm.  I was

2    under restrictions not to possess an illegal firearm.

3            Yes, it is true that I was convicted of felonies in

4    New Mexico, but by the operation of New Mexico law, my Maine's

5    rights were fully restored.  And I was fully restored to full

6    citizenship in 2011.  And there are several court cases, you

7    know, that have been set that have established that to be true.

8            I did not go hunting in direct violation trying to

9    thumb my nose at the Court's orders, you know.  I wasn't trying

10   to be arrogant or brash.  It is just my living and my

11   likelihood has always for 35 years centered around hunting.  I

12   hunt for food.  I provide for myself.  I believe it is one of

13   my natural rights to be able to provide food and provide for my

14   family through these means.  And I obviously under the

15   conditions would not have done that if I thought I was

16   violating the law.

17           You know, even at the point to where we were at, I

18   had a friend with me, hunting mountain lions.  It is legal in

19   Colorado.  It is a management tool.  I had a license.  It was

20   on public ground.  It was during the season.  There was no

21   violation that occurred there as far as, you know, hunting the

22   mountain lion.  The prosecution, you know, used that incident

23   as -- you know, that I was a felon in possession of a firearm.

24   And that is just not what I understood myself to be at that

25   point in time.  You know, the New Mexico law agrees with it.

1    You know, and I have got a whole file full of the case law and

2    stuff.  I don't think it really matters or is necessary to go

3    into right now.

4         So I have covered the points, like I said.  I had no

5    intention of doing anything that day.  I am still responsible

6    for my actions.  I don't feel like I have to accept

7    responsibility for implied intent or manufactured intent that

8    was not part of my thought process.

9         You know, it is -- those things and those reasons,

10   for what occurred that day, did not come, you know, from me or

11   from my intentions.

12        Obviously, you know, this has affected my career.

13        My business has been destroyed.  My reputation is

14   ruined with the new firearms restrictions back in place, it is

15   going to be impossible for me to work, you know, in my chosen

16   career field.  And I started guiding in Alaska when I was 16

17   years old.  You know, I grew up quick.  You know, I did a man's

18   job.  And it is just the way that I have always provided for

19   myself and my family.

20        When it comes to Officer Hodges, you know, I am -- I

21   am very remorseful for the events of that day and for his

22   feelings on that matter.  You know, I understand that this has

23   affected him in a very traumatizing and severe way.

24        I don't blame him for the events that happened.  He

25   was put into a situation that was created by us originally, you

1   know, trespassing on Capitol grounds.  You know, I have to say

2   and have to make the clarification that at that point in time,

3   we did not know that I was violating the law.  I did not know

4   that I was trespassing on Capitol grounds.  When I walked onto

5   the property, one of the first things that we noticed was the

6   scaffolding that had been set up.  And there was a big tower,

7   you know, in the center with the lights and sound and

8   everything.  I believed that to have been set up for the

9   protest that was going to occur that day.  I never been to a

10  protest in my life, never been to Washington, DC in my life.

11          I was under the impression that -- that we went to

12  the place where we were supposed to be.  And before Officer

13  Hodges and his group arrived, you know, people begin to jump up

14  on the walls to tear down, you know, plastic off the

15  scaffolding, you know, that would have been my first clue to

16  just pack up shop and leave.  I agree.

17          But we didn't, because I believed that we were where

18  we were supposed to be.  At that time, I remember thinking in

19  my mind, what is going on?  These people, you know, are going

20  to potentially get shot, they shouldn't be doing this.  I was

21  hoping to see police officers approach, you know, coming down

22  from the steps from the Capitol to stay between these people

23  and the Capitol.  I had no desire to approach the Capitol.  I

24  didn't want to go in there.  That was not part of my game plan.

25  As far as I know that was not part of the game plan that were

1    part of the people that were around me.  When I did notice

2    Officer Hodges and his platoon 42 approaching from the left

3    side, there was skirmishing going on there, I was far enough

4    away, you know, that I can't say who started it or who didn't.

5    But now looking back at the evidence and the body cam footage,

6    you know, there was some nasty elements of people that were

7    present there.  Some of them were most undoubtedly, you know,

8    Trump supporters.  I believe some of them were also antifa

9    people that were trying to instigate stuff.

10            But a first skirmish occurred and people approached

11    the group to try to -- you know, in my opinion they were -- I

12    think they were just trying to ask the officers, you know, what

13    was going on?  What was -- why was this happening?  You know,

14    as I saw batons, people getting pushed around.  I am not really

15    sure what occurred there.  It was not my decision to approach

16    the officers at that point in time and confront them.  Brady

17    made the decision to move forward.  I think he felt like he

18    could try to control that situation, maybe keep some calmness

19    between the two sides and address the officers.  I went with

20    him.  We were saying things.  We were yelling things at the

21    officers such as, you know, what are you guys doing?  You know,

22    please stop what you are doing.  We are on your side.  We are

23    not trying to hurt you, but this is not good for anybody.

24            You know, for the violence to erupt there was

25    disastrous.  And it could have been a lot worse.  I will say

1    that I did -- I feared for my safety.  But I was also afraid

2    for those officers.  I am -- I am not -- I have never been

3    against police officers.  And I am still not to this day.  I

4    understand that they have a job to do.  I have got family

5    members that are police officers.  I got a lot of clients that

6    are police officers.  Even with my involvement in the law in

7    the past I harbor no harsh feelings to police and police

8    officers.  I have always done and deserved exactly, you know,

9    what the officers have had to get involved.  I have never been

10   one to be against police officers.

11        So this notion that I intentionally went after Hodges

12   because he was a police officer is just a blatant lie in my

13   opinion.  I have never felt that.  I didn't feel that in the

14   moment.  There was a point in time when I was standing in front

15   of Officer Hodges and he made the decision at that point to

16   push forward.  He told me, specifically, move, make way.  And

17   at that point in time, I did exactly what he told me to do.  I

18   moved back.  I actually created a hole for him to leave and for

19   him to pass through that space.

20        Now, the fact that other officers didn't follow him

21   is not something that I played a part in or that I controlled.

22   There was -- if you look at some of the other officers' body

23   cam footage at that time, there was a discussion going on

24   between those officers they had made a mistake, that they

25   should not have come up this way and they were discussing --

some of them were saying, we need to retreat, you know, pull
back, we need to pull back.  So those officers didn't follow
Hodges when Hodges went by himself.  You know, this exposed
Hodges.  He got 15, 20 feet away and he realized that he was by
himself.  And I can only imagine the fear that he felt at that
time.

        You know, I am sure myself and in that same instance
I would have felt the same fear.  You know, and I am sure that
he was a little panicked.  And he turned and went back to try
to get back to the group with the other officers.  I was not
involved in trying to keep those officers from going back.  You
know, you can see on the video, the video is very hard to see
everything that is going on when you just watch it in full
speed.  You know, when you see it in slow motion and you slow
it down frame by frame, you can see the behavior.  And by
Hodges' own testimony that he gave to the House Select
Committee, you know, he went back into that group.  There is no
doubt that he believed other members of his group were being
assaulted and he was trying to help them.  I acknowledge that.

        But in doing so, he was grabbing people from behind
that weren't facing him, grabbing onto their backpacks, pulling
them to the ground.  He had his baton in his hand.  And like I
said, I don't ever remember making a conscious decision that,
oh, I need to jump in or, oh, I need to go after this police
officer.  It finally got to the point where Hodges was close

1    enough to me that the last thing I saw before I grabbed onto

2    his baton -- you know, and he testified that he didn't use his

3    baton in any manner that day -- this is on video, this is on

4    his own body cam footage when he takes his baton with a double

5    handed swing and he hits -- he hits another guy that was

6    standing in front of him and next to me twice in the ribs with

7    that baton with a baseball bat style swing.  I can see exactly

8    why he may have been justified in doing so.  I acknowledge that

9    under those circumstances.

10           In my mind, at that time when he turned back to me, I

11   said all I can imagine is that I was in fight-or-flight mode at

12   that point in time.  And I reached up and I grabbed onto the

13   baton.  I wish I hadn't.  I don't remember doing it.  And I

14   wasn't trying to make light of the situation when I said in

15   this that I literally had the tiger by the tail, but I didn't

16   want the baton.  I didn't want to be involved in this incident

17   with these officers.  I wasn't trying to remove it from him.  I

18   wasn't angry with him.  It just happened and I didn't know what

19   to do.

20           Because at that point in time, we got pushed.  We

21   fell to the ground.  And I was being hit and pommeled by other

22   officers and their batons.  I was afraid for my life at that

23   point in time.  I was waiting for the blows against my skull

24   and my head that could potentially end my life.  Granted, I put

25   myself in that position, it is my own fault, I get it.  But in

1    that moment, I was just trying to do what I needed to do not to

2    be injured, not to have other people be injured.  I didn't want

3    that violence to occur.

4        You know, now, hindsight 20/20, I don't know why that

5    happened.  I don't know why God, you know, allowed me to put

6    myself in that position.  But, you know, thank God in that

7    situation in that nobody was seriously injured.  Hodges wasn't

8    injured.  I wasn't injured.  That whole event stopped at that

9    point in time.

10        So I can only say that maybe, maybe that was the

11    purpose of me grabbing onto his baton was to not only protect

12    me, but to protect those officers.  They were allowed to move

13    forward from that point on and do their job.  It is something I

14    don't understand but I deeply regret.  I wish it hadn't

15    happened, but I can't take that back.

16        And, you know, while I -- and that is the only reason

17    that I offered any type of resistance, you know, to the 111

18    charge is that because it was not my intention to do that.  It

19    was not my intention to cause the officer harm.  I

20    1,000 percent agree that based on the elements of the crime, I

21    was absolutely interfering with a police officer.

22        I absolutely tried to stop him from, you know, what I

23    thought at the time was behaving in -- you know, I didn't

24    believe that behavior was possible.  And I only base that --

25    you know, I am not a legal expert, but I live in Denver,

1    Colorado.  And I watched in 2020 as a massive riot broke out

2    there at the end of May, beginning of June.

3         In those instances, the officers, you know,

4    introduced chemical munitions and rubber bullets on the crowd.

5    And they were sued and they lost.  You know, the police

6    department -- Denver Police Department was ordered to pay

7    18 million dollars to the protest in that incident because it

8    was determined that the officers were not acting in the legal

9    performance of their duty.  That is my only knowledge of what

10   was legal and wasn't legal.  I am 1,000 percent wrong I guess

11   in this situation at the Capitol, but that was my state of mind

12   at the time.

13        I agree now based on the evidence that I was wrong.

14   But that can't change what I did then.  So I just -- in

15   closing, I feel like I have been punished severely for my

16   actions that day.  You know, I have been on home incarceration

17   for almost four years now unable to do my job.  My job is

18   finished, my career is finished.  I will have to figure out,

19   you know, something else to do when I get done.  I feel like I

20   should get some credit for being on the ankle monitor and home

21   incarceration, because I feel like I was kind of put on it

22   under false pretenses, you know, this notion that I was a felon

23   in possession of a firearm.  I don't agree that was the case.

24   But I also -- I am not a legal expert, so I don't know.

25        I would like to apologize to you.  I would like to

1    apologize to the citizens of this city.  I didn't come here to

2    cause mayhem and destruction.  Most of all, I want to apologize

3    to the police officers.  I never had an issue with them.  I

4    still don't.  I understand that they were there to do their

5    job.  It was confusing to me some of the decisions they made

6    that day.  While we were, you know, inside the Capitol building

7    I don't know why they didn't just tell us to leave.  If

8    somebody would have ever just told me that I wasn't allowed to

9    be there, I would have left.

10         After being in the Senate gallery and coming to the

11   realization that, you know, I was -- I never entered the

12   Capitol building until we actually believed that that

13   certification process had been finished.  That wasn't my

14   purpose of entering the building.  I didn't have a purpose of

15   entering the building other than to stay with my friends.  And

16   I believed it was being allowed.  I agree that they were under

17   duress doing what they needed to do that was best to protect

18   themselves.  But it was never my goal or intention to stop the

19   certification.  I believed that process had already been

20   finished, based on what we had been told earlier.  It was lies.

21   It was inaccurate.  As soon as I was able to determine with my

22   own mind that, you know, it was inaccurate and that we had made

23   a huge mistake in entering the building, you know, I made

24   efforts to get out of the building.  We were trapped at that

25   point in time behind enemy lines.  I would say, I was panicked,

1    looking for a way out.  We followed Jacob Chansley briefly

2    because I thought maybe that might give me more of an

3    opportunity to find an exit.

4         At the end of the day, we were wrong.  I was very

5    wrong about a lot of things.  And my analysis of what was going

6    on at the time, I did not have enough information and I made

7    mistakes and I made bad choices.  I hold myself accountable for

8    them.  I apologize to everyone involved.

9         I apologize to Officer Hodges.  I don't hold any ill

10   feelings to him.  I know he was doing his best in that

11   situation as well.  Most of all, I apologize to my wife and my

12   family.  You know, she stood by me when I was struggling in my

13   addiction still.  She has always been there for me.  And she

14   supports me now.  And I know she will continue to support me,

15   but never would I have made a choice to put any of that in

16   jeopardy voluntarily.

17        I guess that is about all I have to say.

18        THE COURT:  All right.  Well, thank you.

19        And I know, Mr. Roots, you wanted a final few words.

20   Why don't we go ahead and take a 10-minute break and we'll come

21   back and we'll finish up.

22        (Recess taken at 12:21 p.m.)

23        THE COURT:  All right.  Mr. Roots.

24        MR. ROOTS:  Hi.  Thank you, Your Honor.  We have

25   taken an lawful lot of time and I thought that presentation by

1    Mr. Montgomery was really well stated.  We do seek a downward

2    variance from the range that has been discussed on several

3    bases.  Number 1, this case clearly was about a momentary lapse

4    of judgment or you could say a one-day lapse in judgment by

5    Mr. Montgomery.  And he is extremely apologetic and remorseful

6    over that.  And in the -- I guess the setting of his life

7    trajectory it is a huge reversal for him.  And I repeat what I

8    said earlier, this would be a fantastic case of rehabilitation

9    of a man who in -- early in his life started out completely on

10   the wrong foot.  And he, I would say, fully recovered from

11   that.  He is now in his forties or fifties.  Forties; right?

12              THE DEFENDANT:  Fifties.

13              MR. ROOTS:  And he had reached a stage by 2021 where

14   he had fully recovered.  And now he is in a stage of full

15   reversal.  So I really think that his life trajectory is a

16   mitigating factor.  Also he has spent three years on very

17   restrictive house arrest, didn't even leave his own house for

18   something like two years or a year and a half, I think he said.

19   It was 15 months --

20              THE DEFENDANT:  Fifteen.

21              MR. ROOTS:  -- 15 months where he never even walked

22   outside of his own house.  We often ask for time served for

23   that.  We rarely get it.  We would ask for some credit for that

24   even if it is, you know, one-third of that time, that he should

25   be credited -- given credit for time served on that house

1    arrest type situation.

2            The acceptance of responsibility here is very, very

3    acute.  And it is wrapped up with these issues of this

4    agreement to do the stipulated trial as opposed to a full jury

5    trial, which our team actually was in -- I will just say our

6    team was arguing with the Knowlton team.  And it was the

7    Knowlton team that finally convinced us to do the stipulated

8    trial.  And we gave up a lot.  The government gave up a lot.

9    We had -- Mr. Knowlton did fully accept responsibility for so

10   much -- many of those elements.  He did contest the 1512.  The

11   111 count, you know, is -- now here we are.  The irony that we

12   are here with this 111 count only.  And I also should point out

13   in this discussion of acceptance of responsibility, that he

14   stands as the -- while he was with three -- two other

15   codefendants.  Really it was a team of three guys, three

16   friends.  And as events have played out, it is Mr. Montgomery

17   that will end up being having the worst outcome, the absolute

18   worst sentence and conviction in this case.

19           Daniel codefendant -- Daniel Wilson was acquitted of

20   1512.  He was convicted of a misdemeanor -- maybe a petty

21   misdemeanor.  And Mr. Knowlton will end up just being -- having

22   misdemeanor convictions.  And so Mr. Montgomery of the

23   threesome that were there that day, he will end up really in

24   the worst state of all of them.

25           And I don't actually dispute -- you know, arguably

1    his conduct was perhaps worse than the others too.  But I think

2    that it should be wrapped up with acceptance of responsibility.

3    We do seek a downward variance so that Mr. Montgomery can move

4    on with his life.

5           It has been extremely stressful over the last four

6    years.  And we would like -- we ask for probation in our

7    sentencing memo.  Perhaps a one-year sentence of house arrest,

8    something like that would be our recommendation.

9           THE COURT:  Okay.

10           MR. ROOTS:  With that, I thank you.

11           THE COURT:  Okay.  Thank you.

12           Anything else from the government?

13           MS. NEVIN:  No, Your Honor.

14           THE COURT:  All right.  I have assessed the

15    particular facts of this case in light of the relevant 3553(a)

16    factors, including the sentencing guidelines.  I want to

17    provide some remarks for the record, for Mr. Montgomery about

18    my consideration, both the nature of the offense and the

19    history and characteristics.

20           And I guess I want to start with the nature of the

21    offense.  And Mr. Roots noted correctly that many of the

22    sentences that have been handed down for the events of that day

23    are harsh sentences.  And there have been some very long

24    sentences that have been imposed and even periods of

25    incarceration for misdemeanors.  And I don't think that is

simply a product of some extraneous factors.  I think it is
based on the nature of what actually happened that day.  And it
may be that the sentences handed out that day are and have been
high.  And I suspect that if you did an analysis that there
probably has never been an event if you added up all of the
sentences from that day where the sentences have been as
lengthy or the total number of offenses committed.

But that is because -- not because there was
something fluky about what has happened in the court system
here.  And in fact, most of my colleagues have in -- I suspect
if you looked at the statistics over time of imposed sentences
that are below typically what the government is requesting and
oftentimes below guidelines in some of the cases.  But the
reason that the sentences have been so high is because of the
unique circumstances of what happened that day.

And I have said this many times before.  My
colleagues have said it before.  But I think we have to be
careful not to just tire of saying it.  But the events of that
day stand out in this country's history.  And not even in the
midst of Lincoln's second inaugural when the country was in the
middle of civil war, never before did you see Americans
attacking their Capitol, attacking their own Capitol, attacking
their own seat of Government and doing so at the time of the
certification of the election.  And Mr. Montgomery says, well,
you know, he didn't come to the Capitol that day in a fit of

1    rage to try and stop the vote.  And I don't have any reason to

2    dispute that when he came to Washington, that wasn't his

3    intention at all.  But he not only entered the Capitol with

4    alarms blaring, but went and saw what was going on the floor of

5    the Senate and saw the floor of the Senate had been evacuated

6    and went downstairs from the gallery and said to the guards,

7    all you have to do is step aside.  And I don't think I have any

8    doubt in context of what that meant was step aside so we can go

9    onto the floor of the Senate.

10         And Mr. Montgomery himself didn't utter these words,

11   but some of these friends who he was with made clear they were

12   there to make sure, in their view, the members were doing their

13   jobs.  So it takes place in the context of an assault on our

14   most sacred moment in the democratic process.

15         And then turning to the assault on Officer Hodges.  I

16   think that Mr. Montgomery by the end of his remarks came to

17   this point, but I think any of us if we were in Officer Hodges'

18   shoes that day would have been as terrified as we have ever

19   been in our lives.  There was a mob that was completely wild

20   around him and he was forced to the ground wrestling with a

21   baton which is, in fact, a deadly weapon.

22         And I went back and looked again just over our break

23   at the video again.  And I have to say, it may be that at some

24   point in that process that Mr. Montgomery got to the point of

25   where he felt like he was over his head and he just wanted to

1    get out of it, but when he grabbed that baton, he was pulling,

2    trying to get it away from the officer.  I don't have any doubt

3    about that watching the video.  He was trying to take that

4    baton away from the officer under those circumstances.  And I

5    can tell you, I have had victims appear in front of me before.

6    And maybe once before have I ever seen a member of the law

7    enforcement show the emotion that Officer Hodges showed today.

8    And I have no doubt that he is still scarred deeply by not just

9    the events of that day, but by what Mr. Montgomery did to him.

10   And in the video, you actually see some other people who come

11   to -- and protesters who actually come to the officer's aid and

12   ask him if he is okay.  That is not by any means what

13   Mr. Montgomery was doing.

14           And so I think his actions that day were deeply

15   troubling.  It is true that it all happened very quickly.  At

16   least the portions with the assault, it happened very quickly.

17   But it was a deliberate attack on a police officer who was

18   there just trying to protect the Capitol.

19           With respect to Mr. Montgomery's character, I have

20   again, little doubt that it has been somewhat of a

21   rollercoaster for him in that he started off with a pretty

22   significant criminal history.  I think he said himself that he

23   wasn't a very good person at one point in his life.  I don't

24   doubt that he was making progress in his life and he had been

25   sober for 7 years.  It wasn't just the more serious crime years

1    ago, but there are also a lot of DUIs as well intervening.  But

2    I don't have any doubt that he was making progress.  I also

3    don't have any doubt that he was putting together a very good

4    career for himself, a good life for himself with his wife and

5    his daughter and that his business was going well.  And I also

6    don't have any doubt that these events have taken their toll on

7    him and his family.  And that it has destroyed what was a

8    successful business for him.  And I don't really know how he

9    goes on with that business in the future in light of the felon

10   disenfranchisement or the rules with respect to felons having

11   firearms.  So I appreciate the fact that it has had those

12   consequences on him.

13          I also am cognizant of the fact that he spent I think

14   he said 15 months and I don't have any reason to doubt the

15   numbers are right, on home incarceration before I modified the

16   terms to allow him to leave his home to work, and that has

17   taken a toll on him and his family.

18          You know, my heart goes out to Officer Hodges and

19   Officer Hodges's family.  My heart also goes out to

20   Mr. Montgomery's family.  I am very sorry for what his wife and

21   undoubtedly his daughter have had to go through as a result of

22   all of this.

23          Mr. Montgomery said that that in some sense that

24   maybe he behaved badly that day because everyone else was doing

25   it.  And that is the nature of mob violence, but that is also

1    what makes mob violence so dangerous.  There were undoubtedly

2    people that were encouraged by Mr. Montgomery's conduct that

3    day thinking, everyone else is wrestling with the police, why

4    can't I wrestle with the police under these circumstances.

5          Turning to the types of sentences available.  The

6    guidelines range as I have calculated is between 33 and 41

7    months, as I said earlier.  Even were I to have applied the

8    guidelines differently in the manner that the defense has

9    urged, I would vary or depart upward -- probably a variance in

10   light of the circumstances here and the real peril that

11   Mr. Montgomery placed Officer Hodges in, but also the fact that

12   it wasn't just those few moments, but it was also the entering

13   of the Capitol, being in the gallery, going down to the entry

14   to the Senate chamber.  And I think for all of those reasons as

15   I said before, even if I didn't calculate the guidelines as I

16   did, I would vary up into the 33 to 41 month range anyway.

17         The government has suggested a sentence of 41 months

18   of incarceration, 36 months of supervised release, $2,000 in

19   restitution, a $400 fine and a $100 mandatory assessment.

20         The defense is requesting that I impose a sentence of

21   probation or perhaps a year of home incarceration, no fine, no

22   restitution, has requested that I give him credit in some way

23   for the three and a half years that he has spent in some form

24   of pretrial home confinement pending today's proceedings.

25         And what I will say is that I actually would be

1    convinced by the government's suggestion that I impose a

2    sentence of 41 months at the high end of the guidelines in

3    light of the grave nature of the conduct at issue here.  I am

4    going to come down somewhat from that number more towards the

5    middle of the guidelines for two reasons.  One is because of

6    the substantial period of time that Mr. Montgomery has been in

7    some form of home confinement or home detention or home

8    incarceration, as well as I give him partial credit for

9    acceptance of responsibility.

10         I still think that there some passing of the buck

11   here and blaming Officer Hodges, but he did agree to the

12   stipulated trial and has today expressed some remorse for his

13   actions.  I don't think it gets anywhere near the 2-level

14   reduction, but I think that it helps somewhat in my

15   consideration of the events.

16         And I also should say for a third reason, I also have

17   considered some of the collateral consequences for

18   Mr. Montgomery and really that I am not sure he is ever going

19   to able to practice his preferred career ever again.  And so

20   for that reason, the Court concludes that it is appropriate to

21   come down in the center range of the guidelines.

22         Pursuant to the Sentencing Reform Act of 1984 and in

23   consideration of the provisions of 18 U.S.C. section 3553, as

24   well as the advisory sentencing guidelines, it is the judgment

25   of the Court, that you Patrick Montgomery are hereby committed

1    to the custody of the Bureau of Prisons for a term of 37 months

2    as to Count 1.  You are further sentenced to serve 36 months of

3    supervised release as to Count 1.  And in addition, you are

4    ordered to pay a special assessment of $100 in accordance with

5    18 U.S.C. 3013.

6        While on supervision you shall abide by the following

7    mandatory conditions as well as all discretionary conditions

8    recommended by the probation office in part D sentencing

9    options of the presentence report, which are imposed to

10   establish the basic expectations of your conduct while on

11   supervision.  The mandatory conditions include you must not

12   commit another federal, state or local crime.  You must not

13   unlawfully possess a controlled substance.  You must refrain

14   from any unlawful use of a controlled substance.  You must

15   submit to one drug test within 15 days of placement on

16   supervision and at least two periodic drug tests thereafter as

17   determined by the Court.

18       You must cooperate in the collection of DNA as

19   directed by the probation officer.  You must make restitution

20   in accordance with 18 U.S.C. section 3663 and 3663(a) or any

21   other statute authorizing a sentence of restitution.

22       You must provide the probation officer access to any

23   requested financial information and authorize the release of

24   any financial information.  The probation office may share

25   financial information with the US Attorney's Office.  You

```
 1    should not incur new credit charges or open additional lines of
 2    credit without the approval of the probation office.
 3              I am going to give the United States 30 days to make
 4    a submission with respect to restitution.
 5              How much time, Mr. Roots, would you like to respond
 6    to that?
 7              MR. ROOTS:  Thirty days.
 8              THE COURT:  My only concern is -- are you comfortable
 9    that that would give me enough time?  I don't know what if
10    there are statutory deadlines.  If it is okay with you and you
11    waive any deadline to give me a couple of weeks after that to
12    render my decision, otherwise you might want to make it a
13    little quicker.
14              MR. ROOTS:  As I recall, doesn't the statute say 90
15    days or something like that?
16              THE COURT:  If it says 90 days, that is fine.
17              So I will then direct that the government file
18    whatever it is going to file with respect to restitution.
19              MS. BAKER:  Your Honor, I just want to concur with
20    what defense says.  It is statute 18 U.S.C. 3664, subsection 5,
21    which states that the Court cannot exceed 90 days after
22    sentencing regarding restitution.
23              THE COURT:  Perfect.  That is very helpful.  Thank
24    you.
25              So I will give the government until the 29th of
```

1    November.  And then the defense until the 30th of December to

2    file.  And then I will, within the 90-day period, give you my

3    decision with respect to restitution.

4            To the extent I do order restitution, those payments

5    shall be made to the Clerk of the Court for the United States

6    District Court, District of Columbia, for disbursement to the

7    Architect of the Capitol, Office of the Chief Financial

8    Officer, Ford House Office Bulling, Room H2-205B, Washington,

9    DC 20515.

10           I conclude that defendant doesn't have the ability to

11   pay a fine and therefore I am not going to impose a fine in

12   this case.

13           To the extent I do order restitution, I am going to

14   order that payment be in equal monthly installments of not less

15   than $200 to commence 30 days after release from imprisonment.

16   And those financial obligations are immediately payable to the

17   Clerk of the Court, the United States District Court, 333

18   Constitution Avenue Northwest, Washington, DC, 20001.  And

19   within 30 days of any change of address you shall notify the

20   Clerk of the Court until such time as any obligation is paid in

21   full.  The probation office shall release the presentence

22   investigation report to all appropriate agencies, which

23   includes the United States Probation Office in the approved

24   district of residence in order to execute the sentence of the

25   court.

1          Treatment agency shall return the presentence report

2    to the probation office upon the defendant's termination or

3    completion of treatment.

4          You have the right to appeal your conviction of guilt

5    to the United States Court of Appeals for the D.C. Circuit.

6    And pursuant to 18 U.S.C. section 3742 you also have a

7    statutory right to appeal your sentence to the D.C. Circuit

8    under certain circumstances.  And pursuant to 28 U.S.C. section

9    2255, you also have the right to challenge the conviction

10   entered or sentence imposed to the extent permitted by that

11   statute.

12         Any notice of appeal must be filed within 14 days of

13   the entry of judgment or 14 days of a filing of notice of

14   appeal by the government.  If you are unable to afford the cost

15   of an appeal, you may request permission from the Court to file

16   an appeal without cost to you.  And on appeal, you may apply

17   for the appointment of -- for court-appointed counsel.

18         Are there any objections that have not been noted for

19   the record, Ms. Nevin?

20         MS. NEVIN:  No, Your Honor.

21         THE COURT:  Mr. Roots?

22         MR. ROOTS:  No objections.  I would say, we have run

23   into a problem with several of our cases where they begin

24   trying to take money out of commissary of these inmates.  And

25   so I understood Your Honor on this restitution question to say

1    that restitution would become payable upon release from

2    incarceration?

3                THE COURT:  That is correct, assuming I order

4    restitution, that is correct.

5                Is there a request with -- any recommendation as to

6    place of incarceration or any programming?

7                MR. ROOTS:  I do believe he wants to be as close to

8    home as possible and that is Colorado.  And I think there

9    are -- all levels of prisons are in Colorado.

10                THE COURT:  Without objection, I will include that in

11    my judgment.  What about any programming?

12                MR. ROOTS:  We do request any programming that could

13    help him get his sentence -- get his jail time lowered.

14    Treatment, he has overcome alcoholism previously.

15                THE COURT:  Yeah.

16                MR. ROOTS:  But --

17                THE COURT:  I will tell you what, if in the next -- I

18    probably -- well, can I enter the final judgment before I

19    decide the restitution?  I think I can, right?

20                MS. NEVIN:  We believe so, Your Honor.

21                THE COURT:  Yeah.  So if there is anything you want

22    to suggest, why don't you email chambers copying the government

23    or email the deputy clerk copying the government by noon

24    tomorrow.  And then if there is any particular programming you

25    would like me to include or recommend, I will review that as

1  well.

2          All right.  Anything else before we adjourn?

3          Oh, yes.

4          MS. NEVIN:  I just want to --

5          THE COURT:  Self surrender?

6          MS. NEVIN:  Yes, no objection to self surrender.

7          THE COURT:  So I am going to order then that

8   Mr. Montgomery remain subject to the same conditions of his

9   release pending surrender as currently exist.  And that he can

10  self surrender and that the probation office can give him

11  instructions about how he will know when and where to report.

12          MS. NEVIN:  And, Your Honor, at this time, we are

13  moving to dismiss the remaining counts of the indictment that

14  pertain to Mr. Montgomery.

15          THE COURT:  Okay.  Without objection, that motion is

16  granted.

17          MS. NEVIN:  Lastly, Your Honor, I just want to make

18  sure I understand the questions that you want answered in this

19  restitution submission.  I am understanding it to mean, does

20  Your Honor have the authority to impose restitution in this

21  matter?  If so, is there a specific finding that you need to

22  make?  And if you don't have the authority, could that be --

23  actually, you have already ruled that you are not imposing a

24  fine.

25          THE COURT:  Right.

1          MS. NEVIN:  So that question is moot.

2          THE COURT:  But I guess I suppose the other piece of

3    it is just submitting to me the evidence, because I do have a

4    footnote, but if there -- if you need a declaration from

5    someone affiliated with the Architect of the Capitol saying

6    these are what our losses are and this is the amount that still

7    remains unpaid.  And then to the extent you want to provide any

8    support for the proposition that anyone who was contributing to

9    the mayhem that day was in some sense contributing to the

10   damage to the Capitol because they were keeping officers from

11   protecting the building, that would be fine.

12          And then I think, you can anticipate that Mr. Roots

13   is going to argue that unless you can show that Mr. Montgomery

14   himself caused damage, that restitution is improper.  So since

15   we are not going to I think have time for reply briefs, you may

16   just want to anticipate what he has told us he is going to

17   argue.

18          MS. NEVIN:  Understood.  Thank you.

19          THE COURT:  Mr. Roots, anything else?

20          MR. ROOTS:  Along the same lines, the one data point

21   we have not seen is how much has already been paid in

22   restitution by all January 6ers.  I have not seen that data.  I

23   would be very interested to see that.

24          THE COURT:  I don't know exactly as a matter of law

25   whether that is dispositive or not, but that is a fair point.

1      All right.

2                 MR. ROOTS:  There is one other thing.  And it just

3      really -- this is strange, but it pertains to the election,

4      which is coming up on Tuesday.  It is the fact that one of the

5      candidates for presidency, and that is Donald Trump, has as a

6      campaign promise indicated he may pardon and/or commute

7      January 6ers' sentences, so I would ask for -- for a date for

8      Mr. Montgomery to check in to a facility after January 20th,

9      just perhaps to address that situation.

10                 MR. ROMANO:  We strenuously object to this request as

11     an office in any case.  The Court shouldn't grant it here.  He

12     assaulted an officer.  He should report as early as he is

13     directed without regard to the outcome of the election.

14                 THE COURT:  In my view, the election really ought not

15     have any bearing on my thinking about the case, so I agree with

16     that.  And, you know, whatever happens, happens.  There are

17     things that happen in the nonjudicial sphere and that is up to

18     the nonjudicial sphere.  But in my sphere I think I need to put

19     that all aside.

20                 Okay.  All right.  Well, thank you all.

21                 (Proceedings concluded at 1:06 p.m.)

22

23

24

25

1                        C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4       that the foregoing constitutes a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9

10                            Dated this 9th day of November, 2024.

11

12                            _____
                              Sherry Lindsay, RPR
13                            Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

MR. HODGES: [4]   35/14 35/16
35/22 36/2
MR. ROMANO: [8]   17/10 22/21
22/24 23/9 24/4 24/7 49/21 97/10
MR. ROOTS: [47]   2/12 3/25 4/10
5/5 7/2 7/9 7/13 7/18 9/11 10/8
10/19 11/1 11/4 12/5 12/8 12/19
13/25 14/5 14/25 24/12 24/17
31/23 32/17 32/23 34/3 35/3 35/12
50/13 54/1 54/7 57/14 57/16 58/2
58/22 63/12 80/24 81/13 81/21
83/10 91/7 91/14 93/22 94/7 94/12
94/16 96/20 97/2
MS. BAKER: [22]   3/15 3/18 3/21
12/22 12/25 13/4 13/8 13/16 13/19
13/21 13/23 15/17 15/21 15/25
16/4 16/14 16/18 16/21 16/24 17/5
17/8 91/19
MS. MONTGOMERY: [6]   59/1 59/3
62/25 63/2 63/5 63/10
MS. NEVIN: [55]   2/7 5/22 6/23
17/18 17/24 18/8 18/16 19/17
19/23 20/1 20/18 21/1 21/4 21/6
21/10 21/22 21/24 22/6 22/8 22/11
22/14 22/17 22/20 31/21 32/21
34/1 34/23 35/2 39/2 39/6 39/12
39/18 41/17 41/20 42/10 42/13
42/15 42/17 48/2 48/5 48/9 48/11
48/19 48/24 49/8 50/11 83/13
93/20 94/20 95/4 95/6 95/12 95/17
96/1 96/18
THE COURT REPORTER: [1]   35/21
THE COURT: [149]
THE COURTROOM DEPUTY: [1]   2/2
THE DEFENDANT: [14]   4/18 7/22
8/1 8/3 10/18 14/14 14/23 63/16
63/19 63/21 63/23 68/16 81/12
81/20

## $

$100 [4]   32/10 39/22 88/19 90/4
$15,000 [1]   32/11
$150,000 [1]   32/12
$2,000 [5]   32/13 39/21 49/1 49/2
88/18
$2.9 [1]   48/25
$2.9 million [1]   48/25
$200 [1]   92/15
$250,000 [1]   32/9
$400 [5]   39/21 48/9 58/12 58/14
88/19

## '

'20s [1]   54/6

## 0

02903 [1]   1/18

## 1

1,000 [1]   66/19
1,000 percent [2]   77/20 78/10
10 [10]   1/17 5/9 8/8 8/25 12/12
12/18 13/15 14/20 31/10 38/13
10-minute [1]   80/20
10:05 [1]   1/6
11 [1]   8/24
111 [22]   2/22 5/11 5/16 14/11
15/9 18/5 19/16 22/2 23/1 27/6
27/7 27/8 37/6 39/9 39/15 40/5
41/13 42/6 42/19 77/17 82/11
82/12
12 [1]   12/15
12:21 [1]   80/22
13 [1]   12/15
14 [4]   8/17 29/6 93/12 93/13
15 [6]   69/21 75/4 81/19 81/21
87/14 90/15
1512 [21]   3/8 5/9 5/15 5/17 14/11
14/15 15/2 15/10 21/20 22/25
24/21 25/7 27/4 37/5 41/10 42/6

42/7 42/19 42/22 82/10 82/20
18 [11]   2/21 6/16 12/15 31/25
32/4 34/7 89/23 90/5 90/20 91/20
93/6
18 million [1]   78/7
19 [2]   8/22 9/5
1919 [1]   53/24
1920 [1]   53/24
1984 [1]   89/22
1995 [1]   44/2
1:06 [1]   97/21

## 2

2-level [1]   89/13
2-point [1]   10/9
2.2A [1]   18/19
20 [5]   8/22 9/7 31/18 55/1 77/4
20 feet [1]   75/4
20/20 [1]   77/4
20001 [3]   1/15 1/25 92/18
2011 [3]   53/11 55/13 70/6
2020 [15]   37/1 37/12 38/10 52/17
52/22 52/24 53/2 60/3 61/5 61/11
65/25 67/6 67/9 69/6 78/1
2021 [5]   9/2 35/18 44/7 59/18
81/13
2023 [1]   48/21
2024 [4]   1/5 6/19 37/17 98/10
2025 [1]   43/14
20515 [1]   92/9
205B [1]   92/8
20th [1]   97/8
21-46 [2]   1/4 2/2
21-page [1]   45/4
22-year [1]   54/2
2255 [1]   93/9
231 [8]   18/17 19/1 25/17 28/3
28/4 29/1 42/15 42/18
23rd [1]   37/17
240 [1]   53/19
24th [1]   6/19
28 [1]   93/8
29th [1]   91/25
2A2.2 [6]   16/12 17/4 18/20 19/9
20/19 29/5
2A2.4 [6]   13/1 13/4 16/8 16/10
17/4 22/1
2A2.4A [2]   8/9 12/13
2A2.4B1 [1]   12/14
2A2.4B1a [1]   8/12
2A2.4C1 [1]   8/15

## 3

3-level [1]   8/10
30 [4]   9/6 9/13 92/15 92/19
3013 [1]   90/5
30th [1]   92/1
31 [1]   1/5
33 [5]   9/8 31/18 39/23 88/6 88/16
333 [2]   1/24 92/17
35 [1]   70/11
352 [2]   15/22 16/5
3553 [5]   6/16 31/2 34/7 83/15
89/23
3561 [1]   32/4
3583 [1]   31/25
36 [3]   39/20 88/18 90/2
3663 [3]   32/13 90/20 90/20
3664 [1]   91/20
37 [4]   9/6 41/21 43/3 90/1
3742 [1]   9/3
3A1.2 [3]   13/11 15/19 16/5
3E1.1 [1]   10/4

## 4

41 [10]   9/8 31/18 39/19 39/23
41/22 47/20 88/6 88/16 88/17 89/2
42 [1]   73/2
46 [4]   1/4 2/2 41/21 43/3
4C [1]   22/9 22/10

5k2.7 [1]   42/21

## 6

6-level [3]   8/20 29/7 31/12
6-point [3]   11/5 11/5 11/9
60 [4]   13/5 43/4 49/24 50/5
60-day [1]   54/11
601 [1]   1/14
649 [1]   1/17
6710 [1]   1/24
6ers [6]   52/16 53/7 56/3 56/20
58/4 96/22
6ers' [1]   97/7

## 7

700 [1]   1/17

## 9

90 [3]   91/14 91/16 91/21
90-day [2]   64/21 92/2
9th [1]   98/10

## A

a.m [1]   1/6
AA [1]   65/1
abide [1]   90/6
ability [2]   43/23 92/10
able [12]   36/20 46/10 49/15 57/9
58/10 59/19 62/15 69/8 69/18
70/13 79/21 89/19
about [53]   4/24 7/10 7/17 10/19
15/1 16/17 17/16 17/20 18/9 19/21
22/22 22/24 23/25 24/18 27/13
27/20 27/25 30/25 31/7 35/7 36/18
38/10 45/9 46/4 47/14 47/22 48/16
48/25 49/5 49/17 50/5 50/14 54/5
54/17 56/17 56/25 57/7 57/11
61/22 61/23 61/23 62/20 64/1 65/3
80/5 80/17 81/3 83/17 84/9 86/3
94/11 95/11 97/15
above [2]   43/1 98/5
above-entitled [1]   98/5
absence [1]   49/5
absolute [1]   82/17
absolutely [5]   35/1 55/22 61/6
77/21 77/22
accept [7]   8/4 64/8 65/9 68/11
68/11 71/6 82/9
acceptance [21]   9/14 10/7 10/9
19/21 20/16 20/24 21/12 21/16
26/2 29/22 30/10 30/21 30/24
30/25 33/8 33/12 45/17 82/2 82/13
83/2 89/9
accepted [4]   9/15 30/19 33/11
61/19
accepts [1]   36/25
access [1]   90/22
accompany [1]   55/24
accordance [2]   90/4 90/20
according [2]   9/1 52/25
account [7]   36/25 37/3 40/4 40/5
43/2 43/8 58/13
accountability [1]   45/3
accountable [1]   80/7
Accounting [1]   43/12
accused [1]   11/23
acknowledge [2]   75/19 76/8
acquitted [1]   82/19
across [1]   66/10
act [3]   28/6 28/11 89/22
acted [2]   14/17 27/3
acting [2]   41/7 78/8
Action [1]   1/3
actions [9]   37/2 40/9 45/3 64/3
64/9 71/6 78/16 86/14 89/13
actively [1]   54/14
actor [1]   38/19
acts [2]   9/24 9/25
actual [1]   17/21
actually [29]   6/17 9/12 10/4 11/6

**actually...** [25]   15/13 15/18
24/24 25/1 27/10 31/8 48/17 49/12
50/1 53/22 53/23 54/19 62/21 63/6
63/25 64/9 74/18 79/12 82/5 82/25
84/2 86/10 86/11 88/25 95/23
**acute** [1]   82/3
**add** [5]   14/25 15/15 31/12 32/20
37/15
**added** [1]   84/5
**addiction** [2]   64/18 80/13
**addition** [3]   34/15 59/14 90/3
**additional** [5]   4/7 5/2 5/8 57/17
91/1
**address** [7]   6/12 22/8 45/2 63/13
73/19 92/19 97/9
**addresses** [2]   49/9 60/23
**addressing** [1]   63/24
**adequate** [1]   34/13
**adequately** [2]   31/10 44/15
**adjourn** [1]   95/2
**adjournment** [2]   35/10 35/12
**adjustment** [4]   11/6 11/9 15/25
16/6
**admitting** [1]   10/21
**advantage** [1]   64/14
**adversely** [1]   28/16
**advertising** [1]   38/12
**advisory** [1]   89/24
**advocate** [1]   42/2
**advocated** [2]   21/16 38/4
**advocating** [2]   48/2 48/25
**affected** [5]   28/16 66/4 66/5
71/12 71/23
**affiliated** [1]   96/5
**afford** [3]   34/13 61/13 93/14
**afloat** [1]   60/4
**afraid** [4]   36/18 46/21 74/1 76/22
**after** [18]   21/13 23/5 36/13 37/18
40/22 40/23 42/21 45/10 55/7
58/23 69/24 74/11 75/24 79/10
91/11 91/21 92/15 97/8
**afternoon** [1]   3/21
**again** [17]   10/9 14/9 16/18 21/15
26/3 44/13 44/23 44/24 45/11 50/6
51/18 54/14 56/6 85/22 85/23
86/20 89/19
**against** [13]   37/11 45/25 47/9
51/1 51/19 51/21 51/24 52/5 60/11
69/9 74/3 74/10 76/23
**agencies** [1]   92/22
**agency** [1]   93/1
**aggravated** [22]   5/13 5/16 7/11
12/11 13/12 13/14 13/18 15/9
16/12 16/17 16/25 18/15 18/19
19/9 19/9 19/15 21/19 23/16 26/22
26/24 27/11 31/5
**aggravation** [1]   14/10
**aggravator** [1]   21/21
**aggregated** [1]   5/10
**ago** [3]   8/13 54/22 87/1
**agree** [13]   5/8 5/14 12/9 12/16
20/1 64/13 72/16 77/20 78/13
78/23 79/16 89/11 97/15
**agreed** [6]   9/18 11/5 15/10 25/16
25/20 49/3
**agreement** [17]   4/18 5/7 6/2 9/14
9/17 10/21 14/3 24/18 25/3 25/11
25/19 25/22 26/1 26/14 26/17
26/18 82/4
**agreements** [1]   49/1
**agrees** [3]   8/19 9/19 70/25
**ahead** [3]   17/17 24/16 80/20
**aid** [1]   86/11
**alarms** [1]   85/4
**Alaska** [1]   71/16
**alcohol** [2]   64/17 64/19
**alcoholism** [1]   94/14
**all** [98]   2/11 2/16 3/24 4/21 5/2
5/8 5/14 5/18 5/23 6/1 6/24 9/18
9/22 9/22 11/2 12/4 13/25 14/22

15/13 20/23 24/10 24/20 24/21
31/17 31/21 32/12 33/19 33/24
35/4 35/13 36/15 36/22 37/12
38/23 41/2 41/2 41/4 46/19 50/9
50/12 50/20 51/7 53/16 53/18
53/19 53/21 55/7 55/8 55/12 55/25
56/1 56/14 56/23 58/3 58/7 58/8
58/9 58/9 58/9 58/19 58/25 60/1
60/2 62/3 62/3 62/14 63/4 63/11
69/7 76/11 79/2 80/11 80/17 80/18
80/23 82/24 83/14 84/5 85/3 85/7
86/15 87/22 88/14 90/7 92/22 94/9
95/2 96/22 97/1 97/19 97/20 97/20
**allow** [3]   56/8 65/7 87/16
**allowed** [9]   37/15 49/10 66/6 66/8
66/10 77/5 77/12 79/8 79/16
**alluding** [1]   8/13
**almost** [4]   54/25 59/9 61/22 78/17
**along** [2]   45/5 96/20
**alongside** [1]   37/4
**already** [10]   7/3 13/17 14/6 25/16
37/19 57/19 66/13 79/19 95/23
96/21
**also** [43]   2/14 8/19 22/6 26/2
28/25 30/9 31/3 31/4 31/24 32/10
34/13 35/19 36/2 37/14 38/11
43/12 43/17 44/15 48/14 49/3 51/5
52/14 56/21 58/2 60/8 68/8 73/8
74/1 78/24 81/16 82/12 87/1 87/2
87/5 87/13 87/19 87/25 88/11
88/12 89/16 89/16 93/6 93/9
**alternate** [1]   17/21
**alternative** [1]   49/10
**although** [6]   2/19 8/23 29/8 41/15
48/15 53/6
**always** [6]   35/24 64/10 70/11
71/18 74/8 80/13
**am** [68]   4/8 4/18 4/19 4/23 5/25
7/16 7/22 14/6 15/21 17/5 17/8
17/15 21/2 26/23 29/25 30/4 32/12
33/8 35/8 35/9 39/8 40/11 42/1
42/12 48/15 48/15 49/10 49/17
50/19 50/19 51/2 52/9 52/12 52/20
54/14 54/15 61/1 64/3 64/3 65/4
65/4 65/18 66/6 66/16 67/12 68/6
69/20 71/5 71/20 71/21 73/14 74/2
74/2 74/3 75/7 75/8 77/25 78/10
78/24 87/13 87/20 89/3 89/18 91/3
92/25 95/17 95/19
**ambiguity** [1]   30/25
**Amendment** [1]   37/11
**AMERICA** [3]   1/3 2/3 53/14
**American** [6]   41/1 42/24 53/13
53/16 53/18 53/21
**Americans** [2]   65/16 84/21
**among** [1]   34/19
**amongst** [2]   37/20 56/3
**amount** [4]   48/16 49/1 49/2 96/6
**analysis** [3]   42/1 80/5 84/4
**analyzes** [1]   53/2
**angry** [1]   76/18
**animal** [1]   46/8
**ankle** [1]   78/20
**annals** [1]   65/19
**another** [23]   8/16 14/18 14/19
17/20 17/24 18/3 18/23 19/13
19/14 25/14 25/15 25/18 27/4 27/9
27/17 28/1 29/5 44/10 46/16 58/17
61/7 76/5 90/12
**answered** [1]   95/18
**anticipate** [2]   96/12 96/16
**anticipatorily** [1]   23/15
**antifa** [1]   73/8
**antiwar** [1]   53/20
**anxious** [1]   5/25
**any** [65]   5/2 6/21 6/21 6/25 6/25
10/23 10/24 14/10 20/21 20/23
23/3 24/11 27/22 27/25 28/15
28/17 28/19 28/19 29/17 29/19
31/13 37/15 43/2 47/23 50/21
50/22 50/24 51/1 51/2 51/3 53/1

53/2 57/12 58/15 60/11 76/3 77/17
80/7 80/9 82/8 84/15 85/17 86/2
86/12 87/2 87/3 87/6 87/14 90/14
90/20 90/22 90/24 91/11 92/19
92/20 93/12 93/18 94/5 94/6 94/11
94/12 94/24 96/7 97/11 97/15
**anybody** [3]   62/8 68/21 73/23
**anyone** [9]   6/13 24/21 31/20 33/17
56/2 56/2 60/24 62/11 96/8
**anything** [27]   5/20 7/7 7/18 11/2
12/4 15/1 15/15 24/10 27/20 31/19
31/19 32/18 32/19 35/11 48/12
48/17 49/18 50/10 57/6 57/12
65/14 67/10 71/5 83/12 94/21 95/2
96/19
**anyway** [2]   52/9 88/16
**anywhere** [1]   89/13
**apart** [1]   36/19
**apologetic** [3]   50/17 52/11 81/5
**apologies** [2]   3/23 24/15
**apologize** [8]   63/19 63/20 78/25
79/1 79/2 80/8 80/9 80/11
**apologized** [1]   51/6
**apparent** [1]   65/25
**apparently** [1]   30/11
**appeal** [7]   93/4 93/7 93/12 93/14
93/15 93/16 93/16
**Appeals** [1]   93/5
**appear** [2]   63/7 86/5
**appearance** [2]   3/14 3/17
**APPEARANCES** [1]   1/11
**applicable** [2]   12/17 55/7
**application** [9]   7/10 12/3 13/5
15/23 16/4 16/10 16/12 17/12 25/7
**applied** [3]   15/4 22/1 88/7
**applies** [8]   6/10 11/24 26/23 29/5
29/8 29/21 31/6 31/7
**apply** [17]   8/15 12/10 12/25 13/4
13/10 13/20 15/25 16/5 20/19
22/19 25/16 26/24 27/21 30/20
31/8 32/17 93/16
**applying** [1]   31/2
**appointed** [1]   93/17
**appointment** [1]   93/17
**appreciate** [4]   38/24 39/4 51/6
87/11
**approach** [5]   2/4 43/14 72/21
72/23 73/15
**approached** [1]   73/10
**approaching** [2]   47/12 73/2
**appropriate** [6]   30/23 31/4 43/17
47/25 89/20 92/22
**approval** [1]   91/2
**approved** [1]   92/23
**Architect** [2]   92/7 96/5
**are** [119]
**area** [1]   37/10
**aren't** [1]   57/17
**arguably** [1]   82/25
**argue** [6]   5/16 19/23 30/6 45/21
96/13 96/17
**argued** [2]   20/12 45/22
**arguing** [5]   20/9 22/15 26/10
48/12 82/6
**argument** [12]   11/7 11/8 20/3 20/5
23/12 27/23 30/1 30/5 37/15 45/20
48/11 49/14
**arguments** [9]   26/12 26/14 26/15
33/1 33/4 37/16 45/12 47/22 56/19
**around** [10]   55/11 64/23 65/16
65/23 69/2 69/6 70/11 73/1 73/14
85/20
**arrangements** [1]   64/19
**arrest** [5]   60/21 69/21 81/17 82/1
83/7
**arrived** [1]   72/13
**arrogance** [1]   67/5
**arrogant** [1]   70/10
**as** [117]
**aside** [4]   30/11 85/7 85/8 97/19
**ask** [12]   4/15 12/23 15/13 38/15
59/4 62/2 73/12 81/22 81/23 83/6

**A**

ask... [2]   86/12 9/7
asked [3]   22/24 35/6 38/14
asking [3]   3/4 7/17 48/5
assailants [1]   36/19
assault [36]   5/13 8/15 13/12
  13/14 13/18 16/13 16/17 16/25
  18/19 18/22 19/6 19/9 19/10 19/10
  19/15 20/9 21/9 22/2 22/4 26/23
  26/24 27/11 27/14 31/5 38/1 38/11
  39/15 40/12 40/21 41/5 41/5 43/15
  46/9 85/13 85/15 86/16
assaulted [6]   19/4 36/3 40/24
  47/1 75/19 97/12
assaulting [5]   2/20 5/11 11/23
  36/5 37/7
asserts [1]   8/19
assessed [2]   9/2 83/14
assessment [4]   32/10 39/22 88/19
  90/4
assistance [1]   7/21
assisted [1]   20/4
assuming [1]   94/3
astounding [2]   47/14 51/25
Astoundingly [1]   51/23
attack [1]   86/17
attackers [1]   36/20
attacking [3]   84/22 84/22 84/22
attempt [3]   5/12 19/13 29/4
attempted [4]   28/6 36/6 38/5
  38/11
attempting [4]   19/12 27/16 35/18
  40/18
attempts [1]   67/17
attended [1]   65/1
attorney [4]   20/4 20/8 45/20
  45/22
ATTORNEY'S [3]   1/13 48/20 90/25
attorneys [1]   4/19
atypical [2]   21/10 22/6
Augers [1]   57/2
augmented [1]   44/22
authenticity [1]   3/7
authority [4]   44/11 50/7 95/20
  95/22
authorize [1]   90/23
authorizing [1]   90/21
automatic [1]   12/2
automatically [1]   11/24
available [1]   34/21 88/5
Avenue [2]   1/24 92/18
avoid [4]   34/19 49/7 49/7 53/11
award [3]   32/12 47/24 49/11
awarded [1]   57/20
aware [8]   20/22 24/19 24/22 25/5
  48/15 51/17 52/2 52/21
away [12]   26/14 26/15 28/9 36/6
  41/3 59/13 61/6 62/20 73/4 75/4
  86/2 86/4

**B**

back [25]   3/24 26/2 36/11 36/20
  53/19 53/23 54/5 57/24 60/2 61/13
  62/12 65/23 71/14 73/5 74/18 75/2
  75/2 75/9 75/10 75/11 75/17 76/10
  77/15 80/21 85/22
backpacks [1]   75/21
bad [2]   61/25 80/7
badly [1]   87/24
Baker [2]   3/21 15/14
bakes [1]   13/17
balloting [2]   52/21 52/24
bankrupt [1]   66/14
Bankruptcy [1]   1/23
bar [1]   41/6
Barely [1]   63/17
barking [1]   57/4
barrier [1]   38/1
base [7]   8/8 8/17 12/12 13/8
  13/16 29/6 77/24
baseball [1]   76/7

based [12]   4/11 16/15 17/2 17/2
  79/20 84/2
bases [1]   81/3
basic [1]   90/10
basically [4]   15/3 15/6 16/9
  66/13
basis [2]   15/8 35/4
bat [1]   76/7
baton [28]   28/8 29/18 36/6 37/8
  37/16 37/22 37/25 40/14 40/15
  46/6 46/12 51/16 51/18 51/19
  51/21 56/22 56/23 75/22 76/2 76/3
  76/4 76/7 76/13 76/16 77/11 85/21
  86/1 86/4
batons [2]   73/14 76/22
be [99]
bearing [1]   97/15
became [2]   55/11 65/25
because [53]   3/8 6/1 7/6 8/10
  8/15 8/20 11/22 11/24 13/16 15/10
  21/13 22/1 23/4 31/9 32/6 35/23
  40/2 41/6 42/4 42/21 43/17 43/18
  46/21 48/12 49/1 50/6 51/25 56/12
  57/11 60/21 61/5 62/3 62/23 65/3
  67/4 67/6 68/9 69/13 69/15 72/17
  74/12 76/20 77/18 78/7 78/21 80/2
  84/8 84/8 84/14 87/24 89/5 96/3
  96/10
become [1]   94/1
been [80]   5/10 5/15 5/17 20/3
  23/10 26/4 27/24 28/20 29/18
  33/11 34/20 38/13 38/14 41/16
  41/20 41/21 53/13 53/15 53/21
  55/20 56/1 56/4 56/14 57/9 58/9
  59/6 59/8 59/10 60/4 60/6 60/9
  60/19 61/22 62/4 62/16 64/7 64/11
  64/24 65/2 67/17 67/23 68/5 68/20
  68/21 69/5 69/15 70/7 71/13 72/6
  72/8 72/9 72/10 72/15 73/25 74/2
  74/9 76/8 78/15 78/16 79/13 79/19
  79/20 80/13 81/2 83/5 83/22 83/23
  83/24 84/3 84/5 84/6 84/14 85/5
  85/18 85/19 86/20 86/24 89/6
  93/18 96/21
before [27]   1/9 6/4 15/13 15/15
  21/19 21/25 35/10 36/22 41/25
  44/18 44/25 49/25 51/10 54/12
  58/5 62/19 72/12 76/1 84/16 84/17
  84/21 86/5 86/6 87/15 88/15 94/18
  95/2
began [2]   40/15 64/22
begin [2]   72/13 93/23
beginning [6]   9/21 35/6 40/21
  45/24 64/7 78/2
beginnings [1]   55/16
behalf [3]   2/13 3/1 3/22
behaved [1]   87/24
behaving [5]   20/10 45/22 56/18
  56/22 77/23
behavior [6]   43/24 47/13 64/15
  65/10 75/15 77/24
behind [2]   75/20 79/25
being [20]   31/12 38/24 39/5 41/1
  49/14 50/2 52/5 59/14 60/23 63/20
  66/2 69/7 75/18 76/21 78/20 79/10
  79/16 82/17 82/21 88/13
belabor [1]   40/11
believe [21]   4/13 7/15 9/12 10/8
  11/22 29/17 29/20 32/14 48/21
  49/25 52/6 53/6 64/9 66/19 66/20
  66/22 70/12 73/8 77/24 94/7 94/20
believed [10]   65/17 66/2 69/3
  69/13 72/8 72/17 75/18 79/12
  79/16 79/19
below [2]   84/12 84/13
bench [2]   2/18 43/15
benefit [3]   25/10 30/18 45/16
Berman [1]   21/25
beside [1]   53/25
best [4]   4/25 61/25 79/17 80/10
better [3]   30/19 31/1 33/13

between [14]   9/8 9/8 17/11 31/18
  32/4 32/8 57/23 63/18
  72/22 73/19 74/24 88/6
beyond [5]   7/2 30/10 33/16 41/7
  43/1
Biden [2]   53/6 66/19
big [3]   55/19 55/24 72/6
bigger [1]   33/7
biggest [3]   59/23 61/8 69/17
bills [1]   59/24
bit [4]   20/7 23/19 68/7 69/23
blame [3]   43/15 45/24 46/17 71/24
blamed [1]   20/8
blaming [1]   89/11
blaring [1]   85/4
blatant [1]   74/12
blind [1]   36/15
blossoming [2]   55/21 55/22
blow [1]   36/13
blows [1]   76/23
bodily [5]   19/11 19/12 27/14
  27/15 27/24
body [3]   73/5 74/22 76/4
both [7]   10/11 17/25 18/4 38/3
  41/20 48/2 83/18
bottom [3]   5/25 12/8 18/11
bound [3]   25/19 26/16 26/17
Brady [2]   4/11 61/13 73/16
brash [1]   70/10
breadwinner [1]   69/14
break [2]   80/20 85/22
breaking [1]   43/21
briefly [2]   22/21 80/1
briefs [1]   96/15
bring [1]   8/6
brings [1]   41/24
broke [3]   58/12 58/15 78/1
brought [1]   43/16
buck [2]   33/14 89/10
building [11]   40/19 46/19 49/15
  49/16 79/6 79/12 79/14 79/15
  79/23 79/24 96/11
built [2]   55/15 55/16
bullets [1]   78/4
Bulling [1]   92/8
burden [2]   33/20 60/7
Bureau [1]   90/1
buried [1]   60/6
business [10]   59/9 60/16 60/19
  66/5 66/9 67/8 71/13 87/5 87/8
  87/9
businessman [1]   67/8
bystanders [1]   43/25

**C**

calculate [1]   88/15
calculated [2]   48/24 88/6
calculation [7]   3/10 4/22 5/1 8/7
  9/10 11/3 48/20
call [2]   5/13 44/19
called [2]   5/10 61/13
Calling [1]   2/2
calmness [1]   73/18
cam [3]   73/5 74/23 76/4
came [10]   10/13 12/6 19/23 20/6
  24/18 25/11 44/18 63/6 85/2 85/16
camera [1]   37/4
campaign [2]   38/12 97/6
can [35]   4/15 4/16 5/4 6/7 7/23
  13/2 16/2 16/18 17/13 18/20 24/4
  27/18 42/5 47/24 49/23 52/3 55/1
  59/10 63/16 67/23 75/5 75/12
  75/15 76/7 76/11 77/10 83/3 85/8
  86/5 94/18 94/19 95/9 95/10 96/12
  96/13
can't [12]   5/16 22/18 48/13 59/9
  61/12 61/12 61/13 62/13 73/4
  77/15 78/14 88/4
candidates [1]   97/5
cannot [5]   15/8 44/13 56/6 58/15
  91/21
capable [1]   61/3

**Capitol [35]** 19/5 29/1 35/17
36/23 37/10 40/13 40/19 40/22
40/24 44/17 46/1 46/1 46/16 46/18
48/16 50/20 67/15 67/18 72/1 72/4
72/22 72/23 72/23 78/11 79/6
79/12 84/22 84/22 84/25 85/3
86/18 88/13 92/7 96/5 96/10
**captured [1]** 44/15
**captures [1]** 31/11
**care [1]** 60/14
**career [12]** 55/14 55/17 55/20
55/25 56/3 56/4 56/11 71/12 71/16
78/18 87/4 89/19
**careful [1]** 84/18
**cares [3]** 61/22 61/23 61/23
**Carolina [2]** 1/12 2/7
**case [43]** 2/2 3/9 6/10 7/21 10/11
10/22 11/11 12/17 21/2 21/24
21/25 26/5 26/18 27/21 28/19
30/22 31/15 40/11 42/2 42/9 42/10
44/8 48/18 49/6 49/25 50/8 50/8
51/9 51/14 55/20 55/21 56/10 58/4
68/24 71/1 78/23 81/3 81/8 82/18
83/15 92/12 97/11 97/15
**cases [14]** 11/8 15/4 15/8 20/21
22/25 23/6 25/7 48/16 54/8 54/8
58/2 70/6 84/13 93/23
**category [2]** 9/5 9/6
**caught [1]** 43/24
**causation [1]** 49/13
**cause [4]** 19/11 27/14 77/19 79/2
**caused [3]** 27/24 48/16 96/14
**center [2]** 72/7 89/21
**centered [1]** 70/11
**certain [4]** 2/21 41/11 66/21 93/8
**certainly [10]** 18/24 23/9 23/19
24/4 28/9 28/21 33/5 42/3 51/6
54/7
**certification [8]** 28/24 40/6 41/9
43/1 68/23 79/13 79/19 84/24
**certify [2]** 66/25 98/3
**cetera [2]** 5/12 11/19
**chain [1]** 62/8
**challenge [2]** 53/6 93/9
**chamber [2]** 41/3 88/14
**chambers [2]** 30/13 94/22
**chance [4]** 25/8 45/12 45/13 68/19
**change [4]** 38/6 64/22 78/14 92/19
**Chansley [1]** 80/1
**chaos [1]** 11/16
**chapter [1]** 16/8
**character [1]** 86/19
**characteristics [2]** 17/3 83/19
**charge [12]** 5/9 5/11 5/17 14/21
15/2 16/16 21/14 37/5 37/6 45/19
67/13 77/18
**charged [1]** 14/20
**charges [2]** 24/7 91/1
**check [2]** 64/20 97/8
**chemical [1]** 78/4
**chest [4]** 36/9 36/10 36/13 40/17
**Chief [1]** 92/7
**choice [1]** 80/15
**choices [1]** 80/7
**choose [2]** 47/11 67/8
**chose [1]** 65/13
**chosen [1]** 71/15
**Circuit [2]** 93/5 93/7
**circumstances [9]** 31/4 33/15
34/17 76/9 84/15 86/4 88/4 88/10
93/8
**citizen [1]** 54/25
**citizens [1]** 79/1
**citizenship [1]** 70/6
**city [2]** 58/3 79/1
**civil [12]** 8/18 18/17 19/3 19/7
28/13 28/15 28/22 37/12 53/20
58/2 58/4 84/21
**claiming [1]** 58/5
**claims [2]** 7/15 10/12

**clarification [1]** 72/2
**class [2]** 17/11 17/14 18/3 24/24
32/20 32/23 33/2
**class [1]** 32/2
**clean [2]** 55/8 64/24
**clear [6]** 28/2 30/11 36/16 36/24
50/6 85/11
**clearly [5]** 9/15 11/17 11/17 14/9
81/3
**clerk [4]** 92/5 92/17 92/20 94/23
**clients [3]** 66/9 66/12 74/5
**close [5]** 5/4 20/7 57/12 75/25
94/7
**closer [2]** 7/24 29/23
**closing [6]** 20/3 30/1 30/4 58/18
58/24 78/15
**clue [1]** 72/15
**coalescing [1]** 58/7
**codefendant [2]** 4/10 82/19
**codefendants [1]** 82/15
**cognizant [1]** 87/13
**coincidence [1]** 19/14
**collateral [1]** 89/17
**colleagues [5]** 10/24 36/5 36/19
84/10 84/17
**collected [1]** 66/12
**collection [1]** 90/18
**college [5]** 41/8 42/25 59/19
59/21 59/25
**Colorado [4]** 70/19 78/1 94/8 94/9
**colors [1]** 47/15
**COLUMBIA [2]** 1/1 92/6
**come [16]** 19/22 20/21 21/18 25/17
52/23 58/22 64/8 71/10 74/25 79/1
80/20 84/25 86/10 86/11 89/4
89/21
**comes [3]** 19/8 66/16 71/20
**comfortable [1]** 91/8
**coming [5]** 10/21 29/18 72/21
79/10 97/4
**commence [1]** 92/15
**commensurate [2]** 47/25 48/6
**comments [1]** 37/18
**commerce [2]** 28/16 28/20
**commissary [1]** 93/24
**commission [2]** 12/1 19/2
**commit [13]** 8/16 11/10 14/17 18/3
18/23 19/13 19/14 27/3 27/16 28/1
28/6 29/5 90/12
**committed [7]** 8/16 11/17 18/22
28/5 29/3 84/7 89/25
**committee [2]** 51/11 75/17
**committing [1]** 11/17 54/10
**community [3]** 44/1 44/24 47/8
**commute [1]** 97/6
**companies [1]** 58/1
**comparators [3]** 41/24 42/1 42/2
**compare [1]** 67/23
**comparing [1]** 68/1
**compensation [1]** 58/6
**complete [3]** 7/6 43/25 44/11
**completely [3]** 19/18 81/9 85/19
**completion [1]** 93/3
**comply [1]** 34/9
**computation [1]** 12/12
**concept [1]** 12/11
**concern [4]** 33/7 44/1 45/1 91/8
**concerned [1]** 49/17
**concerns [1]** 19/20
**concerts [1]** 67/24
**conclude [5]** 13/14 28/13 29/7
29/12 92/10
**concluded [1]** 97/21
**concludes [1]** 89/20
**concluding [1]** 31/3
**conclusion [2]** 27/1 31/14
**concur [1]** 91/19
**conditions [5]** 70/15 90/7 90/7
90/11 95/8
**conduct [23]** 18/20 18/25 20/13
24/5 28/17 34/14 34/20 39/25
41/12 42/22 43/7 43/8 43/12 44/6

45/13 45/18 47/6 49/16 66/9 83/1
88/2 88/22 89/17
**confinement [2]** 88/24 89/7
**conformed [1]** 68/7
**confront [1]** 73/16
**confusing [1]** 79/5
**congress [9]** 6/15 34/6 40/19
42/25 57/19 57/22 57/23 57/25
65/19
**Congress's [2]** 28/24 66/3
**conscious [1]** 75/23
**consequences [4]** 47/17 64/10
87/12 89/17
**consider [12]** 5/3 5/21 10/6 24/4
30/21 31/2 33/13 34/6 34/17 44/4
44/20 47/25
**consideration [5]** 30/22 41/14
83/18 89/15 89/23
**considered [1]** 89/17
**considering [1]** 10/5
**consistent [2]** 45/7 57/1
**conspiracies [1]** 37/20
**constitutes [1]** 98/4
**constitution [6]** 1/24 52/22 52/25
65/17 65/24 92/18
**constitutionalist [1]** 65/18
**constitutionally [1]** 52/18
**constitutions [1]** 66/21
**construe [1]** 27/18
**contact [13]** 8/11 12/13 14/17
17/25 18/1 22/4 27/3 27/8 27/12
39/10 39/16 51/19 51/20
**contends [3]** 8/9 8/14 8/18
**content [1]** 67/17
**contest [1]** 82/10
**context [5]** 30/22 37/15 40/17
85/8 85/13
**Continental [1]** 65/20
**continuance [1]** 4/11
**continue [1]** 80/14
**continued [3]** 30/8 30/12 30/14
**continues [2]** 38/10 69/16
**contradict [2]** 7/15 51/12
**contradicts [3]** 51/9 51/15 51/22
**contrast [1]** 47/5
**contributed [1]** 49/16
**contributing [2]** 96/8 96/9
**contrition [1]** 47/5
**control [8]** 29/15 33/6 33/16 36/7
40/15 46/4 46/6 73/18
**controlled [3]** 74/21 90/13 90/14
**convention [1]** 65/20
**convicted [14]** 11/18 17/25 22/2
22/3 37/5 44/2 44/7 46/10 55/4
55/11 55/20 56/5 70/3 82/20
**conviction [8]** 9/3 14/11 41/21
43/6 56/9 82/18 93/4 93/9
**convictions [10]** 8/24 8/25 40/8
42/6 43/2 43/22 44/3 54/23 55/3
82/22
**convinced [5]** 26/23 31/7 61/5
82/7 89/1
**Cooper [2]** 50/4 50/7
**cooperate [1]** 90/18
**copying [3]** 3/6 94/22 94/23
**core [1]** 59/13
**corner [1]** 41/5
**correct [16]** 10/17 13/16 18/7
24/3 24/6 26/9 26/14 29/8 32/16
32/17 33/25 34/1 48/13 94/3 94/4
98/4
**correctly [1]** 83/21
**corrupt [3]** 40/6 41/8 43/9
**cost [2]** 93/14 93/16
**costs [1]** 46/19
**could [24]** 4/3 10/10 11/15 14/25
24/25 25/17 26/3 34/25 37/23
51/17 51/23 52/1 52/7 55/25 57/2
57/6 62/12 68/5 73/18 73/25 76/24
81/4 94/12 95/22
**counsel [7]** 2/4 2/6 6/12 6/12

**counsel...** [3]  35/21 36/9 93/17
**count** [14]  2/19 2/20 3/9 5/9 5/11
8/8 14/20 21/20 27/5 31/25 82/11
82/12 90/2 90/3
**countries** [3]  55/24 56/9 56/10
**country** [11]  37/21 56/9 61/23
65/16 65/22 65/23 66/10 67/5 67/7
69/3 84/20
**country's** [1]  84/19
**counts** [6]  2/19 9/16 41/20 43/6
44/2 95/13
**county** [1]  63/6
**couple** [5]  9/11 24/12 24/17 50/13
91/11
**course** [6]  9/16 25/3 30/19 34/4
40/17 52/20
**court** [62]  1/1 1/22 1/23 3/2 4/23
5/21 6/12 6/19 10/6 10/14 12/9
13/4 14/3 15/6 23/20 24/4 24/8
30/7 31/24 32/1 33/10 34/16 34/24
34/24 35/24 35/25 37/14 38/3 38/9
38/15 39/19 41/10 43/8 44/11
44/18 44/20 45/4 45/21 46/3 46/10
47/5 49/23 63/13 70/1 70/6 84/9
89/20 89/25 90/17 91/21 92/5 92/6
92/17 92/17 92/20 92/25 93/5
93/15 93/17 97/11 98/3 98/13
**Court's** [3]  14/25 23/5 70/9
**court-appointed** [1]  93/17
**courtroom** [2]  2/14 3/5
**Courts** [1]  1/23
**covered** [1]  71/4
**COVID** [1]  66/1 66/15
**created** [2]  71/25 74/18
**credit** [11]  9/13 10/2 20/23 30/23
78/20 81/23 81/25 88/22 89/8 91/1
91/2
**credited** [1]  81/25
**crime** [12]  11/10 11/17 15/3 15/7
17/18 17/22 31/11 34/14 54/13
77/20 86/25 90/12
**criminal** [22]  1/3 1/14 9/2 9/4
9/4 9/5 34/14 40/6 40/7 43/18
43/19 44/18 47/4 49/2 54/18 54/21
54/22 55/1 55/22 55/12 64/12 86/22
**criminality** [1]  44/7
**cross** [5]  8/15 8/22 8/23 12/10
12/11
**cross-reference** [2]  12/10 12/11
**crowd** [12]  11/16 29/14 29/18
29/18 36/12 37/20 38/12 67/16
67/22 67/25 68/9 78/4
**Cua** [1]  21/4
**curious** [1]  21/3
**current** [1]  43/2
**currently** [3]  50/3 59/18 95/9
**custody** [1]  90/1

**D**

**D.C** [2]  93/5 93/7
**damage** [6]  32/18 48/12 48/16
49/16 96/10 96/14
**damages** [2]  48/20 58/8
**danger** [2]  37/17 45/14
**dangerous** [4]  19/10 27/13 43/25
88/1
**Daniel** [3]  2/9 82/19 82/19
**data** [2]  96/20 96/22
**date** [3]  25/3 50/5 97/7
**Dated** [1]  98/10
**daughter** [7]  59/17 59/25 60/9
62/6 69/18 87/5 87/21
**daughter's** [1]  59/23
**day** [63]  10/17 10/18 10/19 21/13
28/23 29/1 29/13 29/15 30/16 33/9
36/4 36/18 37/22 37/23 38/5 47/6
48/17 49/15 49/16 50/3 51/15
54/11 56/17 57/9 62/1 62/5 62/9
62/12 64/2 64/4 64/5 64/21 65/14
67/11 67/14 68/5 69/11 71/5 71/10

71/21 72/9 74/3 76/3 78/16 79/6
79/24 83/7 84/11 84/12 84/13
84/6 84/15 84/19 84/25 85/18 86/9
86/14 87/24 88/3 92/2 96/9 98/10
**days** [13]  45/10 49/24 50/5 90/15
91/3 91/7 91/15 91/16 91/21 92/15
92/19 93/12 93/13
**DC** [13]  1/5 1/15 1/25 54/9 58/3
60/2 61/11 65/14 66/25 69/2 72/10
92/9 92/18
**deadline** [1]  91/11
**deadlines** [1]  91/10
**deadly** [2]  52/5 85/21
**deal** [2]  29/14 64/10
**dealing** [3]  24/21 53/17 61/20
**dealt** [1]  65/5
**death** [1]  60/10
**decades** [2]  43/20 54/22
**December** [2]  38/13 92/1
**decide** [3]  17/3 18/14 94/19
**decision** [14]  4/7 4/25 15/1 23/5
25/2 47/14 49/24 67/16 73/15
73/17 74/15 75/23 91/12 92/3
**decisions** [5]  61/25 62/5 62/12
67/15 79/5
**declaration** [2]  48/17 96/4
**deduction** [2]  22/9 45/17
**deep** [1]  52/1
**deeply** [3]  77/14 86/8 86/14
**defendant** [17]  1/7 1/16 2/13 9/24
9/25 14/16 14/16 21/13 23/11 27/2
28/5 34/15 40/13 40/16 41/7 44/4
92/10
**defendant's** [7]  28/11 39/25 43/18
43/20 45/2 50/1 93/2
**defendants** [6]  34/19 40/3 44/17
44/20 47/4 49/2
**defense** [11]  6/25 23/13 30/7
32/14 36/3 36/9 48/11 88/8 88/20
91/20 92/1
**defenses** [5]  9/21 9/23 10/11
10/12 26/7
**defensish** [1]  26/11
**defensive** [2]  37/15 38/1
**defined** [1]  65/9
**defines** [1]  19/9
**defining** [1]  65/7
**definition** [3]  19/8 19/15 27/10
**Definitions** [1]  29/4
**deflected** [1]  45/8
**degree** [3]  28/15 31/14 54/12
**delay** [2]  10/15 35/7
**delayed** [2]  28/16 28/23
**deliberate** [1]  86/17
**deliberately** [2]  12/2 24/24
**demanded** [1]  26/4
**democracy** [2]  38/21 42/24
**democratic** [2]  38/9 85/14
**demonstrated** [1]  44/13
**demonstrates** [2]  37/1 43/25
**demonstrators** [2]  51/19 56/21
**denied** [1]  69/10
**denier** [3]  52/15 53/7 66/17
**Denver** [2]  77/25 78/6
**deny** [1]  67/12
**depart** [1]  88/9
**department** [2]  78/6 78/6
**departments** [1]  50/23
**departure** [3]  33/25 34/3 42/20
**deputy** [2]  3/6 94/23
**descended** [1]  35/17
**described** [2]  15/7 30/6
**describes** [2]  46/5 46/8
**describing** [1]  46/7
**deserved** [1]  74/8
**design** [1]  65/21
**desire** [1]  72/23
**desk** [1]  48/3
**destroyed** [6]  56/1 56/4 56/11
59/10 71/13 87/7
**destruction** [1]  79/2
**detail** [1]  51/2

**detention** [1]  89/7
**determinate** [1]  89/6
**determine** [4]  6/6 6/9 12/9 79/21
**determined** [3]  13/12 78/8 90/17
**determining** [1]  42/22
**deterrence** [2]  34/13 43/13
**devastating** [1]  56/5
**developed** [1]  55/19
**developing** [2]  4/12 56/14
**development** [1]  7/14
**DH** [2]  14/17 27/3
**diaries** [1]  65/21
**did** [55]  9/16 9/24 9/25 10/1
10/10 10/14 10/20 19/22 20/12
20/13 21/4 21/7 21/12 23/13 25/1
29/21 37/22 38/25 39/12 44/6 45/9
46/23 47/3 50/24 51/3 51/16 54/21
54/21 55/2 62/10 62/25 64/10
64/15 64/20 66/14 67/6 67/8 68/19
70/8 71/10 71/17 72/3 72/3 73/1
74/1 74/17 78/14 80/6 82/9 82/10
84/4 84/21 86/9 88/16 89/11
**didn't** [41]  3/14 3/17 21/7 21/7
22/15 25/14 39/2 45/6 45/12 45/12
48/12 57/10 57/14 58/14 61/10
63/7 65/7 67/3 67/16 68/7 69/12
69/21 72/17 72/24 73/4 74/13
74/20 75/2 76/2 76/15 76/16 76/18
77/2 77/23 79/1 79/7 79/14 81/17
84/25 85/10 88/15
**differences** [1]  43/5
**different** [11]  17/1 17/19 19/18
21/2 21/6 27/25 31/14 31/15 44/5
62/12 66/7
**differently** [5]  20/10 45/22 56/18
56/23 88/8
**difficult** [1]  29/12
**dig** [1]  58/10
**diminished** [1]  59/15
**dimmed** [1]  59/14
**direct** [2]  70/8 91/17
**directed** [2]  90/19 97/13
**disabilities** [2]  55/12 55/13
**disagree** [2]  65/11 69/23
**disagreement** [1]  6/3
**disagreements** [1]  6/4
**disappear** [1]  41/9
**disaster** [1]  38/9
**disastrous** [1]  73/25
**disbursement** [1]  92/16
**discretionary** [1]  90/7
**discuss** [1]  8/2
**discussed** [1]  81/2
**discussing** [2]  25/4 74/25
**discussion** [3]  7/10 74/23 82/13
**disenfranchisement** [1]  87/10
**dismiss** [2]  25/17 95/13
**dismissal** [1]  42/21
**dismissed** [6]  2/20 5/10 5/17
18/20 24/5 42/19
**disorder** [7]  8/18 18/17 19/3 19/7
28/13 28/15 28/22
**disparities** [3]  34/19 53/10 53/11
**disparity** [2]  49/3 49/7
**dispositive** [1]  96/25
**dispute** [2]  82/25 85/2
**disputed** [1]  45/18
**disruption** [1]  15/5
**distance** [1]  63/17
**distinction** [2]  17/11 57/23
**distinguishes** [1]  44/16
**distracting** [1]  49/14
**district** [8]  1/1 1/1 1/10 1/23
92/6 92/6 92/17 92/24
**divisive** [1]  67/5
**DNA** [1]  90/18
**do** [83]  4/9 4/20 4/21 5/6 5/18
7/4 7/24 10/23 11/4 11/13 11/20
11/21 13/10 14/12 15/13 15/25
16/5 18/14 20/20 20/23 21/7 21/14
21/18 22/8 22/18 23/24 26/23
27/17 29/5 30/8 30/17 30/20 32/7

## D

do... **[50]**  34/5 35/8 35/8 39/3
41/2 41/13 42/5 44/23 46/20 46/23
47/11 49/12 50/16 51/7 52/10
57/10 58/17 58/21 60/24 64/5
64/11 64/11 65/13 65/13 66/20
67/18 69/12 69/13 69/16 74/4
74/17 76/19 77/1 77/1 77/13 77/18
78/17 78/19 79/4 79/17 81/1 82/4
82/7 83/3 85/7 92/4 92/13 94/7
94/12 96/3
**document [2]**  18/18 23/19
**documents [2]**  23/10 23/15
**does [18]**  6/21 6/24 8/6 12/10
15/3 18/18 19/21 20/19 26/24 27/2
29/9 32/17 40/5 41/9 47/16 53/5
56/22 95/19
**doesn't [6]**  24/8 25/16 27/11 30/5
91/14 92/10
**doing [22]**  7/6 29/13 33/6 41/1
57/6 61/6 65/14 68/9 69/4 71/5
72/20 73/21 73/22 75/20 76/8
76/13 79/17 80/10 84/23 85/12
86/13 87/24
**dollar [2]**  49/12 49/20
**dollars [3]**  57/20 66/12 78/7
**don't [78]**  3/12 5/5 7/18 11/1
11/6 11/13 21/14 21/22 21/25 23/3
26/24 27/18 27/22 27/24 28/18
29/16 29/19 31/9 31/12 35/12
38/17 39/14 43/9 47/25 48/17
49/10 49/18 49/22 51/9 51/11 52/6
53/6 53/6 54/3 56/1 57/10 61/3
61/9 63/3 63/5 63/5 65/8 66/17
66/23 67/2 67/22 68/11 68/17 71/2
71/6 71/24 75/23 76/13 77/4 77/5
77/14 78/23 78/24 79/4 79/7 80/9
80/20 82/25 83/25 85/1 85/7 86/2
86/23 87/2 87/3 87/6 87/8 87/14
89/13 91/9 94/22 95/22 96/24
**Donald [3]**  61/17 67/1 97/5
**donation [1]**  58/14
**done [7]**  44/25 46/24 49/25 67/6
70/15 74/8 78/19
**door [1]**  40/23
**doors [1]**  40/25
**Dorrance [1]**  1/17
**doting [1]**  47/7
**double [1]**  76/4
**doubt [8]**  28/21 41/7 75/18 85/8
86/2 86/8 86/20 86/24 87/2 87/3
87/6 87/14
**down [13]**  12/6 14/15 16/2 25/6
26/13 35/21 72/14 72/21 75/15
83/22 88/13 89/4 89/21
**downfall [2]**  56/2 68/3
**downstairs [1]**  85/6
**downward [2]**  81/1 83/3
**driving [1]**  43/22
**dropped [2]**  3/9 30/8
**drug [2]**  90/15 90/16
**drugs [1]**  64/16
**due [2]**  15/9 50/4
**DUIs [1]**  87/1
**duress [1]**  79/17
**during [9]**  19/3 19/7 20/3 26/9
28/13 44/8 45/20 57/9 70/20
**duties [3]**  13/10 19/3 28/12
**duty [1]**  78/9

## E

**each [2]**  21/2 27/17
**earlier [5]**  15/18 16/9 79/20 81/8
88/7
**early [3]**  54/5 81/9 97/12
**earned [1]**  10/8
**economy [1]**  67/7
**effect [1]**  69/17
**effectively [1]**  56/11
**effort [1]**  33/14
**efforts [2]**  29/14 79/24

**either [6]**  4/9 8/22 17/24 22/3
**elected [1]**  66/20 67/4
**election [19]**  28/25 37/2 37/13
37/19 38/10 52/15 52/17 52/24
53/2 53/3 53/7 66/16 66/16 66/23
66/25 84/24 97/3 97/13 97/14
**Electoral [2]**  41/8 42/25
**element [3]**  14/19 16/15 28/14
**elements [20]**  9/19 14/15 16/22
17/18 17/22 20/13 23/24 23/25
24/2 26/8 27/5 27/17 27/20 28/2
29/1 30/7 45/19 73/6 77/20 82/10
**eligible [1]**  32/5
**else [16]**  5/20 6/13 11/2 12/4
15/15 24/10 31/19 32/19 50/10
68/9 78/19 83/12 87/24 88/3 95/2
96/19
**email [6]**  3/5 30/13 32/24 60/16
94/22 94/23
**emails [2]**  33/20 60/17
**Emily [1]**  2/14
**emotion [1]**  86/7
**emotions [1]**  86/7
**encountered [1]**  46/1
**encourage [1]**  62/23
**encouraged [3]**  61/15 61/18 88/2
**end [13]**  40/1 43/11 43/11 43/17
44/25 76/24 78/2 80/4 82/17 82/21
82/23 85/16 89/2
**endangering [1]**  37/21
**ended [2]**  40/25 66/11
**enduring [1]**  63/9
**enemies [1]**  38/18
**enemy [2]**  36/16 79/25
**enforcement [13]**  11/11 11/16 19/2
19/2 28/8 28/11 28/25 29/13 29/16
31/13 62/21 62/23 86/7
**engage [2]**  42/23 44/21
**engaged [2]**  28/12 44/17
**enhancement [7]**  8/20 17/11 20/19
29/7 29/9 29/21 31/12
**enjoying [1]**  67/11
**enough [11]**  4/4 7/25 33/3 36/11
50/9 66/24 69/12 73/3 76/1 80/6
91/9
**ensure [1]**  34/8
**enter [3]**  3/14 3/17 94/18
**entered [6]**  20/11 40/22 45/23
79/11 85/3 93/10
**entering [4]**  79/14 79/15 79/23
88/12
**entire [3]**  37/22 51/15 59/11
**entirely [1]**  30/5
**entitled [2]**  9/13 98/5
**entity [1]**  47/13
**entry [2]**  88/13 93/13
**enumerable [3]**  35/17 35/19 36/3
**equal [1]**  92/14
**equipment [1]**  36/7
**era [1]**  53/20
**erupt [1]**  73/24
**especially [3]**  25/1 25/9 43/13
**essential [1]**  91/1
**establish [1]**  90/10
**established [1]**  70/7
**et [2]**  5/12 11/19
**et cetera [2]**  5/12 11/19
**ethically [2]**  37/24 51/24
**evacuated [1]**  85/5
**evaluating [2]**  24/5 47/13
**even [31]**  22/15 30/10 30/12 31/7
31/14 33/9 36/22 37/22 37/25 38/2
42/2 44/3 45/6 46/19 51/9 51/11
51/16 56/8 58/14 60/17 64/24
65/22 70/17 74/6 81/17 81/21
81/24 83/24 84/19 88/7 88/15
**event [6]**  31/13 58/11 58/15 65/8
77/8 84/5
**events [13]**  15/5 53/15 62/8 64/1
64/4 71/21 71/24 82/16 83/22
84/18 86/9 87/6 89/15

**ever [7]**  61/25 75/23 79/8 85/18
86/7 86/24 89/6
**every [21]**  45/8 45/25
**everybody [1]**  68/17
**everyone [6]**  3/4 4/24 68/9 80/8
87/24 88/3
**everything [3]**  64/25 72/8 75/13
**evidence [23]**  5/6 11/13 15/2
18/21 18/25 28/4 28/14 28/19
28/19 28/22 29/3 29/11 38/7 46/15
47/23 48/1 51/8 51/14 51/22 52/6
73/5 78/13 96/23
**exact [3]**  18/2 58/6 58/6
**exactly [5]**  69/1 74/8 74/17 76/7
96/24
**example [5]**  27/22 44/10 51/15
54/23 54/25
**exceed [1]**  91/21
**exchange [1]**  26/16
**excuse [1]**  38/17
**execute [1]**  92/24
**exemption [1]**  69/10
**exist [2]**  15/4 95/9
**exists [1]**  14/23
**exit [1]**  80/3
**expectations [1]**  90/10
**expel [1]**  19/6
**expenses [3]**  58/9 59/25 60/2
**experience [2]**  69/1 69/2
**experienced [1]**  56/2
**experiencing [2]**  62/21 62/22
**expert [2]**  77/25 78/24
**explicit [1]**  57/20
**explore [1]**  35/10
**exposed [1]**  75/3
**expound [1]**  56/16
**express [1]**  47/5
**expressed [2]**  62/11 89/12
**extensive [3]**  43/18 52/3 54/18
**extent [5]**  24/1 92/4 92/13 93/10
96/7
**extolled [1]**  54/19
**extra [1]**  60/2
**extraneous [1]**  84/1
**extremely [4]**  59/6 59/15 81/5
83/5
**eyes [1]**  36/14

## F

**face [1]**  62/24
**faces [2]**  60/25 61/2
**facility [2]**  64/21 97/8
**facing [2]**  47/4 75/21
**fact [26]**  8/5 11/7 13/9 13/17
18/5 23/13 24/7 24/20 30/24 37/18
45/7 47/11 50/16 52/10 52/20 53/1
53/4 59/8 65/4 74/20 84/10 85/21
87/11 87/13 88/11 97/4
**factor [7]**  16/7 16/8 25/1 42/3
42/3 44/15 81/16
**factored [1]**  26/1
**factors [7]**  6/15 31/2 33/19 34/6
40/2 83/16 84/1
**facts [15]**  6/2 6/3 7/19 8/4 10/22
14/8 16/19 18/10 23/24 26/25
27/19 28/2 40/10 41/12 83/15
**factual [5]**  6/22 6/25 7/9 7/14
40/11
**failed [1]**  46/23
**failure [1]**  46/20
**fair [5]**  33/3 33/18 33/19 50/9
96/25
**fairly [1]**  27/18
**fall [1]**  38/21
**false [1]**  78/22
**familiar [1]**  40/10
**family [16]**  47/7 59/7 59/16 60/4
61/23 62/22 69/14 69/18 70/14
71/19 74/4 80/12 87/7 87/17 87/19
87/20
**fantastic [1]**  81/8
**far [4]**  53/5 70/21 72/25 73/3

**F**

**fashion [1]** 67/4
**fashioning [1]** 44/4
**faster [1]** 35/24
**fault [4]** 30/15 46/25 47/1 76/25
**favorite [1]** 67/2
**fear [4]** 60/8 62/16 75/5 75/8
**feared [1]** 74/1
**feature [1]** 65/7
**federal [4]** 54/2 55/7 55/10 90/12
**federally [2]** 28/17 28/24
**feel [8]** 7/24 61/9 62/4 71/6
74/13 78/15 78/19 78/21
**feelings [4]** 62/20 71/22 74/7
80/10
**feels [2]** 69/11 69/12
**feet [1]** 75/4
**fell [3]** 40/15 59/12 76/21
**felon [6]** 55/4 55/11 56/6 70/23
78/22 87/9
**felonies [2]** 49/2 70/3
**felonious [1]** 19/10
**felons [1]** 87/10
**felony [31]** 5/15 8/16 8/18 14/10
14/11 14/18 14/19 15/11 17/20
17/25 18/3 18/6 18/15 18/23 19/13
19/14 19/16 21/21 23/16 25/14
25/15 25/16 25/18 27/4 27/4 27/9
27/17 28/1 29/5 32/3 56/9
**felt [7]** 68/2 69/1 73/17 74/13
75/5 75/8 85/25
**fence [1]** 61/14
**few [3]** 68/13 80/19 88/12
**field [1]** 71/16
**Fifteen [1]** 81/20
**fifties [2]** 81/11 81/12
**fight [1]** 76/11
**figure [4]** 6/2 49/12 49/20 78/18
**figured [2]** 3/18 17/14
**file [8]** 38/25 51/3 51/14 71/1
91/17 91/18 92/2 93/15
**filed [4]** 6/19 7/3 7/5 93/12
**filing [3]** 22/9 48/7 93/13
**fill [2]** 50/23 50/24
**final [4]** 6/14 31/17 80/19 94/18
**finally [5]** 42/5 45/2 64/23 75/25
82/7
**financial [5]** 90/23 90/24 90/25
92/7 92/16
**find [5]** 28/4 55/4 59/15 60/20
80/3
**finding [6]** 18/4 19/18 24/9 36/8
41/9 95/21
**findings [1]** 8/5
**finds [1]** 18/21
**fine [18]** 3/15 3/15 32/9 32/11
39/21 47/25 48/5 49/6 58/12 58/16
58/25 88/19 88/21 91/16 92/11
92/11 95/24 96/11
**finish [1]** 80/21
**finished [4]** 78/18 78/18 79/13
79/20
**fire [1]** 57/3
**firearm [5]** 55/9 70/1 70/2 70/23
78/23
**firearms [4]** 56/7 60/22 71/14
87/11
**first [19]** 2/8 6/5 9/17 14/15
14/15 17/15 20/23 23/7 25/13
34/25 37/11 41/25 63/23 63/25
65/20 67/4 72/5 72/15 73/10
**Fischer [8]** 15/1 23/5 23/12 23/13
24/19 25/6 25/24 42/21
**fit [2]** 68/23 84/25
**flame [1]** 59/14
**flat [2]** 58/12 58/15
**flight [1]** 76/11
**floor [3]** 85/4 85/5 85/9
**Florida [1]** 59/19
**fluky [1]** 84/9
**follow [3]** 35/25 74/20 75/2

**followed [1]** 80/1
**following [5]** 4/19 18/14 19/16
65/23 90/6
**follows [1]** 12/12
**food [2]** 70/12 70/13
**foot [3]** 36/10 46/11 81/10
**footage [3]** 73/5 74/23 76/4
**footing [1]** 36/21
**footnote [6]** 12/5 12/6 12/8 48/22
49/19 96/4
**force [14]** 37/24 50/21 50/22
50/24 50/25 51/1 51/3 51/24 52/2
52/4 52/5 57/10 57/12 57/14
**forced [2]** 69/8 85/20
**forceful [2]** 43/14 46/9
**forcibly [2]** 9/25 44/5
**Ford [1]** 92/8
**forefathers [1]** 65/21
**foregoing [1]** 98/4
**form [2]** 88/23 89/7
**forms [1]** 50/23
**forth [4]** 6/22 7/1 8/5 60/2
**forties [2]** 81/11 81/11
**forward [7]** 4/19 62/15 64/8 68/6
73/17 74/16 77/13
**forwarded [1]** 39/2
**found [8]** 2/18 18/1 18/1 18/3
18/4 34/20 41/7 42/20
**four [14]** 23/5 42/19 43/22 43/24
59/6 59/9 59/24 60/8 61/4 61/10
62/4 62/17 78/17 83/5
**fours [1]** 36/15
**frame [2]** 75/15 75/15
**frankly [2]** 28/18 30/12
**free [1]** 62/15
**freely [1]** 66/10
**friend [6]** 60/22 61/12 61/19
65/15 67/11 70/18
**friends [5]** 67/1 68/2 79/15 82/16
85/11
**frightening [1]** 52/8
**front [12]** 14/12 21/11 40/13
48/18 59/4 67/16 67/22 67/22
67/24 74/14 76/6 86/5
**full [9]** 10/10 25/23 26/4 70/5
71/1 75/13 81/14 82/4 92/21
**fully [9]** 7/20 18/17 33/10 40/4
70/5 70/5 81/10 81/14 82/9
**fun [1]** 65/15
**function [2]** 28/17 28/24
**functionally [1]** 36/15
**fundamental [1]** 53/10
**funding [1]** 38/12
**further [5]** 8/14 29/7 35/11 49/11
90/2
**furtherance [3]** 17/24 19/1 19/6
**future [2]** 34/14 87/9

**G**

**gallery [5]** 2/9 40/23 79/10 85/6
88/13
**gambling [5]** 25/5 25/6 25/8 25/24
25/24
**game [5]** 46/17 55/19 55/24 72/24
72/25
**Garden [2]** 56/5 56/11
**gave [10]** 9/20 9/22 26/6 26/6
26/6 26/14 26/15 75/16 82/8 82/8
**general [2]** 43/13 46/2
**generally [3]** 21/3 31/3 44/12
**gently [1]** 36/10
**get [22]** 4/14 5/25 6/5 13/6 15/21
18/2 19/21 41/2 46/11 58/10 72/20
74/9 75/10 76/25 78/19 78/20
79/24 81/23 86/1 86/2 94/13 94/13
**gets [1]** 89/13
**getting [4]** 54/11 57/18 57/25
73/14
**give [17]** 4/8 23/15 24/15 26/20
29/25 30/1 30/23 60/22 80/2 88/22
89/8 91/3 91/9 91/14 91/25 92/2
95/10

**given [10]** 10/2 10/4 10/24 20/23
30/7 36/2 38/2 39/11 50/1 68/4
81/25
**GiveSendGo [2]** 48/6 58/13
**go [38]** 5/24 6/1 9/16 9/20 14/15
17/3 17/17 23/13 23/13 24/16 25/2
34/25 35/23 35/24 43/1 43/10
43/11 44/25 46/12 51/10 51/11
52/1 59/25 61/10 61/12 61/15
61/18 62/12 67/15 67/21 67/24
70/8 71/2 72/24 75/24 80/20 85/8
87/21
**goal [1]** 79/18
**God [2]** 77/5 77/6
**goes [7]** 18/10 42/22 52/7 59/22
87/9 87/18 87/19
**going [40]** 5/3 5/15 5/21 5/24
12/23 17/14 25/15 25/17 40/11
44/21 45/5 45/18 46/20 60/9 64/25
66/1 68/14 71/15 72/9 72/19 72/19
73/3 73/13 74/23 75/11 75/13 80/5
85/4 87/5 88/13 89/4 89/18 91/3
91/18 92/11 92/13 95/7 96/13
96/15 96/16
**gone [5]** 10/10 55/13 56/1 56/14
69/1
**good [17]** 2/7 2/12 3/21 35/14
35/15 47/7 60/13 60/14 61/21
64/14 66/23 67/6 68/25 73/23
86/23 87/3 87/4
**got [10]** 41/1 41/2 67/18 71/1
74/4 74/5 75/4 75/25 76/20 85/24
**government [44]** 2/6 2/25 3/6 5/13
6/11 6/21 8/9 8/14 8/18 8/19 14/4
15/10 21/16 23/14 24/19 24/22
25/5 25/6 25/13 25/17 25/19 25/23
25/25 26/6 26/17 29/2 32/13 34/22
39/18 49/19 57/18 58/7 58/10
60/23 82/8 83/12 84/12 84/23
88/17 91/17 91/25 93/14 94/22
94/23
**government's [3]** 23/11 26/1 89/1
**governmental [1]** 13/9
**grab [2]** 37/16 48/3
**grabbed [6]** 36/6 40/14 56/21 76/1
76/12 86/1
**grabbing [6]** 28/8 37/8 46/5 75/20
75/21 77/11
**graduate [3]** 59/20 59/21 69/19
**graduated [1]** 59/18
**grant [2]** 21/12 97/11
**granted [2]** 76/24 95/16
**grasp [1]** 47/16
**grave [1]** 89/3
**great [2]** 35/2 55/6
**greater [1]** 34/9
**grew [1]** 71/17
**grievances [1]** 47/9
**groceries [1]** 60/1
**Groseclose [1]** 50/4
**ground [7]** 36/8 36/13 40/16 70/20
75/22 76/21 85/20
**grounds [4]** 4/4 67/18 72/1 72/4
**group [8]** 67/21 68/2 68/8 72/13
73/11 75/10 75/17 75/18
**grow [1]** 38/6
**guarding [1]** 40/24
**guards [1]** 85/6
**guess [7]** 24/12 63/21 78/10 80/17
81/6 83/20 96/2
**guide [3]** 55/17 56/13 66/7
**guideline [25]** 7/13 11/8 11/25
12/11 12/13 12/14 12/15 12/17
13/5 14/1 15/22 16/1 16/6 16/7
17/3 17/6 17/9 18/9 21/19 26/23
26/24 31/6 31/7 31/10 40/8
**guidelines [56]** 3/10 4/22 4/25
6/4 6/9 8/7 8/9 8/12 9/6 9/7 9/10
11/3 16/16 17/2 17/12 17/19 18/14
18/16 19/15 23/2 24/1 24/1 24/5
27/11 27/21 27/21 30/20 31/8
31/16 31/18 32/2 32/3 32/7 32/7

**G**

guidelines... [22]  32/11 34/16
34/18 39/20 39/23 40/4 41/13
41/21 42/23 43/3 43/9 44/16 47/19
83/16 84/13 88/6 88/8 88/15 89/2
89/5 89/21 89/24
guiding [2]  55/18 71/16
guilt [1]  93/4
guilty [2]  2/18 34/20
gun [1]  52/4
guy [2]  45/7 76/5
guys [2]  73/21 82/15

**H**

H2 [1]  92/8
H2-205B [1]  92/8
had [69]  7/25 10/17 11/5 11/15
16/9 16/11 20/5 21/10 21/10 22/1
22/3 22/24 27/24 29/17 29/18 35/4
36/20 38/2 41/20 42/11 42/14 43/3
46/6 46/8 50/7 51/20 52/1 52/23
52/23 54/22 55/14 55/25 56/13
60/1 60/10 60/22 63/25 65/13
65/22 66/12 66/13 67/6 67/10
68/19 69/1 69/13 69/18 70/18
70/19 71/4 72/6 72/23 74/9 74/24
75/22 76/15 79/3 79/13 79/19
79/20 79/22 81/13 81/14 82/9 85/5
86/5 86/24 87/11 87/21
hadn't [3]  55/20 76/13 77/14
half [4]  24/22 26/5 81/18 88/23
halfway [2]  19/22 19/23
hand [2]  30/17 75/22
handed [1]  76/5 83/22 84/3
handling [1]  66/15
hands [1]  38/2
happen [1]  97/17
happened [16]  23/12 30/16 54/12
60/3 61/9 62/9 64/5 71/24 76/18
77/5 77/15 84/2 84/9 84/15 86/15
86/16
happening [3]  68/24 69/6 73/13
happens [2]  97/16 97/16
happy [5]  4/7 4/8 4/24 17/15 35/9
harbor [1]  74/7
hard [8]  16/3 35/25 36/11 59/6
59/15 60/4 65/3 75/12
harm [4]  44/24 60/25 61/6 77/19
harms [1]  58/9
harsh [3]  53/17 74/7 83/23
harshest [3]  53/12 53/18 54/9
has [89]  4/1 5/9 5/17 6/15 8/23
10/8 15/10 20/21 21/18 28/19 29/2
30/12 30/19 33/10 33/11 33/22
34/7 36/24 38/7 41/10 43/22 44/12
44/24 45/7 45/25 45/25 46/14
47/17 51/7 53/9 53/13 53/15 54/12
55/8 56/1 56/2 56/3 56/10 56/15
57/19 58/13 58/13 59/8 59/9 59/11
59/14 59/15 59/21 59/22 60/4 60/6
60/12 60/19 61/5 61/9 61/21 61/22
62/4 62/6 62/9 62/10 64/7 68/17
68/20 69/18 70/11 71/12 71/13
71/22 80/13 81/2 81/16 83/5 84/5
84/9 86/20 87/7 87/11 87/16 88/8
88/17 88/22 88/23 89/6 89/12
94/14 96/16 96/21 97/5
hate [1]  61/4
have [181]
haven't [1]  35/4
having [8]  25/10 33/9 53/3 55/16
66/11 82/17 82/21 87/10
he [242]
head [2]  76/24 85/25
hear [16]  4/24 6/11 6/13 15/12
15/15 16/3 17/15 17/15 22/15 31/1
35/9 39/12 45/4 54/15 63/16 65/3
heard [4]  9/9 34/22 68/20 68/21
heart [3]  62/14 87/18 87/19
Heather [1]  58/20
held [2]  37/13 66/23

Hello [1]  59/2
help [4]  49/16 81/25 81/25
94/13
helpful [2]  13/24 91/23
helps [1]  89/14
her [6]  58/22 59/19 59/21 59/25
60/14 69/9
here [46]  2/17 11/14 12/21 17/20
18/17 22/19 23/12 25/12 26/9
26/20 26/23 26/24 27/23 28/3
28/18 28/21 29/4 29/8 29/10 29/25
31/8 33/25 35/9 38/24 39/5 39/9
40/12 42/1 42/5 43/10 44/22 47/8
55/15 62/1 62/13 63/3 68/13 79/1
82/2 82/11 82/12 84/10 88/10 89/3
89/17 97/11
hereby [1]  89/25
Hi [2]  59/1 80/24
high [13]  40/1 41/6 43/11 43/11
43/17 44/25 55/18 59/18 59/20
69/19 84/4 84/14 89/2
higher [1]  41/16
highest [1]  54/9
him [60]  4/8 9/4 28/9 30/7 30/23
35/9 37/4 38/8 43/4 44/13 44/16
46/10 46/12 47/19 50/2 52/5 52/12
56/8 58/19 59/11 59/14 59/15
61/15 61/16 61/17 61/18 62/11
62/14 63/7 63/8 67/3 67/3 67/6
67/9 71/23 71/24 73/20 74/18
74/19 74/20 75/21 76/6 76/17
76/18 77/22 80/10 81/7 85/20 86/9
86/12 86/21 87/7 87/8 87/12 87/16
87/17 88/22 89/8 94/13 95/10
himself [14]  3/3 36/8 38/12 38/19
55/15 55/16 63/13 75/3 75/5 85/10
86/22 87/4 87/4 96/14
hindsight [1]  77/4
hired [1]  46/18
his [122]
history [18]  9/2 9/5 9/6 40/6
43/18 43/19 44/18 53/13 53/16
53/18 53/19 53/21 53/23 54/18
64/12 83/19 84/19 86/22
hit [1]  76/21
hits [2]  76/5 76/5
Hodges [47]  2/9 7/14 20/9 29/19
30/15 34/24 35/8 35/13 39/5 40/13
40/16 40/18 45/22 46/2 46/3 46/7
46/9 46/10 50/14 50/17 50/24 51/2
51/6 51/18 51/23 52/11 56/17
56/18 56/22 56/25 66/17 71/20
72/13 73/2 74/11 74/15 75/3 75/3
75/4 75/25 77/7 80/9 85/15 86/7
87/18 88/11 89/11
Hodges' [9]  3/7 29/14 30/14 40/14
46/6 51/10 56/21 75/16 85/17
Hodges's [2]  29/16 87/19
hold [2]  80/7 80/9
hole [1]  74/18
home [15]  59/8 69/19 69/20 69/24
69/25 78/16 78/20 87/15 87/16
88/21 88/24 89/7 89/7 89/7 94/8
honestly [2]  21/15 42/4
Honor [79]  2/12 3/19 3/21 4/4 4/5
5/22 6/23 7/2 9/11 11/4 12/22
15/17 16/18 17/5 17/10 17/18
17/25 18/1 18/4 18/10 18/21 19/4
19/17 19/18 20/5 20/15 20/18
20/19 21/1 22/8 22/21 22/24 26/12
31/21 31/23 32/21 34/1 34/23
34/23 35/5 39/2 39/6 39/18 40/10
41/7 41/24 41/25 43/4 44/3 44/25
45/11 45/15 46/13 46/17 47/2
47/18 48/2 48/5 49/21 50/13 51/8
51/17 52/2 52/20 55/14 59/1 62/2
62/25 63/16 68/25 80/24 83/13
91/19 93/20 93/25 94/20 95/12
95/17 95/20
HONORABLE [1]  1/9
hope [1]  62/14
hoping [1]  72/21

horrible [1]  55/16
house... [16]  69/21 69/21
75/16 81/17 81/17 81/22 81/25
83/7 92/8
how [16]  18/14 22/18 23/1 23/18
27/21 31/8 48/8 54/25 56/17 63/3
65/5 65/5 87/8 91/5 95/11 96/21
Howell [3]  42/18 43/4 49/25
Howell's [1]  42/10
However [1]  45/18
huge [2]  79/23 81/7
huh [3]  16/14 16/21 16/24
hundreds [2]  65/1 65/1
hunt [1]  70/12
hunting [10]  55/17 55/19 55/21
55/22 66/7 69/25 70/8 70/11 70/18
70/21
hunts [2]  55/24 66/7
hurt [2]  69/11 73/23
husband [1]  59/5

**I**

I have [1]  71/1
I'm [16]  3/14 7/16 9/8 13/2 16/2
16/4 17/7 18/2 18/19 29/23 35/22
39/12 42/13 59/8 61/2 63/9
idea [1]  43/7
idiot [1]  38/18
ill [1]  80/9
illegal [2]  9/3 70/2
imagine [3]  25/18 75/5 76/11
immediate [2]  37/17 45/14
immediately [4]  39/3 50/22 60/6
92/16
impact [3]  3/3 3/8 45/10
impaired [1]  43/23
impeding [7]  2/21 5/12 11/18 28/7
31/6 31/9 37/7
imperative [2]  38/17 38/20
implied [1]  71/7
important [2]  42/1 43/13
impose [8]  6/17 32/1 34/8 35/10
88/20 89/1 92/11 95/20
imposed [8]  34/11 34/18 52/21
53/24 83/24 84/11 90/9 93/10
imposing [2]  44/19 95/23
imposition [1]  6/5
impossible [1]  71/15
impression [1]  72/11
imprisonment [2]  39/11 92/15
improper [1]  96/14
inaccurate [2]  79/21 79/22
inaugural [1]  84/20
incarcerated [1]  59/20
incarceration [14]  39/20 59/8
69/19 69/20 69/24 78/16 78/21
83/25 87/15 88/18 88/21 89/8 94/2
94/6
incident [5]  28/13 69/24 70/22
76/16 78/7
incidents [1]  65/9
inclined [3]  17/5 17/8 35/8
include [4]  34/10 90/11 94/10
94/25
includes [1]  92/23
including [3]  45/8 53/20 83/16
inconsistent [1]  27/1
incorporates [4]  13/9 13/17 16/7
16/8
incorrect [1]  55/22
increase [2]  8/10 12/13
incur [1]  91/1
incurred [1]  60/3
independent [1]  24/1
indicate [1]  4/17
indicated [4]  11/4 14/2 25/22
97/6
indictment [3]  2/10 60/22 95/13
individual [3]  63/24 66/4 67/3
individual's [1]  20/11
industry [1]  59/10
influence [2]  43/23 64/16

**I**

information [6]   4/4 60/19 80/6 90/23 90/24 90/25
inherently [1]   43/24
injured [5]   77/2 77/2 77/7 77/8 77/8
injury [5]   19/11 19/12 27/14 27/15 27/24
inmates [1]   93/24
innocent [1]   43/25
inquiry [3]   17/19 17/19 19/18
insane [1]   79/3
inside [3]   40/20 47/1 79/6
Instagram [3]   36/25 45/9 52/16
installments [1]   92/14
instance [1]   75/7
instances [1]   78/3
instead [2]   38/10 49/6
instigate [1]   73/9
instinctive [1]   46/6
instructions [1]   95/11
insurance [1]   58/1
insurrection [1]   37/5
intended [1]   28/6
intending [1]   23/18
intent [27]   8/16 14/17 18/3 18/22 19/11 19/14 20/12 20/13 23/11 26/12 27/3 27/13 27/16 28/1 40/6 41/8 41/12 42/23 42/25 43/9 65/11 65/12 65/24 66/25 68/21 71/7 71/7
intent-type [1]   26/12
intention [5]   71/5 77/18 77/19 79/18 85/3
intentional [1]   46/8
intentionally [2]   10/1 74/11
intentions [4]   64/8 65/13 67/10 71/11
interested [2]   69/3 96/23
interfaced [2]   11/16 36/10
interfere [1]   22/3
interfering [5]   19/1 28/7 37/6 37/7 77/21
interject [1]   12/22
interpreted [1]   41/10
interrupt [1]   36/5
intervening [1]   87/1
intimately [1]   40/10
intimidating [1]   37/7
introduced [1]   78/4
inured [1]   45/16
invent [1]   25/15
investigation [1]   92/22
invitation [1]   61/19
invited [2]   30/15 61/11
involved [11]   8/11 8/21 27/14 27/15 39/9 39/16 42/6 74/9 75/11 76/16 80/8
involvement [1]   74/6
involves [1]   19/10
involving [1]   69/24
irony [1]   82/11
is [420]
isn't [1]   12/2
issue [11]   4/5 8/12 20/21 21/18 30/9 49/9 52/1 68/22 68/22 79/3 89/3
issues [4]   3/25 15/13 64/19 82/3
it [265]
its [4]   23/14 23/15 45/11 52/22
IV [2]   18/9 27/2

**J**

Jackson [1]   22/1
Jacob [1]   80/1
jail [1]   94/13
January [36]   15/4 15/6 15/8 35/17 37/2 39/25 40/3 43/14 44/16 44/20 46/23 50/18 51/4 51/7 51/10 51/25 52/2 52/16 53/7 53/12 53/15 53/17 54/8 54/24 55/21 56/3 56/18 56/20 57/19 58/3 60/3 61/11 62/9 96/22

97/7 97/8
January [274]   97/13 97/17
January 6 [26]   15/4 15/6 15/8 35/17 37/2 39/25 40/3 43/14 44/16 44/20 46/23 50/18 51/4 51/7 51/10 51/25 52/2 52/16 53/7 53/12 53/15 54/8 54/24 55/21 56/18 57/19 62/9
January 6ers [5]   52/16 53/7 56/3 56/20 96/22
January 6ers' [1]   97/7
jeopardy [1]   80/16
job [21]   41/1 46/23 60/5 67/7 69/9 71/18 74/4 77/13 78/17 78/17 79/5
jobs [1]   85/13
Joe [1]   66/19
John [1]   50/1
joined [2]   25/3 33/23
journey [1]   64/22
judge [24]   1/10 2/7 19/24 21/11 21/11 21/22 21/25 37/14 39/12 41/4 41/17 42/9 42/10 42/11 42/14 42/18 43/4 45/9 47/21 49/25 50/4 50/6 50/11 58/5
judges [2]   11/22 20/23
judgment [6]   81/4 81/4 89/24 93/13 94/11 94/18
July [2]   48/21 48/21
jump [2]   72/13 75/24
June [2]   6/19 78/2
June 24th [1]   6/19
jury [6]   9/20 10/10 20/2 26/4 43/6 82/4
just [95]   3/11 4/2 4/16 4/19 5/4 5/25 7/16 7/16 10/5 12/6 12/23 13/15 15/17 15/18 16/9 16/16 17/6 17/9 18/2 19/14 20/6 21/3 22/21 22/3 23/16 24/12 24/15 24/17 25/13 25/18 25/21 25/21 26/17 30/1 30/2 30/8 31/1 33/16 33/17 34/12 35/3 38/18 40/21 41/16 44/10 45/5 45/24 48/3 48/15 51/5 51/22 52/6 52/7 52/9 52/14 53/4 57/2 58/10 58/10 60/15 62/19 63/24 65/8 67/19 68/13 69/2 69/7 70/10 70/24 71/18 72/16 73/12 74/12 75/13 76/18 77/1 78/14 79/7 79/8 82/5 82/21 84/18 85/22 85/25 86/8 86/18 86/25 88/12 91/19 95/4 95/17 96/3 96/16 97/2 97/9
justice [1]   43/17
justification [1]   68/10
justified [2]   68/9 76/8
justify [1]   68/18

**K**

keep [4]   66/18 69/9 73/18 75/11
keeping [2]   60/4 96/10
keeps [2]   60/5 61/7
Kelly [2]   42/11 42/14
Kelly's [1]   42/9
kicked [2]   36/9 40/16
kicking [1]   46/9
kill [4]   46/4 56/25 57/3 57/7
kind [3]   51/3 53/1 78/21
kinds [4]   10/15 11/8 15/7 53/21
knock [1]   36/11
know [205]
knowing [4]   19/5 47/11 47/12 60/5
knowingly [1]   28/5
knowledge [2]   25/23 78/9
Knowlton [6]   4/11 45/6 82/6 82/7 82/9 82/21
Knowlton's [3]   24/25 25/2 25/9
knows [2]   58/19 62/11

**L**

labor [2]   53/25 54/2
lack [5]   3/7 44/1 44/11 45/2 45/3
Lambert [1]   2/14
landscape [1]   42/5
language [4]   18/2 19/16 25/11

27/6
January [274]   97/3
large [1]   24/20
last [10]   6/16 39/13 48/19 48/20 49/21 59/6 61/4 62/4 76/1 83/5
lasted [1]   10/18
Lastly [1]   95/17
lateness [2]   3/7 4/12
latter [2]   17/6 17/8
law [36]   6/2 6/3 11/11 11/16 19/1 19/2 28/7 28/11 28/25 29/13 29/16 31/8 31/12 34/12 38/16 43/21 44/12 52/3 52/19 53/1 53/4 53/11 55/5 55/6 55/8 58/7 62/20 62/23 70/4 70/16 70/25 71/1 72/3 74/6 86/6 96/24
lawful [2]   28/12 80/25
lawn [1]   37/10
laws [1]   66/23
lawyer [4]   7/21 8/2 33/1 33/6
lawyers [3]   24/25 25/2 25/9
lead [1]   8/21
leader [1]   68/5
leads [2]   31/17 49/3
lean [1]   63/19
learn [1]   38/6
learned [1]   47/17
least [5]   15/4 56/20 56/20 86/16 90/16
leave [6]   69/21 72/16 74/18 79/7 81/17 87/16
leaves [1]   60/25
led [1]   37/12
left [3]   60/24 73/2 79/9
leg [1]   46/11
legal [14]   7/10 31/14 42/5 50/15 52/1 55/12 58/14 69/4 70/18 77/25 78/8 78/10 78/10 78/24
legally [1]   37/24
lengthy [3]   33/9 64/12 84/7
leniency [2]   59/5 62/2
less [4]   30/11 31/7 32/5 92/14
let [14]   3/4 3/17 12/20 12/24 15/12 15/13 15/21 18/2 26/22 46/12 48/3 52/11 52/14 54/1
let's [3]   6/18 14/5 29/4
lethal [7]   37/24 51/24 52/2 52/4 57/9 57/12 57/14
letter [13]   3/2 33/10 34/24 45/4 45/5 46/3 47/5 47/9 47/12 56/15 56/24 68/14 68/18
letters [2]   3/1 60/18
level [21]   8/8 8/10 8/17 8/20 8/22 9/5 10/4 10/24 12/12 12/13 12/15 13/8 13/12 13/16 29/6 29/7 31/10 31/12 31/18 41/16 89/13
leveled [1]   45/25
levels [1]   94/9
libel [1]   38/11
liberty [1]   47/14
license [1]   70/19
lie [2]   66/19 74/12
lies [2]   38/10 79/20
life [23]   36/18 38/9 46/19 47/6 56/6 59/11 59/23 64/13 64/23 65/6 65/8 65/9 72/10 72/10 76/22 76/24 81/6 81/9 81/15 83/4 86/23 86/24 87/4
light [6]   6/14 76/14 83/15 87/9 88/10 89/3
lights [1]   72/7
like [44]   4/17 6/12 6/13 9/9 22/2 23/6 32/18 32/23 34/22 34/24 41/4 41/5 50/14 52/15 57/3 57/25 58/18 58/22 58/24 61/16 63/7 63/23 67/3 67/7 67/10 67/24 69/1 69/12 71/4 71/6 73/17 75/22 78/15 78/19 78/21 78/25 78/25 81/18 83/6 83/8 85/25 91/5 91/15 94/25
like-minded [1]   61/16
likelihood [2]   10/12 70/11
likely [2]   45/16 47/18

**L**

**limited [1]**   23/6
**Lincoln's [1]**   84/20
**Lindsay [3]**   1/22 98/3 98/12
**line [1]**   6/1 36/23
**lines [3]**   79/25 91/1 96/20
**lion [1]**   70/22
**lions [1]**   70/18
**list [2]**   47/9 55/25
**listed [2]**   27/7 62/3
**listing [1]**   27/19
**literally [1]**   76/15
**litigation [3]**   24/19 24/20 24/23
**little [11]**   4/1 7/24 16/3 20/7
  23/19 44/18 68/7 69/23 75/9 86/20
  91/13
**live [2]**   60/21 77/25
**lived [1]**   60/8
**lives [3]**   59/22 62/15 85/19
**living [2]**   59/25 70/10
**local [1]**   90/12
**lockdowns [1]**   69/7
**long [5]**   18/21 37/12 54/4 64/18
  83/23
**longer [2]**   14/23 59/10
**look [8]**   3/18 12/20 15/18 27/10
  28/1 53/19 53/23 74/22
**looked [5]**   26/5 54/25 65/20 84/11
  85/22
**looking [4]**   29/25 30/4 73/5 80/1
**looks [1]**   60/13
**lose [3]**   11/8 11/22 60/5
**losses [1]**   96/6
**lost [1]**   78/5
**lot [13]**   10/21 26/6 26/7 43/18
  53/12 61/21 73/25 74/5 80/5 80/25
  82/8 82/8 87/1
**lots [1]**   52/3
**louder [1]**   16/3
**love [4]**   54/15 59/12 61/24 62/14
**loved [1]**   69/3
**lowered [1]**   94/13
**loyal [1]**   68/2
**lying [1]**   61/8

**M**

**made [28]**   14/16 27/2 33/4 36/16
  36/22 36/24 37/18 38/12 52/14
  57/8 58/13 59/15 60/11 61/25 62/5
  64/19 67/17 73/17 74/15 74/24
  79/5 79/22 79/23 80/6 80/7 80/15
  85/11 92/5
**mail [3]**   52/21 52/23 60/18
**Maine's [1]**   70/4
**major [1]**   55/14
**make [29]**   4/24 7/23 11/7 11/21
  26/11 37/15 38/11 45/12 47/24
  50/14 50/15 52/12 53/11 56/15
  58/17 58/22 58/24 60/13 62/12
  67/16 72/2 74/16 76/14 85/12
  90/19 91/3 91/12 95/17 95/22
**makes [3]**   33/1 52/17 88/1
**making [10]**   7/14 24/9 47/13 50/19
  50/19 51/19 67/15 75/23 86/24
  87/2
**malicious [1]**   38/19
**man [9]**   54/22 61/21 61/24 61/24
  63/24 64/2 64/2 64/11 81/9
**man's [1]**   71/17
**management [1]**   70/19
**mandatory [5]**   32/10 39/22 88/19
  90/7 90/11
**manner [3]**   66/5 76/3 88/8
**manual [2]**   13/5 15/22
**manufactured [2]**   65/12 71/7
**many [11]**   33/19 43/6 52/15 53/3
  53/7 56/8 59/3 59/7 82/10 83/21
  84/16
**March [1]**   37/17
**March 23rd [1]**   37/17
**mask [1]**   36/14

**massive [1]**   78/1
**massively [3]**   3/5 3/6 3/6
**matter [11]**   52/19 52/20 52/25
  53/4 53/4 53/23 55/5 71/22 95/21
  96/24 98/5
**matters [2]**   6/22 71/2
**maximum [4]**   17/11 32/9 38/14
  38/16
**may [18]**   12/22 17/10 20/5 21/2
  32/1 39/6 49/18 57/8 62/20 76/8
  78/2 84/3 85/23 90/24 93/15 93/16
  96/15 97/6
**maybe [16]**   14/7 42/12 46/4 58/17
  58/24 61/18 66/8 68/8 69/12 73/18
  77/10 77/10 80/2 82/20 86/6 87/24
**mayhem [2]**   79/2 96/9
**me [83]**   3/4 6/6 6/11 6/13 12/20
  12/24 14/12 14/13 15/12 15/13
  15/21 18/2 22/8 24/15 26/13 26/20
  26/22 28/20 29/25 30/1 30/19
  31/17 32/24 33/21 36/3 36/7 36/8
  36/9 36/11 38/7 38/11 38/17 41/24
  46/4 46/24 48/3 48/18 49/12 52/14
  54/1 60/5 60/7 60/11 60/13 60/25
  61/5 61/6 61/7 61/22 62/11 63/16
  65/3 65/7 65/25 66/4 66/14 69/1
  69/6 69/6 70/18 71/10 71/15 73/1
  74/16 74/17 76/1 76/6 76/10 77/5
  77/11 77/12 79/5 79/8 80/2 80/12
  80/13 80/14 80/14 86/5 91/9 91/11
  94/25 96/3
**mean [6]**   19/22 25/14 66/22 67/23
  69/20 95/19
**meaning [3]**   18/8 23/14 48/20
**means [5]**   43/23 57/12 64/5 70/14
  86/12
**meant [2]**   65/13 85/8
**media [2]**   38/4 60/17
**medical [2]**   36/14 58/9
**meet [1]**   20/13
**meetings [1]**   65/1
**Mehta [3]**   21/11 21/12 58/5
**melded [1]**   36/11
**member [2]**   29/17 86/6
**members [10]**   35/19 36/3 36/5
  40/19 47/7 47/8 51/24 74/5 75/18
  85/12
**memo [3]**   11/7 48/22 83/7
**memoranda [1]**   2/25
**men [1]**   61/25
**mention [1]**   53/9
**mentioned [1]**   57/1
**message [2]**   43/14 46/22
**messages [1]**   60/17
**met [2]**   45/19 61/25
**Metro [1]**   50/20
**Mexico [4]**   55/5 70/4 70/4 70/25
**Michael [2]**   1/13 2/8
**microphone [5]**   4/16 5/4 7/24 13/3
  63/18
**middle [2]**   84/21 89/5
**midpoint [2]**   40/4 41/22
**midst [4]**   28/9 37/4 64/25 84/20
**might [8]**   13/25 22/21 33/17 36/10
  57/9 67/5 80/2 91/12
**milestones [1]**   59/23
**mill [1]**   44/19
**million [4]**   46/13 46/14 48/25
  78/7
**millions [1]**   57/20
**mind [5]**   65/22 72/19 76/10 78/11
  79/22
**minded [1]**   61/16
**minds [1]**   24/20
**mindset [1]**   52/8
**minimum [1]**   11/19
**minute [2]**   39/7 80/20
**mirrors [1]**   19/16
**misdemeanants [1]**   54/11
**misdemeanor [4]**   54/8 82/20 82/21
  82/22
**misdemeanors [4]**   42/19 54/7 54/10
  83/25

**mishap [1]**   78/1
**missed [2]**   51/5 54/5
**mistake [2]**   74/24 79/23
**mistakes [3]**   38/7 47/18 80/7
**mitigating [1]**   81/16
**mixed [1]**   62/20
**mob [8]**   35/17 35/20 36/3 36/5
  36/15 85/19 87/25 88/1
**mode [1]**   76/11
**model [1]**   54/25
**modified [1]**   87/15
**moment [8]**   8/13 20/6 30/2 38/1
  54/24 74/14 77/1 85/14
**momentary [1]**   81/3
**moments [4]**   11/16 36/17 37/23
  88/12
**money [6]**   38/11 44/5 57/24 58/1
  66/13 93/24
**monitor [1]**   78/20
**Montana [2]**   52/23 52/25
**MONTGOMERY [88]**   1/6 2/3 2/13 2/18
  3/1 3/2 4/2 4/14 4/15 5/23 7/20
  8/23 9/13 9/19 9/22 11/15 20/4
  20/6 23/23 27/1 29/12 29/20 30/18
  32/5 32/25 32/25 33/5 33/20 33/22
  35/16 36/9 36/24 38/7 38/15 38/18
  39/19 40/3 40/12 43/5 43/7 44/12
  44/23 45/5 45/16 45/25 46/5 46/14
  47/10 47/16 50/16 51/21 52/10
  52/15 52/17 53/5 54/20 55/15
  55/19 55/23 56/24 57/17 58/12
  58/20 58/23 59/5 63/12 63/15 81/1
  81/5 82/16 82/22 83/3 83/17 84/24
  85/10 85/16 85/24 86/9 86/13
  87/23 88/11 89/6 89/18 89/25 95/8
  95/14 96/13 97/8
**Montgomery's [17]**   3/2 4/6 5/11
  18/25 20/8 20/9 30/10 33/9 41/12
  44/10 46/17 46/22 49/15 54/18
  86/19 87/20 88/2
**month [1]**   88/16
**monthly [1]**   92/14
**months [25]**   9/7 9/8 12/15 12/16
  23/5 31/18 39/19 39/21 39/24
  41/22 41/22 43/3 43/4 47/20 54/11
  69/22 81/19 81/22 87/14 88/7
  88/17 88/18 89/2 90/1 90/2
**moot [1]**   96/1
**more [17]**   8/25 21/3 28/7 31/2
  32/5 35/19 36/2 41/6 43/6 46/24
  47/25 49/17 58/13 68/5 80/2 86/25
  89/4
**Morgan [1]**   40/25
**morning [11]**   2/7 2/12 2/17 3/11
  3/13 6/20 30/13 35/14 35/15 37/3
  68/25
**MOSS [1]**   1/9
**most [14]**   8/24 11/22 36/17 47/4
  54/8 55/18 58/19 59/7 62/3 73/7
  79/2 80/11 84/10 85/14
**mostly [1]**   24/25
**motion [2]**   75/14 95/15
**motioning [1]**   67/20
**motivated [6]**   11/10 11/12 11/20
  12/1 29/7 29/15
**mountain [2]**   70/18 70/22
**mouth [1]**   41/18
**move [8]**   4/19 62/15 66/10 67/16
  73/17 74/16 77/12 83/3
**moved [2]**   65/5 74/18
**movement [2]**   37/16 45/14
**moving [1]**   95/13
**MPD [2]**   38/14 46/2
**Mr [26]**   3/6 3/12 3/24 5/2 6/24
  8/14 9/9 14/2 19/20 22/15 24/10
  24/25 30/6 31/22 32/16 32/22 34/2
  50/12 80/19 80/23 82/21 83/21
  91/5 93/21 96/12 96/19
**Mr. [111]**
**Mr. Augers [1]**   57/2
**Mr. Hodges [8]**   7/14 50/17 51/2
  52/11 56/17 56/22 56/25 66/17

**83/25**

**M**

**Mr. Hodges' [1]** 56/21
**Mr. Knowlton [2]** 45/6 82/9
**Mr. Knowlton's [1]** 25/9
**Mr. Montgomery [76]** 3/1 3/2 4/2 4/14 4/15 5/23 7/20 8/23 9/13 9/22 11/15 20/4 20/6 23/23 27/1 29/12 29/20 30/18 32/5 32/25 32/25 33/5 33/20 33/22 36/9 36/24 38/18 40/3 40/12 43/5 43/7 44/12 44/23 45/5 45/16 45/25 46/5 46/14 47/10 47/16 50/16 51/21 52/10 52/15 52/17 53/5 54/20 55/15 55/19 55/23 56/24 57/17 58/12 58/23 63/12 63/15 81/1 81/5 82/16 82/22 83/3 83/17 84/24 85/10 85/16 85/24 86/9 86/13 87/23 88/11 89/6 89/18 95/8 95/14 96/13 97/8
**Mr. Montgomery's [17]** 3/2 4/6 5/11 18/25 20/8 20/9 30/10 33/9 41/12 44/10 46/17 46/22 49/15 54/18 86/19 87/20 88/2
**Mr. Oliveras [1]** 43/5
**Mr. Roots [3]** 29/8 33/20 50/2
**Mr. Todd [1]** 50/2
**Ms [7]** 5/20 15/12 17/17 31/20 34/22 38/25 93/19
**Ms. [4]** 15/14 15/16 17/16 32/20
**Ms. Baker [1]** 15/14
**Ms. Nevin [3]** 17/16 17/16 32/20
**much [10]** 4/23 9/22 38/23 41/6 48/8 50/16 56/10 82/10 91/5 96/21
**multiple [2]** 38/3 40/7
**munitions [1]** 78/4
**must [10]** 38/17 43/14 90/11 90/12 90/13 90/14 90/18 90/19 90/22 93/12
**my [141]**
**myself [19]** 37/8 37/25 46/11 50/20 51/2 51/5 52/10 52/23 61/1 64/19 64/20 65/2 70/12 70/24 71/19 75/7 76/25 77/6 80/7

**N**

**name [3]** 2/5 21/25 50/1
**named [1]** 2/9
**Namely [1]** 40/5
**nasty [1]** 73/6
**natural [1]** 70/13
**nature [8]** 34/17 39/25 47/16 83/18 83/20 84/2 87/25 89/3
**near [1]** 89/13
**necessarily [1]** 67/3
**necessary [3]** 34/9 43/1 71/2
**need [24]** 4/20 6/1 6/1 6/4 6/8 7/4 7/5 7/7 34/6 34/10 34/17 34/18 35/9 35/21 51/9 51/11 51/18 75/1 75/2 75/24 75/24 95/21 96/4 97/18
**needed [2]** 77/1 79/17
**neglected [1]** 46/19
**neighbors [1]** 47/7
**neither [1]** 33/24
**never [21]** 37/25 38/14 53/13 53/15 54/12 59/21 68/19 68/20 69/4 72/9 72/10 74/2 74/9 74/13 79/3 79/11 79/18 80/15 81/21 84/5 84/21
**Nevin [12]** 1/12 2/7 5/20 15/12 15/16 17/16 17/17 31/20 32/20 34/22 38/25 93/19
**new [8]** 7/14 55/5 56/9 70/4 70/4 70/25 71/14 91/1
**news [2]** 21/14 60/20
**next [4]** 45/20 63/12 76/6 94/17
**night [2]** 60/5 61/7
**nightmare [1]** 61/20
**no [44]** 1/4 4/18 5/22 6/23 7/2 11/19 14/23 15/7 18/13 22/4 27/12 28/21 31/21 31/23 32/5 32/18

32/21 35/12 36/25 37/1 38/7 44/18 47/5 57/12 60/1 60/13 60/25 62/23 64/5 65/13 67/10 70/20 71/4 72/23 74/7 75/17 83/13 86/8 88/21 88/21 93/20 93/22 95/6
**nobody [1]** 77/7
**Nodding [1]** 12/19
**none [1]** 42/22
**nonjudicial [2]** 97/17 97/18
**noon [1]** 94/23
**normal [1]** 62/16
**Northwest [1]** 92/18
**nose [1]** 70/9
**not [148]**
**notably [1]** 27/6
**note [4]** 13/5 15/23 16/4 23/22
**noted [2]** 83/21 93/18
**notes [3]** 16/10 31/25 68/13
**nothing [1]** 7/2 47/3
**notice [3]** 73/1 93/12 93/13
**noticed [1]** 72/5
**notify [1]** 92/19
**noting [1]** 48/15
**notion [3]** 68/22 74/11 78/22
**November [2]** 92/1 98/10
**now [51]** 5/9 7/17 8/6 11/4 15/22 34/6 41/9 43/2 48/24 55/23 56/4 56/6 56/7 57/11 58/3 58/5 62/21 64/24 64/25 65/22 69/15 71/3 73/5 74/20 77/4 78/13 78/17 80/14 81/11 81/14 82/11
**number [12]** 2/2 5/24 9/12 14/16 15/23 16/4 24/18 50/20 52/14 81/3 84/7 89/4
**numbers [1]** 87/15
**numeral [1]** 18/9
**NW [2]** 1/14 1/24

**O**

**oath [1]** 51/12
**object [8]** 4/3 7/19 11/13 11/20 11/21 31/20 35/3 97/10
**objection [5]** 6/25 11/22 94/10 95/6 95/15
**objections [6]** 6/7 6/8 6/21 19/20 93/18 93/22
**objects [1]** 3/6
**obligation [2]** 28/25 92/20
**obligations [1]** 92/16
**observe [1]** 67/19
**obstruct [2]** 41/8 42/25
**obstructed [2]** 28/16 28/23
**obstructing [5]** 19/1 19/7 28/7 31/6 31/9
**obstructive [2]** 43/8 43/12
**obvious [2]** 68/16 68/17
**obviously [9]** 4/1 5/16 7/9 10/20 11/15 19/6 51/25 70/14 71/12
**occasionally [1]** 26/10
**occasions [1]** 38/3
**occupied [1]** 19/4
**occur [2]** 72/9 77/3
**occurred [6]** 8/25 61/5 70/21 71/10 73/10 73/15
**October [1]** 1/5
**off [4]** 31/10 46/12 72/14 86/21
**offender [1]** 22/12
**offense [38]** 8/8 8/10 8/17 8/20 8/22 8/25 9/1 9/5 10/4 11/12 12/12 12/14 13/8 13/12 13/16 14/20 16/1 16/6 16/7 16/23 17/1 17/2 20/14 23/25 24/2 27/5 29/3 29/6 29/9 31/10 31/17 32/2 34/11 34/13 34/17 47/17 83/18 83/21
**offenses [2]** 15/3 84/7
**offered [2]** 52/5 77/17
**offhand [1]** 49/22
**office [18]** 1/13 2/4 2/24 3/11 3/22 12/6 67/2 90/8 90/24 90/25 91/2 92/17 92/8 92/21 92/23 93/2 95/10 97/11
**officer [68]** 2/9 11/23 11/25

13/10 13/17 14/17 19/4 20/8 20/9 27/7 28/2 28/3 29/12 29/16 29/19 30/13 30/14 31/13 34/23 35/8 35/13 37/8 39/5 40/13 40/14 40/16 40/18 40/25 45/22 45/25 46/2 46/3 46/5 46/7 46/9 46/10 46/11 50/14 50/24 51/6 51/18 51/23 52/3 56/18 63/6 71/20 72/12 73/2 74/12 74/15 75/25 77/19 77/21 80/9 85/15 85/17 86/2 86/4 86/7 86/17 87/18 87/19 88/11 89/11 90/19 90/22 92/8 97/12
**officer's [3]** 28/8 37/8 86/11
**officers [37]** 2/21 11/12 11/20 20/10 28/8 28/11 31/6 40/24 45/23 50/17 50/20 56/19 56/23 72/21 73/12 73/16 73/19 73/21 74/2 74/3 74/5 74/6 74/8 74/9 74/10 74/20 74/24 75/2 75/10 75/11 76/17 76/22 77/12 78/3 78/8 79/3 96/10
**officers' [1]** 74/22
**official [11]** 1/23 8/21 12/25 13/10 19/3 20/18 28/12 29/10 37/6 98/3 98/13
**often [3]** 11/7 11/21 81/22
**oftentimes [1]** 84/13
**oh [6]** 14/5 22/13 49/8 75/24 75/24 95/3
**okay [45]** 2/16 4/21 5/23 7/20 7/23 12/20 13/7 13/13 13/24 14/22 14/24 15/12 16/11 19/19 19/25 20/17 21/5 21/23 22/5 22/7 22/17 31/24 32/19 35/13 39/4 39/17 41/19 42/16 46/20 48/4 48/10 48/19 50/9 57/15 58/2 58/21 63/1 63/4 63/14 83/9 83/11 86/12 91/10 95/15 97/20
**old [2]** 44/3 71/17
**Olive [2]** 56/4 56/11
**Oliveras [4]** 42/8 42/18 43/3 43/5
**once [1]** 86/6
**one [57]** 2/19 2/20 7/8 7/8 9/12 10/18 10/19 12/20 17/21 21/24 22/3 22/10 22/10 22/11 24/15 24/18 25/24 26/20 27/20 28/7 33/22 35/16 35/19 36/2 36/17 38/8 39/7 42/6 42/11 42/14 43/19 48/3 53/10 55/5 56/15 59/12 60/12 60/12 60/15 61/8 61/25 62/9 62/23 66/6 69/5 70/12 72/5 74/10 81/4 81/24 83/7 86/23 89/5 90/15 96/20 97/2 97/4
**one-day [2]** 10/19 81/4
**one-third [1]** 81/24
**one-year [1]** 83/7
**ones [1]** 22/3
**only [22]** 9/1 15/11 15/17 16/7 23/5 28/24 36/18 37/25 38/1 43/19 52/4 52/9 67/23 75/5 77/10 77/11 77/16 77/24 78/9 82/12 85/3 91/8
**open [2]** 57/3 91/1
**openly [1]** 25/4
**operation [3]** 55/6 55/8 70/4
**opinion [3]** 37/10 73/11 74/13
**opportunities [1]** 68/4
**opportunity [3]** 45/8 64/1 80/3
**opposed [1]** 82/4
**opposing [1]** 32/14
**options [1]** 90/9
**order [12]** 32/14 35/10 48/13 50/7 66/9 69/9 92/4 92/13 92/14 92/24 94/3 95/7
**ordered [3]** 37/14 78/6 90/4
**orders [1]** 70/9
**original [2]** 41/23 65/24
**originally [3]** 37/10 68/14 71/25
**other [56]** 5/15 8/18 14/10 15/11 16/11 19/16 19/20 20/10 20/21 21/21 22/3 22/25 25/24 27/4 27/17 27/20 30/17 33/21 33/22 40/3 40/24 44/16 44/24 45/23 46/25 48/15 49/19 50/17 51/12 51/19

## O

**other... [26]**  52/16 55/24 56/9
56/18 56/20 56/21 56/23 61/17
64/14 65/16 66/8 67/11 67/20 69/2
74/20 74/22 75/10 75/18 76/21
77/2 79/15 82/14 86/10 90/21 96/2
97/2
**others [7]**  33/15 37/9 37/25 51/20
51/21 52/5 83/1
**otherwise [2]**  54/15 91/12
**ought [1]**  97/14
**our [36]**  11/6 13/25 20/15 36/19
37/12 38/21 41/22 42/24 48/7
48/19 48/19 48/22 59/16 59/24
59/24 60/4 60/9 60/19 62/15 62/16
63/6 63/6 67/7 67/7 68/6 69/9
69/14 82/5 82/5 83/6 83/8 85/13
85/19 85/22 93/23 96/6
**ourselves [1]**  38/20
**out [32]**  6/2 23/2 25/25 29/14
37/20 41/2 41/17 45/21 46/3 50/5
50/24 50/24 51/2 56/19 59/19
59/22 60/10 60/13 67/1 78/1 78/18
79/24 80/1 81/9 82/12 82/16 84/3
84/19 86/1 87/18 87/19 93/24
**outcome [2]**  82/17 97/13
**outdoor [2]**  56/12 56/13
**outlet [1]**  21/14
**outlines [1]**  23/24
**outrageous [1]**  53/1
**outside [2]**  37/10 81/22
**over [16]**  4/14 33/6 36/7 36/11
36/14 56/3 56/4 59/23 60/8 61/4
61/10 81/6 83/5 84/11 85/22 85/25
**overall [2]**  10/6 30/21
**overarching [1]**  46/22
**overcome [2]**  61/21 94/14
**own [16]**  50/15 50/25 52/22 54/14
57/16 64/20 66/14 68/19 75/16
76/4 76/25 79/22 81/17 81/22
84/22 84/23

## P

**p.m [2]**  80/22 97/21
**pack [1]**  72/16
**page [9]**  9/17 13/5 14/13 14/15
15/22 16/5 18/11 18/11 45/4
**pages [1]**  53/19
**paid [8]**  45/6 46/18 57/19 58/8
58/9 58/10 92/20 96/21
**panicked [2]**  75/9 79/25
**paragraph [3]**  18/9 23/22 27/2
**paralegal [1]**  2/15
**pardon [1]**  97/6
**part [15]**  6/13 6/16 18/17 30/21
31/2 62/8 64/4 67/22 68/1 71/8
72/24 72/25 73/1 74/21 90/8
**partial [5]**  10/6 30/23 30/25
33/11 89/8
**participate [1]**  69/5
**participated [1]**  20/1
**participating [1]**  69/4
**particular [3]**  25/25 83/15 94/24
**particularly [3]**  31/11 68/20 69/6
**parties [7]**  5/8 5/14 9/18 18/8
24/24 27/19 31/1
**parties' [1]**  26/25
**parts [1]**  19/5
**party [1]**  33/24
**pass [2]**  33/14 74/19
**passing [1]**  89/10
**past [9]**  10/25 24/22 47/17 59/23
60/8 61/10 62/16 65/3 74/7
**PATRICK [19]**  1/6 2/3 2/13 2/18
35/16 38/7 38/15 39/19 59/5 59/8
59/12 60/11 60/25 61/6 61/10
61/14 61/21 62/7 89/25
**Patrick's [3]**  60/16 60/19 60/21
**Pause [4]**  24/14 26/21 29/24 30/3
**pay [11]**  57/24 58/14 58/15 59/24
59/25 60/1 61/12 61/14 78/6 90/4

92/11
**paying [2]**  57/23 58/1
**payment [1]**  92/14
**payments [1]**  92/4
**PD [2]**  50/20 50/21
**peaceful [2]**  35/18 43/16
**peer [1]**  68/7
**pendency [1]**  44/8
**pending [3]**  58/4 88/24 95/9
**Pennsylvania [1]**  52/21
**people [29]**  35/24 37/21 38/6 38/8
52/4 55/18 60/20 61/3 61/4 61/16
61/17 64/15 66/3 67/21 67/24 68/9
69/2 72/13 72/19 72/22 73/1 73/6
73/9 73/10 73/14 75/20 77/2 86/10
88/2
**people's [1]**  66/2
**per [1]**  66/21
**percent [3]**  66/19 77/20 78/10
**perception [1]**  56/17
**percolated [1]**  4/1
**Perfect [1]**  91/23
**perfectly [1]**  67/17
**performance [4]**  28/12 28/17 28/23
78/9
**performing [1]**  13/10
**perhaps [7]**  30/14 34/3 58/23 83/1
83/7 88/21 97/9
**peril [1]**  88/10
**period [5]**  32/1 55/1 55/2 89/6
92/2
**periodic [1]**  90/16
**periods [1]**  83/24
**permissible [1]**  38/16
**permission [1]**  93/15
**permitted [3]**  37/11 46/21 93/10
**perpetuate [1]**  38/10
**perpetuating [1]**  66/18
**person [9]**  11/9 37/23 51/16 53/2
57/6 58/18 64/14 67/2 86/23
**personal [2]**  66/5 66/5
**pertain [1]**  95/14
**pertains [1]**  97/3
**petty [1]**  82/20
**physical [11]**  8/11 12/13 14/16
17/25 18/1 22/4 27/3 27/8 27/12
39/10 39/16
**picture [1]**  37/4
**piece [1]**  96/2
**place [6]**  23/7 28/23 71/14 72/12
85/13 94/6
**placed [4]**  33/16 33/17 69/24
88/11
**placement [1]**  90/15
**places [1]**  51/12
**plainly [5]**  5/7 9/18 15/1 51/14
51/16
**Plaintiff [2]**  1/4 1/12
**plan [2]**  72/24 72/25
**planning [2]**  66/14 67/13
**plastic [1]**  72/14
**platoon [2]**  40/18 73/2
**play [4]**  18/17 24/8 37/20 37/20
**played [5]**  23/2 62/8 64/4 74/21
82/13
**plea [3]**  49/1 50/8 58/14
**pleading [1]**  50/3
**please [2]**  2/4 73/22
**plus [2]**  12/18 13/15
**podium [3]**  2/5 20/7 26/10
**point [42]**  3/19 9/4 10/9 11/5
11/5 11/9 14/13 22/12 30/8 33/10
33/19 41/16 43/19 49/22 53/12
53/25 55/15 56/15 57/7 57/8 65/11
70/17 70/25 72/2 73/16 74/14
74/15 74/17 75/25 76/12 76/20
76/23 77/9 77/13 79/25 82/12
85/17 85/24 85/24 86/23 96/20
96/25
**pointed [2]**  23/23 56/19
**pointing [2]**  45/21 51/2

**points [11]**  9/2 11/21 11/24 14/1
45/7 49/25 50/2 50/6 50/22 52/13
53/11 71/4
**police [32]**  19/5 19/7 36/22 37/7
40/14 40/24 43/15 44/12 46/2
46/16 46/18 46/22 46/23 46/24
47/9 49/14 72/21 74/3 74/5 74/6
74/7 74/7 74/10 74/12 75/24 77/21
78/5 78/6 79/3 86/17 88/3 88/4
**police's [2]**  46/25 47/1
**policy [1]**  34/16
**political [7]**  42/23 44/17 44/21
53/9 53/13 53/14 53/15
**politics [2]**  69/4 69/5
**pommeled [1]**  76/21
**pops [1]**  25/14
**portions [1]**  86/16
**poses [1]**  42/24
**posing [1]**  37/4
**position [6]**  20/15 23/15 23/17
33/6 76/25 77/6
**possess [3]**  70/1 70/2 90/13
**possession [5]**  9/3 44/8 56/7
70/23 78/23
**possible [5]**  21/5 38/6 61/6 77/24
94/8
**possibly [1]**  25/10
**post [3]**  37/3 45/9 52/17
**postcards [1]**  60/17
**posted [2]**  30/12 37/17
**postpone [2]**  49/11 49/23
**potential [1]**  14/10
**potentially [4]**  46/4 56/25 72/20
76/24
**power [4]**  35/19 38/5 43/16 64/20
**practice [1]**  89/19
**preclude [1]**  24/8
**predominant [1]**  59/7
**prefer [1]**  36/10
**preferred [1]**  89/19
**prefers [1]**  4/9
**prepare [1]**  59/4
**prepared [1]**  9/21
**preparing [1]**  9/20
**preponderance [7]**  18/21 18/24
28/4 28/14 28/22 29/2 29/11
**present [4]**  2/13 14/3 33/5 73/7
**presentation [1]**  80/25
**presented [1]**  28/20
**presentence [11]**  2/23 6/6 6/18
6/22 7/1 7/17 7/25 8/5 90/9 92/21
93/1
**presidency [1]**  97/5
**President [1]**  66/20
**presidential [1]**  37/2
**press [1]**  30/9
**pressing [1]**  24/25
**pressure [1]**  68/8
**pretenses [1]**  78/22
**pretrial [1]**  88/24
**pretty [3]**  9/22 28/2 86/21
**prevail [1]**  23/11
**prevailing [1]**  10/12
**prevent [1]**  44/7
**previously [4]**  39/8 39/14 62/3
94/14
**prior [5]**  7/15 8/24 8/25 43/22
54/24
**prison [7]**  39/17 44/6 54/2 60/12
60/14 60/25 61/2
**prisons [2]**  90/1 94/9
**probably [7]**  4/3 55/25 64/14 68/3
84/5 88/9 94/18
**probation [22]**  2/4 2/24 3/11 3/22
4/23 8/19 12/6 12/16 17/15 32/6
32/8 83/6 88/21 90/8 90/19 90/22
90/24 91/2 92/21 92/23 93/2 95/10
**problem [1]**  93/23
**problems [1]**  66/21
**proceed [9]**  3/5 3/13 4/3 4/8 4/17
4/19 4/25 39/6 63/3
**proceeding [2]**  5/24 37/6

**P**

proceedings [5]   20/6 35/7 88/24 97/21 98/5
process [7]   10/5 15/9 71/8 79/13 79/19 85/14 85/24
proclamation [1]   47/2
product [1]   84/1
productive [1]   47/8
professional [2]   55/18 66/7
programming [5]   55/22 94/6 94/11 94/12 94/24
progress [3]   68/6 86/24 87/2
progressed [1]   40/23
promise [1]   97/6
promote [2]   34/11 34/15
prongs [1]   18/1
proof [1]   49/6
proper [3]   4/5 9/10 23/25
property [2]   32/18 72/5
proposition [1]   96/8
prosecution [1]   70/22
prosecutor [4]   25/21 26/9 54/17 57/1
protect [11]   29/1 34/14 37/8 38/20 46/18 49/15 66/3 77/11 77/12 79/17 86/18
protected [3]   28/17 28/24 37/11
protecting [1]   96/11
protection [2]   37/24 60/24
protest [4]   37/11 72/9 72/10 78/7
protesters [2]   53/25 86/11
proud [2]   65/4 65/4
proudly [1]   58/17
provide [9]   34/12 59/16 60/22 70/12 70/13 70/13 83/17 90/22 96/7
provided [2]   38/7 71/18
Providence [1]   1/18
provision [1]   49/22
provisions [2]   27/8 89/23
PSR [2]   4/13 9/1
public [5]   34/14 36/24 45/1 51/24 70/20
pull [5]   4/15 5/4 7/23 75/1 75/2
pulled [1]   36/14
pulling [3]   52/4 75/21 86/1
punishable [2]   39/10 39/16
punished [4]   33/1 53/14 62/4 78/15
punishment [1]   34/12
purpose [6]   14/19 28/6 59/11 77/11 79/14 79/14
purposes [5]   5/10 5/12 5/14 8/6 18/19 27/6 34/9 34/10 43/13
pursuant [5]   8/11 13/11 89/22 93/6 93/8
push [1]   74/16
pushed [2]   73/14 76/20
pushing [1]   46/11
put [17]   9/4 9/21 14/5 14/7 24/23 30/7 39/8 39/14 54/1 68/6 69/9 71/25 76/24 77/5 78/21 80/15 97/18
putting [2]   30/11 87/3

**Q**

qualifies [1]   28/10
quantifying [1]   48/18
question [19]   4/23 11/19 11/20 16/11 17/1 22/22 24/21 29/23 31/5 33/13 44/20 44/22 44/23 47/6 49/5 49/5 49/24 93/25 96/1
questions [2]   49/17 95/18
quick [1]   71/17
quicker [1]   91/13
quickly [4]   26/12 36/1 86/15 86/16
quite [1]   28/18
quote [3]   5/15 14/9 15/11

**R**

rage [2]   68/23 85/1
raised [2]   19/21 49/4
rally [1]   65/17
ran [1]   67/7
RANDOLPH [1]   1/9
range [19]   6/9 9/6 9/7 12/15 12/17 14/1 31/18 34/18 39/20 39/23 41/21 41/23 43/3 47/19 53/24 81/2 88/6 88/16 89/21
rarely [1]   81/23
rather [1]   27/13
rational [1]   57/6
reach [2]   40/19 49/1
reached [3]   31/14 76/12 81/13
reaching [1]   17/21
react [1]   33/17
reacted [1]   33/16
reactionary [3]   37/16 45/14 46/6
read [8]   23/18 33/9 34/24 35/24 68/14 68/15 68/16 68/17
readily [1]   29/10
reading [1]   31/15
readings [1]   4/3
ready [3]   3/4 3/13 4/19
real [3]   45/1 62/22 88/10
realization [1]   79/11
realized [2]   10/12 75/4
really [28]   7/6 9/13 10/1 11/13 12/16 33/10 46/20 52/6 54/4 54/24 54/24 55/9 55/15 55/20 56/12 60/24 63/2 66/17 71/2 73/14 81/1 81/15 82/15 82/23 87/8 89/18 97/3 97/14
reason [16]   5/17 29/17 29/20 33/12 33/21 48/25 49/4 57/5 59/7 66/24 77/16 84/14 85/1 87/14 89/16 89/20
reasonable [6]   28/21 39/24 40/1 41/7 43/10 49/14
reasons [7]   59/7 59/12 62/3 68/7 71/9 88/14 89/5
rebuffed [1]   26/12
rebut [2]   24/12 24/17
recall [2]   20/5 91/14
receive [1]   20/16
received [4]   2/23 3/5 60/15 60/15
receiving [1]   39/3
Recess [1]   80/22
recidivism [2]   44/21 44/22
recitation [1]   40/11
recklessly [1]   37/9
recognize [3]   4/10 26/13 51/8
recognizes [1]   53/2
recollection [1]   41/15
recommend [4]   32/3 32/7 32/11 94/25
recommendation [3]   41/22 83/8 94/5
recommended [1]   90/8
recommending [2]   23/16 40/2
recommends [1]   39/18
recompensate [1]   57/21
reconciliation [1]   57/21
record [18]   2/5 7/6 14/5 14/7 18/24 31/15 39/1 39/8 39/15 47/23 48/18 49/19 54/21 55/8 55/12 83/17 93/19 98/5
records [1]   34/20
recover [1]   55/1
recovered [2]   81/10 81/14
reduction [5]   10/4 10/9 10/24 30/20 89/14
refer [1]   27/2
reference [7]   8/15 8/22 8/23 12/10 12/11 17/20 27/12
referring [3]   14/14 16/22 66/18
refers [1]   14/20
reflect [3]   34/11 42/23 45/1
Reform [1]   89/22
refrain [1]   90/13

**S**

refund [1]   66/11
refusing [1]   51/2
regained [1]   36/21
regard [10]   4/13 7/9 7/13 14/1 14/10 15/2 25/12 53/10 57/18 97/13
regarding [5]   15/7 44/22 53/17 54/19 91/22
regardless [2]   18/5 62/7
regards [1]   38/9
regret [2]   69/17 77/14
regrets [1]   61/8
regular [1]   60/17
rehab [1]   64/21
rehabilitation [2]   34/15 81/8
reiterate [1]   15/18
reiterated [1]   45/11
reiterates [1]   16/9
related [1]   11/5
relating [1]   51/3
release [10]   32/3 39/21 44/9 88/18 90/3 90/23 92/15 92/21 94/1 95/9
released [1]   32/1
relevant [4]   43/10 54/5 57/10 83/15
religious [1]   69/10
relying [1]   14/13
remain [2]   41/13 95/8
remainder [1]   65/8
remaining [2]   2/20 95/13
remains [2]   18/6 96/7
remark [1]   58/24
remarkable [1]   55/4
remarks [3]   52/14 83/17 85/16
remember [6]   28/18 50/2 60/12 72/18 75/23 76/13
remorse [2]   45/3 89/12
remorseful [5]   62/7 64/3 64/3 71/21 81/5
remote [1]   43/19
remove [1]   76/17
render [1]   91/12
rendered [2]   18/5 45/11
renowned [1]   55/17
rent [1]   60/1
reoffend [1]   47/18
repay [1]   57/21
repeat [2]   16/18 81/7
repel [1]   36/20
reply [1]   96/15
report [20]   2/23 2/24 6/7 6/18 6/22 7/1 7/17 7/25 8/5 50/21 50/22 50/25 51/1 51/3 62/23 90/9 92/22 93/1 95/11 97/12
reporter [6]   1/22 1/23 35/24 35/25 98/3 98/13
representative [2]   40/7 43/20
represented [1]   50/2
reputation [1]   71/13
request [6]   5/3 5/21 93/15 94/5 94/12 97/10
requested [2]   88/22 90/23
requesting [3]   32/13 84/12 88/20
require [2]   29/9 49/11
required [7]   32/3 34/16 50/21 50/21 50/23 50/25 51/1
requires [1]   28/5
requisite [1]   20/12
researching [1]   54/15
residence [1]   92/24
resistance [1]   77/17
resisting [2]   2/20 11/18
resolve [5]   6/4 6/8 6/8 7/5 7/7
resources [2]   10/15 10/21
respect [25]   4/22 7/5 9/9 11/2 14/4 16/12 18/16 19/20 21/19 27/5 28/20 29/22 30/13 31/5 33/4 33/7 34/12 44/11 48/1 49/13 86/19 87/10 91/4 91/18 92/3
respond [1]   91/5
responded [1]   29/21

**R**

**responsibility [33]**  9/14 9/15 10/7 10/9 19/21 20/16 20/24 21/12 21/16 26/3 29/22 30/10 30/21 30/24 33/8 33/11 33/12 36/25 45/8 45/17 62/10 64/6 64/9 65/10 66/3 67/13 68/11 71/7 82/2 82/9 82/13 83/2 89/9
**responsible [2]**  61/9 71/5
**rest [3]**  22/9 36/19 47/6
**restitution [32]**  32/12 32/14 32/15 39/21 47/23 47/24 48/1 48/13 49/11 49/24 50/3 50/7 57/18 58/6 88/19 88/22 90/19 90/21 91/4 91/18 91/22 92/3 92/4 92/13 93/25 94/1 94/4 94/19 95/19 95/20 96/14 96/22
**restored [3]**  55/9 70/5 70/5
**restoring [1]**  67/7
**restraints [1]**  34/25
**restrictions [3]**  70/1 70/2 71/14
**restrictive [1]**  81/17
**result [4]**  20/12 47/18 60/20 87/21
**resulted [1]**  3/9
**resulting [1]**  12/15
**results [2]**  9/3 43/19
**retreat [1]**  75/1
**return [1]**  93/1
**reveals [1]**  47/14
**reversal [2]**  81/7 81/15
**review [3]**  7/25 35/4 94/25
**reviewed [2]**  2/23 6/6
**revision [1]**  3/9
**RI [1]**  1/18
**ribs [1]**  76/6
**ride [1]**  45/6
**rife [1]**  37/23
**right [56]**  2/11 3/16 3/24 4/21 5/2 5/18 5/23 6/24 7/17 11/2 12/4 14/22 15/22 17/23 21/9 23/8 24/4 24/10 26/20 27/1 31/22 31/24 32/19 33/24 35/13 38/23 48/23 48/24 49/4 50/10 50/12 52/1 55/23 56/6 56/7 58/2 58/5 62/21 63/4 63/11 64/25 67/25 71/3 80/18 80/23 81/11 83/14 87/15 93/4 93/7 93/9 94/19 95/2 95/25 97/1 97/20
**rights [7]**  37/12 53/20 55/9 66/2 66/4 70/5 70/13
**riot [4]**  28/9 36/6 40/18 78/1
**rioters [3]**  19/6 40/24 46/25
**rioting [4]**  53/16 53/20 54/2 54/9
**riots [2]**  53/20 53/21
**risky [1]**  43/24
**rob [1]**  36/8
**robbery [1]**  44/2
**Roger [2]**  1/16 2/12
**rollercoaster [1]**  86/21
**Roman [2]**  18/9 27/2
**Romano [2]**  1/13 2/8
**Room [2]**  1/24 92/8
**Roots [29]**  1/16 2/12 3/6 3/12 3/24 5/2 6/24 8/14 9/9 14/2 19/20 22/15 24/10 29/8 30/6 31/22 32/16 32/22 33/20 34/2 50/2 50/12 80/19 80/23 83/21 91/5 93/21 96/12 96/19
**row [1]**  2/9
**RPR [1]**  98/12
**rubber [1]**  78/4
**ruined [1]**  71/14
**ruled [4]**  15/3 15/6 41/10 95/23
**rules [1]**  87/10
**run [3]**  44/19 66/7 93/22
**Russia [1]**  55/24

**S**

**sacred [1]**  85/14
**safe [1]**  44/14
**safeguard [1]**  40/19

**safety [4]**  36/12 45/1 60/9 74/1
**said [11]**  34/15 35/12 36/3 37/14 39/13 39/14 51/7 51/13 51/15 51/15 51/23 53/9 57/2 61/9 61/13 63/7 67/2 67/10 71/4 75/23 76/11 76/14 81/8 81/18 84/16 84/17 85/6 86/22 87/14 87/23 88/7 88/15
**same [14]**  27/12 29/19 31/14 37/19 37/20 37/21 37/21 44/23 58/5 58/6 75/7 75/8 95/8 96/20
**sat [1]**  45/20
**satisfied [5]**  7/21 28/3 28/14 29/2 29/10
**satisfies [1]**  28/10
**save [2]**  10/14 10/20
**saw [5]**  69/5 73/14 76/1 85/4 85/5
**say [39]**  10/14 11/15 17/5 17/8 21/4 21/7 23/9 24/24 30/5 31/4 33/3 36/10 41/4 46/20 52/6 52/7 52/9 52/15 54/23 57/14 60/6 65/10 65/18 66/22 72/1 73/4 73/25 77/10 79/25 80/17 81/4 81/10 82/5 85/23 88/25 89/16 91/14 93/22 93/25
**saying [9]**  13/13 27/20 48/14 49/19 57/8 73/20 75/1 84/18 96/5
**says [11]**  12/9 14/16 15/25 46/3 51/22 56/24 62/8 66/18 84/24 91/16 91/20
**scaffolding [2]**  72/6 72/15
**scarred [1]**  86/8
**school [5]**  59/18 59/20 59/22 60/10 69/19
**score [1]**  40/7
**season [1]**  70/20
**seat [1]**  84/23
**seated [1]**  2/8
**second [7]**  6/9 12/24 24/15 26/20 28/10 29/25 84/20
**section [16]**  1/14 2/21 6/16 8/9 8/11 23/23 27/6 31/25 32/4 32/12 34/7 39/9 89/23 90/20 93/6 93/8
**see [24]**  14/22 15/21 18/13 22/18 27/24 29/4 38/21 42/16 47/2 54/10 57/6 59/9 59/19 59/21 65/21 72/21 75/12 75/14 75/15 76/7 84/21 86/10 96/23
**seeing [2]**  20/7 37/19
**seek [3]**  35/12 81/1 83/3
**seeking [3]**  4/11 33/25 58/8
**seem [1]**  11/22
**seen [9]**  46/13 46/14 57/5 57/11 59/21 61/4 86/6 96/21 96/22
**Select [1]**  75/16
**self [5]**  26/11 30/7 95/5 95/6 95/10
**self-defensish-type [1]**  26/11
**Senate [7]**  40/23 41/3 79/10 85/5 85/5 85/9 88/14
**send [1]**  32/24
**sense [2]**  87/23 96/9
**sensible [1]**  47/24
**sensitive [1]**  19/5
**sentence [28]**  4/5 6/5 6/14 6/17 17/12 34/8 34/10 34/13 34/18 35/10 38/16 39/19 39/23 39/24 44/4 44/6 44/19 47/19 82/18 83/7 88/17 88/20 89/2 90/21 92/24 93/7 93/10 94/13
**sentenced [5]**  40/12 41/20 43/4 60/11 90/2
**sentences [19]**  34/21 53/12 53/16 53/18 53/24 54/2 54/9 54/11 54/11 83/22 83/23 83/24 84/3 84/6 84/6 84/11 84/14 88/5 97/7
**sentencing [38]**  1/9 2/17 2/25 3/10 4/3 4/11 4/14 5/13 5/24 8/6 10/6 11/7 11/25 12/14 14/1 14/7 18/22 23/15 25/13 34/10 34/19 38/15 42/6 42/18 42/23 47/4 47/12 49/3 50/5 53/11 59/5 62/2 83/7 83/16 89/22 89/24 90/8 91/22

**separate [2]**  16/16 40/2
**separated [3]**  27/13 27/14 27/24 39/24 86/25
**seriously [1]**  77/7
**seriousness [2]**  34/11 64/15
**serve [1]**  90/2
**served [2]**  81/22 81/25
**service [2]**  38/18 43/15
**set [7]**  6/22 6/25 8/4 50/5 70/7 72/6 72/8
**setting [1]**  81/6
**seven [1]**  55/7
**several [10]**  4/3 8/24 51/20 58/11 61/25 67/17 68/4 70/6 81/2 93/23
**severe [1]**  71/23
**severely [2]**  53/14 78/15
**severity [1]**  31/11
**shall [5]**  90/6 92/5 92/19 92/21 93/1
**share [1]**  90/24
**she [21]**  22/1 22/1 22/2 35/23 42/20 58/21 59/21 59/22 69/11 69/12 69/12 69/13 69/13 69/14 69/14 69/16 69/16 80/12 80/13 80/13 80/14
**Sherry [4]**  1/22 3/21 98/3 98/12
**shifting [1]**  42/4
**shoes [1]**  85/18
**shooting [1]**  52/4
**shop [1]**  72/16
**shorter [1]**  20/2
**shot [1]**  72/20
**should [41]**  7/7 8/10 8/15 8/17 8/20 9/2 9/13 10/1 10/3 10/6 10/14 12/9 12/18 20/15 23/11 27/25 34/13 41/10 42/3 43/8 43/11 44/3 44/25 46/24 47/2 47/19 49/6 54/19 54/24 55/6 55/10 58/10 62/24 74/25 78/20 81/24 82/12 83/2 89/16 91/1 97/12
**shouldn't [3]**  32/25 72/20 97/11
**show [4]**  45/4 51/17 86/7 96/13
**showed [2]**  63/7 86/7
**shown [3]**  29/2 51/17 60/20
**shows [3]**  11/13 18/25 46/15
**shut [1]**  26/13
**side [3]**  45/13 73/3 73/22
**sides [2]**  10/11 73/19
**sidetrack [1]**  54/4
**signed [1]**  9/15
**significant [1]**  86/22
**significantly [1]**  20/2
**similar [2]**  34/20 34/20
**simply [5]**  27/19 28/3 41/9 65/14 84/1
**since [4]**  32/2 38/13 50/8 96/14
**single [2]**  37/23 51/16
**Sir [1]**  35/21
**sit [2]**  20/6 28/18
**situation [15]**  21/7 21/11 21/17 23/4 23/20 33/16 33/17 71/25 73/18 76/14 77/7 78/11 80/11 82/1 97/9
**sized [1]**  10/11 26/5
**skirmish [1]**  73/10
**skirmishing [1]**  73/3
**skirt [1]**  64/5
**skull [1]**  76/23
**slightly [2]**  35/19 36/2
**slow [4]**  16/2 35/21 75/14 75/14
**slower [1]**  35/23
**small [1]**  25/22
**so [137]**
**so-called [1]**  5/10
**sober [3]**  61/22 64/24 86/25
**social [1]**  60/17
**society [1]**  44/14
**some [52]**  3/18 3/25 6/7 9/13 9/15 10/2 10/10 10/20 26/6 27/23 30/15 30/18 30/19 30/23 30/25 33/6 33/14 34/25 49/11 52/18 55/2 55/18 56/9 57/8 59/22 63/17 67/24

**S**

some... **[25]** 68/6 73/6 73/7 73/8 73/18 74/22 75/1 78/20 79/5 81/23 83/17 83/23 84/1 84/13 85/11 85/23 86/10 87/23 88/22 88/23 89/7 89/10 89/12 89/17 96/9
somebody **[2]** 57/7 79/8
someone **[7]** 46/4 55/1 55/8 56/25 57/3 61/5 96/5
something **[12]** 17/12 19/22 52/19 54/19 65/4 74/21 77/13 78/19 81/18 83/8 84/9 91/15
Sometimes **[1]** 40/25
somewhat **[3]** 86/20 89/4 89/14
soon **[2]** 62/15 79/21
sorry **[17]** 3/14 7/16 9/8 13/2 16/2 16/4 17/7 18/2 18/19 29/23 35/22 39/12 42/13 59/9 61/2 63/9 87/20
sort **[3]** 23/4 26/11 53/25
sound **[1]** 72/7
sources **[1]** 58/7
space **[3]** 20/11 45/23 74/19
speak **[7]** 13/2 16/2 22/21 49/21 52/11 52/12 58/18
speaking **[3]** 32/24 32/25 52/9
special **[2]** 32/10 90/4
specialty **[1]** 56/13
specific **[3]** 49/22 60/12 95/21
specifically **[8]** 11/9 16/1 16/5 16/6 16/8 46/2 50/8 74/16
specifics **[2]** 17/6 17/9
specified **[2]** 6/15 34/7
speed **[1]** 75/14
spent **[5]** 58/13 66/13 81/16 87/13 88/23
sphere **[3]** 97/17 97/18 97/18
spirit **[1]** 59/14
sponsor **[2]** 65/2 65/2
squarely **[1]** 40/17
stage **[2]** 81/13 81/14
stakes **[1]** 41/6
stand **[5]** 59/4 65/24 67/19 69/12 84/19
standing **[3]** 3/16 74/14 76/6
stands **[1]** 82/14
start **[8]** 3/4 3/12 6/18 26/22 29/6 41/1 63/23 83/20
started **[5]** 30/6 71/16 73/4 81/9 86/21
starting **[2]** 2/5 31/10
state **[13]** 2/5 51/5 52/21 52/22 52/23 52/25 55/5 59/19 60/10 69/25 78/11 82/24 90/12
stated **[6]** 11/6 15/18 16/9 17/6 17/9 81/1
statement **[21]** 3/3 3/8 14/6 14/8 16/19 18/10 21/15 23/23 26/25 27/19 30/14 33/18 33/23 38/25 45/10 52/17 52/18 53/1 54/14 57/8 58/23
statements **[6]** 33/21 34/16 50/19 51/9 57/16 57/17
states **[32]** 1/1 1/3 1/10 1/13 2/3 2/8 5/7 9/18 13/8 14/9 16/5 36/4 38/19 42/7 46/1 46/16 50/4 53/3 55/7 57/22 57/24 57/25 66/8 66/9 66/16 66/20 91/3 91/21 92/5 92/17 92/23 93/5
states' **[1]** 66/11
statistics **[1]** 84/11
status **[6]** 11/10 11/12 11/20 12/1 29/10 29/16
statute **[6]** 6/15 17/21 90/21 91/14 91/20 93/11
statutory **[4]** 17/11 49/22 91/10 93/7
stay **[3]** 68/2 72/22 79/15
stellar **[2]** 54/25 55/16
step **[8]** 6/5 6/9 6/11 6/14 6/16 62/19 85/7 85/8

stepdaughter **[1]** 59/17
stepson **[1]** 59/17
steps **[4]** 5/25 6/1 41/3 72/22
still **[15]** 33/14 43/8 44/4 45/18 61/14 69/3 69/11 69/20 71/5 74/3 79/4 80/13 86/8 89/10 96/6
stipulate **[2]** 10/1 26/1
stipulated **[42]** 2/18 5/7 5/8 5/14 9/14 9/16 9/17 10/17 10/25 14/8 16/20 18/10 18/18 20/2 20/4 20/22 20/24 21/11 21/13 21/17 21/20 23/1 23/10 23/14 24/8 24/18 25/3 25/11 25/19 26/8 26/14 26/16 26/17 26/25 27/18 28/2 30/18 45/15 56/19 82/4 82/7 89/12
stipulation **[2]** 10/13 26/2
stole **[1]** 44/5
stood **[3]** 26/9 60/13 80/12
stop **[12]** 20/5 35/18 38/5 40/6 41/1 46/24 68/6 68/23 73/22 77/22 79/18 85/1
stopped **[3]** 26/13 26/15 77/8
stored **[1]** 60/24
story **[2]** 45/13 68/20
straight **[1]** 30/7
strange **[2]** 4/2 97/3
strangle **[2]** 19/13 27/16
strangling **[2]** 19/12 27/15
strangulation **[1]** 27/23
stray **[1]** 26/11
street **[3]** 1/14 1/17 41/5
strenuously **[1]** 97/10
stress **[1]** 62/16
stressful **[2]** 60/6 83/5
strike **[1]** 25/6
strip **[1]** 36/6
strong **[1]** 69/16
struggle **[1]** 40/15
struggled **[2]** 59/24 64/18
struggling **[1]** 80/12
studied **[1]** 65/18
stuff **[2]** 71/2 73/9
style **[1]** 76/7
subject **[1]** 95/8
submission **[3]** 49/12 91/4 95/19
submit **[5]** 5/6 15/6 15/8 25/18 90/15
submitted **[2]** 3/1 3/11
submitting **[1]** 96/3
subsection **[2]** 13/11 91/20
subsequent **[1]** 44/7
subsequently **[1]** 2/19
substance **[2]** 90/13 90/14
substantial **[2]** 10/14 89/6
successful **[2]** 64/23 87/8
such **[11]** 9/24 9/25 11/12 12/1 12/2 15/7 33/17 38/8 42/24 73/21 92/20
sued **[1]** 78/5
suffered **[2]** 50/17 56/10
suffering **[1]** 51/7
sufficiency **[1]** 15/2
sufficient **[1]** 34/8
suffocate **[2]** 19/13 27/16
suffocating **[2]** 19/12 27/15
suggest **[3]** 30/14 33/15 94/22
suggested **[1]** 88/17
suggesting **[1]** 10/3
suggestion **[1]** 89/1
suing **[2]** 58/3 58/4
Suite **[1]** 1/17
supervised **[2]** 32/1 32/3 39/21 88/18 90/3
supervision **[2]** 90/6 90/11 90/16
supplement **[1]** 6/20
supplemental **[1]** 2/24
support **[4]** 67/1 67/9 80/14 96/8
supported **[2]** 61/17 65/15
supporters **[1]** 73/8
supports **[2]** 52/6 80/14
suppose **[3]** 3/12 49/10 96/2
supposed **[2]** 72/12 72/18

supposedly **[1]** 54/18
supremacy **[2]** 23/5 41/10
sure **[15]** 5/25 7/23 14/6 33/9 39/8 52/20 54/3 60/13 60/13 73/15 75/7 75/8 85/12 89/18 95/18
surrender **[4]** 95/5 95/6 95/9 95/10
surrounded **[1]** 36/15
suspect **[2]** 84/4 84/10
swing **[4]** 37/22 51/16 76/5 76/7
swinging **[1]** 51/18
swung **[1]** 37/25
system **[2]** 55/7 84/9

**T**

table **[1]** 2/14
tail **[2]** 46/7 76/15
take **[12]** 12/20 23/18 33/24 41/13 43/2 60/14 62/10 68/22 77/15 80/20 86/3 93/24
taken **[5]** 40/4 80/22 80/25 87/6 87/17
takes **[2]** 76/4 85/13
taking **[2]** 28/23 59/13
talk **[1]** 64/1
talked **[4]** 4/2 54/17 54/17 56/17
talking **[5]** 17/20 18/9 27/25 54/5 57/11
talks **[1]** 27/13
tall **[1]** 63/20
team **[5]** 82/5 82/6 82/6 82/7 82/15
tear **[1]** 72/14
technicality **[1]** 49/18
teen **[1]** 55/1
teenager **[1]** 54/22
television **[1]** 55/22
tell **[9]** 25/1 42/5 45/5 45/13 49/12 56/22 79/7 86/5 94/17
term **[4]** 32/3 32/7 39/10 90/1
termination **[1]** 93/2
terms **[3]** 10/15 44/9 87/16
terrace **[2]** 36/23 40/23
terrified **[2]** 61/1 85/18
test **[1]** 90/15
testified **[1]** 76/2
testify **[1]** 68/19
testimony **[4]** 51/10 51/10 51/11 75/16
tests **[1]** 90/16
text **[1]** 60/16
than **[19]** 8/25 17/19 20/2 20/10 30/11 32/5 32/5 34/9 41/6 43/7 45/23 49/19 56/18 56/23 58/13 67/11 79/15 83/1 92/15
thank **[27]** 2/11 3/23 3/25 9/11 13/24 14/24 26/19 38/22 38/23 39/4 39/5 47/21 50/9 50/11 50/13 62/18 62/19 63/10 63/14 77/6 80/18 80/24 83/10 83/11 91/23 96/18 97/20
thankful **[1]** 60/9
Thanks **[1]** 22/20
that **[756]**
their **[29]** 2/5 19/2 23/11 25/2 25/2 28/12 30/20 38/6 45/23 46/19 46/23 47/5 47/6 47/8 50/23 50/25 65/21 66/3 75/21 76/22 77/13 78/9 79/4 84/22 84/22 84/23 85/12 62/17 87/6
them **[17]** 7/7 25/3 44/4 44/19 47/1 51/1 55/25 58/1 73/7 73/8 73/16 75/1 75/19 75/22 79/3 80/8 82/24
themselves **[1]** 79/18
then **[35]** 4/24 5/9 6/4 6/13 6/19 8/4 8/12 8/21 8/23 13/14 13/19 15/12 18/1 18/13 19/4 19/8 19/19 21/10 27/10 28/15 31/17 31/24 40/16 49/11 50/3 58/23 78/14 85/15 91/17 92/1 92/2 94/24 95/7 96/7 96/12

**T**

theory [1]   307/7
there [126]
thereafter [1]   90/16
therefore [4]   8/17 11/24 13/10 92/11
these [28]   4/12 11/8 15/2 15/4 15/7 15/13 20/11 25/7 26/8 37/18 38/8 50/15 50/19 54/10 58/3 65/9 66/12 70/14 72/19 72/22 76/17 82/3 85/10 85/11 87/6 88/4 93/24 96/6
they [58]   15/3 17/2 21/7 21/7 24/23 24/23 25/5 25/16 25/16 25/18 25/19 25/21 35/24 36/16 40/15 41/2 42/3 44/21 46/19 46/21 47/7 48/14 50/21 50/23 50/25 51/1 53/9 53/17 54/3 54/3 57/17 57/25 58/5 58/9 60/21 60/23 63/2 63/7 65/22 67/21 72/20 73/11 73/12 74/4 74/24 74/24 74/25 77/12 78/5 78/5 79/4 79/5 79/7 79/16 79/17 85/11 93/23 96/10
thing [9]   7/13 12/20 15/17 39/13 44/23 48/3 61/7 76/1 97/2
things [20]   4/12 7/4 9/12 9/15 10/16 24/13 24/18 26/6 30/12 30/19 35/5 45/21 62/10 69/4 71/9 72/5 73/20 73/20 80/5 97/17
think [97]   4/4 4/21 7/18 8/24 10/11 10/17 11/13 11/23 11/25 13/25 17/10 17/13 21/6 21/15 22/18 23/24 23/25 24/2 26/25 27/18 27/22 28/2 28/20 29/1 29/5 29/10 29/11 29/15 29/16 29/19 29/21 29/23 30/8 30/9 30/12 30/17 30/17 30/19 30/23 30/25 31/9 31/17 33/7 33/11 33/12 33/14 33/18 33/18 33/19 35/9 39/14 42/15 48/14 49/13 49/17 49/18 50/1 51/8 51/25 52/8 53/22 55/6 55/9 56/1 56/16 57/7 57/10 63/12 65/12 65/22 68/7 68/17 69/12 71/2 73/12 73/17 81/15 81/18 83/1 83/25 84/1 84/17 85/7 85/16 85/17 86/14 86/22 87/13 88/14 89/10 89/13 89/14 94/8 94/19 96/12 96/15 97/18
thinking [3]   72/18 88/3 97/15
thinks [1]   57/9
third [4]   6/11 28/15 81/24 89/16
Thirty [1]   91/7
this [161]
those [34]   6/4 6/8 8/24 9/22 10/15 12/1 18/4 24/7 26/14 26/15 34/10 38/4 38/20 44/3 44/19 52/13 64/10 68/24 71/9 71/9 74/2 74/24 75/2 75/11 76/9 77/12 78/3 82/10 86/4 87/11 88/12 88/14 92/4 92/16 though [5]   7/24 18/14 33/3 42/2 44/3
thought [14]   14/2 36/16 42/11 42/14 56/24 57/2 65/15 67/4 67/6 70/15 71/8 77/23 80/2 80/25
thousands [3]   46/24 66/11 66/11
threat [1]   42/24
threats [9]   60/10 60/11 60/15 60/16 62/22 62/22 63/3 63/7 63/8 three [10]   32/1 44/2 44/5 57/19 58/8 81/16 82/14 82/15 82/15 88/23
threesome [1]   82/23
through [11]   5/24 6/1 7/7 29/18 40/22 45/4 60/16 60/16 70/14 74/19 87/21
thumb [1]   70/9
thwarting [1]   43/16
tiger [2]   46/7 76/15
time [57]   4/7 5/8 7/19 7/25 10/15 25/13 28/10 34/25 35/4 40/21 41/25 44/13 44/13 48/6 55/5 57/7

60/12 60/25 61/2 63/25 64/13 69/25 70/15 72/18 73/16 74/14 74/17 74/23 75/6 76/10 76/12 76/20 76/23 77/9 77/23 78/12 79/25 80/6 80/25 81/22 81/24 81/25 84/11 84/23 89/6 91/5 91/9 92/20 94/13 95/12 96/15
times [7]   43/24 46/13 46/14 57/19 58/8 58/11 84/16
timing [1]   35/7
tire [1]   84/18
today [17]   3/5 4/8 5/3 5/16 5/21 12/6 20/8 24/9 28/18 38/15 39/5 40/12 51/13 54/5 62/1 86/7 89/12
today's [3]   5/24 8/6 88/24
Todd [2]   50/1 50/2
together [1]   87/3
told [8]   21/13 61/12 63/2 74/16 74/17 79/8 79/20 96/16
toll [2]   87/6 87/17
tomorrow [1]   94/24
too [2]   52/12 83/1
took [2]   41/17 64/14
tool [1]   70/19
top [3]   18/11 39/20 47/19
topic [1]   52/3
torn [1]   36/19
total [3]   8/21 12/14 84/7
toward [1]   4/16
towards [2]   9/4 89/4
tower [1]   72/6
track [3]   27/11 27/17 30/5
tracks [1]   27/8
tragedy [1]   56/12
trained [1]   46/18
trajectory [2]   81/7 81/15
transcript [3]   1/9 30/1 98/4
transcripts [1]   35/4
transfer [3]   35/18 38/5 43/16
trapped [1]   79/24
traumatizing [1]   71/23
travel [4]   58/15 60/1 66/8 69/8
traveling [1]   55/17
treat [1]   38/8
treating [1]   16/25
treatment [3]   93/1 93/3 94/14
tree [1]   57/5
trespassing [2]   72/1 72/4
trial [40]   2/19 5/7 5/9 9/16 9/20 10/10 10/17 10/18 10/19 14/8 16/20 18/18 20/2 20/3 20/4 20/22 21/11 21/13 21/17 21/20 23/1 23/10 23/14 24/8 26/4 26/9 29/25 30/18 33/4 43/6 45/15 45/18 50/6 50/8 56/20 68/19 82/4 82/5 82/8 89/12
trials [2]   10/25 20/24
tried [1]   77/22
trip [3]   61/14 65/15 67/11
troubling [1]   86/15
true [6]   47/14 64/11 70/3 70/7 86/15 98/4
Trump [6]   58/4 61/18 65/16 67/1 73/8 97/5
trust [1]   44/13
truth [1]   37/1
try [9]   24/17 63/19 64/5 64/8 68/23 73/1 73/18 75/9 85/1
trying [22]   15/21 19/5 26/11 28/8 36/4 64/22 67/12 68/18 70/8 70/9 73/9 73/12 73/23 75/11 75/19 76/14 76/17 77/1 86/2 86/3 86/18 95/15
Tuesday [1]   97/4
turn [2]   25/25 64/23
turned [2]   75/9 76/10
turning [2]   65/23 85/15 88/5
twenties [1]   55/2
twice [1]   76/6
two [16]   2/19 9/16 10/17 10/24 26/5 27/17 56/20 56/21 57/19 58/8

58/24 73/19 81/18 82/14 89/5 90/7 96/16
two-day [1]   10/17
two-level [1]   10/24
type [6]   21/17 26/11 26/12 56/3 77/17 82/1
types [3]   15/3 34/21 88/5
typically [1]   84/12

**U**

U.S [2]   1/23 12/12
U.S.C [11]   2/21 6/16 31/25 32/4 34/7 89/23 90/5 90/20 91/20 93/6 93/8
Uh [3]   16/14 16/21 16/24
Uh-huh [3]   16/14 16/21 16/24
ultimately [2]   4/22 25/10
unable [4]   36/8 69/15 78/17 93/14
unapologetic [1]   40/8
unbelievable [2]   55/25 56/13
uncharged [1]   18/20 24/5
unconstitutional [3]   52/19 52/24 53/3
unconstitutionally [2]   37/13 66/23
under [33]   8/8 10/4 13/12 14/15 15/19 16/5 16/5 18/14 31/25 32/2 32/4 32/6 32/12 33/15 34/25 42/21 43/22 51/12 64/16 64/20 69/19 69/20 69/20 69/25 70/2 70/14 72/11 76/9 78/22 79/16 86/4 88/4 93/8
underscore [2]   23/4 23/17
understand [9]   49/8 53/5 64/15 66/17 71/22 74/4 77/14 79/4 95/18
understanding [5]   23/19 37/1 49/23 57/20 95/19
understatement [1]   60/7
understood [5]   22/17 48/19 70/24 93/25 96/18
undoubtedly [3]   73/7 87/21 88/1
unfortunately [3]   61/24 62/5 66/4
unique [3]   23/4 23/20 84/15
UNITED [21]   1/1 1/3 1/10 1/13 2/3 2/8 36/4 38/19 42/7 46/1 46/16 50/4 57/22 57/24 57/25 66/20 91/3 92/5 92/17 92/23 93/5
unity [1]   67/5
universe [2]   23/6 25/22
unlawful [1]   90/14
unlawfully [2]   37/9 90/13
unless [2]   13/11 96/13
unofficial [1]   13/11
unpaid [1]   96/7
unprotected [1]   61/1
unremorseful [1]   40/8
until [9]   13/6 36/7 45/9 54/24 69/5 79/12 91/25 92/1 92/8
unwarranted [3]   34/19 49/7 49/7
up [49]   3/18 9/20 9/22 10/11 20/21 21/18 23/15 25/17 26/5 26/6 26/6 26/6 31/13 32/1 36/14 39/10 39/16 49/24 54/24 55/15 55/16 57/2 57/4 58/22 60/5 61/7 66/11 67/21 69/5 69/12 71/17 72/6 72/8 72/13 72/16 74/25 76/12 80/21 82/3 82/8 82/8 82/17 82/21 82/23 83/2 84/5 88/16 97/4 97/17
upheld [1]   66/2
upon [5]   36/8 39/3 49/3 93/2 94/1
upper [1]   40/22
upset [3]   29/12 29/13 66/15
upward [3]   31/9 42/20 88/9
urge [1]   20/19
urged [1]   88/9
us [20]   8/6 12/14 23/23 24/20 24/21 25/14 40/24 48/20 51/7 53/23 60/21 60/24 61/4 61/9 71/25 79/7 82/7 85/17 90/25 96/16
use [15]   13/1 27/13 47/4 49/6 50/21 50/22 50/24 50/25 51/1 51/3 52/2 52/4 57/9 76/2 90/14

**U**

used [5]  12/1 37/24 37/25 51/24
70/22
useful [1]  38/18
using [4]  37/9 38/2 57/12 57/14
utter [2]  45/2 85/10

**V**

vacated [1]  42/7
vaccinated [1]  69/8
valid [1]  66/24
variance [7]  10/5 31/3 33/13 34/3
81/2 83/3 88/9
various [2]  3/1 9/21
vary [4]  31/8 31/13 88/9 88/16
vehicle [1]  45/15
verb [1]  22/2
verdict [2]  18/5 45/11
versus [5]  2/3 17/12 23/25 42/8
50/4
very [42]  9/15 9/17 12/8 14/9
15/1 23/6 24/19 24/23 35/25 39/13
45/1 45/15 50/16 52/8 52/11 54/4
57/1 58/21 59/13 64/3 64/7 64/14
65/25 66/5 67/24 69/11 69/11
71/21 71/23 75/12 80/4 81/16 82/2
82/2 83/23 86/15 86/16 86/23 87/3
87/20 91/23 96/23
via [1]  36/24
victim [14]  2/9 3/3 3/7 8/21 11/5
12/25 13/9 13/11 20/18 39/10
39/16 45/10 46/16 47/10
victim's [1]  11/10
victim-related [1]  11/5
victims [3]  11/11 44/5 86/5
video [14]  45/21 46/13 46/14 51/8
51/14 51/17 57/5 57/11 75/12
75/12 76/3 85/23 86/3 86/10
videographer [1]  55/23
view [4]  12/18 19/19 85/12 97/14
views [1]  33/18
violating [2]  70/16 72/3
violation [13]  2/21 8/19 15/9
27/7 28/3 28/5 37/12 39/9 39/15
44/9 52/22 70/8 70/21
violence [11]  42/24 43/1 44/17
44/21 53/9 53/13 53/14 73/24 77/3
87/25 88/1
violent [4]  15/5 39/24 44/6 51/20
violently [1]  35/18
visible [1]  37/3
voluntarily [2]  9/25 80/16
vote [4]  45/6 67/3 67/6 85/1
votes [1]  68/24
vs [1]  1/5
vulnerable [1]  36/17

**W**

wait [1]  13/6
waiter [2]  56/5 56/11
waiting [1]  76/23
waive [2]  18/18 91/11
walk [1]  7/7
walked [2]  72/4 81/21
walls [1]  72/14
want [34]  5/6 7/10 14/13 15/15
21/4 22/8 23/3 23/3 31/4 32/20
33/1 35/7 45/2 52/12 57/24 58/17
61/10 64/2 65/8 72/24 76/16 76/16
77/2 79/2 83/16 83/20 91/12 91/19
94/21 95/4 95/17 95/18 96/7 96/16
wanted [11]  4/7 14/3 23/13 23/17
61/16 61/17 62/9 65/16 67/21
80/19 85/25
wanting [1]  4/2
wants [9]  4/8 4/14 31/20 35/23
52/10 56/16 60/24 63/12 94/7
war [1]  84/21
warranted [1]  42/20
was [290]
Washington [13]  1/5 1/15 1/25

54/9 60/2 61/11 65/14 66/25 69/2
91/24 92/1 92/19 93/22 94/20
wasn't [20]  15/1 23/16 38/20
59/19 67/15 69/18 70/9 76/14
76/17 76/18 77/7 77/8 78/10 79/8
79/13 85/2 86/23 86/25 88/12
watch [2]  69/18 75/13
watched [1]  78/1
watching [1]  86/3
way [39]  4/1 4/25 17/21 23/13
25/4 25/12 25/24 25/24 25/25
27/12 27/20 28/15 29/19 29/21
30/5 30/15 33/22 38/9 41/2 41/11
50/15 50/25 51/5 52/12 54/1 55/10
56/7 57/16 58/3 58/13 65/22 67/1
67/23 71/18 71/23 74/16 74/25
80/1 88/22
ways [1]  44/24
we [164]
we'll [5]  14/7 44/19 60/13 80/20
80/21
weapon [6]  9/3 19/10 19/11 27/13
40/14 85/21
weapons [1]  44/8
wearing [1]  36/14
week [1]  26/4
weeks [2]  26/5 91/11
welcome [5]  2/16 5/18 34/4 35/11
58/21
well [36]  2/24 3/8 4/21 5/18 7/14
11/15 11/23 11/25 12/5 13/22 20/8
20/23 24/22 25/5 25/9 25/14 26/3
30/4 40/1 42/11 42/14 48/15 52/2
54/1 80/11 80/18 81/1 84/24 87/1
87/5 89/8 89/24 90/7 94/18 95/1
97/20
went [13]  36/7 65/14 66/25 68/22
72/11 73/19 74/11 75/3 75/9 75/17
85/4 85/6 85/22
were [74]  3/16 6/7 7/5 8/13 9/21
11/11 18/8 22/25 23/18 24/23
24/25 25/4 25/5 25/8 25/24 26/16
28/11 33/4 36/20 40/18 41/2 46/21
47/1 51/12 53/3 53/16 53/24 54/4
55/9 55/13 56/20 60/5 60/11 63/2
64/3 66/2 66/9 67/21 69/3 70/5
70/17 72/12 72/17 72/18 72/25
73/1 73/6 73/7 73/8 73/9 73/11
73/12 73/20 73/20 74/25 75/1
75/18 77/12 78/5 78/8 79/4 79/6
79/16 79/24 80/4 82/23 85/11
85/12 85/17 86/14 88/1 88/2 88/7
96/10
weren't [3]  24/7 63/2 75/21
west [3]  36/23 40/13 40/22
what [90]  4/20 7/2 7/5 12/5 14/14
15/18 16/9 17/8 19/19 19/21 21/14
23/12 25/14 29/12 30/15 33/6 35/8
40/1 43/2 43/9 46/15 47/2 47/22
48/6 49/12 49/19 51/12 51/15
51/22 54/5 54/23 56/22 57/1 57/10
60/3 61/3 61/3 61/5 61/9 62/7
63/21 64/3 64/9 65/12 65/12 66/1
66/17 66/22 67/25 68/18 69/1 69/5
69/13 70/24 71/10 72/19 73/12
73/13 73/15 73/21 73/22 74/9
74/17 76/18 77/1 77/22 78/9 78/14
79/17 79/20 80/5 81/7 84/2 84/9
84/12 84/15 85/4 85/8 86/9 86/12
87/7 87/20 88/1 88/25 91/9 91/20
94/11 94/17 96/6 96/16
whatever [3]  57/8 91/18 97/16
whatnot [1]  4/13
whatsoever [2]  29/17 29/20
when [33]  17/3 18/5 24/18 27/25
32/24 35/24 43/9 44/4 49/1 61/6
61/13 64/13 64/16 66/16 66/18
72/11 76/11 72/20 72/4 73/1 74/14
75/3 75/13 75/14 76/4 76/10 76/14
78/19 80/12 84/20 85/2 86/1 95/11
where [42]  9/18 20/22 21/11 21/20
22/1 22/25 26/10 27/19 30/6 32/18

33/16 33/21 37/19 37/23 39/15
40/16 42/12 44/24 47/24 55/2
55/18 56/3 58/5 59/21 59/22 60/20
60/21 60/23 64/20 65/24 68/5
70/17 72/12 72/17 75/25 81/13
81/21 84/6 85/25 93/23 95/11
whereupon [1]  36/11
whether [21]  3/4 3/12 4/17 6/2
6/6 6/23 16/17 17/3 18/14 22/25
26/22 28/19 31/3 31/5 33/22 49/5
49/10 50/7 52/1 66/24 96/25
which [45]  3/10 5/7 5/9 5/9 6/15
6/18 8/6 9/1 9/3 9/4 13/5 14/20
15/22 17/6 19/9 20/2 20/19 22/10
22/25 23/12 23/24 27/8 29/14
33/12 39/20 40/14 45/3 45/10 46/9
47/19 51/12 51/12 52/2 52/23
52/23 53/10 53/16 55/6 62/1 82/5
85/21 90/9 91/21 92/22 97/4
whichever [1]  4/9
while [12]  19/2 36/4 41/2 43/23
45/17 60/14 67/18 77/16 79/6
82/14 90/6 90/10
who [27]  2/13 2/18 3/6 34/20 37/9
38/4 38/20 44/17 53/2 55/19 56/21
58/19 59/13 59/17 59/17 60/24
61/4 61/17 62/11 73/4 73/4 81/9
85/11 86/10 86/11 86/17 96/8
whole [3]  68/14 71/1 77/8
why [16]  3/12 27/24 35/6 43/10
43/11 48/12 62/1 67/22 73/13 76/8
77/4 77/5 79/7 80/20 88/3 94/22
wife [6]  58/18 60/13 69/8 80/11
87/4 87/20
wild [2]  46/7 85/19
will [46]  4/24 6/8 6/11 6/17 8/4
9/6 13/6 22/9 23/22 24/12 24/17
30/22 33/3 33/20 38/13 39/3 43/16
44/23 44/24 47/13 47/18 51/5 51/8
52/6 52/9 52/11 56/8 59/20 62/14
63/19 65/10 73/25 78/18 80/14
82/5 82/17 82/21 82/23 88/25
91/17 91/25 92/2 94/10 94/17
94/25 95/11
Wilson [1]  82/19
wish [2]  76/13 77/14
wishes [1]  62/11
within [5]  39/23 90/15 92/2 92/19
93/12
without [6]  8/22 91/2 93/16 94/10
95/15 97/13
woman [1]  69/17
worded [2]  11/9 11/11
words [4]  12/1 41/17 80/19 85/10
work [5]  59/10 59/15 69/15 71/15
87/16
worked [1]  65/2
works [1]  56/4
world [3]  55/17 55/17 58/19
worry [1]  62/16
worse [3]  43/7 73/25 83/1
worst [3]  82/17 82/18 82/24
would [98]  2/4 3/18 4/7 4/17 5/15
6/12 6/13 7/19 8/21 9/4 9/7 9/9
12/12 12/25 13/13 13/19 14/11
14/20 15/9 15/10 17/14 19/23 20/3
21/14 21/16 22/19 23/6 23/18
24/24 25/6 25/10 25/25 26/4 26/10
27/4 27/21 27/22 29/20 31/3 31/8
31/13 32/23 34/22 34/24 35/3 35/8
38/20 41/15 41/16 41/21 45/16
47/11 50/14 54/1 54/15 54/23
55/21 55/23 56/15 56/25 58/18
58/22 58/24 60/6 61/8 61/13 62/22
63/23 64/13 65/15 65/17 67/17
70/15 72/15 75/18 75/25 78/25 79/8
79/9 79/25 80/15 81/8 81/10 81/23
83/6 83/8 85/18 88/9 88/16 88/25
91/5 91/9 93/22 94/1 94/25 96/11
96/23 97/7
wouldn't [4]  23/10 61/18 61/19
61/20

**W**

**wounded [1]**  69/11
**wrapped [2]**  82/3 83/2
**wrestle [2]**  28/9 88/4
**wrestled [1]**  36/7
**wrestling [2]**  85/20 88/3
**writer [1]**  56/12
**writes [1]**  46/17
**writing [1]**  23/9
**writings [1]**  65/19
**written [2]**  25/23 56/16
**wrong [10]**  42/12 47/3 52/7 54/16
57/4 78/10 78/13 80/4 80/5 81/10
**wrote [1]**  68/18

**Y**

**yeah [15]**  4/10 4/18 9/8 9/11 10/8
10/19 18/13 22/23 23/21 32/17
48/21 63/22 66/14 94/15 94/21
**year [7]**  24/22 37/19 54/2 55/13
81/18 83/7 88/21
**years [30]**  8/25 32/2 32/4 32/6
37/18 38/13 39/11 39/17 44/6
53/19 55/8 59/6 59/9 59/24 60/8
61/4 61/10 61/22 62/4 62/17 64/24
70/11 71/17 78/17 81/16 81/18
83/6 86/25 86/25 88/23
**yelling [2]**  40/25 73/20
**Yep [3]**  14/22 15/20 15/24
**yes [22]**  3/20 7/12 12/7 12/23
13/7 13/21 13/23 14/5 16/19 18/13
19/17 19/17 22/13 25/22 34/4
34/23 41/17 42/17 56/15 70/3 95/3
95/6
**yet [1]**  25/18
**you [350]**
**you're [1]**  57/4
**young [1]**  54/22
**your [102]**
**yourself [1]**  4/16

**Z**

**Zealand [1]**  56/9
**zero [2]**  22/11 22/12
**zero-point [1]**  22/12
**zone [2]**  12/16 32/6